**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF DELAWARE

Case number *(if known)* _____  Chapter __7__

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy  06/24

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Moxion Power Co.** |

| | | |
|---|---|---|
| 2. | **All other names debtor used in the last 8 years** <br><br> Include any assumed names, trade names and *doing business as* names | |

| | | |
|---|---|---|
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **84-4863599** |

**4. Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **1414 Harbour Way S** <br> **Suite 1901** <br> **Richmond, CA 94804** <br> Number, Street, City, State & ZIP Code | <br><br><br> P.O. Box, Number, Street, City, State & ZIP Code |
| **Contra Costa** <br> County | **Location of principal assets, if different from principal place of business** <br> **1414 Harbour Way S** <br> **Suite 1300 Richmond, CA 94804** <br> Number, Street, City, State & ZIP Code |

**5. Debtor's website** (URL)    **www.moxionpower.com**

**6. Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor    **Moxion Power Co.**
Name

Case number (*if known*)

---

**7. Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See
http://www.uscourts.gov/four-digit-national-association-naics-codes.

3399

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

■ Chapter 7

☐ Chapter 9

☐ Chapter 11. *Check **all** that apply:*

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725 (amount subject to adjustment on 4/01/25 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| District | When | Case number |
|----------|------|-------------|
| District | When | Case number |

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

---

Debtor   **Moxion Power Co.**      Case number (*if known*)
     Name

| | Debtor | Relationship |
|---|---|---|
| List all cases. If more than 1, attach a separate list | District _____ When _____ | Case number, if known _____ |

---

**11. Why is the case filed in *this district*?**    *Check all that apply:*

- ■  Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

- ☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ **No**

☐ **Yes.**   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

- ☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
      What is the hazard? _____
- ☐ It needs to be physically secured or protected from the weather.
- ☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).
- ☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ **No**

☐ **Yes.**   Insurance agency _____
        Contact name _____
        Phone _____

---

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**    *Check one:*

- ☐ Funds will be available for distribution to unsecured creditors.
- ☑ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☑ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

---

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☑ $100,000,001 - $500 million | ☐ More than $50 billion |

---

| Debtor | **Moxion Power Co.** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

| | Request for Relief, Declaration, and Signatures |
|---|---|

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **August 12, 2024**
MM / DD / YYYY

**X** **/s/ Alexander Meek**                                  **Alexander Meek**
Signature of authorized representative of debtor        Printed name

Title   **Director**

**18. Signature of attorney**

**X** **/s/ Ericka F. Johnson**                      Date **August 12, 2024**
Signature of attorney for debtor                          MM / DD / YYYY

**Ericka F. Johnson 5024**
Printed name

**Bayard P.A.**
Firm name

**600 N. King St**
**Suite 400**
**Wilmington, DE 19801**
Number, Street, City, State & ZIP Code

Contact phone   **(302) 429-4275**      Email address   **ejohnson@bayardlaw.com**

**5024 DE**
Bar number and State

# United States Bankruptcy Court
### District of Delaware

In re **Moxion Power Co.**

Debtor(s)

Case No.

Chapter **7**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Moxion Power Co.** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None

**August 12, 2024**

Date

**/s/ Ericka F. Johnson**

**Ericka F. Johnson 5024**

Signature of Attorney or Litigant

Counsel for **Moxion Power Co.**

**Bayard P.A.**
**600 N. King St**
**Suite 400**
**Wilmington, DE 19801**
**(302) 429-4275 Fax:(302) 658-6395**
**ejohnson@bayardlaw.com**

**ACTION BY UNANIMOUS WRITTEN CONSENT**
**OF THE DIRECTORS OF**
**MOXION POWER CO.**

**August 5th, 2024**

The undersigned, being all of the directors (the "**Directors**") of Moxion Power Co., a Delaware corporation (the "**Company**"), in accordance with Section 141(f) of the Delaware General Corporation Law, hereby adopt the following resolutions and take the following actions contemplated herein effective as of the date first above written, and confirm that such resolutions have not been modified, rescinded, or revoked and are present in full force and effect:

**WHEREAS**, the Directors, with and upon the advice of the Company's advisors and professionals that it has deemed necessary or appropriate to consult in order to reach a fully informed conclusion, has carefully considered and evaluated the financial and operational aspects of the Company's business including the Company's business prospects and the current and long-term liabilities of the Company; and

**WHEREAS**, the Directors have determined, in their judgment, that it is advisable and in the best interest of the Company, its creditors, and other interested parties, that a voluntary petition (the "**Voluntary Petition**") be filed by the Company under chapter 7 of title 11 of the United States Code (the "**Bankruptcy Code**"); and

**WHEREAS**, the Directors have the authority to authorize a bankruptcy filing under chapter 7 of the Bankruptcy Code for the Company.

**NOW, THEREFORE, IT IS RESOLVED**, that the Company shall be, and hereby is, authorized to file a Voluntary Petition in the United States Bankruptcy Court for the District of Delaware commencing a case under chapter 7 of the Bankruptcy Code; and it is

**FURTHER RESOLVED** that the law firm of Bayard, P.A. ("**Bayard**") is retained as legal counsel for the Company in connection with the commencement of the Company's chapter 7 case and to attend the meeting of creditors under section 341 of the Bankruptcy Code with a representative of the Company, pursuant to the terms and conditions set forth in all written agreements between the Company and Bayard; and it is

**FURTHER RESOLVED** that any of the Directors and/or officers of the Company are hereby instructed, authorized, and empowered to execute and file on behalf of the Company all petitions, schedules, lists, instruments, certificates, affidavits and other papers and documents, and to take any and all action that are deemed necessary or proper to obtain relief under or in connection with such chapter 7 filing, to retain and employ all assistance by legal counsel or otherwise which they may deem necessary and proper in connection with a chapter 7 case, and take any other action as in their judgment shall be necessary, appropriate, advisable, or convenient to effectuate the purpose and intent of the foregoing resolutions, the authority for taking such actions to be conclusively evidenced thereby; and it is

1

**FURTHER RESOLVED** that any actions taken by the Directors of the Company prior to the adoption of these resolutions that are within the scope of the foregoing resolutions hereby are ratified, confirmed, and approved in all respects as the actions of the Company.

**IN WITNESS WHEREOF**, the undersigned, being Directors of the Company, hereby consent to, approve and adopt the foregoing resolutions as of the date first above written.

DIRECTOR:

Alexander Meek

DIRECTOR:

Paul Huelskamp

DIRECTOR:

Adam James

DIRECTOR:

Jamie Lee

**Fill in this information to identify the case:**

Debtor name    **Moxion Power Co.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date.  Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

## Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ☒ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ☒ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ☒ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ☒ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ☒ *Schedule H: Codebtors* (Official Form 206H)
- ☒ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ☒ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration    _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 12, 2024**          X */s/ Alexander Meek*
                                              Signature of individual signing on behalf of debtor

                                              **Alexander Meek**
                                              Printed name

                                              **Director**
                                              Position or relationship to debtor

Official Form 202                        **Declaration Under Penalty of Perjury for Non-Individual Debtors**

B2030 (Form 2030) (12/15)

# United States Bankruptcy Court
### District of Delaware

In re   **Moxion Power Co.**

Debtor(s)

Case No.

Chapter   **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U .S.C. § 329(a) and Fed. Bankr. P. 2016(b), I certify that I am the attorney for the above named debtor(s) and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

|  |  |  |
|---|---|---|
| For legal services, I have agreed to accept | $ | **60,000.00** |
| Prior to the filing of this statement I have received | $ | **60,000.00** |
| Balance Due | $ | **0.00** |

2.  The source of the compensation paid to me was:

   ■ Debtor    ☐ Other (specify):

3.  The source of compensation to be paid to me is:

   ■ Debtor    ☐ Other (specify):

4.  ■  I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

   ☐  I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm.  A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

5.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

   a.  Analysis of the debtor's financial situation, and rendering advice to the debtor in determining whether to file a petition in bankruptcy;
   b.  Preparation and filing of any petition, schedules, statement of affairs and plan which may be required;
   c.  Representation of the debtor at the meeting of creditors.

---

### CERTIFICATION

   I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

**August 12, 2024**

*Date*

**/s/ Ericka F. Johnson**
**Ericka F. Johnson 5024**
*Signature of Attorney*
**Bayard P.A.**
**600 N. King St**
**Suite 400**
**Wilmington, DE 19801**
**(302) 429-4275   Fax: (302) 658-6395**
**ejohnson@bayardlaw.com**
*Name of law firm*

**Fill in this information to identify the case:**

Debtor name  **Moxion Power Co.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*...................................................................... $ 0.00

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*.................................................................. $ 118,234,256.92

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*.................................................................... $ 118,234,256.92

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
    Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*................. $ 33,079,545.46

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*.......................................... $ 371,450.00

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*......................... +$ 53,466,188.31

4.  **Total liabilities** .................................................................................
    Lines 2 + 3a + 3b

    $ 86,917,183.77

**Fill in this information to identify the case:**

Debtor name    **Moxion Power Co.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property    12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1:    Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

   ☐ No.  Go to Part 2.
   ☑ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Silicon Valley Bank** | **Checking** | **9053** | $201,980.41 |
| 3.2. | **Silicon Valley Bank** | **Cash Sweep Account** | **8943** | $0.00 |
| 3.3. | **JP Morgan Chase** | **Checking** | **6083** | $0.00 |
| 3.4. | **JP Morgan Chase** | **Checking** | **3006** | $0.00 |
| 3.5. | **JP Morgan Chase** | **Money Market** | **6890** | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| $201,980.41 |
|---|

### Part 2:    Deposits and Prepayments

Debtor    **Moxion Power Co.**                                      Case number *(If known)* _____
_____
Name

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
☑ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

   7.1. **Security deposit for lease at 4441 E 52nd Street, Vernon, CA 90270**        **$44,550.00**

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

   8.1. **See attached schedule 8.**        **$1,391,634.74**

9. **Total of Part 2.**
Add lines 7 through 8. Copy the total to line 81.      **$1,436,184.74**

| Part 3: | Accounts receivable |
|---|---|

10. **Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.
☑ Yes Fill in the information below.

11. **Accounts receivable**

11a. 90 days old or less:    **444,883.54**    -    **0.00**   = ....    **$444,883.54**
                face amount            doubtful or uncollectible accounts

11b. Over 90 days old:    **323,546.63**    -    **0.00**   =....    **$323,546.63**
                face amount            doubtful or uncollectible accounts

12. **Total of Part 3.**
Current value on lines 11a + 11b = line 12. Copy the total to line 82.      **$768,430.17**

| Part 4: | Investments |
|---|---|

13. **Does the debtor own any investments?**

☑ No. Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.
☑ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

19. **Raw materials**

Debtor    **Moxion Power Co.**                                      Case number *(If known)* _____
          Name

| | | | | |
|---|---|---|---|---|
| **See attached schedule 19.** | **January 3, 2024** | **$11,871,431.91** | **Recent cost** | **$11,871,431.91** |

20. **Work in progress**

21. **Finished goods, including goods held for resale Battery Energy Storage Systems (BESS) also called Mobile Power Units (MPUs) internally and other ancillary goods.  See attached schedule 21.** | | **$39,777,741.56** | **Recent cost** | **$39,777,741.56**

22. **Other inventory or supplies**

23. **Total of Part 5.**

    Add lines 19 through 22.  Copy the total to line 84.

    **$51,649,173.47**

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ☐ No
    ■ Yes. Book value    8,595.79    Valuation method    **Cost**    Current Value    8,595.79

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.
☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** **AA-HUS-BX-118 (Conference Rooms)** | **$33,193.89** | **Recent cost** | **$33,193.89** |
| **Office Furniture** | **$260,300.73** | **Recent cost** | **$260,300.73** |
| **HUS-BX-108 (Conference Rooms)** | **$58,429.53** | **Recent cost** | **$58,429.53** |

Debtor     **Moxion Power Co.**                                               Case number *(If known)* _____
           Name

| | | | |
|---|---|---|---|
| **HUS-BX-118 (Conference Rooms)** | $32,894.83 | Recent cost | $32,894.83 |
| **HUSH MEET L 3-MOD** | $24,689.64 | Recent cost | $24,689.64 |

40.    **Office fixtures**

41.    **Office equipment, including all computer equipment and communication systems equipment and software**
       **See attached schedule 41.**          $1,134,004.09    Recent cost    $1,134,004.09

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**                                                            $1,543,512.71
       Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
       ☐ No
       ☑ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
       ☑ No
       ☐ Yes

**Part 8:**    **Machinery, equipment, and vehicles**

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

   ☐ No.  Go to Part 9.
   ☑ Yes Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 47.  **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 48.  **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 49.  **Aircraft and accessories** | | | |
| 50.  **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** **See attached schedule 50.** | $31,324,989.89 | Recent cost | $31,324,989.89 |

51.    **Total of Part 8.**                                                           $31,324,989.89
       Add lines 47 through 50.  Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ☐ No
       ☑ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**

Debtor  **Moxion Power Co.**
Name

Case number *(If known)* _____

■ No
☐ Yes

**Real property**

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

**55.**    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Lease of 1414 Harbour Way S, Richmond, CA 94804** | Tenant | Unknown | | Unknown |
| 55.2.  **Terminal 3 Industrial Lease** | Tenant | Unknown | | Unknown |
| 55.3.  **Lease for 27,000 SF parking and EV charging site located at 4441 E 52nd Street, Vernon CA** | Tenant | Unknown | | Unknown |

**56.** **Total of Part 9.**
Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

**$0.00**

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

**Intangibles and intellectual property**

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No.  Go to Part 11.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.**  **Patents, copyrights, trademarks, and trade secrets** | | | |

Debtor  **Moxion Power Co.**
_____    Case number (If known) _____
      Name

     **Patents and trademarks. See attached
     schedule 60.**       **Unknown**         **Unknown**

61.     **Internet domain names and websites
     www.moxionpower.com**       **Unknown**         **Unknown**

62.     **Licenses, franchises, and royalties**

63.     **Customer lists, mailing lists, or other compilations
     Moxion has a customer list.**       **Unknown**         **Unknown**

64.     **Other intangibles, or intellectual property**

65.     **Goodwill**

66.     **Total of Part 10.**                                  **$0.00**
     Add lines 60 through 65. Copy the total to line 89.

67.     **Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107?
     ☐ No
     ■ Yes

68.     **Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
     ■ No
     ☐ Yes

69.     **Has any of the property listed in Part 10 been appraised by a professional within the last year?**
     ■ No
     ☐ Yes

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
     Include all interests in executory contracts and unexpired leases not previously reported on this form.

     ☐ No.  Go to Part 12.
     ■ Yes Fill in the information below.

                                              **Current value of
                                            debtor's interest**

71.     **Notes receivable**
     Description (include name of obligor)

72.     **Tax refunds and unused net operating losses (NOLs)**
     Description (for example, federal, state, local)

     **Net operating loss**            Tax year **2022**      **$28,138,980.00**

     **R&D tax credit (need to file amendment to prior payroll
     tax filing to obtain)**          Tax year      **$98,765.53**

     **Production tax credit from inflation reduction act**     Tax year **2023, 2024**     **$3,072,240.00**

Debtor  **Moxion Power Co.**
_____
Name

Case number *(If known)* _____

73.     **Interests in insurance policies or annuities**

74.     **Causes of action against third parties (whether or not a lawsuit has been filed)**

75.     **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

76.     **Trusts, equitable or future interests in property**

77.     **Other property of any kind not already listed** *Examples:* Season tickets, country club membership

78.     **Total of Part 11.**

        Add lines 71 through 77. Copy the total to line 90.

$31,309,985.53

79.     **Has any of the property listed in Part 11 been appraised by a professional within the last year?**

        ■ No
        ☐ Yes

Debtor    **Moxion Power Co.**_____    Case number *(If known)* _____
Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $201,980.41 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $1,436,184.74 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $768,430.17 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $51,649,173.47 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $1,543,512.71 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $31,324,989.89 | |
| 88. **Real property.** *Copy line 56, Part 9.*.....................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $31,309,985.53 | |
| 91. **Total.** Add lines 80 through 90 for each column | $118,234,256.92 | + 91b.    $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $118,234,256.92 |

**<u>Schedule of Assets and Liabilities</u>**

**Schedule A/B: Assets- Real and Personal Property**

**<u>Schedule 8</u>**

**Prepayments**

**Moxion Power Co.**
**Schedule A/B- Schedule 8**
**Prepayments**

| Vendor | Amount | | Purpose |
|---|---|---|---|
| 1055 Lever, Inc. | $ | 27,971.01 | Software Subscription ending 6/16/2025 |
| 1167 Kaiser | $ | 198,862.51 | Employee Benefits - prepaid for 1 month |
| 1198 Oasis Sales, Inc. | $ | 43,654.72 | Subscription ends 8/19/2025 |
| 1228 Jama Software Inc | $ | 11,102.61 | Subscription ends 10/9/2024 |
| 2627 Salesforce, Inc. | $ | 9,975.00 | Subscription ends 10/12/2024 |
| 1354 Progressive | $ | 28,321.16 | Policy ends 8/26/2024 |
| 2530 Arena a PTC Business | $ | 79,249.64 | Arena licenses ending 12/28/2024 |
| 2555 LightGuide, Inc. | $ | 79,175.68 | 3-year subscription 6/29/2023-6/28/2026 |
| 2564 PG&E | $ | 2,773.77 | Construction contract |
| 2581 Smartsheet Inc. | $ | 16,375.00 | Subscription ends 12/04/2024 |
| 2705 Inductive Automation LLC | $ | 13,374.00 | Subscription ends 08/08/2024 |
| 2943 Carta, Inc. | $ | 19,728.14 | Subscrioption ending 10/23/2024 |
| 3000 WorkRamp, Inc. | $ | 36,719.72 | Licenses end 1/13/2025 |
| 3026 Envoy | $ | 8,786.75 | Subscription ends 1/23/2025 |
| 3079 Apollo.IO | $ | 13,430.00 | Subscription ends 3/21/2025 |
| 3103 Cigna Healthcare | $ | 139,426.02 | Employee Benefits - prepaid for 1 month |
| 3136 Marsh USA, LLC | $ | 288,857.94 | Policy ends 4/26/2025 |
| 3136 Marsh USA, LLC - Cyber | $ | 13,296.07 | Policy ends 5/5/2025 |
| 3136 Marsh USA, LLC - D&O Tail policy | $ | 300,000.00 | D&O Tail policy expiring 8/2/2030 |
| 3136 Marsh USA, LLC - Hartford Fire & Trumbull INS | $ | 60,555.00 | Policy ends 4/26/2025 |
| **Total:** | **$** | **1,391,634.74** | |

## Schedule of Assets and Liabilities

**Schedule A/B: Assets and Liabilities**

## Schedule 19

**Raw Materials**

**Moxion Power Co.**
**Inventory Valuation Summary (Consolidated)**
**As of August 6, 2024**
**Schedule A/B- Schedule 19**
**Raw Materials**

| Item | Description | Inv. Value | On Hand | $/Unit |
|---|---|---|---|---|
| **Inventory Item** | | | | |
| 0440001.WR | 0440001.WR | $6,012.00 | 18,000.00 | 0.334 |
| 06035C104K4T2A | 06035C104K4T2A | $40.00 | 4,000.00 | 0.01 |
| 08051C105K4T2A | 08051C105K4T2A | $200.00 | 2,000.00 | 0.1 |
| 1-345361-1 | 1-345361-1 | $35,784.00 | 10,080.00 | 3.55 |
| 10127720-101LF | 10127720-101LF | $793.80 | 1,890.00 | 0.42 |
| 1120A7 | CONSUMABLE RAW MATERIAL FOR C0000046-01, SEAL, PCS AIR BAFFLE, 992 mm | $950.00 | 5.00 | 190 |
| 12335A54 | CONSUMABLE RAW MATERIAL FOR C0000029-01, C0000030-01, C0000031-01, C0000032-01, C0000033-01, EDGE SEAL - REAR PANEL & QUARTER DOOR | $19,504.91 | 145.77 | 133.80498 |
| 151-01023 | LOC Locking Clamp, 15-19 mm, with FT6 Fir Tree, PA66HIRHSUV, Black | $0.00 | 82.00 | 0 |
| 15514623 | Automotive Connectors 12 way Female OCS 1.5 Sealed Black CONN | $0.00 | 50.00 | 0 |
| 156-01798 | Cable Tie Mounts | $0.00 | 3,674.00 | 0 |
| 1734-1475-ND | CONN RCPT HSNG MALE 9POS PNL MNT | $0.00 | 140.00 | 0 |
| 2360 | Hawse License Plate Mount | $0.00 | 6.00 | 0 |
| 24175K61 | Trim, Flame-Retardant, 1/8" Wide x 29/64" High | $3,255.42 | 39.00 | 83.4723077 |
| 31067-1070 | 31067-1070 | $57.20 | 100.00 | 0.572 |
| 46153C | 46153C | $450.00 | 1,000.00 | 0.45 |
| 4869A752 | CONSUMABLE RAW MATERIAL FOR C0000042-01, C0000043-01, C0000044-01, EDGE TRIM, CONTROL PANEL, 25mm, EDGE TRIM, CONTROL PANEL, 166mm, EDGE TRIM, CONTROL PANEL, 210mm | $1,771.00 | 11.00 | 161 |
| 5233K133 | CONSUMABLE RAW MATERIAL FOR C0000034-01, CHARGE PORT DRAIN HOSE | $321.88 | 6.00 | 53.6466667 |
| 5623N18 | Mixer Nozzle for Epoxy | $2,723.53 | 2,910.00 | 0.93592096 |
| 7201A13 | CONSUMABLE RAW MATERIAL FOR C0000027-01, C0000028-01, TAPE, CONTROL PANEL, VHB TAPE LED FLANGE 6mm, TAPE, CONTROL PANEL, VHB TAPE LED BRACKET 350mm | $3,058.32 | 29.00 | 105.459287 |
| 74LVC1G17QW5-7 | 74LVC1G17QW5-7 | $120.00 | 3,000.00 | 0.04 |
| 90120-0762 | 90120-0762 | $1,500.00 | 6,000.00 | 0.25 |
| 90120-0763 | 90120-0763 | $82.50 | 150.00 | 0.55 |
| 91458A113 | Threadlocker, Loctite 242, 1.69 FL. oz Bottle | $7,665.92 | 165.00 | 46.4601212 |
| 93085K566 | CONSUMABLE RAW MATERIAL FOR C0000035-01, C0000036-01 & C0000037-01 SEAL, FRONT AND REAR PANEL SIDE & TOP, EXT SIDE PANEL TOP | $18,932.15 | 221.00 | 85.6658371 |
| 96055K23 | CONSUMABLE RAW MATERIAL FOR C0002054-01, ADHESIVE, SNAP TOGETHER MUSHROOM, 152mm | $6,172.65 | 15.95 | 387 |
| AC0402FR-0712K1L | AC0402FR-0712K1L | $0.00 | 10,000.00 | 0 |
| AC0402FR-07191KL | AC0402FR-07191KL | $0.00 | 10,000.00 | 0 |
| AC0402FR-071K13L | AC0402FR-071K13L | $0.00 | 10,000.00 | 0 |
| AC0402FR-071KL | AC0402FR-071KL | $0.00 | 10,000.00 | 0 |
| AC0402FR-07249KL | AC0402FR-07249KL | $0.00 | 10,000.00 | 0 |
| AC0402FR-072K2L | AC0402FR-072K2L | $0.00 | 10,000.00 | 0 |
| AC0402FR-072K87L | AC0402FR-072K87L | $0.00 | 10,000.00 | 0 |
| AC0402FR-0733K2L | AC0402FR-0733K2L | $0.00 | 10,000.00 | 0 |
| AC0402FR-0747KL | AC0402FR-0747KL | $0.00 | 10,000.00 | 0 |
| AC0402FR-07499RL | AC0402FR-07499RL | $0.00 | 10,000.00 | 0 |
| AC0402FR-0760K4L | AC0402FR-0760K4L | $0.00 | 10,000.00 | 0 |
| AC0402FR-0760R4L | AC0402FR-0760R4L | $0.00 | 10,000.00 | 0 |
| AC0402FR-077K5L | AC0402FR-077K5L | $0.00 | 10,000.00 | 0 |
| AC0402JR-0751RL | AC0402JR-0751RL | $0.00 | 10,000.00 | 0 |
| ADE9430ACPZ | ADE9430ACPZ | $1,149.00 | 100.00 | 11.49 |
| ADS1258MRTCTEP | ADS1258MRTCTEP | $1,230.50 | 50.00 | 24.61 |
| AMC3330QDWERQ1 | AMC3330QDWERQ1 | $11,860.00 | 2,000.00 | 5.93 |
| B360AM-13-F | B360AM-13-F | $600.00 | 5,000.00 | 0.12 |
| BAT43W-HE3-08 | BAT43W-HE3-08 | $750.00 | 15,000.00 | 0.05 |
| BAT46WH,115 | BAT46WH,115 | $270.00 | 9,000.00 | 0.03 |
| BAT54SWQ-7-F | BAT54SWQ-7-F | $90.00 | 3,000.00 | 0.03 |
| BLM18KG102SZ1D | BLM18KG102SZ1D | $80.00 | 4,000.00 | 0.02 |
| BQ79606APHPRQ1 | BQ79606APHPRQ1 | $3,390.00 | 1,000.00 | 3.39 |
| BSS123 | BSS123 | $90.00 | 3,000.00 | 0.03 |
| BSS316NH6327XTSA1 | BSS316NH6327XTSA1 | $7,080.00 | 177,000.00 | 0.04 |
| BTS3028SDLATMA1 | BTS3028SDLATMA1 | $7,275.00 | 7,500.00 | 0.97 |

| | | | | |
|---|---|---|---|---|
| BTT3050EJXUMA1 | BTT3050EJXUMA1 | $18,900.00 | 21,000.00 | 0.9 |
| BTT60502ERAXUMA1 | BTT60502ERAXUMA1 | $8,760.00 | 6,000.00 | 1.46 |
| BTT62004ESAXUMA1 | BTT62004ESAXUMA1 | $10,380.00 | 6,000.00 | 1.73 |
| C0000025-01 | THERMAL COMPOUND, PHASE CHANGE, PCS | $38,539.08 | 186.85 | 206.256784 |
| C0000026-01 | THERMAL ADHESIVE SEALANT, PCS | $33,391.82 | 414.00 | 80.65657 |
| C0000034-01 | CHARGE PORT DRAIN HOSE | $1.21 | 460.00 | 0.00263043 |
| C0000040-01 | ADHESIVE, CONTROL PANEL, HOOK AND LOOP 700mm | $2,570.24 | 251.00 | 10.24 |
| C0000042-01 | EDGE TRIM, CONTROL PANEL, 25mm | $0.00 | 6.00 | 0 |
| C0000045-01 | TAPE, 2IN X 48IN, PANEL INSULATION ATTACHMENT | $39,159.88 | 218.00 | 179.632477 |
| C0002061-01 | CABLE TIE, LOCKING, 50LB, 7.95IN | $1,259.53 | 8,493.00 | 0.14830213 |
| C0002108-01 | SEALANT, 30MIN SET, 24HR CURE, BLACK, SILICONE | $3,848.46 | 154.00 | 24.99 |
| C0002109-01 | SEALANT, 10MIN SET, 24HR CURE, CLEAR, SILICONE | $12,244.22 | 388.00 | 31.557268 |
| C0002112-01 | THREADLOCKER, LOCTITE 222 | $11,938.38 | 246.00 | 48.53 |
| C0002145-01 | EPOXY, AMBIENT CURED, 50mL, OPAQUE | $63,999.22 | 1,788.00 | 35.7937472 |
| C0002168-01 | TAPE | $0.00 | 71.00 | 0 |
| C0002186-01 | JOINT COMPOUND, ELECTRICAL, OXIDE INHIBITING, PENETROX A-13, SILVER | $7,774.20 | 246.00 | 31.602439 |
| C0002225-01 | FOAM PAD, EPDM, ISOMETER | $0.07 | 13.00 | 0.00538462 |
| C0002274-01 | CARBON CONDUCTIVE ASSEMBLY PASTE [mL] | $2,122.02 | 77.00 | 27.5587013 |
| C0004572-01 | TAPE, SEALING, POLYETHYLENE, 3" WIDTH | $0.00 | 1,965,044.80 | 0 |
| C0004679-01 | SEAL, BULB D-SHAPE HOLLOW, 0.375IN X 0.250IN, ADHESIVE | $789.70 | 5,149.53 | 0.15335387 |
| C0004680-01 | FOAM, EPDM 0.625IN X0.750IN, ADHESIVE | $1,355.95 | 3,108.22 | 0.43624585 |
| C0004681-01 | FOAM, EPDM 0.250IN X0.500IN, ADHESIVE | $1,811.03 | 41,454.84 | 0.04368682 |
| C0004702-01 | FOAM, CLOSED CELL NEOPRENE, 0.25IN X .5IN, ADHESIVE BACKED | $2,484.17 | 11,940.28 | 0.2080495 |
| C0402C100K5GACAUTO | C0402C100K5GACAUTO | $500.00 | 10,000.00 | 0.05 |
| C0402C101J5RACAUTO | C0402C101J5RACAUTO | $100.00 | 10,000.00 | 0.01 |
| C0402C150J5GACAUTO | C0402C150J5GACAUTO | $100.00 | 10,000.00 | 0.01 |
| C0402C330J5GACAUTO | C0402C330J5GACAUTO | $100.00 | 10,000.00 | 0.01 |
| C0603C103K1RACAUTO | C0603C103K1RACAUTO | $40.00 | 4,000.00 | 0.01 |
| C0805X475J4RACAUTO | C0805X475J4RACAUTO | $525.00 | 2,500.00 | 0.21 |
| C1206C106K3RACAUTO | C1206C106K3RACAUTO | $2,160.00 | 6,000.00 | 0.36 |
| C1608C0G1H332J080AA | C1608C0G1H332J080AA | $120.00 | 4,000.00 | 0.03 |
| CAHCT1G125QDCKRQ1 | CAHCT1G125QDCKRQ1 | $26.00 | 250.00 | 0.104 |
| CC0603JRNPO9BN510 | CC0603JRNPO9BN510 | $0.00 | 24,000.00 | 0 |
| CGA2B2C0G1H101J050BA | CGA2B2C0G1H101J050BA | $100.00 | 10,000.00 | 0.01 |
| CGA2B2C0G1H120J050BA | CGA2B2C0G1H120J050BA | $100.00 | 10,000.00 | 0.01 |
| CGA2B2X7R1H332K050BA | CGA2B2X7R1H332K050BA | $100.00 | 10,000.00 | 0.01 |
| CGA3E3X7R1H334K080AB | CGA3E3X7R1H334K080AB | $480.00 | 16,000.00 | 0.03 |
| CGA3E3X7R1H474M080AB | CGA3E3X7R1H474M080AB | $720.00 | 24,000.00 | 0.03 |
| CGA4F3C0G2E102J085AA | CGA4F3C0G2E102J085AA | $80.00 | 4,000.00 | 0.02 |
| CGA4J1C0G2A223J125AE | CGA4J1C0G2A223J125AE | $160.00 | 2,000.00 | 0.08 |
| CGA5L2X7R2A104M160AE | CGA5L2X7R2A104M160AE | $840.00 | 12,000.00 | 0.07 |
| CGA6P1X7R1N106K250AC | CGA6P1X7R1N106K250AC | $2,100.00 | 7,000.00 | 0.3 |
| CL05B104KO5VPNC | CL05B104KO5VPNC | $0.00 | 10,000.00 | 0 |
| CL05C4R7CB51PNC | CL05C4R7CB51PNC | $100.00 | 10,000.00 | 0.01 |
| CRCW04020000Z0ED | CRCW04020000Z0ED | $0.00 | 10,000.00 | 0 |
| CRCW0402100KFKED | CRCW0402100KFKED | $0.00 | 1,010,000.00 | 0 |
| CRCW040216K5FKED | CRCW040216K5FKED | $0.00 | 10,000.00 | 0 |
| CRCW040219K1FKED | CRCW040219K1FKED | $0.00 | 20,000.00 | 0 |
| CRCW04021K10JNED | CRCW04021K10JNED | $0.00 | 20,000.00 | 0 |
| CRCW04021K20FKEDHP | CRCW04021K20FKEDHP | $100.00 | 10,000.00 | 0.01 |
| CRCW04021M00FKED | CRCW04021M00FKED | $0.00 | 10,000.00 | 0 |
| CRCW04021M27FKED | CRCW04021M27FKED | $0.00 | 10,000.00 | 0 |
| CRCW0402200RFKEDHP | CRCW0402200RFKEDHP | $100.00 | 10,000.00 | 0.01 |
| CRCW040227R0JNED | CRCW040227R0JNED | $0.00 | 10,000.00 | 0 |
| CRCW04022K49FKEDHP | CRCW04022K49FKEDHP | $100.00 | 10,000.00 | 0.01 |
| CRCW0402332KFKED | CRCW0402332KFKED | $0.00 | 10,000.00 | 0 |
| CRCW0402432KFKED | CRCW0402432KFKED | $0.00 | 20,000.00 | 0 |
| CRCW04024K70FKED | CRCW04024K70FKED | $0.00 | 10,000.00 | 0 |
| CRCW04024K99FKEDHP | CRCW04024K99FKEDHP | $100.00 | 10,000.00 | 0.01 |
| CRCW040266K5FKED | CRCW040266K5FKED | $0.00 | 10,000.00 | 0 |
| CRCW040266R5FKED | CRCW040266R5FKED | $0.00 | 20,000.00 | 0 |
| CRCW060310R0FKEA | CRCW060310R0FKEA | $0.00 | 15,000.00 | 0 |
| CRCW060340R2FKEA | CRCW060340R2FKEA | $0.00 | 15,000.00 | 0 |
| CRCW060343R0FKEA | CRCW060343R0FKEA | $0.00 | 20,000.00 | 0 |
| CRCW08052R37FKEA | CRCW08052R37FKEA | $200.00 | 20,000.00 | 0.01 |
| CRCW12061M78FKEA | CRCW12061M78FKEA | $150.00 | 15,000.00 | 0.01 |
| CRCW12101K00FKEA | CRCW12101K00FKEA | $100.00 | 5,000.00 | 0.02 |
| CRCW1210249KFKEA | CRCW1210249KFKEA | $100.00 | 5,000.00 | 0.02 |
| CRCW251220K0FKEG | CRCW251220K0FKEG | $240.00 | 8,000.00 | 0.03 |
| DDZ6V2BQ-7 | DDZ6V2BQ-7 | $240.00 | 12,000.00 | 0.02 |

| | | | | |
|---|---|---|---|---|
| DF60-6P-10.16DS(27) | DF60-6P-10.16DS(27) | $172.80 | 48.00 | 3.6 |
| DMP6350S-7 | DMP6350S-7 | $300.00 | 3,000.00 | 0.1 |
| ECS-.327-12.5-12QS-TR | ECS-.327-12.5-12QS-TR | $1,320.00 | 3,000.00 | 0.44 |
| ECS-200-10-37-CWN-TR | ECS-200-10-37-CWN-TR | $250.00 | 1,000.00 | 0.25 |
| ERJ-2RKF1000X | ERJ-2RKF1000X | $0.00 | 20,000.00 | 0 |
| ERJ-2RKF1002X | ERJ-2RKF1002X | $0.00 | 60,000.00 | 0 |
| ERJ-2RKF1152X | ERJ-2RKF1152X | $0.00 | 10,000.00 | 0 |
| ERJ-2RKF1153X | ERJ-2RKF1153X | $0.00 | 10,000.00 | 0 |
| ERJ-2RKF1302X | ERJ-2RKF1302X | $0.00 | 10,000.00 | 0 |
| ERJ-2RKF1623X | ERJ-2RKF1623X | $0.00 | 10,000.00 | 0 |
| ERJ-3EKF1000V | ERJ-3EKF1000V | $0.00 | 35,000.00 | 0 |
| ERJ-3EKF1001V, [NoParam] | ERJ-3EKF1001V, [NoParam] | $0.00 | 530,000.00 | 0 |
| ERJ-3EKF1002V | ERJ-3EKF1002V | $0.00 | 355,000.00 | 0 |
| ERJ-6DQFR22V | ERJ-6DQFR22V | $150.00 | 5,000.00 | 0.03 |
| ERJ-8ENF1000V | ERJ-8ENF1000V | $100.00 | 5,000.00 | 0.02 |
| ERJ-8ENF1003V | ERJ-8ENF1003V | $100.00 | 5,000.00 | 0.02 |
| ERJ-8ENF40R2V | ERJ-8ENF40R2V | $550.00 | 55,000.00 | 0.01 |
| ERJ-L06KF10CV | ERJ-L06KF10CV | $450.00 | 5,000.00 | 0.09 |
| ERJ-PA3F1000V | ERJ-PA3F1000V | $1,250.00 | 125,000.00 | 0.01 |
| ERT-J1VG103GA | ERT-J1VG103GA | $160.00 | 4,000.00 | 0.04 |
| ESD9B5.0ST5G | ESD9B5.0ST5G | $80.00 | 8,000.00 | 0.01 |
| EVP-AA402W | EVP-AA402W | $1,900.00 | 5,000.00 | 0.38 |
| F0000007-01 | SCREW, BH, M6-1.0 X 30, ZP-STL | $924.20 | 1,668.00 | 0.55407674 |
| F0000010-01 | NUT, LOCK, SERRATED FLANGE, M6-1.0, ZP-STL | $521.60 | 12,737.00 | 0.04095156 |
| F0000021-01 | SCREW, PH, M6-1.0 X 12, ZP-STL | $18,542.28 | 94,414.00 | 0.19639333 |
| F0000028-01 | NUT, M6-1.0, ZP-STL | $99.00 | 3,168.00 | 0.03125 |
| F0000040-01 | SCREW, PH, M4-0.7 X 40, SS | $1,395.85 | 9,194.00 | 0.15182184 |
| F0000049-01 | NUT, LOCK, SERRATED FLANGE, M6-1.0, ZP-STL | $175.01 | 3,374.00 | 0.05187018 |
| F0000050-01 | SCREW, PH, M6-1.0 X 10, SS | $2,879.63 | 6,004.00 | 0.47961859 |
| F0000064-01 | SCREW, BH, FLANGED, M6-1.0 X 16, ZP-STL | $19,132.58 | 41,012.00 | 0.46651175 |
| F0000066-01 | RIVET, BLIND, 0.1875"OD, 0.126"-0.25"T, AL | $1,637.56 | 15,038.00 | 0.1088948 |
| F0000076-01 | NUT, WING, 0.3125"-18, SS | $5,624.61 | 3,348.00 | 1.67999104 |
| F0000077-01 | NUT, LOCK, SERRATED FLANGE, M6-1.0, SS | $4,185.73 | 32,002.00 | 0.13079589 |
| F0000080-01 | WASHER, OVERSIZED, 0.375", 1"OD, SS | $185.34 | 1,812.00 | 0.10228477 |
| F0000082-01 | SCREW, PH, M5-0.8 X 10, ZP-STL | $3,957.95 | 44,388.00 | 0.08916712 |
| F0000091-01 | SCREW, PH, M8-1.25 X 16, ZP-STL | $293.52 | 478.00 | 0.61405858 |
| F0000092-01 | SCREW, PH, M8-1.25 X 20, ZP-STL | $2,502.06 | 3,831.00 | 0.65310885 |
| F0000094-01 | SCREW, PH, M6-1.0 X 16, ZP-STL | $492.88 | 2,502.00 | 0.1969944 |
| F0000095-01 | SCREW, PH, M4-0.7 X 10, ZP-STL | $3,777.82 | 46,570.00 | 0.08112132 |
| F0000096-01 | SCREW, PH, M5-0.8 X 12, ZP-STL | $3,251.66 | 20,199.00 | 0.16098124 |
| F0000097-01 | NUT, LOCK, SERRATED FLANGE, M5-0.8, ZP-STL | $444.52 | 1,669.00 | 0.26633913 |
| F0000098-01 | SCREW, PH, M4-0.7 X 12, ZP-STL | $1,160.68 | 14,276.00 | 0.08130289 |
| F0000112-01 | RIVET, PUSH-IN, RIBBED, 6ID, 13.2L, NYL | $874.13 | 3,322.00 | 0.26313365 |
| F0000122-01 | SCREW, PH, M6-1.0 X 16, SS | $263.00 | 525.00 | 0.50095238 |
| F0000126-01 | SCREW, PH, M3-0.5 X 10, BO-STL | $67.07 | 1,300.00 | 0.05159231 |
| F0000128-01 | SCREW, SHCS, M5-0.8 X 55, SS | $3,740.92 | 3,437.00 | 1.08842595 |
| F0000162-01 | NUT, LOCK, SERRATED FLANGE, M4-0.7, ZP-STL | $673.75 | 9,223.00 | 0.07305107 |
| F0000166-01 | WASHER, OVERSIZED, M6, ZP-STL | $144.83 | 1,994.00 | 0.0726329 |
| F0000167-01 | ROD, FULLY THREADED, M6-1.0 x 150, SS | $484.88 | 127.00 | 3.81795276 |
| F0000172-01 | SCREW, BH, 10-32 1in, ZP-STL | $971.07 | 5,012.00 | 0.193749 |
| F0000173-01 | SCREW, HEX, 5/16"-18 X 5/8", SS | $1,070.09 | 1,116.00 | 0.95886201 |
| F0000177-01 | NUT, LOCK, NYLOCK, M3 X 0.5, ZP-STL | $192.86 | 4,396.00 | 0.0438717 |
| F0000178-01 | NUT, LOCK, NYLOCK, M4 X 0.7, ZP-STL | $23.44 | 480.00 | 0.04883333 |
| F0000182-01 | STANDOFF, M-F, M6-1.0, 20L, SS | $15,496.97 | 7,135.00 | 2.17196496 |
| F0000186-01 | SCREW, BH FLANGED, M6-1.0 X 12, BO | $191.00 | 500.00 | 0.382 |
| F0000200-01 | SCREW, SHCS, M5-0.8 X 10, ZP-STL | $214.56 | 2,364.00 | 0.09076142 |
| F0000201-01 | SCREW, FH, M6-1.0 X 12, ZP-STL | $551.25 | 1,482.00 | 0.37196356 |
| F0000204-01 | STANDOFF, F-F, M6-1.0 X 25, ZP-STL | $1,487.64 | 578.00 | 2.57377163 |
| F0000205-01 | SCREW, PH, M5-0.8 X 8, ZP-STL | $2,540.35 | 25,867.00 | 0.09820814 |
| F0000206-01 | SCREW, PH, M3-05 X 10, ZP-STL | $131.52 | 4,489.00 | 0.02929828 |
| F0000209-01 | M5 X 45MM HEX STANDOFF | $13,418.75 | 11,500.00 | 1.16684783 |
| F0000213-01 | NUT, LOCK, NONMARRING, SPRING-LOCK WASHER, M5-0.8, ZP-STL | $2,019.69 | 18,724.00 | 0.10786637 |
| F0000219-01 | TAPERED HEAT-SET INSERT, M5 x 0.8 | $892.10 | 550.00 | 1.622 |
| F0000226-01 | NUT, LOCK, NONMARRING, SPRING-LOCK WASHER, M6-1.0, ZP-STL | $627.54 | 3,847.00 | 0.16312451 |
| F0000228-01 | SCREW, BH, M4-0.7 X 16, ZP-STL | $558.34 | 3,712.00 | 0.15041487 |
| F0000229-01 | SCREW,BH, M3-0.5 X 8, ZP-STL | $172.45 | 1,880.00 | 0.09172872 |
| F0000236-01 | SCREW, BH, M4-0.7 X 10, ZP-STL | $584.69 | 4,160.00 | 0.14055048 |
| F0000255-01 | SCREW, HEX, FLANGE, M6-1.0 X 14, ZP-STL, 8.8 | $4,137.78 | 31,481.00 | 0.13143737 |
| F0000256-01 | SCREW, HEX, 0.625-11 X 6.5IN, ZP-STL | $4,154.73 | 703.00 | 5.91 |
| F0000257-01 | WASHER, STD, 0.625IN, ZP-STL | $3,244.75 | 4,378.00 | 0.74114893 |
| F0000265-01 | WASHER, 1-2IN 0.531IN ID, 1.25IN OD SST | $1,545.69 | 3,675.00 | 0.42059592 |

| | | | | |
|---|---|---|---|---|
| F0000267-01 | NUT, LOCK, NONMARRING, SPRING-LOCK WASHER, M4-0.7, ZP-STL | $347.07 | 3,028.00 | 0.11462021 |
| F0000268-01 | SCREW, BH, M4-0.7 X 40, ZP-STL | $524.44 | 942.00 | 0.55673036 |
| F0000269-01 | LOCKNUT 5-8in -11 THREAD | $552.44 | 571.00 | 0.96749562 |
| F0000270-01 | SCREW, M8-1.25 X 16, HEX FLANGE HEAD, 8.8 ZP 94036A416 | $2,071.11 | 6,899.00 | 0.30020438 |
| F0000271-01 | SCREW, BH, FLANGED, M5-0.8 X 10, ZP-STL | $550.06 | 1,201.00 | 0.45800167 |
| F0000273-01 | SPACER, M6-1.0 X 10, ZP-STL | $462.17 | 1,256.00 | 0.36796975 |
| F0000274-01 | SCREW, BH, M6-1.0 X 25, ZP-STL | $277.97 | 1,120.00 | 0.2481875 |
| F0000278-01 | SCREW, FULLY THREADED, SHCS, M5-0.8 X 16, 4mm ALLEN, ZINC PLATED | $1,098.63 | 9,964.00 | 0.11025994 |
| F0000282-01 | NUT, SOCKET, M6-1.0, SS ((McMaster 90372A121)) | $2,604.82 | 962.00 | 2.7077131 |
| F0000285-01 | RIVET, BLIND, 0.125 OD, 0.119-0.196 SS | $127.98 | 180.00 | 0.711 |
| F0000293-01 | BOLT, BH, M5-0.8 X 16, ZP-STL, CL8.8 | $5,090.99 | 26,790.00 | 0.19003322 |
| F0002056-01 | RIVET, BLIND, 0.133 OD, 0.063-0.125, SS | $1,130.63 | 4,300.00 | 0.26293721 |
| F0002073-01 | BOLT, HEX FLANGED, M8-1.25, 30 L, ZP-STL, CL10.9 | $771.68 | 1,928.00 | 0.40024896 |
| F0002074-01 | NUT, NYLOCK FLANGED, M8-1.25, ZP-STL, CL8 | $322.92 | 2,227.00 | 0.14500225 |
| F0002075-01 | BOLT, HEX, 0.625-11 x 5, ZP-STL, GR8 | $1,079.30 | 251.00 | 4.3 |
| F0002082-01 | SCREW, PH, M6-1.0 X 20, ZP-STL | $294.18 | 1,579.00 | 0.18630779 |
| F0002084-01 | SCREW, PH, M4-0.7 X 14, ZP-STL | $573.77 | 4,700.00 | 0.12207872 |
| F0002098-01 | RIVET, BLIND, 0.1875"OD, 0.251"-0.375"T, AL | $1,544.81 | 11,114.00 | 0.13899676 |
| F0002103-01 | WASHER, MB SEALING, 0.26IN ID, 0.5IN OD, GAL-STL | $155.28 | 2,107.00 | 0.0736972 |
| F0002104-01 | BOLT, BH, FLANGED, M5-0.8 X 12, ZP-STL | $624.56 | 1,457.00 | 0.42866163 |
| F0002128-01 | SCREW, BH, M4-0.7 X 22, SS | $1,646.38 | 6,145.00 | 0.26792189 |
| F0002144-01 | SCREW, PH, M5-0.8 X 6, SS | $483.30 | 2,318.00 | 0.20849871 |
| F0002152-01 | WASHER, MB SEALING, 0.275IN ID, 0.625IN OD, GAL-STL | $1,447.38 | 16,811.00 | 0.0860972 |
| F0002160-01 | BOLT, HEX, M10X1.5, 35L, CLS 8.8, ZP | $2,518.62 | 4,507.00 | 0.55882405 |
| F0002161-01 | WASHER, STD, M10, CLS 8.8, ZP | $788.58 | 7,622.00 | 0.10346103 |
| F0002162-01 | NUT, HEX, M10X1.5, CLS 8, ZP-STL | $385.53 | 2,696.00 | 0.14300074 |
| F0002183-01 | NUT, LUG, 0.5IN-20, ZP-STL | $8,515.37 | 3,187.00 | 2.67190775 |
| F0002187-01 | RIVET, PUSH IN, 6.7mm DIA, 19mm L, NYLON, MTS | $6,711.94 | 95,900.00 | 0.06998895 |
| F0002190-01 | BOLT, HEX, M12X1.75, 60mm L, ZP, CLS 8.8 | $641.79 | 483.00 | 1.32875776 |
| F0002191-01 | NUT, HEX, NYLOCK, M12X1.75, ZP, CLS 8 | $818.42 | 2,483.00 | 0.32960934 |
| F0002192-01 | WASHER, FLAT, M12, ZP, CLS 8 | $1,253.31 | 4,612.00 | 0.27174978 |
| F0002197-01 | RIVET, PUSH IN, 0.187in DIA, 0.68in L, NYLON | $182.85 | 897.00 | 0.20384615 |
| F0002266-01 | STANDOFF, M-F, M4-0.70, 10L, AL | $1,068.96 | 937.00 | 1.14083244 |
| F0002267-01 | BOLT, FH, M6-1.0 X 25, ZP-STL | $3,565.65 | 3,650.00 | 0.97689041 |
| F0002268-01 | BOLT, SEALING, M8-1.25 X 16, SS | $25,797.03 | 2,507.00 | 10.29 |
| F0002269-01 | NUT, RIVET, 0.7-4.2T, M6-1.0, ZP-STL | $499.27 | 1,275.00 | 0.39158431 |
| F0002270-01 | WASHER, M14, 28mm OD, COPPER | $3,923.89 | 1,124.00 | 3.49100534 |
| F0002272-01 | NUT, LOCK, SERRATED FLANGE, M8-1.25, ZP-STL | $351.36 | 2,636.00 | 0.13329287 |
| F0002273-01 | NUT, RIVET, BLIND, 4.2-6.6T, M6-1.0, ZP-STL | $1,765.54 | 2,231.00 | 0.7913671 |
| F0002295-01 | RIVET, BLIND, ALUMINUM, 0.1875IN OD, 0.376IN - 0.5IN T | $1,629.36 | 15,008.00 | 0.1085661 |
| F0002302-01 | WASHER, MB SEALING, 0.275IN ID, 0.625IN OD, BLACK, GAL-STL | $160.38 | 891.00 | 0.18 |
| F0002304-01 | SCREW, BH, FLANGED, M6-1.0 X 16, BLACK, ZP-STL | $6,229.44 | 29,664.00 | 0.21 |
| F0002305-01 | BOLT, BH, FLANGED, M5-0.8 X 12, BLACK, ZP-STL | $1,138.05 | 1,405.00 | 0.81 |
| F0002306-01 | SCREW,BH, M3-0.5 X 8, BLACK, ZP-STL | $5,198.07 | 4,427.00 | 1.17417438 |
| F0002308-01 | SCREW, BH, 10-32 1in, BLACK, ZP-STL | $3,591.78 | 3,093.00 | 1.16126091 |
| F0002309-01 | SCREW, BH, M4-0.7 X 16, BLACK, ZP-STL | $2,041.40 | 1,730.00 | 1.18 |
| F0002310-01 | SCREW, PH, M6-1.0 X 12, BLACK, ZP-STL | $373.50 | 830.00 | 0.45 |
| F0002311-01 | SCREW, PH, M4-0.7 X 10, BLACK, ZP-STL | $1,679.00 | 2,300.00 | 0.73 |
| F0002312-01 | SCREW, PH, M3-05 X 10, BLACK, ZP-STL | $390.50 | 710.00 | 0.55 |
| F0002326-01 | BOLT, SHCS, M5-0.8 X 12, ZP-STL, CLS12.9 | $45.38 | 543.00 | 0.08357274 |
| F0003223-01 | WASHER, FLAT, M4, 304SS | $11.04 | 1,104.00 | 0.01 |
| FTSH-105-01-F-DV-K-TR | FTSH-105-01-F-DV-K-TR | $1,056.00 | 550.00 | 1.92 |
| GCJ188R71E105KA01D | GCJ188R71E105KA01D | $120.00 | 4,000.00 | 0.03 |
| GCJ32ER70J476KE01L | GCJ32ER70J476KE01L | $340.00 | 1,000.00 | 0.34 |
| GCM188R71C334KA37D | GCM188R71C334KA37D | $800.00 | 40,000.00 | 0.02 |
| GCM21BC71C106KE36K | GCM21BC71C106KE36K | $1,100.00 | 10,000.00 | 0.11 |
| GJM1555C1H6R0CB01D | GJM1555C1H6R0CB01D | $100.00 | 10,000.00 | 0.01 |
| GRM155Z71A225KE01D | GRM155Z71A225KE01D | $200.00 | 10,000.00 | 0.02 |
| GRT188C71E225KE13D | GRT188C71E225KE13D | $560.00 | 28,000.00 | 0.02 |
| HMK325C7475KMHPE | HMK325C7475KMHPE | $1,140.00 | 3,000.00 | 0.38 |
| HVSL362062A116I | HVSL362062A116I | $0.00 | 42.00 | 0 |
| HVSL633023B106L1000 | HVSL633023B106L1000 | $0.00 | 10.00 | 0 |
| IPB80P04P4L-06 | IPB80P04P4L-06 | $980.00 | 1,000.00 | 0.98 |
| IPBT-104-H1-T-D-RA-K | IPBT-104-H1-T-D-RA-K | $60.00 | 60.00 | 1 |
| IPBT-110-H1-T-S-GP | IPBT-110-H1-T-S-GP | $6,040.00 | 4,000.00 | 1.51 |
| IPBT-115-H1-T-D-RA-K | IPBT-115-H1-T-D-RA-K | $130.20 | 60.00 | 2.17 |
| ISO7740DWR | ISO7740DWR | $242.40 | 300.00 | 0.808 |
| NCV333ASQ3T2G | NCV333ASQ3T2G | $960.00 | 3,000.00 | 0.32 |
| P0000013-08 | RESS RACK, WELDED ASM | $893,226.59 | 63.00 | 14178.1998 |
| P0000024-02 | HARNESS ASM, CHARGE PORT HV | $5,656.52 | 4.00 | 1414.13 |

| P0000024-03 | HARNESS ASM, CHARGE PORT HV | $85,490.30 | 70.00 | 1221.29 |
| P0000066-04 | HARNESS ASM, VSENSE, LOWER RIGHT | $27,396.39 | 98.00 | 279.555 |
| P0000067-04 | HARNESS, V&TSENSE UPPER 001 | $18,471.95 | 70.00 | 263.885 |
| P0000068-04 | HARNESS, VOLTAGE-TEMP SENSE, CELLS 1-30 | $17,222.49 | 66.00 | 260.946818 |
| P0000069-04 | HARNESS, CELL VOLTAGE-TEMP, CELLS 31-60 | $21,188.63 | 88.00 | 240.779886 |
| P0000077-06 | HOUSING ASM, BDU | $112,578.95 | 213.00 | 528.539671 |
| P0000087-02 | HARNESS, BDU SIGNAL HARNESS, BDU GEN2 | $0.00 | 2.00 | 0 |
| P0000087-03 | HARNESS, BDU SIGNAL HARNESS | $6,845.91 | 6.00 | 1140.985 |
| P0000087-04 | HARNESS, BDU SIGNAL HARNESS | $5,143.97 | 24.00 | 214.332083 |
| P0000087-05 | WIRE HARNESS, SIGNAL, BDU | $82,017.81 | 158.00 | 519.100063 |
| P0000091-02 | WIRE HARNESS, CELL VOLTAGE HARNESS | $63,531.91 | 98.00 | 648.284796 |
| P0000092-02 | HARNESS, ASM, TSENSE, RH | $20,136.17 | 69.00 | 291.828551 |
| P0000093-02 | HARNESS, ASM, TSENSE, LH | $21,910.61 | 78.00 | 280.905256 |
| P0000098-07 | DOOR FRAME, ASM, CONTROL PANEL | $12,950.00 | 10.00 | 1295 |
| P0000116-01 | HEADER, PCS HVDC IN W HVIL, J2 | $13,840.56 | 268.00 | 51.6438806 |
| P0000123-02 | PCS ENCLOSURE, BASE PEM ASM | $35,284.73 | 117.00 | 301.578889 |
| P0000123-03 | PCS ENCLOSURE, BASE PEM ASM | $22,747.80 | 68.00 | 334.526471 |
| P0000128-01 | PLENUM, PCS, TOP, PEM ASM | $12,840.38 | 109.00 | 117.801651 |
| P0000129-01 | BRACKET, ASM, FILTER, COVER | $0.00 | 1.00 | 0 |
| P0000129-02 | BRACKET, EMI FILTER COVER PEM ASM | $0.00 | 5.00 | 0 |
| P0000129-03 | BRACKET, EMI FILTER COVER PEM ASM | $1,706.90 | 39.00 | 43.7666667 |
| P0000137-02 | BRACKET, 12V BATTERY ASM | $9,447.64 | 162.00 | 58.3187654 |
| P0000139-02 | BRACKET, ECU COMBO PEM ASM | $1,438.29 | 21.00 | 68.49 |
| P0000139-03 | BRACKET, ECU COMBO PEM ASM | $6,217.21 | 138.00 | 45.0522464 |
| P0000146-03 | BRACKET, MAIN UPPER DECK PEM ASM | $10,530.71 | 78.00 | 135.009103 |
| P0000156-02 | HARNESS, BATTERY MODULES TO BDU HVDC+, MODHVP | $45,138.94 | 156.00 | 289.352179 |
| P0000157-02 | HARNESS, BATTERY MODULE TO BDU HVDC-, MODHVN | $40,859.18 | 157.00 | 260.249554 |
| P0000158-02 | HARNESS, BATTERY MODULES MID-PACK HV, MODMID | $12,679.05 | 67.00 | 189.239552 |
| P0000180-01 | GORE VENT, CAP | $18,214.29 | 1,800.00 | 10.11905 |
| P0000185-03 | ISOLATION SHEET, MODULE RESS CAVITY, FORMEX | $47,560.20 | 10,750.00 | 4.42420465 |
| P0000203-01 | CELL, BATTERY, 15AH | $3,242,523.49 | 903,566.00 | 3.58858511 |
| P0000205-01 | ADHESIVE, UV CURE | $29,246.77 | 131,572.54 | 0.22228628 |
| P0000221-01 | BALL AND COUPLER | $4,568.40 | 90.00 | 50.76 |
| P0000223-04 | FENDER, TRAILER | $32,936.91 | 114.00 | 288.920263 |
| P0000235-02 | INSULATION, FRONT PANEL, SHEET | $2,134.64 | 177.00 | 12.060113 |
| P0000237-01 | SWITCH, MAGNETICALLY ACTUATED SWITCH | $51.82 | 1.00 | 51.82 |
| P0000239-01 | LATCH, QUARTER DOOR | $3,150.49 | 269.00 | 11.7118587 |
| P0000240-02 | DOOR, IP, WINDOW | $10,024.24 | 688.00 | 14.5701163 |
| P0000241-01 | HINGE, REAR QUARTER DOOR | $10,276.70 | 843.00 | 12.1906287 |
| P0000267-01 | LINER, SHELF | $10,954.92 | 1,935.00 | 5.66145736 |
| P0000273-01 | LED TAIL LIGHT, TRAILER | $0.00 | 5.00 | 0 |
| P0000305-04 | COVER, TOP, BDU | $6,003.64 | 111.00 | 54.0868468 |
| P0000306-02 | BRACKET, BMS MOUNTING, BDU GEN2 | $33.34 | 5.00 | 6.668 |
| P0000307-01 | CLIP, MOUNTING, TE CONNECTOR SERIES | $53.31 | 93.00 | 0.57322581 |
| P0000314-01 | CONTACTOR, PRECHARGE | $6,528.03 | 287.00 | 22.7457491 |
| P0000316-01 | SENSOR, HALL EFECT | $8,728.26 | 292.00 | 29.8913014 |
| P0000320-01 | HOIST RING, 360 SWIVEL, 0.625-11 X 1IN, 4000LBS | $29,813.57 | 434.00 | 68.6948618 |
| P0000321-01 | GROUNDING, SPLITTER | $14,584.40 | 644.00 | 22.6465839 |
| P0000322-01 | TERMINAL BLOCK, 4 GANG, 150A | $1,311.75 | 114.00 | 11.5065789 |
| P0000339-02 | BUS BAR, CONTROL PANEL CAM LOCK, GREEN | $4,446.65 | 199.00 | 22.3449749 |
| P0000340-03 | BUS BAR, CONTROL PANEL CAM LOCK, WHITE | $2,262.00 | 199.00 | 11.3668342 |
| P0000341-02 | BUSBAR, CL5BLK, CONTROL PANEL | $5,377.40 | 92.00 | 58.45 |
| P0000341-06 | BUS BAR, CONTROL PANEL CAM LOCK, BLACK | $83.52 | 9.00 | 9.28 |
| P0000342-06 | BUS BAR, CONTROL PANEL CAM LOCK, RED | $88.16 | 8.00 | 11.02 |
| P0000347-03 | BUS BAR, 2 POLE BREAKER TO RELAY BOARD | $284.61 | 53.00 | 5.37 |
| P0000348-06 | BUS BAR, CONTROL PANEL CAM LOCK, BLUE | $129.92 | 8.00 | 16.24 |
| P0000359-01 | LVPDM POWER MODULE, CUSTOM WURTH TWIN LVPDM | $24,942.19 | 80.00 | 311.777375 |
| P0000362-01 | FUSE, EV10 SERIES 10A SPECIALTY | $29,725.46 | 1,315.00 | 22.6049125 |
| P0000363-01 | FUSE, EV10 SERIES 30A SPECIALTY | $49,458.39 | 2,219.00 | 22.288594 |
| P0000364-01 | FUSE, EV10 SERIES 40A SPECIALTY | $57,410.21 | 3,373.00 | 17.0205188 |
| P0000365-01 | FUSE, EV30 SERIES 250A SPECIALTY | $29,771.35 | 659.00 | 45.1765554 |
| P0000366-01 | FUSE, EV30 SERIES 350A SPECIALTY | $51,469.49 | 714.00 | 72.0861204 |
| P0000375-02 | BUS BAR, LINE L1, MAIN AC | $12,819.85 | 93.00 | 137.847849 |
| P0000376-02 | BUS BAR, LINE L2, MAIN AC | $13,005.61 | 82.00 | 158.605 |
| P0000377-02 | BUS BAR, LINE L3, MAIN AC | $9,966.74 | 95.00 | 104.913053 |
| P0000378-02 | BUS BAR, LINE NTL, MAIN AC | $12,877.10 | 99.00 | 130.071717 |
| P0000379-02 | BUS BAR, LOAD L1, MAIN AC | $1,694.93 | 96.00 | 17.6555208 |
| P0000380-02 | BUS BAR, LOAD L2, MAIN AC | $2,186.10 | 116.00 | 18.8456897 |
| P0000381-02 | BUS BAR, LOAD L3, MAIN AC | $1,803.41 | 90.00 | 20.0378889 |
| P0000382-02 | BUS BAR, LOAD NTL, MAIN AC | $1,970.47 | 93.00 | 21.1878495 |
| P0000383-02 | BUS BAR, DC IN, POS | $21,183.97 | 82.00 | 258.341098 |

| | | | | |
|---|---|---|---|---|
| P0000384-02 | BUS BAR, DC IN, NEG | $22,049.20 | 100.00 | 220.492 |
| P0000385-02 | BUS BAR, INTERCONNECT DC, POS | $46,645.15 | 94.00 | 496.225 |
| P0000386-02 | BUS BAR, INTERCONNECT DC, NEG | $47,728.55 | 97.00 | 492.046907 |
| P0000387-01 | HEATSINK, PCS AFE | $80,787.94 | 963.00 | 83.8919418 |
| P0000392-02 | LIP ADAPTER PCS FAN PLENUM | $862.22 | 46.00 | 18.743913 |
| P0000395-03 | DUCT, HEATSINK, PCS | $8,795.82 | 5,825.00 | 1.51001202 |
| P0000399-01 | BUS BAR SUPPORT, DC INTC SLIDE | $684.27 | 4,522.00 | 0.15132021 |
| P0000401-01 | BUS BAR SUPPORT, 2 BAR CAP | $593.62 | 3,700.00 | 0.16043784 |
| P0000402-01 | BUS BAR SUPPORT, 4 BAR CAP | $658.67 | 2,474.00 | 0.26623686 |
| P0000403-01 | ISOLATION SHEET - PCS FILTER COVER | $1,345.36 | 447.00 | 3.00975391 |
| P0000404-03 | ISOLATION SHEET - PCS ENCLOSURE TOP & BOTTOM | $3,000.22 | 668.00 | 4.49134731 |
| P0000405-01 | 4XSPOWER TITAN 8, BATTERY | $164,183.77 | 304.00 | 540.078191 |
| P0000406-01 | LVHP FUSE BOX | $42,213.46 | 315.00 | 134.010984 |
| P0000407-01 | RELAY, TE CONN HCR150 | $42,525.95 | 753.00 | 56.4753652 |
| P0000409-01 | ECU GCM48 | $15,584.89 | 58.00 | 268.705 |
| P0000410-01 | EVCC -500-0304 | $30,818.26 | 53.00 | 581.476604 |
| P0000414-01 | DCDC 24V | $15,547.85 | 88.00 | 176.680114 |
| P0000422-01 | TRIM, GPS EXTERIOR COVER | $210.99 | 52.00 | 4.0575 |
| P0000424-02 | COVER, 12V BATTERY UPPER DECK | $904.03 | 753.00 | 1.20057105 |
| P0000432-01 | GROUND NEUTRAL ROCKER SWITCH | $9.01 | 1.00 | 9.01 |
| P0000434-01 | ROCKER SWITCH, PANEL LIGHTS | $1,956.90 | 239.00 | 8.18786611 |
| P0000436-01 | ROCKER SWITCH, WIFI HOTSPOT | $7,897.80 | 591.00 | 13.3634518 |
| P0000438-01 | ECU, NEW EAGLE, GCM196MNT | $58,159.81 | 84.00 | 692.37869 |
| P0000439-02 | CABLE GUIDE, PCS SIG HARNESS | $984.07 | 5,788.00 | 0.170019 |
| P0000445-01 | PCS AIR FILTER_001 | $5,031.55 | 70.00 | 71.8792857 |
| P0000446-02 | AUX OUTPUT CIRCUIT BOARD, CONTROL PANEL, BOARD ONLY | $78,685.47 | 134.00 | 587.205 |
| P0000446-03 | AUX OUTPUT CIRCUIT BOARD, CONTROL PANEL, BOARD ONLY | $6,889.50 | 9.00 | 765.5 |
| P0000447-03 | CIRCUIT BOARD, CONTROL PANEL, BREAKER BOARD | $28,656.45 | 136.00 | 210.709191 |
| P0000447-04 | CIRCUIT BOARD, CONTROL PANEL, BREAKER BOARD | $7,900.00 | 5.00 | 1580 |
| P0000450-02 | BUS BAR, CIRCUIT BREAKER BOARD TO 2 POLE BREAKER, BOTTOM | $2,464.27 | 483.00 | 5.10200828 |
| P0000451-02 | BUS BAR, CIRCUIT BREAKER BOARD TO 2 POLE BREAKER, TOP | $3,058.79 | 598.00 | 5.11503344 |
| P0000457-01 | GROUNDING LUG, CONTROL PANEL | $8,476.87 | 329.00 | 25.7655623 |
| P0000462-01 | GORE VENT, BACKING NUT | $2,568.46 | 2,316.00 | 1.10900691 |
| P0000464-01 | RECEPTICLE 120v GFCI | $10,283.34 | 467.00 | 22.02 |
| P0000478-01 | BMS | $114,626.76 | 104.00 | 1102.18038 |
| P0000485-02 | HARNESS, PCS AUX AC OUT, J7 | $35,648.59 | 292.00 | 122.084212 |
| P0000489-02 | HARNESS, PL00X-501-10PM8 WITH HVIL PIGTAIL | $24,980.53 | 551.00 | 45.3367151 |
| P0000491-02 | MANUAL SERVICE DISCONNECT WITH PIGTAIL PROTO6-8 | $42,784.59 | 930.00 | 46.0049355 |
| P0000493-02 | HARNESS, CONTROL PANEL, HMI SIGNAL HARNESS | $37,919.16 | 72.00 | 526.655 |
| P0000498-02 | LVHP TO KL15 RELAY CABLE | $1,290.64 | 43.00 | 30.0148837 |
| P0000499-02 | LV BATTERY TO LVHP FUSEBOX CABLE | $1,909.17 | 54.00 | 35.355 |
| P0000500-02 | TGU PIGTAIL HARNESS | $7,683.02 | 215.00 | 35.7349767 |
| P0000503-02 | OBCs AC POWER HARNESS | $37,904.01 | 203.00 | 186.719261 |
| P0000505-05 | HARNESS, MAIN SIGNAL | $2,744.35 | 6.00 | 457.391667 |
| P0000505-06 | WIRE HARNESS, SIGNAL, MAIN | $244,725.73 | 94.00 | 2603.46521 |
| P0000511-03 | LV CABLES to DCDC_LVPDM | $27,458.97 | 133.00 | 206.458421 |
| P0000513-02 | HARNESS, FAN PLENUM GEN 2 | $15,393.21 | 89.00 | 172.957416 |
| P0000519-01 | HEADER, HV LINE OUT HEADER W HVIL J3 | $8,093.93 | 380.00 | 21.2998158 |
| P0000520-01 | HARNESS, CONTROL PANEL, 3 POLE LINE INPUT HEADER HARNESS | $9,353.27 | 430.00 | 21.7517907 |
| P0000521-01 | HARNESS, CONTROL PANEL, 2 POLE NEAUTRAL GROUND HARNESS | $7,559.34 | 437.00 | 17.2982609 |
| P0000522-01 | HEADER, HV NEUT-PE WITH HVIL, J4 | $20,198.22 | 1,322.00 | 15.2785325 |
| P0000523-01 | HARNESS, PCS SIGNAL, J1 | $1,147.22 | 1.00 | 1147.22 |
| P0000523-02 | HARNESS, PCS SIGNAL, J1 | $34,956.11 | 78.00 | 448.155256 |
| P0000524-02 | HARNESS, PCS, AUX LINE SIDE | $34,166.68 | 378.00 | 90.3880423 |
| P0000527-02 | HARNESS, BDU GEN2 CELLS 1-30 AND 61-90 VSENSE HARNESS | $23,582.67 | 208.00 | 113.378221 |
| P0000528-02 | HARNESS, BDU GEN2 CELLS 31-60 AND 91-120 VSENSE HARNESS | $18,667.66 | 150.00 | 124.451067 |
| P0000536-02 | HARNESS, CONTROL PANEL, AUX OUTPUT HARNESS | $8,861.64 | 176.00 | 50.3502273 |
| P0000607-01 | BRACKET, ECU, NEW EAGLE, GCM196MNT | $8,939.72 | 91.00 | 98.2386813 |
| P0000608-01 | GASKET, DIAGNOSTIC PORT | $404.11 | 919.00 | 0.43972797 |
| P0000629-01 | IGNITION SWITCH SW, ROT, 3POS, KNOB | $8,915.27 | 404.00 | 22.0675 |
| P0000641-01 | CONNECTOR, MOLEX, HDAC 4W KEY A | $43.00 | 100.00 | 0.43 |
| P0000647-01 | CONNECTOR, 12W MTH KEY A | $0.00 | 562.00 | 0 |
| P0000676-01 | BUNDLE MOUNT, RATCHET P CLAMP, 19mm-36mm DIAM, M6 HOLE | $16,016.13 | 7,629.00 | 2.09937475 |
| P0000677-01 | CLIP, BUNDLE LOC, 10-14mm MOUNT 6.5mm | $1,643.57 | 7,827.00 | 0.20998722 |
| P0000680-01 | FIR TREE CLIP, ZIPTIE 7 X 12mm SLOT | $17.00 | 100.00 | 0.17 |
| P0000748-01 | CONNECTOR, CONTROL PANEL, DIAGNOSTIC PORT | $26.78 | 1.00 | 26.78 |
| P0000757-01 | CONNECTOR, OCS 1.5 SEALED, 3 WAY MALE | $169.07 | 266.00 | 0.6356015 |
| P0000763-01 | MSD FUSE, 630 A | $91,411.57 | 870.00 | 105.07077 |
| P0000803-01 | WHEEL, 16X8, ALUMINIUM | $1,170.00 | 10.00 | 117 |
| P0000806-02 | PLATE ASSEMBLY, BUSBAR ATTACH, POSITIVE | $35,770.69 | 39,745.00 | 0.90000478 |
| P0000807-02 | COVER, FRONT, BATTERY MODULE | $20,913.61 | 5,990.00 | 3.4914207 |

| P0000811-05 | BARRIER ASM, FLAME AND VENT GAS MITIGATION | $40,179.79 | 11,893.00 | 3.37844026 |
| P0000816-02 | COVER, REAR, BATTERY MODULE | $15,865.17 | 4,868.00 | 3.25907354 |
| P0000819-05 | CARRIER, BATTERY MODULE, GEN2 | $23,175.83 | 2,797.00 | 8.28595996 |
| P0000821-02 | PLATE ASSEMBLY, BUSBAR ATTACH, NEGATIVE | $34,952.48 | 38,836.00 | 0.90000206 |
| P0000822-13 | COLLECTOR, BATTERY MODULE, ASM | $372,370.25 | 12,952.00 | 28.7500193 |
| P0000838-01 | BRACKET, AFE MOUNT PEM ASM | $28,055.98 | 225.00 | 124.693244 |
| P0000873-01 | CAM COVER, GREEN | $5,243.22 | 474.00 | 11.0616456 |
| P0000874-01 | CAM COVER, WHITE | $2,215.00 | 200.00 | 11.075 |
| P0000875-01 | CAM COVER, BLUE | $2,088.27 | 189.00 | 11.0490476 |
| P0000876-01 | CAM COVER, RED | $5,272.20 | 476.00 | 11.0760504 |
| P0000877-01 | CAM COVER, BLACK | $5,329.50 | 480.00 | 11.103125 |
| P0000878-01 | COVER, 50A TWISTLOCK COVER | $8,744.97 | 701.00 | 12.4749929 |
| P0000884-01 | EMERGENCY STOP BUTTON | $5,000.94 | 126.00 | 39.69 |
| P0000912-01 | PL00Y-501-90PM8-2 WITH HVIL | $3,463.50 | 50.00 | 69.27 |
| P0000917-02 | HARNESS, BDU, THERMISTOR & CURRENT SENSE | $9,496.79 | 128.00 | 74.1936719 |
| P0000925-02 | CONNECTOR, BDU ASM, CCS HVDC POS | $11,775.83 | 266.00 | 44.2700376 |
| P0000926-02 | CONNECTOR, BDU ASM, CCS HVDC NEG | $12,128.16 | 278.00 | 43.6264748 |
| P0000927-02 | CONNECTOR, BDU ASM, HVDC POS | $4,072.55 | 92.00 | 44.2668478 |
| P0000928-02 | CONNECTOR, BDU ASM, HVDC NEG | $9,227.10 | 208.00 | 44.3610577 |
| P0000965-01 | BATTERY CONNECTOR - TOP LEFT PROTO6-8 | $5,927.06 | 150.00 | 39.5137333 |
| P0000966-02 | BATTERY CONNECTOR - TOP RIGHT - PILOT 6-8 | $2,357.58 | 53.00 | 44.4826415 |
| P0000967-06 | COVER, MODULE CLOSEOUT | $145.68 | 24.00 | 6.07 |
| P0000967-07 | COVER, MODULE CLOSEOUT | $85,344.31 | 13,945.00 | 6.12006526 |
| P0000980-06 | BUSBAR, MIDDLE | $23,404.05 | 1,146.00 | 20.4223822 |
| P0000984-06 | BUSBAR, VERTICAL, MPU | $7,883.54 | 277.00 | 28.4604332 |
| P0000987-06 | BUSBAR, #3 | $1,601.00 | 67.00 | 23.8955224 |
| P0000991-06 | BUSBAR ASM, #2 - MSD, MPU | $2,871.36 | 72.00 | 39.88 |
| P0001001-06 | BUSBAR, #4 & 8 | $2,839.00 | 139.00 | 20.4244604 |
| P0001017-01 | BRACKET ASM, MODULE MOUNTING, MIDDLE | $43,840.01 | 2,037.00 | 21.5218508 |
| P0001019-01 | CAP, MODULE FINGER BRACKET | $1,223.80 | 6,305.00 | 0.19409992 |
| P0001027-01 | CURRENT SHUNT/VOLTAGE SENSOR | $95,747.71 | 694.00 | 137.965 |
| P0001038-01 | BRACKET, ASM, HOLD DOWN LOWER | $9,217.96 | 468.00 | 19.6964957 |
| P0001040-01 | BRACKET ASM, MODULE MOUNTING UPPER | $8,928.97 | 453.00 | 19.7107506 |
| P0001054-02 | HARNESS, CONTROL PANEL, TWISTLOCK HARNESS | $0.00 | 1.00 | 0 |
| P0001056-01 | DISPLAY, CONTROL PANEL, HMI ANDROMEDA EVIC | $62,228.60 | 112.00 | 555.6125 |
| P0001077-06 | BUSBAR, #1&5, MPU | $2,951.34 | 144.00 | 20.4954167 |
| P0001086-01 | BRACKET 12V BATTERY RETAINER | $1,730.86 | 72.00 | 24.0397222 |
| P0001095-01 | FUSE, AUTOMOTIVE, 200A, 32VDC | $93.01 | 159.00 | 0.58496855 |
| P0001096-01 | FUSE, AUTOMOTIVE, 100A, 32VDC | $181.19 | 209.00 | 0.8669378 |
| P0001104-01 | CONNECTOR ACCESSORY, NUT FOR HD10, HDP18 | $312.63 | 373.00 | 0.83815013 |
| P0001105-01 | CONNECTOR ACCESSORY, HD10 DIAGNOSTIC CONNECTOR PROTECTIVE CAP | $3,037.08 | 868.00 | 3.49894009 |
| P0001107-01 | CONNECTOR, RADLOK 3.6mm PIN | $274.90 | 191.00 | 1.43926702 |
| P0001108-01 | CONNECTOR, RADLOK 5.7mm PIN | $1,905.21 | 791.00 | 2.40860936 |
| P0001109-01 | EMI FILTER, PCS AUX | $1,884.50 | 10.00 | 188.45 |
| P0001109-02 | EMI FILTER, PCS AUX | $27,334.65 | 147.00 | 185.95 |
| P0001119-02 | HARNESS, CONTROL PANEL, DOOR SENSOR CABLE | $4,424.76 | 61.00 | 72.5370492 |
| P0001120-01 | BRACKET, PCS SIDE SUPPORT, PEM ASM | $14,857.81 | 170.00 | 87.3988824 |
| P0001121-01 | PCS ENCLOSURE - TOP | $11,398.34 | 93.00 | 122.562796 |
| P0001126-01 | PCS ENCLOSURE SIDE, INLET, HARDWARE ASM | $22,111.23 | 114.00 | 193.958158 |
| P0001128-01 | FAN PLENUM DIVIDER | $1,174.97 | 418.00 | 2.81093301 |
| P0001131-01 | IP DOOR SENSOR BRACKET | $289.16 | 112.00 | 2.58178571 |
| P0001143-01 | CONNECTOR ADAPTER PLATE 1718329-1 | $41.51 | 7.00 | 5.93 |
| P0001146-01 | HMI SIGNAL HARNESS BRACKET | $640.61 | 154.00 | 4.15980519 |
| P0001147-01 | CLIP, BUNDLE MOUNT FIR TREE CLIP, 9X17 SLOT | $568.00 | 2,000.00 | 0.284 |
| P0001148-01 | ON BOARD CHARGER, 500kbps baud, CANALG1200 | $1,439.93 | 6.00 | 239.988333 |
| P0001148-02 | ON BOARD CHARGER, 500KBPS BAUD, CANALG 3865, CAN ID | $208,501.13 | 278.00 | 750.004065 |
| P0001152-01 | SHIM, TOP COVER GUIDE | $2,086.05 | 12,215.00 | 0.17077773 |
| P0001154-02 | FAN WITH PIGTAIL, PCS | $95,449.23 | 2,675.00 | 35.6819551 |
| P0001155-01 | HARNESS, CONTROL PANEL, USB-A, USB-C CHARGER | $17,577.48 | 722.00 | 24.3455402 |
| P0001156-01 | 30 A CIRCUIT BREAKER 1 POLE | $2,014.95 | 133.00 | 15.15 |
| P0001157-01 | EMI FILTER, PCS HV | $65,355.03 | 166.00 | 393.705 |
| P0001163-01 | ADAPTER PLATE, CONTROL PANEL, RELAY BOARD PLATE WITH PEMS | $7,646.83 | 335.00 | 22.8263582 |
| P0001176-01 | BUSBAR, ASM, BDU, CCS IN | $5,605.11 | 703.00 | 7.97312945 |
| P0001178-01 | BUSBAR, ASM, BDU, MAIN DC IN | $6,386.52 | 753.00 | 8.48143426 |
| P0001180-01 | BUSBAR, ASM, BDU, T-BLOCK | $3,740.00 | 188.00 | 19.893617 |
| P0001180-02 | BUSBAR, ASM, BDU, T-BLOCK | $3,793.86 | 189.00 | 20.0733333 |
| P0001181-01 | BUSBAR, AC INLET, NEGATIVE | $1,645.16 | 365.00 | 4.50728767 |
| P0001183-01 | BUSBAR, BDU, MAIN FUSE IN | $148.55 | 28.00 | 5.30535714 |
| P0001183-02 | BUSBAR, BDU, MAIN FUSE IN | $2,447.50 | 445.00 | 5.5 |
| P0001184-01 | BUSBAR, BDU GEN2, MAIN NEGATIVE | $8,401.11 | 509.00 | 16.5051277 |

| | | | | |
|---|---|---|---|---|
| P0001184-02 | BUSBAR, BDU, MAIN NEGATIVE | $18.09 | 1.00 | 18.09 |
| P0001186-01 | BUSBAR, NEGATIVE, BDU HV MAIN | $754.52 | 53.00 | 14.2362264 |
| P0001186-02 | BUSBAR, NEGATIVE, BDU HV MAIN | $4,582.00 | 316.00 | 14.5 |
| P0001187-01 | BUSBAR, BDU, VSENSE IN | $2,430.66 | 392.00 | 6.20066327 |
| P0001187-02 | BUSBAR, BDU, VSENSE IN | $427.76 | 63.00 | 6.78984127 |
| P0001188-03 | BUSBAR, POSITIVE, BDU MAIN | $2,586.31 | 366.00 | 7.06642077 |
| P0001189-02 | BUSBAR, POSITIVE, F-BLOCK, BDU | $2,245.01 | 105.00 | 21.3810476 |
| P0001194-01 | HARNESS, CONTROL PANEL, 4 PRONG HARNESS | $0.00 | 2.00 | 0 |
| P0001196-01 | HARNESS, CONTROL PANEL, CONTACTOR HARNESS | $77,335.71 | 2,700.00 | 28.6428556 |
| P0001197-01 | GASKET, PCS ENCLOSURE, TOP | $5,624.81 | 157.00 | 35.8268153 |
| P0001198-01 | PCS AIR FILTER BRACKET LOWER | $3,735.20 | 118.00 | 31.6542373 |
| P0001199-01 | GASKET, PCS ENCLOSURE SIDE | $10,168.96 | 838.00 | 12.1347971 |
| P0001200-01 | PCS AIR FILTER TOP HOLD DOWN AND BAFFLE | $1,358.99 | 79.00 | 17.2024051 |
| P0001201-01 | PCS ENCLOSURE SIDE. OUTLET, HARDWARE ASM | $18,155.08 | 116.00 | 156.50931 |
| P0001208-01 | Clip, HellermannTyton 151-01022, LOC style clip, 15-20mm | $314.90 | 1,684.00 | 0.18699525 |
| P0001212-01 | BRACKET, PEM ASM, OBC GEN 2 | $39,111.71 | 1,072.00 | 36.4848041 |
| P0001214-01 | BRACKET, PARTICLE GPS MOUNT | $639.82 | 1,713.00 | 0.37350846 |
| P0001215-01 | GASKET, PCS DUCT FLAT | $14,862.54 | 4,735.00 | 3.138868 |
| P0001220-01 | CONTACTOR WITH PIGTAIL | $108,529.46 | 1,675.00 | 64.7937075 |
| P0001225-01 | HARNESS, CONTROL PANEL, IP LED HARNESS | $7,470.17 | 83.00 | 90.0020482 |
| P0001229-01 | GASKET, CONTROL PANEL, OUTLET PANEL | $1,423.25 | 569.00 | 2.5013181 |
| P0001230-03 | GASKET, CONTROL PANEL, 50A BREAKERS | $821.87 | 473.00 | 1.73756871 |
| P0001231-01 | GASKET, CONTROL PANEL, HMI DISPLAY | $1,272.25 | 598.00 | 2.12750836 |
| P0001235-01 | BAFFLE, UPPER DECK AIR INTAKE, PEM ASM | $4,848.12 | 127.00 | 38.1741732 |
| P0001239-01 | GASKET, E-STOP BUTTON TRIM OUTER | $810.54 | 440.00 | 1.84213636 |
| P0001240-01 | TRIM, E-STOP BUTTON BEZEL | $823.50 | 750.00 | 1.098 |
| P0001241-01 | GASKET, E-STOP BUTTON BRACKET, OUTER | $537.42 | 441.00 | 1.21863946 |
| P0001251-01 | HARNESS, PCS LARGE FILTER TO NEUTRAL-PE HEADER GRND | $3,310.82 | 272.00 | 12.1721324 |
| P0001252-01 | HARNESS, PCS, EMI FILTER TO FILTER GOUND | $14,204.73 | 704.00 | 20.1771733 |
| P0001258-06 | BUSBAR ASM, #7 - MSD | $4,386.81 | 79.00 | 55.5292405 |
| P0001260-06 | BUSBAR ASM, #6 - MSD, MPU | $2,744.83 | 70.00 | 39.2118571 |
| P0001264-03 | FUSEBLOCK BASE ASM, BDU GEN2, AC INLET | $0.00 | 14.00 | 0 |
| P0001264-04 | FUSEBLOCK BASE ASM, BDU, AC INLET | $7,043.44 | 609.00 | 11.5655829 |
| P0001268-01 | BUSBAR, POSITIVE, AC IN | $524.48 | 349.00 | 1.50280802 |
| P0001270-02 | FUSEBLOCK HOUSING ASM, BDU GEN2, MAIN (AS MOLDED) | $0.00 | 1.00 | 0 |
| P0001270-03 | FUSEBLOCK ASM, MAIN, BDU GEN2 | $0.00 | 1.00 | 0 |
| P0001270-04 | FUSEBLOCK ASM, MAIN, BDU | $9,085.13 | 852.00 | 10.6632981 |
| P0001272-08 | INTERMEDIATE JUMPER BUSBAR ASM | $123,528.75 | 2,246.00 | 54.9994435 |
| P0001275-01 | CLAMP, RATCHET P CLAMP, SIZE D 36-51 mm | $6,256.53 | 2,693.00 | 2.32325659 |
| P0001276-04 | COVER ASM, BUSBARS #2&3, MPU | $3,797.80 | 985.00 | 3.85563452 |
| P0001277-04 | COVER ASM, BUSBAR #1&5 | $1,605.88 | 787.00 | 2.04050826 |
| P0001278-04 | COVER ASM, BUSBAR #4&8, MPU | $1,722.42 | 844.00 | 2.04078199 |
| P0001279-01 | COVER ASM, MIDDLE BUSBAR | $16,871.07 | 11,149.00 | 1.51323616 |
| P0001280-01 | COVER ASM, VERTICAL BUSUBAR | $1,655.70 | 1,606.00 | 1.03094645 |
| P0001281-01 | Harness_2-Door Sensor Cable | $0.00 | 1.00 | 0 |
| P0001281-02 | HARNESS, BDU LID SWITCH | $14,321.00 | 200.00 | 71.605 |
| P0001283-01 | CONNECTOR ASM, OBC OUT | $10,699.80 | 168.00 | 63.6892857 |
| P0001284-01 | CONNECTOR ASM, BDU, AC2 | $5,718.11 | 167.00 | 34.2401796 |
| P0001285-01 | CONNECTOR ASM, BDU, AC3 | $2,965.31 | 172.00 | 17.2401744 |
| P0001336-01 | Hellermann Tyton 151-01662 | $0.00 | 2,100.00 | 0 |
| P0001337-01 | BUNDLE MOUNT, RATCH P CLAMP, LONG LGTH, M6 HOLE, 36-50MM BNDL | $283.75 | 125.00 | 2.27 |
| P0001340-01 | BUNDLE MOUNT, RATCH P CLAMP, 9 X 17 MM FT, SIZE C, 19.3-36 MM BNDL | $644.61 | 732.00 | 0.88061475 |
| P0001341-01 | BUNDLE MOUNT, RATCH P CLAMP, 9 X 17 MM FT, SIZE D, 36-50.8 MM BNDL | $192.95 | 151.00 | 1.27781457 |
| P0001354-01 | CONNECTOR ASM, OBC OUT, BDU | $12,756.71 | 166.00 | 76.8476506 |
| P0001357-01 | PCS TO IP 2 POLE | $40,339.76 | 190.00 | 212.314526 |
| P0001358-03 | PCS TO IP 3 POLE | $39,688.55 | 191.00 | 207.793455 |
| P0001359-01 | PCS TO IP 6 POLE | $33,994.49 | 200.00 | 169.97245 |
| P0001360-01 | PCS TO BDU HARNESS | $6,642.27 | 24.00 | 276.76125 |
| P0001361-01 | Clip, Releaseable LOC-Style Clip, 20mm-25mm, HellermannTyton PN : 151-01371 | $2,026.30 | 8,810.00 | 0.23 |
| P0001363-01 | PLENUM, PCS, BASE, PEM ASM | $8,095.48 | 97.00 | 83.4585567 |
| P0001372-01 | BUNDLE MOUNT, RATCH P CLAMP, RIGHT ANGLE, SHORT, M6 HOLE 36mm - 51mm BNDL | $509.63 | 185.00 | 2.75475676 |
| P0001384-01 | BRACKET, GPS PEM ASM | $4,652.32 | 97.00 | 47.9620619 |
| P0001399-01 | BRACKET, GROUND BLOCK PEM ASM | $2,210.43 | 196.00 | 11.2777041 |
| P0001402-01 | TIE DOWN RING, STEEL 400LB CAPACTIY | $344.70 | 126.00 | 2.73571429 |
| P0001404-01 | AFE, 3 PHASE CONV VA08 800V | $168,135.64 | 124.00 | 1355.93258 |
| P0001405-01 | GROMMET, RUBBER HALF PCS SIGNAL HARNESS | $269.94 | 1,227.00 | 0.22 |

| P0001408-02 | AUXILIARY OBCs HVDC HARNESS | $34,158.26 | 199.00 | 171.649548 |
|---|---|---|---|---|
| P0001412-01 | CABLE CLIP, HT SCREW MOUNT, 15MM BUNDLE DIAM, M6 MOUNT | $175.95 | 510.00 | 0.345 |
| P0001413-01 | INSULATION, EXT SIDE PANELS | $11,084.84 | 207.00 | 53.5499517 |
| P0001419-01 | LV BATTERY TO 4 GANG TERMINAL BLOCK | $3,586.27 | 81.00 | 44.2749383 |
| P0001424-02 | DRIP SHIELD, CONTROL PANEL | $4,229.12 | 752.00 | 5.62382979 |
| P0001445-01 | GASKET, CHARGE PORT BEZEL | $2,333.39 | 366.00 | 6.37538251 |
| P0001446-01 | TRIM, CHARGE PORT DOOR | $772.48 | 707.00 | 1.09261669 |
| P0001460-01 | PRECHARGE RESISTOR WITH PIGTAIL, BDU | $13,755.65 | 592.00 | 23.2358953 |
| P0001470-01 | HARNESS, PRECHARGE CONTACTOR COIL PIGTAIL, BDU | $2,420.20 | 87.00 | 27.8183908 |
| P0001471-01 | HARNESS, BDU, PCS, HVDC OUTPUT HEADER | $14,112.49 | 274.00 | 51.505438 |
| P0001477-01 | HARNESS, BDU AC INLET HEADER WITH HVIL | $4,232.66 | 398.00 | 10.6348241 |
| P0001478-01 | CONNECTOR ASM, BDU, AC | $6,660.09 | 180.00 | 37.0005 |
| P0001479-01 | FAN OUTLET COVER, BASE | $1,257.13 | 7,842.00 | 0.16030732 |
| P0001484-01 | GASKET, E-STOP BUTTON BRACKET, INNER | $707.27 | 427.00 | 1.65637002 |
| P0001485-02 | TRIM, CHARGE PORT BEZEL | $1,103.17 | 710.00 | 1.55376056 |
| P0001489-01 | PIN, CLEVIS ASM W C-CLAMP | $320.53 | 122.00 | 2.62729508 |
| P0001490-01 | SEAL, CHARGE PORT BEZEL, CCS SIDE | $518.91 | 45.00 | 11.5313333 |
| P0001497-01 | LABEL, PRODUCT IDENTIFICATION, BDU | $671.63 | 16.00 | 41.9768808 |
| P0001498-01 | BRACKET, E-STOP BUTTON W INSERTS, ASM | $412.25 | 139.00 | 2.96582734 |
| P0001499-01 | LABEL, BDU, HV WARNING | $1,350.18 | 1,020.00 | 1.32370588 |
| P0001503-01 | CHEMICAL-RESISTANT ROUND CAPS FOR 0.223 OD | $135.00 | 1,000.00 | 0.135 |
| P0001510-01 | PRESSURE EQUALIZATION DEVICE | $1,175.73 | 250.00 | 4.70292 |
| P0001512-01 | CIRCUIT BREAKER, CONTROL PANEL, 50A 2 POLE | $30,661.37 | 691.00 | 44.3724602 |
| P0001514-01 | CIRCUIT BREAKER, CONTROL PANEL, 30A 2 POLE | $28,314.09 | 639.00 | 44.31 |
| P0001515-01 | CIRCUIT BREAKER, CONTROL PANEL, 30A 1 POLE | $1,990.76 | 131.00 | 15.1966412 |
| P0001516-01 | CIRCUIT BREAKER, CONTROL PANEL, 20A 1 POLE | $23,931.28 | 1,538.00 | 15.56 |
| P0001524-02 | AUXILIARY APM HVDC HARNESS | $20,496.07 | 176.00 | 116.454943 |
| P0001525-01 | HARNESS, MP75 PROTO6-8, PE GROUND CABLE | $1,785.44 | 54.00 | 33.0637037 |
| P0001531-01 | GASKET, FAN FLAP, EPDM | $3,335.06 | 5,309.00 | 0.62818987 |
| P0001535-03 | COVER ASM, BUSBAR #5&6, MPU | $3,781.88 | 638.00 | 5.9277116 |
| P0001536-01 | TGU, GPS TRACKER, ONE404MTY | $85,950.00 | 573.00 | 150 |
| P0001551-01 | FAN FLAP, OVERMOLDED SHAFT, PCS PLENUM | $3,451.67 | 8,849.00 | 0.39006328 |
| P0001553-01 | BUS BAR SUPPORT, BASE, OM | $3,581.10 | 5,115.00 | 0.7001173 |
| P0001554-01 | BUS BAR SUPPORT, DC INTC CLAMP OM | $3,294.97 | 4,512.00 | 0.73026817 |
| P0001563-01 | INSULATION, TOP PANEL | $10,135.92 | 201.00 | 50.4274627 |
| P0001574-02 | HARNESS, CONTROL PANEL, TWISTLOCK HARNESS WITH TWISTLOCK OUTLETS | $112,597.02 | 195.00 | 577.420615 |
| P0001574-03 | HARNESS, CONTROL PANEL, TWISTLOCK HARNESS WITH TWISTLOCK OUTLETS | $20,420.90 | 53.00 | 385.3 |
| P0001575-01 | TWISTLOCK CLIP HOLDER, CONTROL PANEL | $1,483.97 | 219.00 | 6.77611872 |
| P0001578-01 | HARNESS, CONTROL PANEL, IP DOOR 30A 2P TWISTLOCK OUTLET WITH HARNESS | $10,915.21 | 104.00 | 104.953942 |
| P0001579-01 | HARNESS, CONTROL PANEL, 30A 1P TWISTLOCK OUTLET WITH HARNESS | $19,816.02 | 229.00 | 86.5328384 |
| P0001580-01 | HARNESS, CONTROL PANEL, IP DOOR 20A GFCI OUTLET WITH | $43,777.04 | 516.00 | 84.8392248 |
| P0001581-01 | SEAL, BDU COVER | $7,311.17 | 328.00 | 22.2901524 |
| P0001583-02 | PLACARD SYSTEM CAPABILITY, MP75 | $5,744.24 | 242.00 | 23.7365289 |
| P0001590-01 | RAM 5000 SERIES JACK | $437.88 | 9.00 | 48.6533333 |
| P0001594-01 | PINTLE HITCH | $1,530.09 | 51.00 | 30.0017647 |
| P0001595-02 | TRAILER WELDMENT ASM | $8,940.62 | 2.00 | 4470.31 |
| P0001595-04 | TRAILER WELDMENT ASM | $116,531.97 | 26.00 | 4481.99885 |
| P0001597-01 | GFCI CLIP HOLDER, CONTROL PANEL | $2,268.31 | 218.00 | 10.4050917 |
| P0001598-01 | CIRCUIT BREAKER, CONTROL PANEL, 125A, MAIN BREAKER | $48,008.43 | 120.00 | 400.07025 |
| P0001599-01 | EATON 125A MOUNTING BRACKET, CONTROL PANEL | $4,596.21 | 202.00 | 22.7535149 |
| P0001600-02 | EATON BREAKER GASKET, CONTROL PANEL, MAIN BREAKER | $1,083.66 | 542.00 | 1.99937269 |
| P0001603-01 | BRACKET ASM, SENSOR MOUNTING | $879.84 | 72.00 | 12.22 |
| P0001603-02 | BRACKET ASM, SENSOR MOUNTING | $2,130.93 | 184.00 | 11.5811413 |
| P0001604-01 | TOP AND BOTTOM BUS BAR | $2,224.59 | 360.00 | 6.17941667 |
| P0001605-01 | MIDDLE BUS BAR | $1,170.91 | 222.00 | 5.27436937 |
| P0001608-01 | HARNESS, ROUND CABLE WURTH BOARD REPLACEMENT | $13,400.62 | 95.00 | 141.059158 |
| P0001609-01 | HARNESS, RELAY JUMPER | $4,632.50 | 76.00 | 60.9539474 |
| P0001610-01 | HARNESS, LONG RELAY JUMPER | $1,612.68 | 77.00 | 20.9438961 |
| P0001612-01 | HARNESS, LOWER SIMPLE RELAY JUMPER | $2,770.43 | 85.00 | 32.5932941 |
| P0001613-01 | HARNESS, UPPER SIMPLE RELAY JUMPER | $2,523.65 | 156.00 | 16.1772436 |
| P0001621-01 | BLANK LABEL | $193.39 | 657.00 | 0.29435412 |
| P0001622-02 | GROUND STRAP, 12 IN L, 120 A | $4,059.09 | 714.00 | 5.685 |
| P0001640-02 | BRACKET, 12V BATTERY RETAINER | $213.25 | 97.00 | 2.19845361 |
| P0001641-01 | BRACKET, BMS MOUNTING W-PEM | $0.00 | 3.00 | 0 |
| P0001641-02 | BRACKET, BMS MOUNTING, ASM | $4,264.60 | 182.00 | 23.4318681 |
| P0001642-01 | BARB FITTING, 0.5" TUBE ID, 0.25" MPSM MALE | $383.01 | 367.00 | 1.04362398 |
| P0001645-01 | HARNESS, RESS TRAILER PLUG | $4,619.92 | 468.00 | 9.87162393 |

| | | | | |
|---|---|---|---|---|
| P0001656-01 | WRAP, ICP DOOR | $1,231.35 | 3.00 | 410.45 |
| P0001669-01 | DECAL, PHHSW6X13, SUNBELT | $831.01 | 204.00 | 4.07357843 |
| P0001670-01 | DECAL, PHVSW10X10, SUNBELT | $1,132.08 | 295.00 | 3.83755932 |
| P0001671-01 | DECAL, PHVSW18X18, SUNBELT | $5,420.94 | 755.00 | 7.18005298 |
| P0001672-01 | DECAL, SROHZE9X2, SUNBLT | $1,901.87 | 293.00 | 6.49102389 |
| P0001673-01 | DECAL, SROHZE18X4, SUNBELT | $2,167.79 | 280.00 | 7.74210714 |
| P0001674-01 | DECAL, SROVZE10X15, SUNBELT | $10,100.43 | 1,073.00 | 9.41326188 |
| P0001675-01 | DECAL, TELEMATICS-SBR 4.75X4, SUNBELT | $203.27 | 320.00 | 0.63521875 |
| P0001676-01 | DECAL, ESSBLUE37X3, SUNBELT | $1,164.52 | 315.00 | 3.69688889 |
| P0001677-01 | DECAL, ESSBLUE59X5, SUNBELT | $3,914.23 | 560.00 | 6.98969643 |
| P0002001-01 | CONNECTOR HV, SINGLE POLE, FEMALE CAM LOCK, GREEN | $1,845.93 | 107.00 | 17.2516822 |
| P0002002-01 | CONNECTOR HV, SINGLE POLE, FEMALE CAM LOCK, WHITE | $2,062.05 | 118.00 | 17.475 |
| P0002003-01 | CONNECTOR HV, SINGLE POLE, FEMALE CAM LOCK, BLUE | $1,791.99 | 102.00 | 17.5685294 |
| P0002004-01 | CONNECTOR HV, SINGLE POLE, FEMALE CAM LOCK, RED | $1,953.84 | 117.00 | 16.6994872 |
| P0002005-01 | CONNECTOR HV, SINGLE POLE, FEMALE CAM LOCK, BLACK | $1,421.01 | 83.00 | 17.1206024 |
| P0002009-01 | CONNECTOR, 6 POS, MALE TERMINAL | $60.77 | 8.00 | 7.59625 |
| P0002010-01 | GASKET, 6 POS CONNECTOR GASKET | $502.91 | 878.00 | 0.57279043 |
| P0002013-01 | DECAL, UN 3536 LOGO, PANEL DECAL | $672.64 | 217.00 | 3.0997235 |
| P0002014-01 | DECAL, NFPA 704 LABEL, PANEL DECAL | $69.12 | 79.00 | 0.87493671 |
| P0002016-01 | DECAL, TRAINED OPERATOR DISCLAIMER, PANEL DECAL | $122.39 | 84.00 | 1.45702381 |
| P0002018-01 | DECAL, TOWING SAFETY DISCLAIMER, PANEL DECAL | $417.35 | 440.00 | 0.94852273 |
| P0002019-01 | DECAL, LIFTING SAFETY DISCLAIMER AND INSTRUCTIONS, PANEL | $1,223.21 | 549.00 | 2.22806922 |
| P0002020-01 | DECAL, LIFT POINT INDICATORS, PANEL DECAL | $432.43 | 508.00 | 0.85124016 |
| P0002021-01 | DECAL, ELECTRICAL SAFETY DISCLAIMER, INSIDE, PANEL DECAL | $311.93 | 306.00 | 1.01937908 |
| P0002022-01 | DECAL, ELECTRICAL SAFETY DISCLAIMER, OUTSIDE, PANEL DECAL | $174.80 | 152.00 | 1.15 |
| P0002025-01 | DECAL, OPERATION SAFETY INSTRUCTIONS, INSIDE | $184.98 | 83.00 | 2.2286747 |
| P0002026-01 | DECAL, GENERAL SAFETY INSTRUCTIONS, OUTSIDE | $130.71 | 77.00 | 1.69753247 |
| P0002028-01 | HARNESS, AUTO START GENERATOR | $9,632.92 | 81.00 | 118.924938 |
| P0002044-01 | HARNESS, GENERATOR PIGTAIL | $6,828.41 | 104.00 | 65.6577885 |
| P0002045-01 | GASKET, PCS, HEATSINK DUCT | $7,661.95 | 3,800.00 | 2.01630263 |
| P0002046-01 | CONNECTOR ACCESSORY, HD10 REMOTE START, PROTECTIVE CAP | $779.09 | 219.00 | 3.55748858 |
| P0002050-01 | CAP, RUBBER, STUD COVER | $71.91 | 1,122.00 | 0.06409091 |
| P0002051-01 | GASKET, TGU, ISOLATION PAD | $220.00 | 44.00 | 5 |
| P0002052-01 | POUCH, HARNESS HOLDER | $1,030.33 | 157.00 | 6.56261146 |
| P0002057-01 | MAGNET, CHARGE PORT | $1,317.25 | 549.00 | 2.39936248 |
| P0002063-01 | APM, ELCON DCDC CONVERTER 500 kbps baud, 29-bit. CANALG 5010 | $24,417.05 | 122.00 | 200.139754 |
| P0002065-01 | BRACKET, PEM ASM, APM ADAPTER, ELCON | $2,099.75 | 103.00 | 20.3859223 |
| P0002066-01 | ROCKER SWITCH, SWITCH 1 | $12,919.18 | 1,658.00 | 7.79202654 |
| P0002067-01 | ROCKER SWITCH, SWITCH 3 | $6,220.46 | 508.00 | 12.245 |
| P0002068-01 | ROCKER SWITCH, SWITCH 4 AND 5 | $3,839.62 | 391.00 | 9.82 |
| P0002070-01 | WRAP, ALL PANELS, ROLL, SUNBELT | $7,350.00 | 2.00 | 3675 |
| P0002079-01 | GASKET, EMERGENCY STOP BUTTON | $194.88 | 981.00 | 0.19865443 |
| P0002088-01 | FUSE, AUTOMOTIVE, 125A, 32VDC | $136.63 | 147.00 | 0.92945578 |
| P0002095-01 | BRACKET, LITTELFUSE EL3100, PEM ASM | $204.36 | 6.00 | 34.06 |
| P0002095-02 | BRACKET, LITTELFUSE EL3100, ASM | $8,680.35 | 379.00 | 22.9032982 |
| P0002096-01 | LITTELFUSE EL3100-00 | $0.00 | 895.00 | 0 |
| P0002115-01 | HARNESS, AC_ISO_INT_AUX | $0.00 | 2.00 | 0 |
| P0002116-01 | HARNESS, AC_ISO_INT_MAIN | $31.07 | 1.00 | 31.07 |
| P0002120-01 | HARNESS, AC_ISO_INT_INLN | $0.00 | 2.00 | 0 |
| P0002132-01 | COLLECTOR, ASM, ALUMINUM, BATTERY MODULE | $0.00 | 388.00 | 0 |
| P0002133-01 | PANEL, OUTER, REAR, ASM, GREEN | $750.00 | 6.00 | 125 |
| P0002133-02 | PANEL, OUTER, REAR, ASM, GREEN | $49,593.27 | 143.00 | 346.806084 |
| P0002134-02 | PANEL, ASM, TOP COVER, GREEN | $41,717.54 | 108.00 | 386.273519 |
| P0002135-02 | PANEL, SIDE, RIGHT, GREEN | $59,593.83 | 99.00 | 601.957879 |
| P0002136-01 | PANEL, OUTER SIDE, LEFT, GREEN | $6,629.21 | 4.00 | 1657.3025 |
| P0002136-02 | PANEL, OUTER SIDE, LEFT, GREEN | $59,727.52 | 98.00 | 609.46449 |
| P0002137-02 | PANEL, OUTER, FRONT, GREEN | $37,170.42 | 149.00 | 249.465906 |
| P0002138-01 | QTR DOOR, UR, GREEN | $14,940.08 | 165.00 | 90.5459394 |
| P0002139-01 | QTR DOOR, UL LR, GREEN | $18,371.54 | 267.00 | 68.8072659 |
| P0002140-01 | QTR DOOR, LL, GREEN | $13,095.79 | 167.00 | 78.4179042 |
| P0002141-01 | RAIL, PANEL ATTACH SHORT, GREEN | $2,156.52 | 29.00 | 74.3627586 |
| P0002142-01 | RAIL, PANEL ATTACH, LONG, GREEN | $664.32 | 8.00 | 83.04 |
| P0002143-01 | HANDLE, CHARGE PORT DOOR, SB GREEN | $6,175.48 | 286.00 | 21.5925874 |
| P0002146-01 | JUMPER, HVIL W/ FIR TREE | $203.55 | 59.00 | 3.45 |
| P0002157-01 | ISOLATION MAT, 30K VOLTS, 6.35MM T, BLACK | $6.81 | 3.00 | 2.27 |
| P0002159-01 | WELDMENT, TONGUE JACK REINFORCEMENT | $3,506.58 | 21.00 | 166.98 |
| P0002170-02 | PANEL, OUTER, REAR, ASM, GREY | $5,599.59 | 15.00 | 373.306 |
| P0002171-02 | PANEL, ASM, TOP COVER, GREY | $12,306.54 | 30.00 | 410.218 |
| P0002172-02 | PANEL, SIDE, RIGHT, GREY | $19,095.39 | 30.00 | 636.513 |
| P0002173-02 | PANEL, OUTER SIDE, LEFT, GREY | $16,437.49 | 26.00 | 632.211154 |
| P0002174-02 | PANEL, OUTER, FRONT, GREY | $3,267.34 | 7.00 | 466.762857 |

| | | | | |
|---|---|---|---|---|
| P0002174-03 | PANEL, OUTER, FRONT, GREY | $3,162.42 | 12.00 | 263.535 |
| P0002175-01 | QTR DOOR, UR, GREY | $422.89 | 7.00 | 60.4128571 |
| P0002176-01 | QTR DOOR, UL LR, GREY | $1,571.49 | 28.00 | 56.1246429 |
| P0002177-01 | QTR DOOR, LL, GREY | $1,009.41 | 18.00 | 56.0783333 |
| P0002184-01 | STEEL WHEEL ASM | $23,009.60 | 146.00 | 157.6 |
| P0002189-01 | JACK, RAM, 10 TON, FIXTURE PLATE | $11,085.41 | 70.00 | 158.363 |
| P0002199-01 | CURRENT SENSOR ICD 100A CAN INTERNAL TERMINATION | $50,643.20 | 451.00 | 112.290909 |
| P0002200-01 | HUBCAP, STEEL RIM | $0.00 | 526.00 | 0 |
| P0002201-01 | HUBCAP PLUG, STEEL RIM | $0.00 | 549.00 | 0 |
| P0002202-01 | HARNESS, NBC YSPLIT | $6,046.47 | 38.00 | 159.117632 |
| P0002203-01 | HARNESS, HV PCS2NG | $4,601.59 | 78.00 | 58.9947436 |
| P0002204-01 | HARNESS, NBC SIGNAL | $29,055.64 | 609.00 | 47.7104105 |
| P0002211-01 | ENCLOSURE, BASE, NTGND, ASM | $6,971.09 | 204.00 | 34.1720098 |
| P0002213-01 | BRACKET, NTGND TO RESS | $3,452.78 | 301.00 | 11.4710299 |
| P0002214-01 | BRACKET, NTGND TO BDU | $6,086.23 | 322.00 | 18.9013354 |
| P0002215-01 | ENCLOSURE, TOP, NTGND, ASM | $9,161.53 | 296.00 | 30.9511149 |
| P0002219-01 | BRACKET. ISOMETER MOUNT | $6,433.58 | 314.00 | 20.4891083 |
| P0002220-01 | ISOMETER, IMD | $3,852.00 | 9.00 | 428 |
| P0002221-01 | BUS BAR, GROUND, NTGND, ASM | $3,040.73 | 295.00 | 10.3075593 |
| P0002222-01 | BUS BAR, NEUTRAL, NTGND, ASM | $2,829.84 | 218.00 | 12.9809174 |
| P0002232-01 | HARNESS, BDU VTAP | $510.30 | 26.00 | 19.6269231 |
| P0002232-03 | HARNESS, BDU VTAP | $3,736.23 | 120.00 | 31.13525 |
| P0002249-01 | DECAL, TOP LOGO, ES | $1,872.00 | 48.00 | 39 |
| P0002250-01 | DECAL, SIDE LOGO, ES | $9,048.00 | 87.00 | 104 |
| P0002251-01 | DECAL, FR-RR LOGO, ES | $1,612.00 | 124.00 | 13 |
| P0002252-01 | DECAL, SMALL LOGO, ES | $845.00 | 130.00 | 6.5 |
| P0002254-01 | CAP, CONNECTOR, 8 POLE | $1,128.23 | 439.00 | 2.57 |
| P0002255-01 | ISOMETER, ISO175-32-SB | $28,602.24 | 68.00 | 420.621176 |
| P0002257-01 | RAIL, PANEL ATTACH, LONG, BLACK | $10,102.10 | 230.00 | 43.9221739 |
| P0002258-01 | RAIL, PANEL ATTACH, SHORT, BLACK | $7,212.59 | 217.00 | 33.2377419 |
| P0002263-01 | BRACKET, ISOMETER MOUNT, UNIVERSAL, ASM | $4,232.98 | 183.00 | 23.1310383 |
| P0002264-01 | DOOR FRAME, CONTROL PANEL, WHITE, ASM | $45,600.34 | 34.00 | 1341.18647 |
| P0002265-01 | WRAP, ICP DOOR, WHITE | $31,639.84 | 82.00 | 385.851707 |
| P0002271-01 | GROUND STRAP, 13 IN L, 4 AWG, 300 A | $8,191.80 | 666.00 | 12.3 |
| P0002276-01 | SHRINK TUBE, GREEN, 0.75IN NOM, 0.375IN REDUCED | $5,098.20 | 2,248.00 | 2.26788256 |
| P0002298-01 | REFLECTOR, 56.7mm OD, 6.1mm ID, RED | $407.51 | 858.00 | 0.47495338 |
| P0002299-01 | REFLECTOR, 56.7mm OD, 6.1mm ID, AMBER | $276.34 | 569.00 | 0.48565905 |
| P0002329-01 | BRACKET, LIGHT SHIELD, WHITE | $1,252.78 | 70.00 | 17.8968571 |
| P0002346-01 | Bidirectional AFE (PFC, DC/DC), VA04 | $0.00 | 96.00 | 0 |
| P0002379-01 | DECAL, SIDE, LOGO, UNITED | $522.75 | 5.00 | 104.55 |
| P0002389-01 | POWER DISTRIBUTION MODULE, | $3,084.75 | 25.00 | 123.39 |
| P0002393-01 | DECAL, QR, ENERGY SERVICES | $220.00 | 200.00 | 1.1 |
| P0002393-02 | DECAL, QR, ENERGY SERVICES | $105.00 | 140.00 | 0.75 |
| P0002749-01 | BRACKET, AFE MOUNTING, FILTER SIDE, PCS | $16,350.40 | 24.00 | 681.266667 |
| P0002844-01 | BREAKER, 400A, 3 PHASES, NEUTRAL | $4,153.25 | 5.00 | 830.65 |
| P0003758-01 | PLUG, MSDXL RECEPTACLE | $0.00 | 3.00 | 0 |
| P0003760-01 | DUST COVER, MSDXL RECEPTACLE | $0.00 | 75.00 | 0 |
| P0003934-01 | SERVICE KIT, VINYL WRAP, IP, LWR AREA, WHITE | $13,715.00 | 211.00 | 65 |
| P0003935-01 | SERVICE KIT, VINYL WRAP, IP, LWR AREA, CREAM | $5,070.00 | 78.00 | 65 |
| P0004565-01 | GROUNDING BLOCK, SAFETY LABEL, DECAL | $3,311.28 | 756.00 | 4.38 |
| P0004701-01 | DECAL, NO PRESSURE WASH | $35,204.00 | 1,354.00 | 26 |
| P0004706-01 | PCS ENCLOSURE - TOP, GOREVENT | $0.00 | 71.00 | 0 |
| PC198-0500 | 1/2" Glass Cloth Tape | $0.00 | 63.00 | 0 |
| PC198-1000 | 1" Glass Cloth Tape | $1,409.67 | 73.00 | 19.3105479 |
| PESD1CAN,215 | PESD1CAN,215 | $630.00 | 9,000.00 | 0.07 |
| R-P0000158-02 | HARNESS, BATTERY MODULES MID-PACK HV, MODMID | $0.00 | 2.00 | 0 |
| R-P0000339-02 | BUS BAR, CONTROL PANEL CAM LOCK, GREEN | $0.00 | 5.00 | 0 |
| R-P0000340-03 | BUS BAR, CONTROL PANEL CAM LOCK, WHITE | $0.00 | 5.00 | 0 |
| R-P0000375-02 | BUS BAR, LINE L1, MAIN AC | $0.00 | 1.00 | 0 |
| R-P0000376-02 | BUS BAR, LINE L2, MAIN AC | $0.00 | 1.00 | 0 |
| R-P0000383-02 | BUS BAR, DC IN, POS | $0.00 | 1.00 | 0 |
| R-P0000384-02 | BUS BAR, DC IN, NEG | $0.00 | 1.00 | 0 |
| R-P0000392-02 | LIP ADAPTER PCS FAN PLENUM | $0.00 | 1.00 | 0 |
| R-P0000446-02 | AUX OUTPUT CIRCUIT BOARD, CONTROL PANEL, BOARD ONLY | $0.00 | 5.00 | 0 |
| R-P0000447-03 | CIRCUIT BOARD, CONTROL PANEL, BREAKER BOARD | $0.00 | 6.00 | 0 |
| R-P0000457-01 | GROUNDING LUG, CONTROL PANEL | $0.00 | 5.00 | 0 |
| R-P0000478-01 | BMS | $0.00 | 2.00 | 0 |
| R-P0000493-02 | HARNESS, CONTROL PANEL, HMI SIGNAL HARNESS | $0.00 | 5.00 | 0 |
| R-P0000505-06 | WIRE HARNESS, SIGNAL, MAIN | $0.00 | 1.00 | 0 |
| R-P0000520-01 | HARNESS, CONTROL PANEL, 3 POLE LINE INPUT HEADER HARNESS | $0.00 | 5.00 | 0 |
| R-P0000521-01 | HARNESS, CONTROL PANEL, 2 POLE NEAUTRAL GROUND HARNESS | $0.00 | 5.00 | 0 |

| R-P0000527-02 | HARNESS, BDU GEN2 CELLS 1-30 AND 61-90 VSENSE HARNESS | $0.00 | 3.00 | 0 |
|---|---|---|---|---|
| R-P0000528-02 | HARNESS, BDU GEN2 CELLS 31-60 AND 91-120 VSENSE HARNESS | $0.00 | 3.00 | 0 |
| R-P0000536-02 | HARNESS, CONTROL PANEL, AUX OUTPUT HARNESS | $0.00 | 2.00 | 0 |
| R-P0000629-01 | IGNITION SWITCH SW, ROT, 3POS, KNOB | $0.00 | 10.00 | 0 |
| R-P0000873-01 | CAM COVER, GREEN | $0.00 | 7.00 | 0 |
| R-P0000874-01 | CAM COVER, WHITE | $0.00 | 5.00 | 0 |
| R-P0000875-01 | CAM COVER, BLUE | $0.00 | 6.00 | 0 |
| R-P0000876-01 | CAM COVER, RED | $0.00 | 7.00 | 0 |
| R-P0000877-01 | CAM COVER, BLACK | $0.00 | 8.00 | 0 |
| R-P0000917-02 | HARNESS, BDU, THERMISTOR & CURRENT SENSE | $0.00 | 2.00 | 0 |
| R-P0000980-06 | BUSBAR, MIDDLE | $0.00 | 1.00 | 0 |
| R-P0001027-01 | CURRENT SHUNT/VOLTAGE SENSOR | $0.00 | 1.00 | 0 |
| R-P0001056-01 | DISPLAY, CONTROL PANEL, HMI ANDROMEDA EVIC | $0.00 | 3.00 | 0 |
| R-P0001077-06 | BUSBAR, #1&5, MPU | $0.00 | 1.00 | 0 |
| R-P0001119-02 | HARNESS, CONTROL PANEL, DOOR SENSOR CABLE | $0.00 | 4.00 | 0 |
| R-P0001155-01 | HARNESS, CONTROL PANEL, USB-A, USB-C CHARGER | $0.00 | 11.00 | 0 |
| R-P0001163-01 | ADAPTER PLATE, CONTROL PANEL, RELAY BOARD PLATE WITH PEMS | $0.00 | 6.00 | 0 |
| R-P0001176-01 | BUSBAR, ASM, BDU, CCS IN | $0.00 | 2.00 | 0 |
| R-P0001178-01 | BUSBAR, ASM, BDU, MAIN DC IN | $0.00 | 2.00 | 0 |
| R-P0001180-01 | BUSBAR, ASM, BDU, T-BLOCK | $0.00 | 2.00 | 0 |
| R-P0001184-01 | BUSBAR, BDU GEN2, MAIN NEGATIVE | $0.00 | 1.00 | 0 |
| R-P0001188-03 | BUSBAR, POSITIVE, BDU MAIN | $0.00 | 1.00 | 0 |
| R-P0001196-01 | HARNESS, CONTROL PANEL, CONTACTOR HARNESS | $0.00 | 29.00 | 0 |
| R-P0001270-03 | FUSEBLOCK ASM, MAIN, BDU GEN2 | $0.00 | 1.00 | 0 |
| R-P0001281-01 | Harness_2-Door Sensor Cable | $0.00 | 1.00 | 0 |
| R-P0001285-01 | CONNECTOR ASM, BDU, AC3 | $0.00 | 1.00 | 0 |
| R-P0001354-01 | CONNECTOR ASM, OBC OUT, BDU | $0.00 | 1.00 | 0 |
| R-P0001360-01 | PCS TO BDU HARNESS | $0.00 | 5.00 | 0 |
| R-P0001408-02 | AUXILIARY OBCs HVDC HARNESS | $0.00 | 1.00 | 0 |
| R-P0001477-01 | HARNESS, BDU AC INLET HEADER WITH HVIL | $0.00 | 1.00 | 0 |
| R-P0001512-01 | CIRCUIT BREAKER, CONTROL PANEL, 50A 2 POLE | $0.00 | 14.00 | 0 |
| R-P0001574-02 | HARNESS, CONTROL PANEL, TWISTLOCK HARNESS WITH TWISTLOCK OUTLETS | $0.00 | 2.00 | 0 |
| R-P0001578-01 | HARNESS, CONTROL PANEL, IP DOOR 30A 2P TWISTLOCK OUTLET WITH HARNESS | $0.00 | 8.00 | 0 |
| R-P0001579-01 | HARNESS, CONTROL PANEL, 30A 1P TWISTLOCK OUTLET WITH HARNESS | $0.00 | 2.00 | 0 |
| R-P0001580-01 | HARNESS, CONTROL PANEL, IP DOOR 20A GFCI OUTLET WITH | $0.00 | 17.00 | 0 |
| R-P0001597-01 | GFCI CLIP HOLDER, CONTROL PANEL | $0.00 | 6.00 | 0 |
| R-P0001598-01 | CIRCUIT BREAKER, CONTROL PANEL, 125A, MAIN BREAKER | $0.00 | 5.00 | 0 |
| R-P0001599-01 | EATON 125A MOUNTING BRACKET, CONTROL PANEL | $0.00 | 6.00 | 0 |
| R-P0001608-01 | HARNESS, ROUND CABLE WURTH BOARD REPLACEMENT | $0.00 | 7.00 | 0 |
| R-P0001609-01 | HARNESS, RELAY JUMPER | $0.00 | 6.00 | 0 |
| R-P0001610-01 | HARNESS, LONG RELAY JUMPER | $0.00 | 6.00 | 0 |
| R-P0001613-01 | HARNESS, UPPER SIMPLE RELAY JUMPER | $0.00 | 12.00 | 0 |
| R-P0002001-01 | CONNECTOR HV, SINGLE POLE, FEMALE CAM LOCK, GREEN | $0.00 | 5.00 | 0 |
| R-P0002002-01 | CONNECTOR HV, SINGLE POLE, FEMALE CAM LOCK, WHITE | $0.00 | 6.00 | 0 |
| R-P0002003-01 | CONNECTOR HV, SINGLE POLE, FEMALE CAM LOCK, BLUE | $0.00 | 6.00 | 0 |
| R-P0002004-01 | CONNECTOR HV, SINGLE POLE, FEMALE CAM LOCK, RED | $0.00 | 5.00 | 0 |
| R-P0002005-01 | CONNECTOR HV, SINGLE POLE, FEMALE CAM LOCK, BLACK | $0.00 | 6.00 | 0 |
| R-P0002095-02 | BRACKET, LITTELFUSE EL3100, ASM | $0.00 | 1.00 | 0 |
| R-P0002232-03 | HARNESS, BDU VTAP | $0.00 | 2.00 | 0 |
| REF3112AQDBZRQ1 | REF3112AQDBZRQ1 | $171.00 | 100.00 | 1.71 |
| REF4132B40DBVRQ1 | REF4132B40DBVRQ1 | $3,480.00 | 3,000.00 | 1.16 |
| RMCF2010JT2M00 | RMCF2010JT2M00 | $19.20 | 600.00 | 0.032 |
| RPC2512JT3R30 | RPC2512JT3R30 | $3,360.00 | 24,000.00 | 0.14 |
| SM30T47CAY | SM30T47CAY | $2,900.00 | 5,000.00 | 0.58 |
| SM6T42AY | SM6T42AY | $1,800.00 | 7,500.00 | 0.24 |
| SM91509AL-E | SM91509AL-E | $10,760.00 | 4,000.00 | 2.69 |
| SMAJ13A-Q | SMAJ13A-Q | $900.00 | 10,000.00 | 0.09 |
| SMAJ36CA | SMAJ36CA | $617.20 | 8,600.00 | 0.07176744 |
| SMCJ33CA | SMCJ33CA | $510.00 | 3,000.00 | 0.17 |
| SML-D12D8WT86C | SML-D12D8WT86C | $150.00 | 3,000.00 | 0.05 |
| SML-D12P8WT86C | SML-D12P8WT86C | $150.00 | 3,000.00 | 0.05 |
| SML-D13UWT86C | SML-D13UWT86C | $360.00 | 3,000.00 | 0.12 |
| SN6505AQDBVRQ1 | SN6505AQDBVRQ1 | $268.00 | 200.00 | 1.34 |
| SN74LVC2T45QDCURQ1 | SN74LVC2T45QDCURQ1 | $37.40 | 100.00 | 0.374 |
| SZBZX84C10LT1G | SZBZX84C10LT1G | $600.00 | 60,000.00 | 0.01 |
| T-P0000068-04 | HARNESS, VOLTAGE-TEMP SENSE, CELLS 1-30 | $0.00 | 1.00 | 0 |
| T-P0000087-02 | HARNESS, BDU SIGNAL HARNESS, BDU GEN2 | $0.00 | 2.00 | 0 |
| T-P0000087-04 | HARNESS, BDU SIGNAL HARNESS | $0.00 | 2.00 | 0 |

| | | | | |
|---|---|---|---|---|
| T-P0000087-05 | WIRE HARNESS, SIGNAL, BDU | $0.00 | 4.00 | 0 |
| T-P0000116-01 | HEADER, PCS HVDC IN W HVIL, J2 | $0.00 | 1.00 | 0 |
| T-P0000129-03 | BRACKET, EMI FILTER COVER PEM ASM | $0.00 | 3.00 | 0 |
| T-P0000138-02 | ECU COMBO, ASM | $0.00 | 1.00 | 0 |
| T-P0000139-03 | BRACKET, ECU COMBO PEM ASM | $0.00 | 1.00 | 0 |
| T-P0000157-02 | HARNESS, BATTERY MODULE TO BDU HVDC-, MODHVN | $0.00 | 2.00 | 0 |
| T-P0000320-01 | HOIST RING, 360 SWIVEL, 0.625-11 X 1IN, 4000LBS | $0.00 | 27.00 | 0 |
| T-P0000375-02 | BUS BAR, LINE L1, MAIN AC | $0.00 | 1.00 | 0 |
| T-P0000376-02 | BUS BAR, LINE L2, MAIN AC | $0.00 | 1.00 | 0 |
| T-P0000378-02 | BUS BAR, LINE NTL, MAIN AC | $0.00 | 1.00 | 0 |
| T-P0000383-02 | BUS BAR, DC IN, POS | $0.00 | 1.00 | 0 |
| T-P0000384-02 | BUS BAR, DC IN, NEG | $0.00 | 1.00 | 0 |
| T-P0000392-02 | LIP ADAPTER PCS FAN PLENUM | $0.00 | 5.00 | 0 |
| T-P0000404-03 | ISOLATION SHEET - PCS ENCLOSURE TOP & BOTTOM | $0.00 | 1.00 | 0 |
| T-P0000405-01 | 4XSPOWER TITAN 8, BATTERY | $0.00 | 2.00 | 0 |
| T-P0000409-01 | ECU GCM48 | $0.00 | 2.00 | 0 |
| T-P0000410-01 | EVCC -500-0304 | $0.00 | 2.00 | 0 |
| T-P0000434-01 | ROCKER SWITCH, PANEL LIGHTS | $0.00 | 5.00 | 0 |
| T-P0000438-01 | ECU, NEW EAGLE, GCM196MNT | $0.00 | 1.00 | 0 |
| T-P0000446-02 | AUX OUTPUT CIRCUIT BOARD, CONTROL PANEL, BOARD ONLY | $0.00 | 7.00 | 0 |
| T-P0000450-02 | BUS BAR, CIRCUIT BREAKER BOARD TO 2 POLE BREAKER, BOTTOM | $0.00 | 7.00 | 0 |
| T-P0000451-02 | BUS BAR, CIRCUIT BREAKER BOARD TO 2 POLE BREAKER, TOP | $0.00 | 17.00 | 0 |
| T-P0000478-01 | BMS | $0.00 | 1.00 | 0 |
| T-P0000485-02 | HARNESS, PCS AUX AC OUT, J7 | $0.00 | 1.00 | 0 |
| T-P0000491-02 | MANUAL SERVICE DISCONNECT WITH PIGTAIL PROTO6-8 | $0.00 | 2.00 | 0 |
| T-P0000493-02 | HARNESS, CONTROL PANEL, HMI SIGNAL HARNESS | $0.00 | 1.00 | 0 |
| T-P0000505-06 | WIRE HARNESS, SIGNAL, MAIN | $0.00 | 2.00 | 0 |
| T-P0000536-02 | HARNESS, CONTROL PANEL, AUX OUTPUT HARNESS | $0.00 | 2.00 | 0 |
| T-P0000607-01 | BRACKET, ECU, NEW EAGLE, GCM196MNT | $0.00 | 1.00 | 0 |
| T-P0000676-01 | BUNDLE MOUNT, RATCHET P CLAMP, 19mm-36mm DIAM, M6 HOLE | $0.00 | 1.00 | 0 |
| T-P0000838-01 | BRACKET, AFE MOUNT PEM ASM | $0.00 | 1.00 | 0 |
| T-P0000875-01 | CAM COVER, BLUE | $0.00 | 1.00 | 0 |
| T-P0000878-01 | COVER, 50A TWISTLOCK COVER | $0.00 | 5.00 | 0 |
| T-P0000966-02 | BATTERY CONNECTOR - TOP RIGHT - PILOT 6-8 | $0.00 | 1.00 | 0 |
| T-P0000967-07 | COVER, MODULE CLOSEOUT | $0.00 | 1.00 | 0 |
| T-P0001056-01 | DISPLAY, CONTROL PANEL, HMI ANDROMEDA EVIC | $0.00 | 2.00 | 0 |
| T-P0001121-01 | PCS ENCLOSURE - TOP | $0.00 | 1.00 | 0 |
| T-P0001126-01 | PCS ENCLOSURE SIDE, INLET, HARDWARE ASM | $0.00 | 4.00 | 0 |
| T-P0001148-01 | ON BOARD CHARGER, 500kbps baud, CANALG1200 | $0.00 | 1.00 | 0 |
| T-P0001148-02 | ON BOARD CHARGER, 500KBPS BAUD, CANALG 3865, CAN ID | $0.00 | 2.00 | 0 |
| T-P0001155-01 | HARNESS, CONTROL PANEL, USB-A, USB-C CHARGER | $0.00 | 1.00 | 0 |
| T-P0001180-01 | BUSBAR, ASM, BDU, T-BLOCK | $0.00 | 1.00 | 0 |
| T-P0001188-03 | BUSBAR, POSITIVE, BDU MAIN | $0.00 | 1.00 | 0 |
| T-P0001196-01 | HARNESS, CONTROL PANEL, CONTACTOR HARNESS | $0.00 | 1.00 | 0 |
| T-P0001197-01 | GASKET, PCS ENCLOSURE, TOP | $0.00 | 1.00 | 0 |
| T-P0001198-01 | PCS AIR FILTER BRACKET LOWER | $0.00 | 4.00 | 0 |
| T-P0001199-01 | GASKET, PCS ENCLOSURE SIDE | $0.00 | 4.00 | 0 |
| T-P0001201-01 | PCS ENCLOSURE SIDE. OUTLET, HARDWARE ASM | $0.00 | 4.00 | 0 |
| T-P0001212-01 | BRACKET, PEM ASM, OBC GEN 2 | $0.00 | 2.00 | 0 |
| T-P0001225-01 | HARNESS, CONTROL PANEL, IP LED HARNESS | $0.00 | 5.00 | 0 |
| T-P0001240-01 | TRIM, E-STOP BUTTON BEZEL | $0.00 | 4.00 | 0 |
| T-P0001272-08 | INTERMEDIATE JUMPER BUSBAR ASM | $0.00 | 4.00 | 0 |
| T-P0001360-01 | PCS TO BDU HARNESS | $0.00 | 3.00 | 0 |
| T-P0001402-01 | TIE DOWN RING, STEEL 400LB CAPACTIY | $0.00 | 4.00 | 0 |
| T-P0001404-01 | AFE, 3 PHASE CONV VA08 800V | $0.00 | 3.00 | 0 |
| T-P0001408-02 | AUXILIARY OBCs HVDC HARNESS | $0.00 | 1.00 | 0 |
| T-P0001471-01 | HARNESS, BDU, PCS, HVDC OUTPUT HEADER | $0.00 | 1.00 | 0 |
| T-P0001485-02 | TRIM, CHARGE PORT BEZEL | $0.00 | 13.00 | 0 |
| T-P0001512-01 | CIRCUIT BREAKER, CONTROL PANEL, 50A 2 POLE | $0.00 | 2.00 | 0 |
| T-P0001524-02 | AUXILIARY APM HVDC HARNESS | $0.00 | 1.00 | 0 |
| T-P0001536-01 | TGU, GPS TRACKER, ONE404MTY | $0.00 | 6.00 | 0 |
| T-P0001574-02 | HARNESS, CONTROL PANEL, TWISTLOCK HARNESS WITH TWISTLOCK OUTLETS | $0.00 | 3.00 | 0 |
| T-P0001580-01 | HARNESS, CONTROL PANEL, IP DOOR 20A GFCI OUTLET WITH | $0.00 | 10.00 | 0 |
| T-P0001597-01 | GFCI CLIP HOLDER, CONTROL PANEL | $0.00 | 6.00 | 0 |
| T-P0001604-01 | TOP AND BOTTOM BUS BAR | $0.00 | 9.00 | 0 |
| T-P0001605-01 | MIDDLE BUS BAR | $0.00 | 6.00 | 0 |
| T-P0001612-01 | HARNESS, LOWER SIMPLE RELAY JUMPER | $0.00 | 1.00 | 0 |
| T-P0001641-01 | BRACKET, BMS MOUNTING W-PEM | $0.00 | 1.00 | 0 |
| T-P0001641-02 | BRACKET, BMS MOUNTING, ASM | $0.00 | 2.00 | 0 |
| T-P0002002-01 | CONNECTOR HV, SINGLE POLE, FEMALE CAM LOCK, WHITE | $0.00 | 1.00 | 0 |

| | | | | |
|---|---|---|---|---|
| T-P0002063-01 | APM, ELCON DCDC CONVERTER 500 kbps baud, 29-bit. CANALG 5010 | $0.00 | 2.00 | 0 |
| T-P0002066-01 | ROCKER SWITCH, SWITCH 1 | $0.00 | 4.00 | 0 |
| T-P0002068-01 | ROCKER SWITCH, SWITCH 4 AND 5 | $0.00 | 15.00 | 0 |
| T-P0002095-02 | BRACKET, LITTELFUSE EL3100, ASM | $0.00 | 2.00 | 0 |
| T-P0002115-01 | HARNESS, AC_ISO_INT_AUX | $0.00 | 1.00 | 0 |
| T-P0002116-01 | HARNESS, AC_ISO_INT_MAIN | $0.00 | 1.00 | 0 |
| T-P0002120-01 | HARNESS, AC_ISO_INT_INLN | $0.00 | 1.00 | 0 |
| T-P0002189-01 | JACK, RAM, 10 TON, FIXTURE PLATE | $0.00 | 4.00 | 0 |
| T-P0002219-01 | BRACKET. ISOMETER MOUNT | $0.00 | 3.00 | 0 |
| T-P0002232-01 | HARNESS, BDU VTAP | $0.00 | 2.00 | 0 |
| T-P0002301-01 | BRACKET, ISOMETER MOUNT, UNIVERSAL, ASM | $0.00 | 4.00 | 0 |
| T-P0002329-01 | BRACKET, LIGHT SHIELD, WHITE | $0.00 | 1.00 | 0 |
| T2M-115-01-L-D-RA | T2M-115-01-L-D-RA | $147.30 | 30.00 | 4.91 |
| T2M-120-01-L-D-RA | T2M-120-01-L-D-RA | $397.20 | 60.00 | 6.62 |
| T2M-125-01-L-D-RA-WT | T2M-125-01-L-D-RA-WT | $490.80 | 60.00 | 8.18 |
| TL431LIBQDBZRQ1 | TL431LIBQDBZRQ1 | $1,068.00 | 3,000.00 | 0.356 |
| TMF105B7102KVHF | TMF105B7102KVHF | $100.00 | 10,000.00 | 0.01 |
| TNPW040210K0BEED | TNPW040210K0BEED | $900.00 | 10,000.00 | 0.09 |
| TNPW040220K0BEED | TNPW040220K0BEED | $800.00 | 10,000.00 | 0.08 |
| TNPW040231K2BEED | TNPW040231K2BEED | $900.00 | 10,000.00 | 0.09 |
| TNPW0805120RBEEA | TNPW0805120RBEEA | $650.00 | 5,000.00 | 0.13 |
| TPS26624DRCR | TPS26624DRCR | $70.08 | 120.00 | 0.584 |
| TPS54540BQDDAQ1 | TPS54540BQDDAQ1 | $587.25 | 225.00 | 2.61 |
| TPS76201QDBVRQ1 | TPS76201QDBVRQ1 | $1,374.00 | 3,000.00 | 0.458 |
| TRIM-LOK X113BT | CONSUMABLE RAW MATERIAL FOR C0000010-01, C0000013-01, SEAL, RESS BASE, LONG 100 IN, SEAL, RESS BASE, SHORT, 37.5 IN | $7,335.57 | 20.00 | 366.7785 |
| UMK105B7223KVHF | UMK105B7223KVHF | $100.00 | 10,000.00 | 0.01 |
| VJ0603Y105KXJPW1BC | VJ0603Y105KXJPW1BC | $1,350.00 | 45,000.00 | 0.03 |
| X0002325-01 | X0002325-01 Rev X1 | $0.00 | 2.00 | 0 |
| XMC7100D-F176K4160AA | XMC7100D-F176K4160AA | $632.40 | 60.00 | 10.54 |
| ZXT849KTC | ZXT849KTC | $1,350.00 | 2,500.00 | 0.54 |
| **Total - Inventory Item** | | **$11,871,431.91** | **7,909,920.78** | **82,029.39** |

**<u>Schedule of Assets and Liabilities</u>**

**Schedule A/B: Assets and Liabilities**

**<u>Schedule 21</u>**

**Finished Goods**

**Moxion Power Co.**
**Schedule 21**
**Finished Goods Inventory**

| Item | Description | Inv. Value | % of Inv. Value | On Hand | $/Unit |
|---|---|---|---|---|---|
| **Assembly** | | | | | |
| P0000001-06 | MOBILE POWER UNIT, C-SAMPLE, 75kW 600kWh | $28,700,388.72 | 0.61% | 204.00 $ | 140,688.18 |
| P0000014-03 | FAN PLENUM ASM, PCS | $1,661.91 | 0.01% | 2.00 $ | 830.96 |
| P0000036-02 | PANEL, ASM, OUTER SIDE, RIGHT | $53.60 | 0.00% | 1.00 $ | 53.60 |
| P0000040-02 | PANEL, ASM, OUTER SIDE, LEFT | $53.60 | 0.00% | 1.00 $ | 53.60 |
| P0000041-02 | PANEL, ASM, OUTER, FRONT | $12.10 | 0.00% | 1.00 $ | 12.10 |
| P0000050-02 | PANEL, ASM, TOP COVER | $1,541.64 | 0.01% | 1.00 $ | 1,541.64 |
| P0000090-04 | INTERFACE PANEL, CONTROL PANEL | $6,463.21 | 0.03% | 1.00 $ | 6,463.21 |
| P0000122-04 | PCS, POWER CONVERSION SYSTEM | $442,109.78 | 1.91% | 32.00 $ | 13,815.93 |
| P0000145-03 | UPPER DECK ASM, OBC, 12V, ACC | $10,474.62 | 0.05% | 2.00 $ | 5,237.31 |
| P0000474-02 | OUTER PANEL ASM, MP75 | $1,169.65 | 0.01% | 2.00 $ | 584.83 |
| P0000813-02 | MODULE ASSEMBLY, BATTERY (GEN 2) | $22,812.30 | 0.10% | 30.00 $ | 760.41 |
| P0000813-07 | MODULE ASM, BATTERY, GEN 2 PRODUCTION | $0.00 | 0.00% | 1.00 $ | - |
| P0000813-08 | MODULE ASM, BATTERY, GEN 2 PRODUCTION | $679,517.94 | 2.94% | 1,460.00 $ | 465.42 |
| P0001122-01 | DUCT, PCS HEATSINK ASM | $0.00 | 0.00% | 8.00 $ | - |
| P0001142-02 | BATTERY DISTRIBUTION UNIT ASM, GEN2 | $1,710.12 | 0.01% | 1.00 $ | 1,710.12 |
| P0001142-04 | BDU, BATTERY DISTRIBUTION UNIT | $31,657.71 | 0.14% | 7.00 $ | 4,522.53 |
| P0001439-02 | BEZEL, CHARGE PORT ASM | $3,628.74 | 0.02% | 30.00 $ | 120.96 |
| P0002223-01 | NGBOX, ASM | $312.87 | 0.00% | 2.00 $ | 156.44 |
| P0002288-01 | GREEN GROUND STRAP ASM, 13 IN L, 4 AWG, 300 A | $15.14 | 0.00% | 1.00 $ | 15.14 |
| P0004659-01 | AFE, 3 PHASE CONV VA08 800V, CONFORMAL COAT | $177,622.91 | 0.77% | 131.00 $ | 1,355.90 |
| P0010000-06 | MOXION MOBILE POWER UNIT, C-SAMPLE, 75kW 600kWh | $9,696,535.00 | 42.00% | 75.00 $ | 129,287.13 |
| R-P0001142-04 | REMAN, BDU | $0.00 | 0.00% | 8.00 $ | - |
| T-P0000014-03 | TO BE TRANSACTED IN, FAN PLENUM | $0.00 | 0.00% | 2.00 $ | - |
| T-P0000090-04 | TO BE TRANSACTED IN, ICP | $0.00 | 0.00% | 6.00 $ | - |
| T-P0000122-04 | TO BE TRANSACTED IN, PCS | $0.00 | 0.00% | 12.00 $ | - |
| T-P0001142-04 | TO BE TRANSACTED IN, BDU | $0.00 | 0.00% | 7.00 $ | - |
| T-P0002223-01 | TO BE TRANSACTED IN, NGBOX ASM | $0.00 | 0.00% | 1.00 $ | - |
| **Total - Assembly** | | **$39,777,741.56** | **48.59%** | **1,826.00 $** | **6,143.51** |

**Moxion Power Co.**
**Schedule 21**
**Finished Goods Inventory - Mobile Power Unit Details\***

| device_name | serial_number | time | lat | lng | location | Value |
|---|---|---|---|---|---|---|
| c-0001 | 00001AA230180009 | 2023-12-14 12:31:58+00 | 37.91096878 | -122.3586578 | Richmond, CA 94804, USA | $140,688.18 |
| c-0002 | 00001AA230230001 | 2024-07-29 18:45:24+00 | 37.91107941 | -122.3588104 | Richmond, CA 94804, USA | $140,688.18 |
| c-0003 | | 2024-05-06 19:33:15+00 | 41.37788773 | -81.52800751 | Oakwood, OH 44146, USA | $140,688.18 |
| c-0004 | 00001AA230440000 | 2024-07-29 21:04:02+00 | 37.91103745 | -122.3588638 | Richmond, CA 94804, USA | $140,688.18 |
| c-0005 | | 2023-10-01 01:27:41+00 | 37.91067123 | -122.359024 | Richmond, CA 94804, USA | $140,688.18 |
| c-0006 | 00001AA230460001 | 2024-07-29 21:04:43+00 | 37.91114426 | -122.3585739 | Richmond, CA 94804, USA | $140,688.18 |
| c-0007 | 00001AA230600001 | 2024-07-29 21:04:32+00 | 37.91110229 | -122.3588409 | Richmond, CA 94804, USA | $140,688.18 |
| c-0008 | | 2023-09-06 23:59:11+00 | 37.91112518 | -122.3585739 | Richmond, CA 94804, USA | $140,688.18 |
| c-0009 | 00001AA230650001 | 2024-07-29 20:49:15+00 | 37.91107178 | -122.3587112 | Richmond, CA 94804, USA | $140,688.18 |
| c-0016 | 00001AA230760001 | 2024-07-29 20:45:20+00 | 34.22477341 | -118.3782959 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0017 | 00001AA230760002 | 2024-07-29 21:04:48+00 | 37.91272354 | -122.3580246 | Richmond, CA 94804, USA | $140,688.18 |
| c-0018 | 00001AA230790001 | 2024-07-29 20:44:59+00 | 37.91339111 | -122.3579712 | Richmond, CA 94804, USA | $140,688.18 |
| c-0019 | 00001AA230800001 | 2024-07-29 20:57:34+00 | 34.22490692 | -118.3779755 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0021 | 00001AA230860001 | 2024-07-29 20:55:15+00 | 37.91313171 | -122.3579636 | Richmond, CA 94804, USA | $140,688.18 |
| c-0022 | 00001AA230970001 | 2024-07-29 21:04:55+00 | 33.62079233 | -84.38650513 | Fort Gillem, GA 30297, USA | $140,688.18 |
| c-0028 | 00001AA231150002 | 2024-07-29 20:45:14+00 | 34.22472763 | -118.3782578 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0037 | 00001AA231240001 | 2024-07-29 20:55:09+00 | 34.22483444 | -118.3780212 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0283 | 00001AA232630002 | 2024-07-29 20:18:57+00 | 34.22488022 | -118.378006 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0284 | 00001AA232630003 | 2024-07-29 20:34:48+00 | 33.99407196 | -118.1855011 | Maywood, CA 90270, USA | $140,688.18 |
| c-0285 | 00001AA232630004 | 2024-07-29 20:51:02+00 | 37.91332245 | -122.3579636 | Richmond, CA 94804, USA | $140,688.18 |
| c-0295 | 00002AA232680002 | 2024-07-29 20:25:06+00 | 34.22479248 | -118.3781281 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0295old | Removed | 2024-06-07 13:10:44+00 | 37.91157532 | -122.3586044 | Richmond, CA 94804, USA | $140,688.18 |
| c-0300 | 00002AA232690004 | 2024-07-29 21:02:41+00 | 34.22497559 | -118.3780746 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0301 | 00002AA232690005 | 2024-07-29 20:55:26+00 | 37.9131546 | -122.3579788 | Richmond, CA 94804, USA | $140,688.18 |
| c-0302 | 00002AA232690006 | 2024-07-29 20:16:45+00 | 37.91285706 | -122.3580399 | Richmond, CA 94804, USA | $140,688.18 |
| c-0303 | 00002AA232700001 | 2024-07-29 21:04:29+00 | 37.91347504 | -122.3579636 | Richmond, CA 94804, USA | $140,688.18 |
| c-0304 | 00002AA232700002 | 2024-07-29 20:54:19+00 | 37.91265869 | -122.3580093 | Richmond, CA 94804, USA | $140,688.18 |
| c-0305 | 00002AA232700003 | 2024-06-26 21:35:46+00 | 37.9110527 | -122.3587036 | Richmond, CA 94804, USA | $140,688.18 |
| c-0306 | 00002AA232700004 | 2024-07-29 20:52:48+00 | 37.91310883 | -122.3581696 | Richmond, CA 94804, USA | $140,688.18 |
| c-0307 | 00002AA232710001 | 2024-07-29 20:28:35+00 | 37.91272354 | -122.358017 | Richmond, CA 94804, USA | $140,688.18 |
| c-0308 | 00002AA232710002 | 2024-07-29 21:04:31+00 | 37.91290665 | -122.3578949 | Richmond, CA 94804, USA | $140,688.18 |
| c-0309 | 00002AA232710003 | 2024-07-29 20:23:14+00 | 34.22496796 | -118.3781128 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0310 | 00002AA232710004 | 2024-07-29 20:28:26+00 | 34.224823 | -118.3780746 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0311 | 00002AA232710005 | 2024-07-27 14:17:55+00 | 34.22488403 | -118.3786011 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0312 | 00002AA232710006 | 2024-07-29 20:32:41+00 | 37.91359711 | -122.3579559 | Richmond, CA 94804, USA | $140,688.18 |
| c-0333 | 10000AA232790002 | 2024-07-29 20:50:32+00 | 34.22459793 | -118.3783798 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0334 | 10000AA232790004 | 2024-07-29 20:30:41+00 | 34.22495651 | -118.3781052 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0336 | 10000AA232820002 | 2024-07-29 20:37:16+00 | 34.22459412 | -118.3783875 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0338 | 10000AA232820004 | 2024-07-29 21:04:35+00 | 33.99419785 | -118.1851883 | Maywood, CA 90270, USA | $140,688.18 |
| c-0339 | 10000AA232820005 | 2024-07-29 21:04:36+00 | 37.9131813 | -122.3581772 | Richmond, CA 94804, USA | $140,688.18 |
| c-0340 | 10000AA232830001 | 2024-07-29 20:11:10+00 | 34.22505951 | -118.3780975 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0341 | 10000AA232830002 | 2024-07-29 21:04:43+00 | 37.91303635 | -122.358017 | Richmond, CA 94804, USA | $140,688.18 |
| c-0342 | 10000AA232830003 | 2024-07-29 21:02:00+00 | 37.91323471 | -122.3581772 | Richmond, CA 94804, USA | $140,688.18 |
| c-0369 | 10000AA232920003 | 2024-07-29 20:59:57+00 | 37.91324615 | -122.3579712 | Richmond, CA 94804, USA | $140,688.18 |
| c-0447 | 10000AA233180005 | 2024-07-29 20:35:50+00 | 34.14432907 | -117.4171524 | Rialto, CA 92377, USA | $140,688.18 |
| c-0450 | 10000AA233190002 | 2024-07-29 20:51:32+00 | 36.66016769 | -121.6283264 | Salinas, CA 93901, USA | $140,688.18 |
| c-0453 | 10000AA233200001 | 2024-07-29 20:45:06+00 | 37.71622467 | -122.3796005 | San Francisco, CA 94124, USA | $140,688.18 |
| c-0527 | 10000AA233470003 | 2024-07-29 20:20:27+00 | 33.99415207 | -118.1854477 | Maywood, CA 90270, USA | $140,688.18 |
| c-0528 | 10000AA233470004 | 2024-07-29 20:57:31+00 | 33.9943161 | -118.1857986 | Maywood, CA 90270, USA | $140,688.18 |
| c-0529 | 10000AA233480001 | 2024-07-29 21:04:55+00 | 33.99417114 | -118.1855621 | Maywood, CA 90270, USA | $140,688.18 |
| c-0532 | 10000AA233480004 | 2024-07-29 20:59:21+00 | 34.22500992 | -118.3780212 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0533 | 10000AA233480005 | 2024-07-29 21:00:14+00 | 37.91152573 | -122.3574753 | Richmond, CA 94804, USA | $140,688.18 |
| c-0535 | 00001AA233490002 | 2024-07-26 19:26:20+00 | 34.2248497 | -118.3781128 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0538 | 00001AA233520002 | 2024-07-29 20:49:18+00 | 34.22480011 | -118.3781128 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0539 | 10000AA233520003 | 2024-07-29 21:02:43+00 | 34.22477341 | -118.3782654 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0540 | 10000AA233520004 | 2024-07-25 18:10:31+00 | 33.77641296 | -84.54388428 | Austell, GA 30168, USA | $140,688.18 |
| c-0541 | 10000AA233530001 | 2024-07-29 21:04:52+00 | 37.91268539 | -122.358017 | Richmond, CA 94804, USA | $140,688.18 |
| c-0542 | 10000AA233530002 | 2024-07-29 20:19:07+00 | 34.2248497 | -118.3780441 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0543 | 10000AA233530003 | 2024-07-29 20:51:37+00 | 33.99425125 | -118.1857529 | Maywood, CA 90270, USA | $140,688.18 |
| c-0544 | 10000AA233530004 | 2024-07-29 20:45:05+00 | 34.22501373 | -118.3781433 | Sun Valley, CA 91352, USA | $140,688.18 |

| c-0545 | 10000AA233540001 | 2024-07-29 20:54:51+00 | 37.91327286 | -122.3581772 | Richmond, CA 94804, USA | $140,688.18 |
|--------|------------------|------------------------|-------------|--------------|--------------------------|-------------|
| c-0546 | 10000AA233540002 | 2024-07-29 21:04:30+00 | 37.91313934 | -122.3581772 | Richmond, CA 94804, USA | $140,688.18 |
| c-0547 | 10000AA233540003 | 2024-07-29 20:57:29+00 | 37.91342163 | -122.3579788 | Richmond, CA 94804, USA | $140,688.18 |
| c-0548 | 10000AA233540004 | 2024-07-29 21:04:45+00 | 37.37537766 | -122.1159973 | Los Altos Hills, CA 94022, USA | $140,688.18 |
| c-0549 | 10000AA233540005 | 2024-07-29 20:27:53+00 | 34.22500992 | -118.3780441 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0551 | 10000AA233550002 | 2024-07-29 20:22:52+00 | 34.22507477 | -118.3781509 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0552 | 10000AA233550003 | 2024-07-29 20:34:14+00 | 34.22485733 | -118.3780289 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0554 | 10000AA233560001 | 2024-07-29 20:14:55+00 | 37.91279602 | -122.3580322 | Richmond, CA 94804, USA | $140,688.18 |
| c-0555 | 10000AA240050001 | 2024-07-29 20:31:55+00 | 37.91324997 | -122.3581696 | Richmond, CA 94804, USA | $140,688.18 |
| c-0557 | 10000AA240080002 | 2024-07-29 20:58:13+00 | 31.19158363 | -89.22177124 | Hattiesburg, MS 39401, USA | $140,688.18 |
| c-0558 | 10000AA240080004 | 2024-07-29 20:13:06+00 | 37.91280746 | -122.3578873 | Richmond, CA 94804, USA | $140,688.18 |
| c-0559 | 10000AA240080006 | 2024-07-29 21:04:44+00 | 37.91282654 | -122.3580246 | Richmond, CA 94804, USA | $140,688.18 |
| c-0560 | 10000AA240080007 | 2024-07-29 20:27:09+00 | 37.91300583 | -122.3580246 | Richmond, CA 94804, USA | $140,688.18 |
| c-0562 | 10000AA240090002 | 2024-07-29 20:34:49+00 | 33.62077713 | -84.3864212 | Fort Gillem, GA 30297, USA | $140,688.18 |
| c-0563 | 10000AA240090003 | 2024-07-29 21:04:48+00 | 37.79211426 | -122.4218597 | San Francisco, CA 94109, USA | $140,688.18 |
| c-0564 | 10000AA240100001 | 2024-07-29 20:16:08+00 | 37.91316605 | -122.3581619 | Richmond, CA 94804, USA | $140,688.18 |
| c-0566 | 10000AA240100003 | 2024-07-29 20:49:50+00 | 37.91298676 | -122.3578186 | Richmond, CA 94804, USA | $140,688.18 |
| c-0567 | 10000AA240100004 | 2024-07-29 20:55:34+00 | 33.99402618 | -118.1852646 | Maywood, CA 90270, USA | $140,688.18 |
| c-0568 | 10000AA240100005 | 2024-07-29 21:04:29+00 | 34.22502518 | -118.3781433 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0569 | 10000AA240110001 | 2024-07-29 21:04:35+00 | 33.99426651 | -118.1855087 | Maywood, CA 90270, USA | $140,688.18 |
| c-0570 | 10000AA240110002 | 2024-07-29 21:02:02+00 | 34.22474289 | -118.3783188 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0571 | 10000AA240110003 | 2024-07-29 20:43:01+00 | 34.22481537 | -118.378067 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0572 | 10000AA240120001 | 2024-07-29 20:09:54+00 | 34.22499847 | -118.3781052 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0573 | 10000AA240120002 | 2024-07-29 20:13:29+00 | 34.22506332 | -118.3781357 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0574 | 10000AA240120003 | 2024-07-29 20:07:40+00 | 34.22504425 | -118.3780975 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0575 | 10000AA240120004 | 2024-07-29 20:12:47+00 | 31.20534134 | -89.22515869 | Hattiesburg, MS 39401, USA | $140,688.18 |
| c-0576 | 10000AA240120005 | 2024-07-29 20:41:12+00 | 37.91360855 | -122.3579865 | Richmond, CA 94804, USA | $140,688.18 |
| c-0577 | 10000AA240120006 | 2024-07-29 20:42:59+00 | 37.91286469 | -122.3578796 | Richmond, CA 94804, USA | $140,688.18 |
| c-0579 | 10000AA240160001 | 2024-07-29 20:36:58+00 | 37.91282272 | -122.357872 | Richmond, CA 94804, USA | $140,688.18 |
| c-0583 | 10000AA240170001 | 2024-07-29 20:25:20+00 | 33.99411011 | -118.1854935 | Maywood, CA 90270, USA | $140,688.18 |
| c-0584 | 10000AA240170002 | 2024-07-29 20:26:30+00 | 33.99423599 | -118.1854935 | Maywood, CA 90270, USA | $140,688.18 |
| c-0585 | 10000AA240170003 | 2024-07-29 21:04:45+00 | 34.22467422 | -118.3784332 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0586 | 10000AA240170004 | 2024-07-29 20:27:50+00 | 33.99421692 | -118.1855392 | Maywood, CA 90270, USA | $140,688.18 |
| c-0587 | 10000AA240180001 | 2024-07-29 20:48:33+00 | 33.9941864 | -118.1855392 | Maywood, CA 90270, USA | $140,688.18 |
| c-0588 | 10000AA240180002 | 2024-07-29 20:54:36+00 | 34.22503281 | -118.378067 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0589 | 10000AA240180003 | 2024-07-29 21:04:33+00 | 34.22498703 | -118.3780899 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0591 | 10000AA240190001 | 2024-07-29 20:30:10+00 | 34.22489929 | -118.3779831 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0592 | 10000AA240190002 | 2024-07-29 20:06:48+00 | 33.9941597 | -118.1855545 | Maywood, CA 90270, USA | $140,688.18 |
| c-0593 | 10000AA240190003 | 2024-07-29 20:27:43+00 | 33.8638382 | -118.1572418 | Long Beach, CA 90805, USA | $140,688.18 |
| c-0594 | 10000AA240220001 | 2024-07-29 21:04:53+00 | 34.22477722 | -118.3784332 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0595 | 10000AA240220002 | 2024-07-29 21:04:40+00 | 33.99425125 | -118.1854172 | Maywood, CA 90270, USA | $140,688.18 |
| c-0596 | 10000AA240220003 | 2024-07-29 20:47:06+00 | 33.994133 | -118.1854553 | Maywood, CA 90270, USA | $140,688.18 |
| c-0597 | 10000AA240230001 | 2024-07-29 00:16:15+00 | 34.22491837 | -118.3786163 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0598 | 10000AA240230002 | 2024-07-29 20:10:15+00 | 34.22505951 | -118.3781204 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0599 | 10000AA240230003 | 2024-07-29 20:12:08+00 | 37.91332245 | -122.3581772 | Richmond, CA 94804, USA | $140,688.18 |
| c-0601 | 10000AA240230005 | 2024-07-29 20:09:28+00 | 37.91337204 | -122.3581772 | Richmond, CA 94804, USA | $140,688.18 |
| c-0602 | 10000AA240240001 | 2024-07-29 20:43:02+00 | 37.91207504 | -122.3574371 | Richmond, CA 94804, USA | $140,688.18 |
| c-0603 | 10000AA240240002 | 2024-07-29 20:18:33+00 | 37.91300201 | -122.3585663 | Richmond, CA 94804, USA | $140,688.18 |
| c-0604 | 10000AA240240003 | 2024-07-29 20:27:54+00 | 37.91285324 | -122.3578873 | Richmond, CA 94804, USA | $140,688.18 |
| c-0605 | 10000AA240250001 | 2024-07-29 20:08:14+00 | 37.91298676 | -122.3583679 | Richmond, CA 94804, USA | $140,688.18 |
| c-0606 | 10000AA240250002 | 2024-07-29 20:15:37+00 | 31.19162369 | -89.22176361 | Hattiesburg, MS 39401, USA | $140,688.18 |
| c-0607 | 10000AA240250003 | 2024-05-05 18:06:37+00 | 37.91207504 | -122.3574524 | Richmond, CA 94804, USA | $140,688.18 |
| c-0608 | 10000AA240250004 | 2024-07-29 20:27:53+00 | 37.91329956 | -122.3581696 | Richmond, CA 94804, USA | $140,688.18 |
| c-0609 | 10000AA240250005 | 2024-07-29 20:49:43+00 | 37.91302872 | -122.3580399 | Richmond, CA 94804, USA | $140,688.18 |
| c-0610 | 10000AA240250006 | 2024-07-29 21:04:11+00 | 37.91188049 | -122.3575745 | Richmond, CA 94804, USA | $140,688.18 |
| c-0611 | 10000AA240260001 | 2024-07-21 02:40:35+00 | 33.99417877 | -118.1854782 | Maywood, CA 90270, USA | $140,688.18 |
| c-0612 | 10000AA240260002 | 2024-07-29 20:45:35+00 | 33.99407578 | -118.1852264 | Maywood, CA 90270, USA | $140,688.18 |
| c-0613 | 10000AA240260003 | 2024-07-29 20:06:46+00 | 33.99423981 | -118.1855316 | Maywood, CA 90270, USA | $140,688.18 |
| c-0614 | 10000AA240260004 | 2024-07-29 20:22:20+00 | 33.99421692 | -118.185257 | Maywood, CA 90270, USA | $140,688.18 |
| c-0615 | 10000AA240290001 | 2024-07-29 20:56:58+00 | 34.22460938 | -118.3784256 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0616 | 10000AA240290002 | 2024-07-29 20:18:21+00 | 34.22477722 | -118.378212 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0617 | 10000AA240290003 | 2024-07-29 20:55:24+00 | 33.99422073 | -118.1854324 | Maywood, CA 90270, USA | $140,688.18 |
| c-0618 | 10000AA240300001 | 2024-07-29 20:06:38+00 | 33.99421692 | -118.1857681 | Maywood, CA 90270, USA | $140,688.18 |
| c-0619 | 10000AA240300002 | 2024-07-29 20:57:34+00 | 34.22476959 | -118.3782043 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0620 | 10000AA240300003 | 2024-07-29 20:27:49+00 | 33.99433517 | -118.1857452 | Maywood, CA 90270, USA | $140,688.18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| c-0621 | 10000AA240310001 | 2024-07-29 20:20:08+00 | 34.22475433 | -118.3783112 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0622 | 10000AA240310002 | 2024-07-29 21:01:38+00 | 33.99423218 | -118.1857681 | Maywood, CA 90270, USA | $140,688.18 |
| c-0623 | 10000AA240310003 | 2024-07-29 21:04:43+00 | 33.99403381 | -118.1856689 | Maywood, CA 90270, USA | $140,688.18 |
| c-0624 | 10000AA240310004 | 2024-07-29 20:20:18+00 | 37.9130249 | -122.358551 | Richmond, CA 94804, USA | $140,688.18 |
| c-0625 | 10000AA240310005 | 2024-07-29 20:31:39+00 | 34.22499084 | -118.378006 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0626 | 10000AA240320001 | 2024-07-29 21:04:28+00 | 33.99420929 | -118.1858139 | Maywood, CA 90270, USA | $140,688.18 |
| c-0627 | 10000AA240320002 | 2024-07-29 20:42:40+00 | 34.22481155 | -118.3786087 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0628 | 10000AA240320003 | 2024-07-29 20:42:43+00 | 33.99425125 | -118.1854782 | Maywood, CA 90270, USA | $140,688.18 |
| c-0629 | 10000AA240320004 | 2024-07-29 20:32:49+00 | 33.99424744 | -118.1855698 | Maywood, CA 90270, USA | $140,688.18 |
| c-0630 | 10000AA240330001 | 2024-07-29 20:50:57+00 | 33.99414825 | -118.1854935 | Maywood, CA 90270, USA | $140,688.18 |
| c-0631 | 10000AA240330002 | 2024-07-29 21:04:57+00 | 33.99417877 | -118.1852341 | Maywood, CA 90270, USA | $140,688.18 |
| c-0632 | 10000AA240330004 | 2024-07-29 20:31:28+00 | 33.56495667 | -83.48455811 | Madison, GA 30650, USA | $140,688.18 |
| c-0633 | 10000AA240330007 | 2024-07-25 11:56:03+00 | 34.22463989 | -118.3784027 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0634 | 10000AA240330008 | 2024-07-29 20:50:46+00 | 34.22480774 | -118.3785019 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0635 | 10000AA240360001 | 2024-07-29 21:00:26+00 | 33.99437332 | -118.1857986 | Maywood, CA 90270, USA | $140,688.18 |
| c-0636 | 10000AA240360007 | 2024-07-29 20:54:35+00 | 37.91316986 | -122.3579712 | Richmond, CA 94804, USA | $140,688.18 |
| c-0637 | 10000AA240360008 | 2024-07-29 20:14:44+00 | 37.91277695 | -122.3580627 | Richmond, CA 94804, USA | $140,688.18 |
| c-0638 | 10000AA240370005 | 2024-07-29 21:04:48+00 | 37.91334915 | -122.3581848 | Richmond, CA 94804, USA | $140,688.18 |
| c-0639 | 10000AA240370006 | 2024-07-29 20:53:13+00 | 37.91323471 | -122.3579788 | Richmond, CA 94804, USA | $140,688.18 |
| c-0640 | 10000AA240370007 | 2024-07-29 20:41:23+00 | 37.91320419 | -122.3581772 | Richmond, CA 94804, USA | $140,688.18 |
| c-0641 | 10000AA240370008 | 2024-07-29 20:58:40+00 | 37.91178513 | -122.3574982 | Richmond, CA 94804, USA | $140,688.18 |
| c-0642 | 10000AA240370009 | 2024-07-29 20:38:57+00 | 37.91300583 | -122.3583679 | Richmond, CA 94804, USA | $140,688.18 |
| c-0643 | 10000AA240380001 | 2024-07-29 21:04:56+00 | 37.91337585 | -122.3579712 | Richmond, CA 94804, USA | $140,688.18 |
| c-0644 | 10000AA240380002 | 2024-07-29 21:00:14+00 | 37.91318893 | -122.3579712 | Richmond, CA 94804, USA | $140,688.18 |
| c-0651 | 10000AA240440002 | 2024-07-29 21:04:48+00 | 37.91281128 | -122.3580246 | Richmond, CA 94804, USA | $140,688.18 |
| c-0652 | 10000AA240450001 | 2024-07-29 20:17:01+00 | 37.91334915 | -122.3579636 | Richmond, CA 94804, USA | $140,688.18 |
| c-0653 | 10000AA240450002 | 2024-07-29 20:30:51+00 | 37.91343307 | -122.3579712 | Richmond, CA 94804, USA | $140,688.18 |
| c-0654 | 10000AA240460001 | 2024-07-08 12:23:40+00 | 37.91266632 | -122.3580322 | Richmond, CA 94804, USA | $140,688.18 |
| c-0655 | 10000AA240460002 | 2024-07-29 20:11:52+00 | 37.91309738 | -122.3581772 | Richmond, CA 94804, USA | $140,688.18 |
| c-0656 | 10000AA240470001 | 2024-07-29 20:20:13+00 | 34.22481918 | -118.3782349 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0657 | 10000AA240470002 | 2024-07-29 20:52:11+00 | 34.22493362 | -118.3781128 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0658 | 10000AA240510001 | 2024-07-29 21:01:16+00 | 34.2250061 | -118.3781891 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0659 | 10000AA240520001 | 2024-07-29 20:19:02+00 | 34.22499466 | -118.3781662 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0660 | 10000AA240520002 | 2024-07-29 21:00:52+00 | 33.99429321 | -118.1854706 | Maywood, CA 90270, USA | $140,688.18 |
| c-0661 | 10000AA240520003 | 2024-07-29 20:15:09+00 | 33.99427414 | -118.1855698 | Maywood, CA 90270, USA | $140,688.18 |
| c-0662 | 10000AA240530001 | 2024-07-29 21:04:42+00 | 34.22492599 | -118.3779373 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0664 | 10000AA240540001 | 2024-07-29 21:04:43+00 | 33.99433517 | -118.1857986 | Maywood, CA 90270, USA | $140,688.18 |
| c-0665 | 10000AA240570001 | 2024-07-29 21:04:30+00 | 33.99427795 | -118.1858063 | Maywood, CA 90270, USA | $140,688.18 |
| c-0666 | 10000AA240580001 | 2024-07-29 20:12:19+00 | 33.55871582 | -83.48382568 | Madison, GA 30650, USA | $140,688.18 |
| c-0667 | 10000AA240580002 | 2024-07-29 20:49:40+00 | 33.99398804 | -118.1852875 | Maywood, CA 90270, USA | $140,688.18 |
| c-0668 | 10000AA240580001 | 2024-07-29 20:48:28+00 | 34.22476959 | -118.3785324 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0669 | 10000AA240600001 | 2024-07-29 20:43:20+00 | 34.22504425 | -118.3781662 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0670 | 10000AA240600002 | 2024-07-18 15:25:54+00 | 34.22484207 | -118.3785553 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0671 | 10000AA240610001 | 2024-07-29 20:37:41+00 | 34.22477722 | -118.3781509 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0672 | 10000AA240610002 | 2024-07-29 20:52:42+00 | 34.22498322 | -118.3784943 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0673 | 10000AA240640001 | 2024-07-29 20:09:02+00 | 34.22491455 | -118.3779526 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0674 | 10000AA240640002 | 2024-07-29 20:11:34+00 | 34.22473907 | -118.3782578 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0675 | 10000AA240650001 | 2024-07-29 21:04:35+00 | 37.91000366 | -122.3589401 | Richmond, CA 94804, USA | $140,688.18 |
| c-0676 | 10000AA240650002 | 2024-07-29 21:03:25+00 | 37.91197968 | -122.3577957 | Richmond, CA 94804, USA | $140,688.18 |
| c-0677 | 10000AA240660001 | 2024-07-29 20:19:18+00 | 34.22485733 | -118.3784485 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0678 | 10000AA240670001 | 2024-07-29 21:04:28+00 | 34.22479248 | -118.3782425 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0679 | 10000AA240670002 | 2024-07-29 20:52:29+00 | 34.22501755 | -118.3781891 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0680 | 10000AA240680001 | 2024-07-29 20:13:25+00 | 34.22473907 | -118.378334 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0681 | 10000AA240720001 | 2024-07-29 20:14:19+00 | 33.99399948 | -118.1852493 | Maywood, CA 90270, USA | $140,688.18 |
| c-0682 | 10000AA240720002 | 2024-07-29 20:24:15+00 | 33.5587883 | -83.48375702 | Madison, GA 30650, USA | $140,688.18 |
| c-0683 | 10000AA240730001 | 2024-07-29 20:51:04+00 | 34.22505188 | -118.3781967 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0684 | 10000AA240730002 | 2024-07-29 20:16:52+00 | 34.2247963 | -118.3781052 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0685 | 10000AA240740001 | 2024-07-29 20:25:04+00 | 34.22502899 | -118.3781433 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0686 | 10000AA240750001 | 2024-07-29 21:04:10+00 | 33.70236588 | -84.39317322 | Atlanta, GA 30315, USA | $140,688.18 |
| c-0687 | 10000AA240750002 | 2024-07-29 21:03:20+00 | 33.77640533 | -84.54388428 | Austell, GA 30168, USA | $140,688.18 |
| c-0688 | 10000AA240780001 | 2024-07-29 21:02:01+00 | 34.22498703 | -118.3781509 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0689 | 10000AA240780002 | 2024-07-21 18:11:35+00 | 34.22482681 | -118.3785019 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0690 | 10000AA240790001 | 2024-07-29 20:41:10+00 | 34.22474289 | -118.3782501 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0691 | 10000AA240790002 | 2024-07-29 21:04:43+00 | 33.76148224 | -118.2432632 | Wilmington, CA 90744, USA | $140,688.18 |
| c-0692 | 10000AA240800001 | 2024-07-24 22:19:51+00 | 34.07835388 | -83.74978638 | Hoschton, GA 30548, USA | $140,688.18 |

| | | | | | | |
|---|---|---|---|---|---|---|
| c-0693 | 10000AA240800002 | 2024-07-29 21:04:37+00 | 33.5790596 | -83.48155975 | Madison, GA 30650, USA | $140,688.18 |
| c-0694 | 10000AA240810001 | 2024-07-29 20:19:55+00 | 34.22470093 | -118.3783035 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0695 | 10000AA240810002 | 2024-07-29 21:04:45+00 | 34.224823 | -118.3784561 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0696 | 10000AA240850001 | 2024-07-29 20:48:07+00 | 34.22483826 | -118.3784485 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0704 | 10000AA240920001 | 2024-07-29 20:57:04+00 | 34.22470474 | -118.378273 | Sun Valley, CA 91352, USA | $140,688.18 |
| c-0718 | 10000AA241060002 | 2024-07-29 20:59:54+00 | 37.91358948 | -122.3581696 | Richmond, CA 94804, USA | $140,688.18 |
| c-0719 | 10000AA241070001 | 2024-07-29 20:07:26+00 | 37.91358948 | -122.3582382 | Richmond, CA 94804, USA | $140,688.18 |
| c-0721 | 10000AA241090001 | 2024-07-18 19:39:15+00 | 37.91162872 | -122.3582306 | Richmond, CA 94804, USA | $140,688.18 |
| c-0yyy | 10000AA240240xxx | 2024-03-20 20:05:18+00 | 37.91301727 | -122.357933 | Richmond, CA 94804, USA | $140,688.18 |
| pilot-01 | | 2023-10-16 23:32:23+00 | 37.91100311 | -122.3587799 | Richmond, CA 94804, USA | $140,688.18 |
| pilot-02 | | 2023-04-28 10:40:13+00 | 37.91122055 | -122.3586655 | Richmond, CA 94804, USA | $140,688.18 |
| pilot-03 | | 2024-07-29 21:04:53+00 | 37.91101456 | -122.3587265 | Richmond, CA 94804, USA | $140,688.18 |
| pilot-04 | | 2023-05-04 10:13:47+00 | 37.91070175 | -122.3587494 | Richmond, CA 94804, USA | $140,688.18 |
| pilot-05 | | 2023-06-30 08:04:43+00 | 37.91146088 | -122.3571091 | Richmond, CA 94804, USA | $140,688.18 |
| | | | | | | |
| | | | | | | $28,700,388.72 |
| | | | | | | |

*The final MPU count may not be exact. Someone would have to do a physical count at each location to obtain the accurate count.

## Schedule of Assets and Liabilities

**Schedule A/B: Assets and Liabilities**

## Schedule 41

**Office Equipment**

**Moxion Power Co.**
**Schedule A/B- Schedule 41**
**Office Equipment**

| Asset Category | Asset Name | Sum of Amount |
|---|---|---|
| Capitalized Software | CANalyzer PRO | $14,751.00 |
| Capitalized Software | Customization and implementation of field services software | $25,552.00 |
| Capitalized Software | Grid HMI_Software Plug-in | $285,183.50 |
| Capitalized Software | Integrating KanbanBOX to Netsuite for material flow | $12,500.00 |
| Capitalized Software | MES system development - Factory 2 | $246,445.00 |
| Capitalized Software | SafeRTO License | $22,313.00 |
| Capitalized Software | Solidworks and XPLM support & enhancement hours | $3,040.00 |
| Computers and Equipment | Computer Equipment and Laptops | $179,607.00 |
| Computers and Equipment | Lenovo ThinkPad P1 Gen 4 | $15,633.89 |
| Computers and Equipment | Lenovo ThinkPad T14s Gen 2 | $21,203.70 |
| Computers and Equipment | MES equipment | $98,378.00 |
| Computers and Equipment | Network Upgrade | $148,997.00 |
| Computers and Equipment | Production Hipot Test System | $25,400.00 |
| Computers and Equipment | Equipment and furniture purchased from SunPower 10/18/2023. See attached Exhibit A. | $10,000.00 |
| Computers and Equipment | Equipment and furniture purchased from SunPower 9/13/2023. See attached Exhibit B. | $25,000.00 |
| **Total:** | | **$1,134,004.09** |

EXHIBIT A

**EQUIPMENT TYPES AND DESCRIPTIONS**

**1st Floor**

Conference tables
Conference chairs
All-hands round tables and chairs
Ping pong table
Gym equipment
Bike racks and equipment
Extra janitorial and facilities/office/kitchen supplies
Other office furniture
Meeting pod
All Cabling and electrical to be left in place
Owned kitchen appliances (refrigerators, dishwashers, etc)
Server Room equipment, racking and cabling left in place (minus exclusions)
All empty file cabinets and storage peds
Access Card badge readers, cameras and associated cabling
TVs in conference rooms and all cabling (minus exclusions)
Projectors/Projector Screens
Networking equipment
Reception desk and furniture
Storage racks
Trash cans
Window Roller shades


montalto


reception furniture


bike racks


boardroom


gym


pod


projector


tables and chairs

**2nd floor**
Conference tables
Conference chairs
Cubicles
Cubicle Chairs
Storage racks
Other office furniture
All Cabling and electrical to be left in place
Owned kitchen appliances (refrigerators, dishwashers, etc)
Server Room/ IDF/MDF equipment, racking and cabling left in place (minus exclusions)
All empty file cabinets and storage peds
Access Card badge readers, cameras and associated cabling
TVs in conference rooms and all cabling (minus exclusions)
Projectors/Projector Screens
Networking equipment
Reception desk
Trash cans
Window Roller shades



EXHIBIT B

EQUIPMENT TYPES AND DESCRIPTIONS

Cubicles
Cubicle Chairs
Office Chairs
Conference tables
Conference chairs
Other office furniture
All Cabling and electrical to be left in place
Training Room furniture (tables and chairs)
Owned kitchen appliances (refrigerators, dishwashers, etc)
Monitors
Monitor Arms
Keyboards, docking stations and mice in place
Plants/Trees
Server Room equipment, racking and cabling left in place (minus exclusions)
All empty file cabinets and storage peds
Access Card badge readers, cameras and associated cabling
TVs in conference rooms and all cabling
Projectors/Projector Screens
Networking equipment
Reception desk
Window Roller shades

**<u>Schedule of Assets and Liabilities</u>**

**Schedule A/B: Assets and Liabilities**

**<u>Schedule 50</u>**

**Other Machinery**

**Moxion Power Co.**
**Schedule A/B- Schedule 50**
**Other Machinery**

| Asset Category | Asset Name | Sum of Amount |
|---|---|---|
| Machinery and Equipment | | $ 7,138.00 |
| Machinery and Equipment | (Qty 1) [RTM75] - 75kW DC Charger, White, UL, 20' Cables, Dual CCS1 Cables | $ 40,100.00 |
| Machinery and Equipment | (Qty 1) I28-C165831-1 Sentinel I28 Leak Test Instrument Base Enclosure: Wall Mount 16 X 16 - 50% | $ 11,597.84 |
| Machinery and Equipment | (Qty 1) SR-2000W, Barcode Reader, Manufacturer: Keyence Corp Of America | $ 5,908.15 |
| Machinery and Equipment | :ightguiadeAR 3yr license | $ 53,176.45 |
| Machinery and Equipment | [EH2-HT50-000NWN-E] - Touch Screen Controller, Ethernet IP- Brand: Estic | $ 14,367.34 |
| Machinery and Equipment | [QMOX-5612-02] (Qty 1) - BDU Fixtures & Misc. Tooling - Contract design work | $ 11,730.00 |
| Machinery and Equipment | 1 Sentinel I28 Leak Test Instrument Base Enclosure: Wall Mount | $ 10,390.00 |
| Machinery and Equipment | 180Nm Right Angle Handheld DC Tool, thru hold anvil- Brand: Estic | $ 15,123.52 |
| Machinery and Equipment | 3D Printer | $ 6,776.13 |
| Machinery and Equipment | 480VAC 3-phase 200kW Digital AC Load Bank with testing software | $ 13,491.00 |
| Machinery and Equipment | 75kW DC Charger, White, UL, 20' Cables, Dual CCS1 Cables withCustom Branding | $ 40,100.00 |
| Machinery and Equipment | AC FS Full Set Dual Pedetal | $ 13,800.00 |
| Machinery and Equipment | Accuenergy Moxie Meters | $ 21,525.00 |
| Machinery and Equipment | Add additional power and data needs for MES equipment on module line | $ 55,477.50 |
| Machinery and Equipment | Air supply to all manufacturing equipment | $ 67,990.71 |
| Machinery and Equipment | ASRS Module Storage System | $ 625,849.00 |
| Machinery and Equipment | Automatic Insulation / Withstanding Tester | $ 4,333.60 |
| Machinery and Equipment | Bar and Pad - Bar and Pad Bundle | $ 10,410.00 |
| Machinery and Equipment | Bar code printers & scanners | $ 11,032.00 |
| Machinery and Equipment | Battery Cell Loading System | $ 485,756.86 |
| Machinery and Equipment | Battery Module Processing System | $ 2,964,393.61 |
| Machinery and Equipment | Battery Test System | $ 106,500.00 |
| Machinery and Equipment | Battery Testing Equipment | $ 47,160.16 |
| Machinery and Equipment | Bridgeport Series 1 2HP (217440) | $ 7,734.43 |
| Machinery and Equipment | BS-916M 1" 240V 1PH Manual MTL cut Bandsaw | $ 5,967.14 |
| Machinery and Equipment | BSP 236 RF PX1700 Air Powered 35KVA Spotwelder + Cooler | $ 7,546.66 |
| Machinery and Equipment | Buy-Off/Teardown&crating | $ 3,000.00 |
| Machinery and Equipment | Cables | $ 3,588.99 |
| Machinery and Equipment | CARRIER_BATTERY_CELL - Tooling Costs | $ 37,465.00 |
| Machinery and Equipment | Cell Inspection | $ 9,401.78 |
| Machinery and Equipment | Cell Load Conveyor 1 | $ 6,457.92 |
| Machinery and Equipment | Cell Load Conveyor 2 | $ 6,457.92 |
| Machinery and Equipment | Cell Load Conveyor 3 | $ 6,457.92 |
| Machinery and Equipment | Cell Load Conveyor 4 | $ 6,457.92 |
| Machinery and Equipment | Cell Load Zone | $ 6,457.92 |
| Machinery and Equipment | Celltek 7-27Nm R/A Tool - Brand: Cleco | $ 54,075.00 |
| Machinery and Equipment | Charger Skids | $ 18,145.00 |
| Machinery and Equipment | Charger Skids fabrication and coating | $ 11,575.92 |
| Machinery and Equipment | Chargers | $ 200,208.50 |
| Machinery and Equipment | Cognex is2800 Vision Sy | $ 25,107.19 |
| Machinery and Equipment | Conveyor Lifter 1 | $ 6,457.92 |
| Machinery and Equipment | COVER_REAR_BATTERY_MODULE - Tooling Costs | $ 13,985.00 |
| Machinery and Equipment | CTBPW05Q Pistol, 0.8-3.6 ft/lb., 1-5Nm, 1/4" QC Drive - Brand: Cleco | $ 30,825.00 |
| Machinery and Equipment | CUSTOM MOXION PDU. 75KVA Qty 4 | $ 29,241.00 |
| Machinery and Equipment | Damage cell storage | $ 10,751.90 |
| Machinery and Equipment | Design | $ 23,280.00 |
| Machinery and Equipment | DL950 ScopeCorder, DL950-D-HE/M2/G05/VCE | $ 34,435.00 |
| Machinery and Equipment | Ductless fume hood for QC lab | $ 3,331.36 |
| Machinery and Equipment | End of Line - Misc Fixtures: Fixtures blanket PO | $ 12,325.00 |
| Machinery and Equipment | End of Line - Output Voltage and Load Bank (1 unit): ECO for additional test stand hardware | $ 8,451.75 |
| Machinery and Equipment | End of Line Module Loading System G-22653.R01 | $ 209,426.22 |
| Machinery and Equipment | End Panel assembly fixtures | $ 94,587.00 |
| Machinery and Equipment | Engineering, P-Eng/Wed Inspections | $ 3,000.00 |
| Machinery and Equipment | Equipment for monitoring correct installation/fastening process of our MP75 components | $ 63,190.00 |
| Machinery and Equipment | ES Maintenance Equipment | $ 153,930.00 |
| Machinery and Equipment | Estic - 5m tool Cable | $ 2,268.54 |
| Machinery and Equipment | EV Charging Dispenser V2G (Model: RES-D3-CS20) 60kW PCS (SN# R601026) | $ 49,938.00 |
| Machinery and Equipment | Factory 1 Standalone Dock levelers | $ 76,105.00 |
| Machinery and Equipment | Factory 2 ASRS to Mainline Delivery System - Daifuku AGVs | $ 64,571.00 |
| Machinery and Equipment | Factory 2 cell storage (Pallet racking with pallet shuttle) | $ 76,890.00 |
| Machinery and Equipment | Factory 2 Pallet Runner to Module Line Delivery System - Daifuku AGV | $ 46,350.00 |
| Machinery and Equipment | Final Wiring & Outer Panel Load | $ 24,633.75 |
| Machinery and Equipment | Fixtures and tooling design work | $ 46,196.50 |

| | | | |
|---|---|---|---:|
| Machinery and Equipment | Fixtures and work aides | $ | 5,706.04 |
| Machinery and Equipment | FRONT_BATTERY_MODULE - Tooling Costs | $ | 17,625.00 |
| Machinery and Equipment | Gen 2 (T3) EoL Testers | $ | 47,241.00 |
| Machinery and Equipment | Gen 2 debug tester equipment | $ | 5,350.00 |
| Machinery and Equipment | Genie 2632 (2012), 26' H, platform: 32" W, 77" L, 39" extension - Capacity 500lbs - Built In Charger - Used | $ | 14,296.14 |
| Machinery and Equipment | Global 400, Brand: Sturevant Richmont | $ | 6,362.25 |
| Machinery and Equipment | HK-J-H440-20 500Kbps E5 charger | $ | 6,300.00 |
| Machinery and Equipment | HK-J-H440-20 500Kbps E7 charger | $ | 6,300.00 |
| Machinery and Equipment | HK-J-H440-20 500Kbps E9 charger | $ | 6,300.00 |
| Machinery and Equipment | Hydraulic Lift Kit | $ | 15,553.00 |
| Machinery and Equipment | ICP Load/Wiring/Testing | $ | 21,633.75 |
| Machinery and Equipment | imc CRONOSflex CRFX-2000GP Flexibly extendable and distributable modular measurement system | $ | 55,665.00 |
| Machinery and Equipment | In-Line UV Curing Station to Module Assembly Line | $ | 428,540.64 |
| Machinery and Equipment | Install Support | $ | 3,450.00 |
| Machinery and Equipment | Interim EOL Test - Production Line - EOL Test Interim: ECO additional harnesses and hardware | $ | 20,433.09 |
| Machinery and Equipment | IPG Spare parts | $ | 83.70 |
| Machinery and Equipment | Jet 10 in x 18 in Metalworking Horizontal Dual Mitering Bandsaw, 2 HP, 230-Volt, 3Ph | $ | 9,876.40 |
| Machinery and Equipment | Large Battery Storage Floor Cabinet (61.3" x 65.5" x 35.6", 1500 lbs, 4 shelves) | $ | 9,025.00 |
| Machinery and Equipment | Laser etching equipment | $ | 65,132.94 |
| Machinery and Equipment | Liftplus w/bench and fork | $ | - |
| Machinery and Equipment | Lightguide: Software dev for un-fixtured placement of workpieces | $ | 17,820.00 |
| Machinery and Equipment | LOAD BANK, PORTABLE, 110KW, 240/480VAC | $ | 7,951.00 |
| Machinery and Equipment | M18 and M12 Rapid Charger - Brand: Milwaukee Tool | $ | 2,300.00 |
| Machinery and Equipment | M18 Redlithium Xc5.0 Extended - Brand: | $ | 8,850.00 |
| Machinery and Equipment | Main Line | $ | 9,554,135.22 |
| Machinery and Equipment | Manual Load Modules | $ | 35,047.50 |
| Machinery and Equipment | Mass-QR Scanner | $ | 526.77 |
| Machinery and Equipment | Master Mover MT800+ (Max 18,000Lbs) | $ | 256,000.00 |
| Machinery and Equipment | MES | $ | 218,293.46 |
| Machinery and Equipment | Mitsubishi 2512LXP Laser w/ 3020D Resonator | $ | 42,885.00 |
| Machinery and Equipment | Mobile Operator Platform for Repairs | $ | 47,041.99 |
| Machinery and Equipment | MOD30 Camera Vision Error Proofing | $ | 6,068.72 |
| Machinery and Equipment | Modified Loop Pallet (505409-010-X2) | $ | 9,100.00 |
| Machinery and Equipment | Module Adhesive Dispense Upgrade: MOD30 30ml Adhesive Dispense Tubes | $ | 37,020.00 |
| Machinery and Equipment | Module Conveyor | $ | 162,001.70 |
| Machinery and Equipment | Module Dunnage Racks | $ | 224,400.00 |
| Machinery and Equipment | Module Integrator | $ | 174,405.00 |
| Machinery and Equipment | Module Line | $ | 2,301,157.08 |
| Machinery and Equipment | Module Line Camera and Hardware | $ | 17,287.42 |
| Machinery and Equipment | Module Line Cognex camera testing | $ | 36,660.74 |
| Machinery and Equipment | Module Repair | $ | 34,031.25 |
| Machinery and Equipment | Module Restraints/Buss Bars | $ | 2,047.50 |
| Machinery and Equipment | MP75 Impedance Testing | $ | 14,735.42 |
| Machinery and Equipment | MSS Electro-Hydraulic Cadaver Lift | $ | 12,499.90 |
| Machinery and Equipment | Neat Bar Pro and Pad - Neat Bar Pro-Collaboration bar designed for Zoom. Includes Neat Bar Pro, Neat Pad as a controller, Integrated camera, microphones and wall, table, display mounts | $ | 11,580.00 |
| Machinery and Equipment | neoVI RED 2 (8x CAN FD, 2x LIN): Vehicle Network Interface and Data Logger for 8x CAN FD, 2x LIN & 1Gb Ethernet + Vehicle Spy 3 Professional | $ | 13,859.31 |
| Machinery and Equipment | Network Switch | $ | 5,705.00 |
| Machinery and Equipment | Nexonar Double Tracke | $ | 3,306.00 |
| Machinery and Equipment | Nut Starter Wrench | $ | 7,156.00 |
| Machinery and Equipment | NUTSTR, CELL TEK, PISTOL - 15Nm Q - Brand: Cleco | $ | 61,650.00 |
| Machinery and Equipment | NUTSTR, CT AH - 50Nm - Brand: Cleco | $ | 24,440.00 |
| Machinery and Equipment | Painted Panels Returnable Dunnage Prototypes | $ | 36,700.00 |
| Machinery and Equipment | Pallet Design | $ | 3,760.00 |
| Machinery and Equipment | Pallet Lock 1 | $ | 6,457.92 |
| Machinery and Equipment | Pallet Lock 2 | $ | 6,457.92 |
| Machinery and Equipment | Part and Assembly Tooling | $ | 1,750,000.00 |
| Machinery and Equipment | PCS Gantry | $ | 80,443.72 |
| Machinery and Equipment | PCS Rotating Fixture 1 | $ | 39,383.24 |
| Machinery and Equipment | PCS Rotating Fixture 2 | $ | 39,383.24 |
| Machinery and Equipment | PO 1250 30% Design, End line Line Load 98,961.00 PO 1250 30% Design Release, End of Module Loading System G-22653.R01, Project P12656 | $ | 152,617.49 |
| Machinery and Equipment | PO 1292 | $ | - |
| Machinery and Equipment | POMOX-5800B-01, Build redesigned wheel torque fixtureMP75-MAL-0024-B for new wheel | $ | 1,925.00 |
| Machinery and Equipment | Primary Controller - Brand: Cleco | $ | 57,500.00 |
| Machinery and Equipment | Production Tooling for Module Plastic | $ | 42,000.60 |
| Machinery and Equipment | Project Management | $ | 5,820.00 |

| | | | |
|---|---|---|---|
| Machinery and Equipment | Protolab molds | $ | 48,255.00 |
| Machinery and Equipment | Pusher 1 | $ | 6,457.92 |
| Machinery and Equipment | QMOX-1000-01, Contract Design Work | $ | 24,257.50 |
| Machinery and Equipment | QMOX-5661-01, Contract design work | $ | 52,642.50 |
| Machinery and Equipment | QMOX-5731-01 Contract design work | $ | 220.00 |
| Machinery and Equipment | RAngle, 16-65Nm, 3/8" Sq. - Brand: | $ | 28,770.00 |
| Machinery and Equipment | RAngle, 5-21Nm, 3/8" Sq. - Brand: Cleco | $ | 122,540.00 |
| Machinery and Equipment | Reference PR-1061 | $ | 58,597.00 |
| Machinery and Equipment | Reference PR-398 | $ | 19,263.51 |
| Machinery and Equipment | Regenerative 4 quadrant AC load 9430-96-TP-875048-03 (350V, 1, 2, 3 Phase, per phase 32kVA, 260A) | $ | 216,000.00 |
| Machinery and Equipment | Rotary Screw Compressor AIRCENTER SM 7.5 125psi SC2 TriVolt. US | $ | 25,805.35 |
| Machinery and Equipment | Rotary Screw Compressor AS 25 T 125psi SC2 TriVolt. US | $ | 27,434.54 |
| Machinery and Equipment | Safety - Loading Platforms for loading and shipping MPUs | $ | 28,754.50 |
| Machinery and Equipment | Safety System 1 | $ | 6,457.92 |
| Machinery and Equipment | Safety System 2 | $ | 6,457.92 |
| Machinery and Equipment | Samson DY400 Vertical Saw | $ | 2,320.33 |
| Machinery and Equipment | Shadow boards | $ | 5,152.66 |
| Machinery and Equipment | Sharp Lathe | $ | 2,320.33 |
| Machinery and Equipment | shipping overhead rail component for gantry for STE 1300 | $ | 5,252.00 |
| Machinery and Equipment | Standup Forklift - Presto Lifts - PPS2200-125AS | $ | 6,000.00 |
| Machinery and Equipment | Start Support | $ | 3,450.00 |
| Machinery and Equipment | Sub Assembly Line | $ | 94,389.90 |
| Machinery and Equipment | Subassembly Line | $ | 5,070,292.00 |
| Machinery and Equipment | Sub-assembly Load | $ | 34,031.25 |
| Machinery and Equipment | Terminal 3 - All Subassembly Capital and Tooling | $ | 325,150.00 |
| Machinery and Equipment | Terminal 3 - ASRS Module Storage System | $ | 625,849.19 |
| Machinery and Equipment | These equipments will be used to cross section the cells to analyze the weld penetration depth, essentially to validate the weld quality. | $ | 123,714.77 |
| Machinery and Equipment | Tooling | $ | 5,252.00 |
| Machinery and Equipment | Trailer Dolly for LA | $ | 15,400.00 |
| Machinery and Equipment | Trailer Finish/Final Insp C/W Truck Lift | $ | 17,047.50 |
| Machinery and Equipment | Trailer to carrier/ress rack to trailer | $ | 22,604.10 |
| Machinery and Equipment | TrailerCaddy 6k Lift 36v | $ | 19,581.00 |
| Machinery and Equipment | TrailerCaddy 6k Lift 36v S/N 324858/324866 | $ | 19,581.00 |
| Machinery and Equipment | Transfer 1 | $ | 6,457.92 |
| Machinery and Equipment | Transfer 2 | $ | 6,457.92 |
| Machinery and Equipment | Transfer 3 | $ | 6,457.92 |
| Machinery and Equipment | Transfer 4 | $ | 6,457.92 |
| Machinery and Equipment | Used Haas VF3 CNC (S/N 36246) | $ | 21,269.67 |
| Machinery and Equipment | Visotec ECO-pen 450 Valve with fixtures, controllers | $ | 15,595.65 |
| Machinery and Equipment | #N/A | $ | - |
| Machinery and Equipment | (blank) | $ | 79,000.00 |
| Pilots | Pilot 1 | $ | 172,551.88 |
| Pilots | Pilot 2 | $ | 172,551.88 |
| Pilots | Pilot 3 | $ | 172,551.88 |
| Pilots | Pilot 4 | $ | 172,551.88 |
| Pilots | Pilot 5 | $ | 172,551.88 |
| R&D / Fabrication Equipment | 1X30 Electro-Chemical Stainless Steel Weld Cleaning System | $ | 2,880.35 |
| R&D / Fabrication Equipment | 8436002107 ICB-A21-07-06-HMI | $ | 28,500.00 |
| R&D / Fabrication Equipment | 8436002115 ICB-A21-15-10-HMI | $ | 9,900.00 |
| R&D / Fabrication Equipment | 8436006110 - ITB-A61-100-13-HMI | $ | 6,519.00 |
| R&D / Fabrication Equipment | Automated Glue Dispensing Application System PG-700 | $ | 23,278.00 |
| R&D / Fabrication Equipment | Blink IQ 200 charging station | $ | 33,158.00 |
| R&D / Fabrication Equipment | DB-EVCC-500 Electric Vehicle Communication Controller | $ | 8,560.00 |
| R&D / Fabrication Equipment | EMX B-series CC.TC10X3 | $ | 11,963.00 |
| R&D / Fabrication Equipment | Equipment | $ | 7,050.00 |
| R&D / Fabrication Equipment | Fixtures and tooling design work | $ | 29,638.50 |
| R&D / Fabrication Equipment | Key 512-crosspoint Reed Matrix | $ | 7,003.98 |
| R&D / Fabrication Equipment | Millermatic 211 MIG Welder with advanced Auto-Set and cart 951603 ($1,929) & Miller Dynasty 280 DX Complete with wireless Foot Control 951877 ($11,242) bundled with supplies ($742.15) + Tax (1,356.52) | $ | 15,269.67 |
| R&D / Fabrication Equipment | MSI WS Series WS66 11UMT-220 Mobile Workstation | $ | 4,908.39 |
| R&D / Fabrication Equipment | MSI WS Series WS66 11UMT-220 Mobile Workstation (3) | $ | 17,136.00 |
| R&D / Fabrication Equipment | PCS Flipper- Scanner Parts | $ | 30.00 |
| R&D / Fabrication Equipment | PLATE BUSBAR ATTACHING (P0000806-01) | $ | 1,272.80 |
| R&D / Fabrication Equipment | Production Tooling - 50% deposit | $ | 100,284.00 |
| R&D / Fabrication Equipment | Raptor Development Starter Kit, Node-lock; Control Modules; Engineering Start-up/Premium Support; Junction Boxes | $ | 25,467.25 |

| | | | |
|---|---|---|---|
| R&D / Fabrication Equipment | RTM75 US 75kW. CCR, Managed Cables, Dual CCS1 | $ | 208,740.00 |
| R&D / Fabrication Equipment | RTM-75kW "Better" DC Fast Charging Station | $ | 208,740.00 |
| R&D / Fabrication Equipment | Siegmund System 28 XD7 Welding Table, 94'x47' | $ | 9,028.00 |
| R&D / Fabrication Equipment | Tennsmith Foot Shear and Box & Pan Brake Combo ($4,955) | $ | 5,721.58 |
| R&D / Fabrication Equipment | Tooling | $ | 24,495.70 |
| R&D / Fabrication Equipment | Tooling 1 | $ | 8,190.93 |
| R&D / Fabrication Equipment | Tooling 2 | $ | 5,279.06 |
| R&D / Fabrication Equipment | TP. Channel Tool | $ | 7,500.00 |
| R&D / Fabrication Equipment | TP. Goose Neck Punches | $ | 2,600.00 |
| R&D / Fabrication Equipment | TP. HEM Flattening Tool | $ | 1,300.00 |
| R&D / Fabrication Equipment | TP. Simple Dimple Tool | $ | 400.00 |
| R&D / Fabrication Equipment | TP. Z Bend Custom Tool | $ | 4,500.00 |
| R&D / Fabrication Equipment | Welding Table ($7,910) | $ | 9,149.71 |
| R&D / Fabrication Equipment | (blank) | $ | 6,349.50 |
| Tooling | Build OP20 PCS 10 rotate fixture for gluing MP75-PCS-0015-A | $ | 11,515.00 |
| Tooling | Busbar Tooling [PO-2066] _ 50% of tool Cost | $ | 20,250.00 |
| Tooling | COVER ASM, BUSBAR #5&6 (P0001535-02 A) | $ | 15,500.00 |
| Tooling | COVER ASM, MAIN BUSBAR #1 (P0001277-03 B) | $ | 6,700.00 |
| Tooling | COVER ASM, MAIN BUSBAR #4 (P0001278-03 B ) | $ | 6,700.00 |
| Tooling | COVER ASM, MAIN BUSBARS #2 AND #3 (P0001276-03 A) | $ | 14,000.00 |
| Tooling | COVER ASM, MIDDLE BUSBAR (P0001279-01 A) | $ | 8,500.00 |
| Tooling | COVER ASM, VERTICAL BUSUBAR (P0001280-01 A) | $ | 6,200.00 |
| Tooling | COVER, MODULE CLOSEOUT (P0000967-06 A) | $ | 20,800.00 |
| Tooling | Cutting Fixture (FX.P0001039/1041) | $ | 4,800.00 |
| Tooling | End Panel Assembly and Installation Fixture design | $ | 6,478.00 |
| Tooling | Floor Support Structures (30%) | $ | 59,701.88 |
| Tooling | Gen2 Collector (P0000614-01 Rev 01)_Tolling Fee | $ | 3,500.00 |
| Tooling | Gen2 Therminal Barrier (P0000811-02)_Tolling Fee | $ | 2,500.00 |
| Tooling | Module Line | $ | 19,633.00 |
| Tooling | PLATE BUSBAR ATTACHING (P0000821-01) | $ | 1,281.40 |
| Tooling | Tooling Bracket Module (T.P0001018) | $ | 37,890.00 |
| Tooling | Tooling bracket module mounting (T.P0001039/1041) | $ | 39,215.00 |
| **Total:** | | **$** | **31,324,989.89** |

**<u>Schedule of Assets and Liabilities</u>**

**Schedule A/B: Assets- Real and Personal Property**

**<u>Schedule 60</u>**

**Patents and Trademarks**

**Moxion Power Co.**
**Schedule A/B- Schedule 60**                    Patent Portfolio Status / Docket

| Dkt. No. | Jurisdiction | Status | Title | Application No. | App. Date | Publication No. | Pub. Date | Patent No. | Issue Date | Current Action and/or Deadline |
|---|---|---|---|---|---|---|---|---|---|---|
| 14776-708.100 | United States of America | Pending | BATTERY RETENTION SYSTEM WITH INTEGRAL STRUCTURAL MEMBERS | 63/501,588 | May 11, 2023 | | | | | Assignment Due 5/11/2024; Foreign/Counterpart Filing Deadline 5/11/2024; Non-Provisional/Conversion Filing Deadline 5/11/2024 |
| 14776-708.600 | PCT | Unfiled | BATTERY RETENTION SYSTEM WITH INTEGRAL STRUCTURAL MEMBERS | | | | | | | Foreign/Counterpart Filing Deadline 5/11/2024; Priority Documents Due 9/11/2024; |
| 14776-704.100 | United States of America | Pending | BATTERY MODULE SYSTEM FOR MOBILE POWER | 63/502,353 | May 15, 2023 | | | | | Foreign/Counterpart Filing Deadline 5/15/2024; Non-Provisional/Conversion Filing |
| 14776-704.600 | PCT | Unfiled | BATTERY MODULE SYSTEM FOR MOBILE POWER STATION | | | | | | | Foreign/Counterpart Filing Deadline 5/15/2024; Priority Documents Due 9/15/2024; |
| 14776-705.100 | United States of America | Pending | MOBILE POWER STATION INTEGRATION WITH GENERATOR | 63/502,364 | May 15, 2023 | | | | | Foreign/Counterpart Filing Deadline 5/15/2024; Non-Provisional/Conversion Filing Deadline 5/15/2024 |
| 14776-705.600 | PCT | Closed | MOBILE POWER STATION INTEGRATION WITH GENERATOR | | | | | | | Foreign/Counterpart Filing Deadline 5/15/2024 |
| 14776-706.100 | United States of America | Pending | MOBILE POWER STATION INVERTER SOFT START | 63/502,374 | May 15, 2023 | | | | | Foreign/Counterpart Filing Deadline 5/15/2024; Non-Provisional/Conversion Filing Deadline 5/15/2024 |
| 14776-706.600 | PCT | Closed | MOBILE POWER STATION INVERTER SOFT START | | | | | | | Foreign/Counterpart Filing Deadline 5/15/2024 |

Prepared by Shay Glenn LLP
April 29, 2024

*Confidential*

**Moxion Power Co.**
Schedule A/B- Schedule 60                                    Patent Portfolio Status / Docket

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 14776-707.100 | United States of America | Pending | CONFIGURABLE BATTERY CELL CURRENT COLLECTOR | 63/502,378 | May 15, 2023 | | | | | Foreign/Counterpart Filing Deadline 5/15/2024; Non-Provisional/Conversion Filing Deadline 5/15/2024 |
| 14776-707.600 | PCT | Unfiled | CONFIGURABLE BATTERY CELL CURRENT COLLECTOR | | | | | | | Foreign/Counterpart Filing Deadline 5/15/2024; Priority Documents Due 9/15/2024 |
| 14776-709.100 | United States of America | Pending | THERMAL SYSTEM STRATEGY FOR MOBILE POWER UNITS | 63/502,380 | May 15, 2023 | | | | | Assignment Due 5/15/2024; Foreign/Counterpart Filing Deadline 5/15/2024; Non-Provisional/Conversion Filing Deadline 5/15/2024 |
| 14776-709.600 | PCT | Unfiled | THERMAL SYSTEM STRATEGY FOR MOBILE POWER UNITS | | | | | | | Foreign/Counterpart Filing Deadline 5/15/2024; Priority Documents Due 9/15/2024 |
| 14776-700.300 | United States of America | Published | ALL-ELECTRIC MOBILE POWER UNIT WITH VARIABLE OUTPUTS | 17/697,192 | Mar 17, 2022 | US-2022-0320877-A1 | Oct 6, 2022 | | | Final Office Action Response Due - 2 month 5/26/2024; Notice of Appeal Due 6/26/2024; Pre-Appeal Brief Due 6/26/2024; IDS due w/response 9/26/2024 |
| 14776-700.BR0 | Brazil | Published | ALL-ELECTRIC MOBILE POWER UNIT WITH VARIABLE OUTPUTS | BR1120220245 02.5 | Jun 1, 2021 | BR112022024502.5 | Feb 7, 2023 | | | Annuity Due 6/1/2024; Examination Request Due 6/1/2024 |
| 14776-700.IN0 | India | Published | ALL-ELECTRIC MOBILE POWER UNIT WITH VARIABLE OUTPUTS | 202247075483 | Jun 1, 2021 | 202247075483A | Dec 30, 2022 | | | Examination Request Due 6/1/2024 |

Moxion Power Co.
Schedule A/B- Schedule 60                                    Patent Portfolio Status / Docket

| 14776-700.JP0 | Japan | Pending | ALL-ELECTRIC MOBILE POWER UNIT WITH VARIABLE OUTPUTS | 2023-517826 | Jun 1, 2021 | | | | | Examination Request Due 6/1/2024 |
|---|---|---|---|---|---|---|---|---|---|---|
| 14776-700.KR0 | Republic of Korea | Pending | ALL-ELECTRIC MOBILE POWER UNIT WITH VARIABLE OUTPUTS | 10-2022-7046275 | Jun 1, 2021 | | | | | Examination Request Due 6/1/2024 |
| 14776-701.600 | PCT | Pending | CHARGING INFRASTRUCTURE WITH DEPLOYMENT AND SCHEDULING OPTIMIZATION FOR ALL-ELECTRIC EQUIPMENT RENTALS | PCT/US2024/020270 | Mar 15, 2024 | | | | | Response to Invitation to Correct Defects Due 6/11/2024; Publication Expected in 1 Month 8/15/2024 |
| 14776-702.600 | PCT | Pending | BATTERY RETENTION SYSTEM WITH INTEGRAL STRUCTURAL MEMBERS | PCT/US2024/024149 | Apr 11, 2024 | | | | | Priority Documents Due 8/11/2024; Publication Expected in 1 Month 9/11/2024 |
| 14776-703.600 | PCT | Pending | BATTERY MODULE WITH EMBEDDED HEATING CAPABILITY | PCT/US2024/025704 | Apr 22, 2024 | | | | | Priority Documents Due 8/21/2024; Publication Expected in 1 Month 9/21/2024 |
| 14776-710.100 | United States of America | Pending | TELEMATICS CONTROL FOR MOBILE POWER UNITS | 63/624,521 | Jan 24, 2024 | | | | | Foreign/Counterpart Filing Deadline 1/24/2025; Non-Provisional/Conversion Filing Deadline 1/24/2025 |
| 14776-711.100 | United States of America | Pending | THERMAL MANAGEMENT FOR MOBILE POWER UNITS | 63/624,582 | Jan 24, 2024 | | | | | Foreign/Counterpart Filing Deadline 1/24/2025; Non-Provisional/Conversion Filing Deadline 1/24/2025 |

**Moxion Power Co.**

Schedule A/B- Schedule 60                                    Patent Portfolio Status / Docket

| 14776-700.AU0 | Australia | Pending | ALL-ELECTRIC MOBILE POWER UNIT WITH VARIABLE OUTPUTS | 2021284271 | Jun 1, 2021 | | | | | Annuity Due 6/1/2025; Preliminary Search and Opinion Request Due 6/1/2025; Examination Request Due 6/1/2026; Notice of Entitlement Due 6/1/2026 |
|---|---|---|---|---|---|---|---|---|---|---|
| 14776-700.CA0 | Canada | Pending | ALL-ELECTRIC MOBILE POWER UNIT WITH VARIABLE OUTPUTS | 3,180,950 | Jun 1, 2021 | | | | | Examination Request Due 6/1/2025; Maintenance Fee Due 6/1/2025 |
| 14776-700.EP0 | European Patent Office | Published | ALL-ELECTRIC MOBILE POWER UNIT WITH VARIABLE OUTPUTS | 21818639.3 | Jun 1, 2021 | 4158768 | Apr 5, 2023 | | | Annuity Due 6/1/2025 |
| 14776-700.200 | United States of America | Issued | ALL-ELECTRIC MOBILE POWER UNIT WITH VARIABLE OUTPUTS | 17/336,142 | Jun 1, 2021 | US-2021-0376634-A1 | Dec 2, 2021 | 11,283,273 | Mar 22, 2022 | Maintenance Fee Due 9/22/2025 |

Moxion Power Co.

Schedule A/B- Schedule 60

Trademarks

| PLPC | Owner | Mark | Design | Country | App No | App Date | Reg No | Reg Date | IC(s) | Status | Substatus | Next Deadline | Next Deadline Date |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17597 | Moxion Power Co. | MOXION | | Australia | 1634885 | 5/28/2021 | | | 7, 9, 37, 39, 40, 42 | Pending | Provisional Refusal Response due | Deadline for Provisional Refusal - IR | 6/11/2024 |
| 17581 | Moxion Power Co. | MOXION POWER | | Australia | 1649196 | 12/27/2021 | | | 7, 9, 37, 39, 40, 42 | Pending | Provisional Refusal Response due | Deadline for Provisional Refusal - IR | 6/20/2024 |
| 17611 | Moxion Power Co. | MOXION (Color Stylized) | MOXION | Brazil | 1743805 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17613 | Moxion Power Co. | MOXION (Color Stylized) | MOXION | China | 1743805 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | OA Response filed- awaiting approval | Status Check | 6/30/2024 |
| 17614 | Moxion Power Co. | MOXION (Color Stylized) | MOXION | EUTM | 1743805 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | Opposed | Status Check | 6/30/2024 |
| 17619 | Moxion Power Co. | MOXION (Color Stylized) | MOXION | Mexico | 1743805 | 6/30/2023 | | | 9 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17619 | Moxion Power Co. | MOXION (Color Stylized) | MOXION | Mexico | 1743805 | 6/30/2023 | | | 37 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17619 | Moxion Power Co. | MOXION (Color Stylized) | MOXION | Mexico | 1743805 | 6/30/2023 | | | 39 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17619 | Moxion Power Co. | MOXION (Color Stylized) | MOXION | Mexico | 1743805 | 6/30/2023 | | | 40 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17619 | Moxion Power Co. | MOXION (Color Stylized) | MOXION | Mexico | 1743805 | 6/30/2023 | | | 42 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17612 | Moxion Power Co. | MOXION (Color Stylized) | MOXION | Canada | 1743805 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17624 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Brazil | 1743806 | 6/30/2023 | | | 7 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17624 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Brazil | 1743806 | 6/30/2023 | | | 9 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17624 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Brazil | 1743806 | 6/30/2023 | | | 37 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17624 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Brazil | 1743806 | 6/30/2023 | | | 39 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17624 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Brazil | 1743806 | 6/30/2023 | | | 40 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17624 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Brazil | 1743806 | 6/30/2023 | | | 42 | Pending | Awaiting Examination | Status Check | 6/30/2024 |

| 17625 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Canada | 1743806 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17626 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | China | 1743806 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17627 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | EUTM | 1743806 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | Opposed | Status Check | 6/30/2024 |
| 17616 | Moxion Power Co. | MOXION (Color Stylized) | MOXION | India | 1743805 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17629 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | India | 1743806 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17615 | Moxion Power Co. | MOXION (Color Stylized) | MOXION | Indonesia | 1743805 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17628 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Indonesia | 1743806 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17617 | Moxion Power Co. | MOXION (Color Stylized) | MOXION | Japan | 1743805 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17630 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Japan | 1743806 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17619 | Moxion Power Co. | MOXION (Color Stylized) | MOXION | Mexico | 1743805 | 6/30/2023 | | | 7 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17632 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Mexico | 1743806 | 6/30/2023 | | | 7 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17632 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Mexico | 1743806 | 6/30/2023 | | | 9 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17632 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Mexico | 1743806 | 6/30/2023 | | | 37 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17632 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Mexico | 1743806 | 6/30/2023 | | | 39 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17632 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Mexico | 1743806 | 6/30/2023 | | | 40 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17632 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Mexico | 1743806 | 6/30/2023 | | | 42 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17618 | Moxion Power Co. | MOXION (Color Stylized) | MOXION | Republic of Korea (South) | 1743805 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17631 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Republic of Korea (South) | 1743806 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | Awaiting Examination | Status Check | 6/30/2024 |
| 17608 | Moxion Power Co. | MOXION (Color Stylized) | MOXION | United States of America | 97739435 | 1/3/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | SOU / 1st EOT due | 1st IU Extension Due | 7/9/2024 |

| 17621 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | United States of America | 97739454 | 1/3/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | SOU / 1st EOT due | 1st IU Extension Due | 7/9/2024 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 17595 | Moxion Power Co. | MOXION | | United States of America | 90354805 | 12/2/2020 | | | 7, 9, 37, 39, 40, 42 | Pending | SOU / 3rd EOT due | 3rd IU Extension Due | 7/24/2024 |
| 17579 | Moxion Power Co. | MOXION POWER | | United States of America | 90352264 | 12/1/2020 | | | 7, 9, 37, 39, 40, 42 | Pending | SOU / 3rd EOT due | 3rd IU Extension Due | 8/7/2024 |
| 17599 | Moxion Power Co. | MOXION | | Canada | 1634885 | 5/28/2021 | | | 7, 9, 37, 39, 40, 42 | Pending | OA Response filed-awaiting approval | Status Check | 8/10/2024 |
| 17606 | Moxion Power Co. | MOXION | | Mexico | 1634885 | 5/28/2021 | 1634885 | 5/28/2021 | 40 | Registered | Awaiting opening of DAU filing | DAU Due | 8/28/2024 |
| 17606 | Moxion Power Co. | MOXION | | Mexico | 1634885 | 5/28/2021 | 1634885 | 5/28/2021 | 9 | Registered | Awaiting opening of DAU filing | DAU Due | 8/28/2024 |
| 17606 | Moxion Power Co. | MOXION | | Mexico | 1634885 | 5/28/2021 | 1634885 | 5/28/2021 | 37 | Registered | Awaiting opening of DAU filing | DAU Due | 8/28/2024 |
| 17606 | Moxion Power Co. | MOXION | | Mexico | 1634885 | 5/28/2021 | 1634885 | 5/28/2021 | 42 | Registered | Awaiting opening of DAU filing | DAU Due | 8/28/2024 |
| 17610 | Moxion Power Co. | MOXION (Color Stylized) | MOXION | Australia | 1743805 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | Provisional Refusal Response due | Deadline for Provisional Refusal - IR | 10/3/2024 |
| 17623 | Moxion Power Co. | MOXION (B&W Stylized) | MOXION | Australia | 1743806 | 6/30/2023 | | | 7, 9, 37, 39, 40, 42 | Pending | Provisional Refusal Response due | Deadline for Provisional Refusal - IR | 10/3/2024 |
| 17943 | Moxion Power Co. | MoxiOS | | United States of America | 98503388 | 4/16/2024 | | | 42 | Pending | Awaiting Examination | Convention Filing Deadline | 10/16/2024 |
| 17583 | Moxion Power Co. | MOXION POWER | | Canada | 1649196 | 12/27/2021 | | | 7, 9, 37, 39, 40, 42 | Pending | Published | Status Check | 12/17/2024 |
| 17590 | Moxion Power Co. | MOXION POWER | | Mexico | 1649196 | 12/27/2021 | 1649196 | 12/27/2021 | 7 | Registered | Registered-awaiting opening of renewal window | DAU Due | 3/27/2025 |
| 17590 | Moxion Power Co. | MOXION POWER | | Mexico | 1649196 | 12/27/2021 | 1649196 | 12/27/2021 | 9 | Registered | Awaiting opening of DAU filing | DAU Due | 3/27/2025 |
| 17590 | Moxion Power Co. | MOXION POWER | | Mexico | 1649196 | 12/27/2021 | 1649196 | 12/27/2021 | 37 | Registered | Awaiting opening of DAU filing | DAU Due | 3/27/2025 |
| 17590 | Moxion Power Co. | MOXION POWER | | Mexico | 1649196 | 12/27/2021 | 1649196 | 12/27/2021 | 39 | Registered | Awaiting opening of DAU filing | DAU Due | 3/27/2025 |
| 17590 | Moxion Power Co. | MOXION POWER | | Mexico | 1649196 | 12/27/2021 | 1649196 | 12/27/2021 | 40 | Registered | Awaiting opening of DAU filing | DAU Due | 3/27/2025 |
| 17590 | Moxion Power Co. | MOXION POWER | | Mexico | 1649196 | 12/27/2021 | 1649196 | 12/27/2021 | 42 | Registered | Awaiting opening of DAU filing | DAU Due | 3/27/2025 |
| 17600 | Moxion Power Co. | MOXION | | China | 1634885 | 5/28/2021 | 1634885 | 5/28/2021 | 7, 37, 39, 40 | Registered | Registered-awaiting opening of renewal window | Non-use date | 7/21/2025 |

| 17606 | Moxion Power Co. | MOXION | | Mexico | 1634885 | 5/28/2021 | 1634885 | 5/28/2021 | 7 | Registered | Awaiting opening of DAU filing | DAU Due | 12/6/2025 |
|-------|------------------|--------|--|--------|---------|-----------|---------|-----------|---|------------|------------------------------|---------|----------|
| 17598 | Moxion Power Co. | MOXION | | Brazil | 1634885 | 5/28/2021 | 1634885 | 5/28/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 5/28/2031 |
| 17601 | Moxion Power Co. | MOXION | | EUTM | 1634885 | 5/28/2021 | 1634885 | 5/28/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 5/28/2031 |
| 17603 | Moxion Power Co. | MOXION | | India | 1634885 | 5/28/2021 | 1634885 | 5/28/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 5/28/2031 |
| 17602 | Moxion Power Co. | MOXION | | Indonesia | 1634885 | 5/28/2021 | 1634885 | 5/28/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 5/28/2031 |
| 17604 | Moxion Power Co. | MOXION | | Japan | 1634885 | 5/28/2021 | 1634885 | 5/28/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 5/28/2031 |
| 17606 | Moxion Power Co. | MOXION | | Mexico | 1634885 | 5/28/2021 | 1634885 | 5/28/2021 | 39 | Registered | Awaiting opening of DAU filing | Next Renewal Due | 5/28/2031 |
| 17605 | Moxion Power Co. | MOXION | | Republic of Korea (South) | 1634885 | 5/28/2021 | 1634885 | 5/28/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 5/28/2031 |
| 17607 | Moxion Power Co. | MOXION | | United Kingdom | 1634885 | 5/28/2021 | 1634885 | 5/28/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 5/28/2031 |
| 17596 | Moxion Power Co. | MOXION | | WIPO | 1634885 | 5/28/2021 | 1634885 | 5/28/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 5/28/2031 |
| 17582 | Moxion Power Co. | MOXION POWER | | Brazil | 1649196 | 12/27/2021 | 1649196 | 12/27/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 12/27/2031 |
| 17584 | Moxion Power Co. | MOXION POWER | | China | 1649196 | 12/27/2021 | 1649196 | 12/27/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 12/27/2031 |
| 17585 | Moxion Power Co. | MOXION POWER | | EUTM | 1649196 | 12/27/2021 | 1649196 | 12/27/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 12/27/2031 |
| 17587 | Moxion Power Co. | MOXION POWER | | India | 1649196 | 12/27/2021 | 1649196 | 12/27/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 12/27/2031 |
| 17586 | Moxion Power Co. | MOXION POWER | | Indonesia | 1649196 | 12/27/2021 | 1649196 | 12/27/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 12/27/2031 |
| 17588 | Moxion Power Co. | MOXION POWER | | Japan | 1649196 | 12/27/2021 | 1649196 | 12/27/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 12/27/2031 |
| 17589 | Moxion Power Co. | MOXION POWER | | Republic of Korea (South) | 1649196 | 12/27/2021 | 1649196 | 12/27/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 12/27/2031 |
| 17591 | Moxion Power Co. | MOXION POWER | | United Kingdom | 1649196 | 12/27/2021 | 1649196 | 12/27/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 12/27/2031 |
| 17580 | Moxion Power Co. | MOXION POWER | | WIPO | 1649196 | 12/27/2021 | 1649196 | 12/27/2021 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 12/27/2031 |

| 17620 | Moxion Power Co. | MOXION (Color Stylized) |  | United Kingdom | 1743805 | 6/30/2023 | 1743805 | 6/30/2023 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 6/30/2033 |
| 17633 | Moxion Power Co. | MOXION (B&W Stylized) |  | United Kingdom | 1743806 | 6/30/2023 | 1743806 | 6/30/2023 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 6/30/2033 |
| 17622 | Moxion Power Co. | MOXION (B&W Stylized) |  | WIPO | 1743806 | 6/30/2023 | 1743806 | 6/30/2023 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 6/30/2033 |
| 17609 | Moxion Power Co. | MOXION (Color Stylized) |  | WIPO | 1743805 | 6/30/2023 | 1743805 | 6/30/2023 | 7, 9, 37, 39, 40, 42 | Registered | Registered-awaiting opening of renewal window | Next Renewal Due | 6/30/2033 |

**Fill in this information to identify the case:**

Debtor name    **Moxion Power Co.**

United States Bankruptcy Court for the:    DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an amended filing

Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property
12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>Amount of claim<br><br>Do not deduct the value of collateral. | Column B<br>Value of collateral that supports this claim |
|---|---|---|---|
| **2.1** **Silicon Valley Bank**<br>Creditor's Name<br><br>**Division of First-Citizens Bank & Trust**<br>**3005 Tasman Drive**<br>**Santa Clara, CA 95054**<br>Creditor's mailing address<br><br>**scolson@svb.com**<br>Creditor's email address, if known<br><br>**Date debt was incurred**<br>**12/29/2022**<br>**Last 4 digits of account number**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>**All goods, accounts, equipment, inventory, leases, intellectual property, etc.**<br><br><br>**Describe the lien**<br>**Non-Purchase Money Security**<br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$33,079,545.46** | **Unknown** |

| | | |
|---|---|---|
| 3. | Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any. | **$33,079,545.46** |

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |
|---|---|

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Innovation Credit Growth Fund IX, L.P.**<br>**c/o SVB Capital**<br>**2700 Sand Hill Road**<br>**Menlo Park, CA 94025** | Line **2.1** | |

Debtor   **Moxion Power Co.**
_____
Name

Case number (_if known_) _____

| | |
|---|---|
| **Innovation Credit SMA II, L.P.**<br>**c/o SVB Capital**<br>**2770 Sand Hill Road**<br>**Menlo Park, CA 94025** | Line  **2.1** |
| **Silicon Valley Bank**<br>**Attn: Tom Graziani**<br>**387 Park Ave South, 2nd Fl**<br>**New York, NY 10016** | Line  **2.1** |

<table>
<tr><td colspan="2" style="background:black;color:white"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

Debtor name   **Moxion Power Co.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
    amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**     List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

■ Yes. Go to line 2.

2.  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Alex Smith**<br>**9046 Westhill Road**<br>**Lakeside, CA 92040**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **18**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $34,850.00 | $15,150.00 |
| **2.2** Priority creditor's name and mailing address<br>**Alexander Meek**<br>**283 Oakdale Ave**<br>**Mill Valley, CA 94941**<br><br>Date or dates debt was incurred<br><br>Last 4 digits of account number **17**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (4) | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:<br><br>Is the claim subject to offset?<br>■ No<br>☐ Yes | $34,850.00 | $15,150.00 |

Debtor  **Moxion Power Co.**
_____     Case number (if known) _____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $24,850.00 | $15,150.00 |
|---|---|---|---|---|

**Andrew Noonan**
**303 Dawn Court**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **15**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

---

| 2.4 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $97,350.00 | $15,150.00 |
|---|---|---|---|---|

**Eric Long**
**5506 Lambeth Road**
**Bethesda, MD 20814**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **434**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

---

| 2.5 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59,850.00 | $15,150.00 |
|---|---|---|---|---|

**John Huelskamp**
**21 Lovell Avenue**
**Mill Valley, CA 94941**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **182**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

---

| 2.6 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $84,850.00 | $15,150.00 |
|---|---|---|---|---|

**Josh Ensign**
**89 Tumbleweed Court**
**San Ramon, CA 94583**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim:

Last 4 digits of account number **8**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Debtor **Moxion Power Co.** _____  Case number (if known) _____
Name

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>_Check all that apply._ | $34,850.00 | $15,150.00 |
|---|---|---|---|---|

**Paul Huelskamp**
**78 Lovell Ave.**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

_____
Date or dates debt was incurred

Basis for the claim: _____

Last 4 digits of account number **19**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (**4**)

Is the claim subject to offset?
■ No
☐ Yes

---

| **Part 2:** | **List All Creditors with NONPRIORITY Unsecured Claims** |
|---|---|

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | | **Amount of claim** |
|---|---|---|---|
| 3.1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$8,400.00** |

**24/7 janitorial services**
**317 45th St**
**Richmond, CA 94805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$133,597.00** |
|---|---|---|---|

**8579 San Fernando Road LLC**
**1776 Peachtree St. NW**
**Suite 6055**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$23,733.00** |
|---|---|---|---|

**A.J. Kirkwood & Associates, Inc.**
**4300 N Harbor Blvd.**
**Fullerton, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$28,100.00** |
|---|---|---|---|

**Absolute EMS**
**555 Aldo Avenue**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$6,318.25** |
|---|---|---|---|

**ACC Business**
**PO Box 5077**
**Carol Stream, IL 60197-5077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Moxion Power Co.** | Case number (if known) | |
|--------|---------------------|------------------------|---|
| | Name | | |

---

| 3.6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,025.00** |
|-----|--------|--------|--------|
| | **Access Plants LLC**<br>**448 Ignacio Blvd**<br>**Unit 420**<br>**Novato, CA 94949** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$21,649.50** |
|-----|--------|--------|--------|
| | **Accrete Consulting Inc.**<br>**1155 Kelly Johnson Blvd.**<br>**Suite 111**<br>**Colorado Springs, CO 80920** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,329.69** |
|-----|--------|--------|--------|
| | **Accuenergy, Inc.**<br>**22 Howden Road**<br>**Toronto, ON**<br>**Canada M1R 3E4** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$750.00** |
|-----|--------|--------|--------|
| | **Adesh Mehta**<br>**1821 South Milpitas Boulevard**<br>**#359**<br>**Milpitas, CA 95035** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.10 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,951,035.65** |
|-----|--------|--------|--------|
| | **Advantics**<br>**165 Rue Eduard Branly**<br>**01630 Saint Genis Pouilly**<br>**France** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.11 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$42,513.03** |
|-----|--------|--------|--------|
| | **Aerotek, Inc.**<br>**7301 Parkway Drive**<br>**Hanover, MD 21076** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.12 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$52,212.75** |
|-----|--------|--------|--------|
| | **AFS Electronics Inc.**<br>**113 Mountain Brook Drive**<br>**208**<br>**Holly Springs, GA 30115** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | **Basis for the claim:** _ | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Moxion Power Co.**
_____
Name

Case number (if known) _____

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$224.75** |
|---|---|---|---|

**Airgas**
**P.O. Box 102289**
**Pasadena, CA 91189-2289**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,056.90** |
|---|---|---|---|

**Albany Steel, Inc.**
**2801 Giant Road**
**BLDG H-2**
**Richmond, CA 94806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$23,794.35** |
|---|---|---|---|

**Allium US Holdco LLC**
**PO BOX 847193**
**Dallas, TX 75284-7193**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.16 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$45,528.68** |
|---|---|---|---|

**Allosense, Inc.**
**106 S St. Mary's St.**
**Ste 420**
**San Antonio, TX 78205**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.17 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$41,802.50** |
|---|---|---|---|

**Altair Product Design Inc.**
**1820 E. Big Beaver Road**
**Troy, MI 48083**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$15,785.00** |
|---|---|---|---|

**Altium, Inc.**
**4225 Executive Square**
**Ste 800**
**La Jolla, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$18,954.00** |
|---|---|---|---|

**Altran Magnetics LLC**
**1741 Industrial Dr. Unit 14**
**Sterling, IL 61081**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Moxion Power Co.**
     Name

Case number (if known) _____

---

**3.20** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,368.61**
---|---|---|---

**Amazon Web Services, Inc.**
PO Box 84023
Seattle, WA 98124

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.21**    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** Check all that apply.     **$11,136.88**

**American Drill Bushing Co.**
5740 Hunt Road
Valdosta, GA 31601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.22**    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** Check all that apply.     **$43,696.80**

**Ameripak, Inc**
551 Bradford St.
Pontiac, MI 48341

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.23**    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** Check all that apply.     **$187,396.55**

**Amphenol PCD**
Building C, Dagang Industrial Zone
Changzhen Community, Yutang Street
Guangming District
Shenzhen 518132, China

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24**    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** Check all that apply.     **$423,575.99**

**Amphenol TPI**
2110 Notre Dame Avenue
Winnipeg, Manitoba
Canada R3H 0K1

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25**    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** Check all that apply.     **$4,240.00**

**AmTrust North America, Inc.**
PO Box 6939
Cleveland, OH 44101-1939

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26**    **Nonpriority creditor's name and mailing address**     **As of the petition filing date, the claim is:** Check all that apply.     **$9,004.88**

**Andrew Butte**
645 Palmetto
San Francisco, CA 94132

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Moxion Power Co.**
_____    Case number (if known) _____
Name

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $141,464.73 |
|---|---|---|---|

**Andro's Rostilj**
**P.O. Box 95**
**Los Gatos, CA 95030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $70,384.69 |
|---|---|---|---|

**Andromeda Interfaces Inc**
**3401 Piazza De Oro**
**STE 110**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $73,200.00 |
|---|---|---|---|

**Antenna Group, LLC.**
**One University Plaza Suite 605**
**Suite 605**
**Hackensack, NJ 07601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,000.00 |
|---|---|---|---|

**Apex Building Services, LLC**
**224 Knollcrest Court**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,990.66 |
|---|---|---|---|

**Applied Innovation Group, Inc.**
**PO Box 21476**
**San Jose, CA 95151-1476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $948.26 |
|---|---|---|---|

**Apres-Golf, LLC**
**24 Delaware Rim Drive**
**Yardley, PA 19067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $175,789.81 |
|---|---|---|---|

**Aranda Tooling. LLC**
**13950 Yorba Avenue**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Moxion Power Co. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$80,907.78**

**Arbon Equipment Corporation**
**25464 Network Place**
**Chicago, IL 60673**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$273.52**

**ArcBest**
**PO BOX 10048**
**Fort Smith, AR 72917-0048**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4,899.62**

**Astrodyne TDI**
**36 Newburgh Road**
**Hackettstown, NJ 07840**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,300.00**

**Atlas Copco Tools and Assembly Systems L**
**3301 Cross Creek Parkway**
**Auburn Hills, MI 48326**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$10,325.63**

**Autel US Inc.**
**36 Harbor Park Drive**
**Port Washington, NY 11050**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$4.38**

**AVEVA Select California**
**126 Mill Street**
**Heldsburg, CA 95448**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$179,715.87**

**Avnet, Inc**
**2211 S 47th Street**
**Phoenix, AZ 85034**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Moxion Power Co.**
_____

Case number (if known) _____
Name

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,232.95 |

**Bay Alarm Company**
**5130 Commercial Circle**
**Concord, CA 94603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,687.70 |

**Bay City Mechanical Service, LLC**
**870 Harbour way S**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $517.00 |

**Bear Claw Bakery & Cafe**
**2340 San Pablo Avenue**
**Pinole, CA 94564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,430.06 |

**BEAR COMMUNICATIONS INC.**
**PO BOX 670354**
**DALLAS, TX 75267-0354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,520.02 |

**Beck's Shoes**
**354 East McGlincy Lane**
**Campbell, CA 95008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,917.34 |

**Betterment for Business LLC**
**8 West 24TH St. 6th Floor**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,760.00 |

**Black Diamond Networks, LLC**
**23 Main Street**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Moxion Power Co.**
_____
Name

Case number (if known) _____

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,933.60 |

**BME Electrical Construction**
**1281 30th St.**
**Oakland, CA 94608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,828.76 |

**BMO Harris Bank N.A.**
**P.O. Box 7167**
**Pasadena, CA 91109-7167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,151.84 |

**Bossard Inc.**
**6521 Production Drive**
**Cedar Falls, IA 50613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $90,000.00 |

**Boundary Stone Partners LLC**
**1001 Pennsylvania Avenue**
**Suite 740S**
**Washington, DC 20004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $60,667.20 |

**Boyd Hong Kong Limited**
**Unit 3.8/F,Shing Yip Industrial Building**
**No.19-21 Shing Yip Street, Kowloon**
**Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $129,872.29 |

**BPM LLP**
**2001 North Main Street**
**Suite 360**
**Walnut Creek, CA 94596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,375.34 |

**Brady Industries**
**7055 S. Lindell Road**
**Las Vegas, NV 89118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Moxion Power Co.**
_____   Case number (if known) _____
Name

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,000.00 |

**Breathe Easy Electric**
**19025 Parthenia Street**
**Suite A**
**Northridge, CA 91324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,500.00 |

**BRUSA HyPower AG**
**Langaulistrasse 60**
**9470 Buchs SG Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $890.00 |

**BSI America Professional Services Inc.**
**12950 Worldgate Drive**
**Suite 800**
**Herndon, VA 20170-6001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,874.33 |

**Buckles-Smith Electric Co**
**540 Martin Ave**
**Santa Clara, CA 95050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,490.00 |

**Business Wire, Inc.**
**101 California Street**
**20th Floor**
**San Francisco, CA 94111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $75,000.00 |

**CALIFORNIA STRATEGIES & ADVOCACY,**
**LLC**
**980 NINTH ST**
**SUITE 2000**
**SACRAMENTO, CA 95814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,107.50 |

**Canon Financial Services, Inc.**
**14904 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Moxion Power Co.**
_____
Name

Case number (if known) _____

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $306.53 |

**Canteen Refreshment Services**
**Accounts Receivable Department**
**2400 Yorkmount Rd.**
**Charlotte, NC 28217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,474.34 |

**caplugs**
**2150 Elmwood Ave.**
**Buffalo, NY 14207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $68,837.00 |

**CDW Direct LLC**
**200 N Milwaukee Avenue**
**Vernon Hills, IL 60061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,000.00 |

**CelLink Corporation**
**610 Quarry Rd**
**Santa Clara, CA 95954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,034.92 |

**Checkr Inc**
**One Montgomery St**
**Suite 2000**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $24,937.54 |

**Chroma Systems Solutions, Inc.**
**19772 Pauling**
**Foothill Ranch, CA 92610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $949.09 |

**Cintas Fire Protection**
**P.O. Box 636525**
**Cincinnati, OH 45263-6525**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Moxion Power Co.**
_____    Case number (if known) _____
Name

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,016.04** |
|---|---|---|---|

**Cintas First Aid and Safety Division**
**PO BOX 631025**
**Cincinnati, OH 45263-1025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$15,809.92** |
|---|---|---|---|

**City of Vernon**
**4305 Santa Fe Ave.**
**Vernon, CA 90058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$24,361.00** |
|---|---|---|---|

**Clean Cut Concrete, Inc.**
**242 Phelan Avenue, Unit C**
**San Jose, CA 95112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,206.75** |
|---|---|---|---|

**ClearView Designs, Inc.**
**1952 222nd Ave.**
**Kenosha, WI 53140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,802.76** |
|---|---|---|---|

**Cognex Corporation**
**1 Vision Drive**
**Natick, MA 01760**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,750.00** |
|---|---|---|---|

**Collin Blaney**
**6470 S 2300 E**
**Salt Lake City, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

| 3.75 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$79,274.09** |
|---|---|---|---|

**Commercial Titan Wraps LLC**
**999 W. Cutting Blvd., Ste 11**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Moxion Power Co.** _____ Case number (*if known*) _____
Name

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $700,312.75 |
|---|---|---|---|

**Compass Components, Inc.**
**48133 Warm Springs Blvd**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $468.00 |
|---|---|---|---|

**Concentra Medical Centers**
**PO BOX 3700**
**Rancho Cucamonga, CA 77-0469725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $615.77 |
|---|---|---|---|

**Conexwest**
**95 D'Arcy Pkwy**
**Lathrop, CA 95330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $362.57 |
|---|---|---|---|

**Connection**
**PO Box 536472**
**PITTSBURGH, PA 15253-5906**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,530.00 |
|---|---|---|---|

**Contra Costa County Health Services Depa**
**50 Douglas Drive**
**Suite 320C**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $410,900.92 |
|---|---|---|---|

**Contra Costa County Tax Collector**
**PO Box 51104**
**Los Angeles, CA 90051-5404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $13,444.43 |
|---|---|---|---|

**Converge Design, LLC**
**P.O. BOX 1273**
**Gainesville, GA 30503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Moxion Power Co.**
Name

Case number (if known) _____

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$9,417.13** |
|---|---|---|---|

**Corovan Moving & Storage Co.**
**12302 Kerran Street**
**Poway, CA 92064**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,627.91** |
|---|---|---|---|

**Creform Corporation**
**1628 Poplar Drive Extension**
**Greer, SC 29651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,640.45** |
|---|---|---|---|

**Crown Lift Trucks**
**44 S Washington Street**
**New Bremen, OH 45869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$98,470.50** |
|---|---|---|---|

**CSA American Testing & Certification LLC**
**8501 E Pleasant Valley Road**
**Cleveland, OH 44131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$2,435.54** |
|---|---|---|---|

**CT Corporation System**
**PO Box 4349**
**Carol Stream, IL 60197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$12,492.00** |
|---|---|---|---|

**D&L Precision Rebuilding**
**2821 Fair Oaks Ave**
**Redwood City, CA 94063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$563.20** |
|---|---|---|---|

**DBK USA**
**212 Northeast Drive**
**Spartanburg, SC 29303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Moxion Power Co.**
_____   Case number (if known) _____
Name

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,888.65 |
|---|---|---|---|

**De Lage Landen Financial Services, Inc.**
**PO Box 41602**
**Philadelphia, PA 19101-1602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,127.70 |
|---|---|---|---|

**Dean Lewis Associates A Corp.**
**21650 Cloud Way**
**Hayward, CA 94545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $194.16 |
|---|---|---|---|

**Degree, Inc. dba Lattice**
**1501 North Plano Road**
**PO Box 892115**
**Richardson, TX 75081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,939.27 |
|---|---|---|---|

**DHL Express - USA**
**16592 Collections Center Drive**
**Chicago, IL 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,807.24 |
|---|---|---|---|

**Digi-Key Electronics**
**Accounts Receivable**
**PO Box 250**
**Thief River Falls, MN 56701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,602.48 |
|---|---|---|---|

**DJ Products, Inc.**
**1009 4th Street NW**
**Little Falls, MN 56345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,602.48 |
|---|---|---|---|

**DJ Products, Inc.**
**1009 4th Street NW**
**Little Falls, MN 56345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **Moxion Power Co.**
_____
Name

Case number *(if known)* _____

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,886.00 |
|---|---|---|---|

**DMV Renewal Sacramento 94297**
**P.O. Box 942897**
**Sacramento, CA 94297-0897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,415.10 |
|---|---|---|---|

**DNV Energy USA Inc.**
**1400 Ravello Rd.**
**Katy, TX 77449-5164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,485.59 |
|---|---|---|---|

**DocuSign, Inc.**
**221 Main Street**
**Suite 1550**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $50,000.00 |
|---|---|---|---|

**Dontech Solutions**
**23350 Commerce Drive**
**Farmington Hills, MI 48335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $24,645.25 |
|---|---|---|---|

**dotSolved Systems, Inc.**
**4900 Hopyard Rd.**
**STE 285**
**Pleasanton, CA 94588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $246,527.47 |
|---|---|---|---|

**Dovetail Product Development LLC**
**6406 Colton Boulevard**
**Oakland, CA 94611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,440.00 |
|---|---|---|---|

**Dropbeats Technology Co., LTD**
**Room 304, Building 4, No.123 Juli Road**
**Pudong New District**
**Shanghai Shanghai 201203**
**China   00020-1203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Moxion Power Co.**
_____
Name

Case number (if known) _____

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,485.80 |
|---|---|---|---|

**3.104**

**Nonpriority creditor's name and mailing address**
**DSV Air & Sea Inc**
**200 Wood Ave S**
**Iselin, NJ 08830**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$7,485.80**

---

**3.105**

**Nonpriority creditor's name and mailing address**
**Dymax Corporation**
**318 Industrial Ln**
**Torrington, CT 06790**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$49,753.52**

---

**3.106**

**Nonpriority creditor's name and mailing address**
**Dynamic Motion Control, Inc.**
**2222 N Elston Ave**
**Ste 200**
**Chicago, IL 60614**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$25,400.00**

---

**3.107**

**Nonpriority creditor's name and mailing address**
**E-M Manufacturing, Inc.**
**1290 Dupont Ct.**
**Manteca, CA 95336**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$104,981.65**

---

**3.108**

**Nonpriority creditor's name and mailing address**
**Echo Global Logistics, Inc.**
**600 W. Chicago Ave.**
**Suite 725**
**Chicago, IL 60654**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$274,495.28**

---

**3.109**

**Nonpriority creditor's name and mailing address**
**eGoldFax**
**1409 Glenneyre Street**
**Suite B**
**Laguna Beach, CA 92651**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$152.97**

---

**3.110**

**Nonpriority creditor's name and mailing address**
**Electric Conversions**
**515 N. 10th St.**
**Sacramento, CA 95811**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$16,440.00**

Debtor **Moxion Power Co.**
_____
Name

Case number (if known) _____

---

| 3.111 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$25,675.00** |
|---|---|---|---|

**EndoChem**
**14351 Pendragon Way**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,000.00** |
|---|---|---|---|

**Enlisted Ventures, LLC**
**345 Pierpont**
**Salt Lake City, UT 84101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,485.57** |
|---|---|---|---|

**Enterprise FM Trust**
**PO BOX 800089**
**Kansas City, MO 64180-0089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$504,287.50** |
|---|---|---|---|

**Ernst & Young U.S. LLP**
**200 Plaza Drive Suite 2222**
**Secaucus, NJ 07094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,250.00** |
|---|---|---|---|

**Eurofins Electrical and Electronic Testi**
**914 W Patapsco**
**Baltimore, MD 21230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,347.02** |
|---|---|---|---|

**EVE Energy North America Corporation**
**7910 N Central Drive**
**Lewis Center, OH 43035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.117 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$112,630.00** |
|---|---|---|---|

**Ewert Energy Systems, Incorporated**
**161 E. St. Charles Road**
**Carol Stream, IL 60188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **Moxion Power Co.**
_____     Case number (if known) _____
            Name

| | |
|---|---|

**3.118**  Nonpriority creditor's name and mailing address

**Expeditors International of Washington**
**849 Thomas Drive**
**Bensenville, IL 60106**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$43,007.19**

---

**3.119**  Nonpriority creditor's name and mailing address

**Expeditors Tradewin, LLC**
**1015 Third Avenue**
**Seattle, WA 98104**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$525.00**

---

**3.120**  Nonpriority creditor's name and mailing address

**Eyelation, Inc.**
**18501 Maple Creek Drive**
**Tinley Park, IL 60477**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$1,059.00**

---

**3.121**  Nonpriority creditor's name and mailing address

**Falcon Trading Co. Inc.**
**423 Salinas Road**
**Royal Oaks, CA 95076**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$7,702.73**

---

**3.122**  Nonpriority creditor's name and mailing address

**Fedex**
**PO Box 7221**
**Pasadena, CA 91109-7321**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$937.35**

---

**3.123**  Nonpriority creditor's name and mailing address

**First Guardian**
**27609 Beechwood Dr.**
**Canyon Country, CA 91351**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$59,660.76**

---

**3.124**  Nonpriority creditor's name and mailing address

**Fitch Ratings Inc.**
**33 Whitehall Street**
**New York, NY 10004**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

**$25,000.00**

---

Debtor  **Moxion Power Co.**
_____
Name

Case number (if known) _____

---

| 3.125 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $383.32 |

**Flambeau, Inc.**
**NW 5581**
**PO BOX 1450**
**Minneapolis, MN 55485-5581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,773.79 |

**Flex-Cable**
**5822 Henkel Rd**
**Howard City, MI 49329**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.127 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,320.00 |

**Flexport Inc**
**P.O. Box 207244**
**Dallas, TX 75320-7244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,300.00 |

**Forward Logistics Inc.**
**170 Mitchell Avenue**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $370.25 |

**Freeman**
**P.O. Box 734596**
**Dallas, TX 75373-4596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,207.20 |

**FRG Leasing Inc**
**2139 Laurel Street**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,337.50 |

**FRG Waste Resources Inc.**
**PO BOX 10858**
**Napa, CA 94581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Moxion Power Co.**
_____
Name

Case number (if known) _____

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $407.50 |

**Full Battery USA**
**3823 Mission Blvd**
**Suite A**
**Camarillo, CA 93012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $14,513.70 |

**GALCO INDUSTRIAL ELECTRONICS, INC.**
**1451 E Lincoln Ave**
**Madison Heights, MI 48071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,125.00 |

**Gem Software**
**268 Bush Street**
**San Francisco, CA 94104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,448.04 |

**Geotab USA, Inc.**
**7180 Pollock Drive**
**Las Vegas, NV 89119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,678.58 |

**Gexpro Services**
**P.O. Box 735112**
**Dallas, TX 75373-5112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,565.00 |

**Gig Talent, LLC**
**300 Carlsbad Village Drive**
**Suite 108A-134**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $15,625.00 |

**Global Applications LLC**
**1701 E Woodfield Rd, STE 700**
**Schaumburg, IL 60173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:** __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Moxion Power Co.** _____    Case number (if known) _____
       Name

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,430.61 |
|---|---|---|---|

**Global Industrial**
**29833 Network Place**
**Chicago, IL 60673-1298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,463.16 |
|---|---|---|---|

**Global Office Inc.**
**2070 Commerce Ave**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $206,161.28 |
|---|---|---|---|

**Golden State Assembly, LLC**
**47823 Westinghouse Drive**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,225.97 |
|---|---|---|---|

**Gordon Electric Supply, Inc.**
**1290 N. Hobbie Avenue**
**PO BOX 231**
**Kankakee, IL 60901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,539,637.20 |
|---|---|---|---|

**Gotion Inc.**
**Moxion Power Co.**
**530 Water St**
**Oakland, CA 94607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,845.67 |
|---|---|---|---|

**Grainger**
**100 Grainger Parkway**
**Lake Forest, IL 60045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.145 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,380.00 |
|---|---|---|---|

**Grant Thornton LLP**
**3333 Finley Road**
**Suite 700**
**Downers Grove, IL 60515-1253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor     **Moxion Power Co.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.146 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

| | | **$2,375.00** |
|---|---|---|

**Green Earth Sustainable Solution, Inc.**
**117 Bernal Rd, Ste 70, MS 239**
**San Jose, CA 95119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.147 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,300.00** |

**Griffo House LLC**
**9201 W State St.**
**Suite 104**
**Boise, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,732.80** |

**Hardware Specialty Co Inc**
**48-75 36th**
**St. Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$203,769.82** |

**Hawk Ridge Systems, LLC**
**575 Clyde Ave Suite 420**
**Mountain View, CA 94043**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$54,720.00** |

**HCL Technologies Corporate Services Limi**
**70 6th Floor, Grace Church Street**
**London, United Kingdom EC3V 0XL**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$182,424.42** |

**Heilind Electronics Inc**
**58 Jospin Rd**
**Wilmington, MA 01887**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,625.00** |

**High Integrity Systems Ltd.**
**Brown's Court**
**Long Ashton Business Park Yanley Lane**
**Long Ashton, Bristol, U.K. BS41 9LB**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Moxion Power Co.**
_____
Name

Case number (if known) _____

| 3.153 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $67.20 |
|---|---|---|---|

**Hioki USA Corporation**
**6600 Chase Oaks Blvd**
**Suite 1150**
**Plano, TX 75023**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $18,324.42 |
|---|---|---|---|

**HORD RAPIDTOOLS MANUFACTURING**
**LIMITED**
**ROOM 517, NEW CITY CENTRE**
**2 LEI YUE MUN RD**
**KOWLOON, HONG KONG**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

---

| 3.155 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $66,000.00 |
|---|---|---|---|

**Horiba Mira Ltd.**
**Watling Street**
**Nuneaton, UK CV10 0TU**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $7,250.00 |
|---|---|---|---|

**HPA, Inc.**
**18831 Bardeen Ave**
**Suite 100**
**Irvine, CA 92612**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $244.95 |
|---|---|---|---|

**IDWholesaler**
**PO Box 95727**
**Chicago, IL 60694-5727**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $6,858.08 |
|---|---|---|---|

**ifm efector, Inc.**
**1100 Atwater Drive**
**Malvern, PA 19355**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1,100.03 |
|---|---|---|---|

**Integrated Manufacturing & Supply Inc.**
**620 Orvis Ave**
**San Jose, CA 95112**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Moxion Power Co.**    Case number (if known) _____
    Name

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,799.30** |

**Intelletrace, Inc.**
**1602 Grant Ave.**
**Suite 208**
**Novato, CA 94945**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$238,040.00** |

**Intellic Integration LLC**
**2081 Hutton Drive**
**Suite 103**
**Carrollton, TX 75006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$3,060.40** |

**International Fire Equipment**
**437 Ohio Avenue**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,160.00** |

**Interstate All Battery Center - Silicon**
**30208 Industrial Pkwy, SW**
**Hayward, CA 94544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,793.54** |

**iNX Building Maintenance Solutions**
**PO Box 743853**
**Los Angeles, CA 90074-3853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,271.09** |

**J.J. Keller & Associates, Inc.**
**3003 Breezewood Lane**
**P.O. Box 368**
**Neenah, WI 54957-0368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$28,750.26** |

**JagCo Global**
**3401 East Harbour Drive**
**Phoenix, AZ 85034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __
Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Moxion Power Co.** _____ Case number (if known) _____
Name

| 3.167 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $85,252.52 |
|---|---|---|---|

**Jer-Nee Consulting**
**5121 Elk Horn Peak Drive**
**Riverton, UT 84096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.168 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $45,410.50 |
|---|---|---|---|

**Jones Lang Lasalle Americas, Inc.**
**200 Randolph Street**
**43rd Floor**
**Chicago, IL 60601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.169 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,580,112.53 |
|---|---|---|---|

**JR Automation Technologies, LLC**
**13365 Tyler Street**
**Holland, MI 49424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.170 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,199.40 |
|---|---|---|---|

**Kaeser Compressors, Inc.**
**51 Sigma Drive**
**Fredericksburg, VA 22408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,491.17 |
|---|---|---|---|

**KanbanBox Sri**
**Zamenhof 817**
**Vicenza, VI 36100**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.172 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,680.00 |
|---|---|---|---|

**Kandji, Inc.**
**101 W Broadway**
**Suite 1440**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $564.00 |
|---|---|---|---|

**Kelly Pest Control**
**1936 Carquinez Ave**
**Richmond, CA 94805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _____

Basis for the claim: _____

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Moxion Power Co.**
_____     Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$254,301.19** |

**Kennerley Sprattling Inc.**
**2116 Farallon Drive**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$900.00** |
|---|---|---|---|

**King Kong Production Vehicles, Inc.**
**8924 LANKERSHIM BLVD**
**Sun Valley, CA 91352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$870.00** |
|---|---|---|---|

**Kvaser INC.**
**29 Cantata Drive**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,678.00** |
|---|---|---|---|

**Landstar Ranger Inc**
**PO Box 784293**
**PHILADELPHIA, PA 19178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$158,710.00** |
|---|---|---|---|

**Latham & Watkins LLP**
**1271 Avenue of the Americas**
**New York, NY 10020-1303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,378.64** |
|---|---|---|---|

**Lean Factory America, LLC**
**816 East 3rd Street**
**Buchanan, MI 49107-1468**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.180 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,998,069.80** |
|---|---|---|---|

**Legacy Industries**
**1925 Taylor Rd**
**Auburn Hills, MI 48326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor **Moxion Power Co.**
_____
Name

Case number (if known) _____

---

| 3.181 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$27,970.99** |

**Lever, Inc.**
**20 North Meridian Street**
**Suite 300**
**Indianapolis,, IN 46204-3028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$83,771.69** |

**Levin and Pangilinan PC**
**930 Montgomery Street**
**Suite 502**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,773,551.04** |

**Liberty Tool**
**44404 Phoenix Drive**
**Sterling Heights, MI 48314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$49,320.00** |

**LightGuide, Inc.**
**48443 Alpha Drive**
**Ste 175**
**Wixom, MI 48393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,311.25** |

**Linde Gas & Equipment Inc.**
**Dept LA 21511**
**Pasadena, CA 91185-1511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$84,675.00** |

**Linkedin Corporation**
**62228 Collections Center Drive**
**Chicago, CA 60693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$36,822.60** |

**LiveView Technologies, Inc.**
**PO Box 17853**
**Denver, CO 80217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Moxion Power Co.**                                     Case number (if known) _____
_____
Name

| 3.188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,294.59 |
|---|---|---|---|

**Los Angeles County Tax Collector**
**P.O. BOX  54027**
**Los Angeles, CA 90054-0027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,491.80 |
|---|---|---|---|

**Los Angeles Department of Water and Powe**
**PO BOX 30808**
**Los Angeles, CA 90030-0808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $16,582.23 |
|---|---|---|---|

**Mallory Safety & Supply LLC**
**1040 Industrial Way ,PO Box 2068**
**LONGVIEW, WA 98632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $708,955.49 |
|---|---|---|---|

**Manaflex LLC**
**68-3527 Haena St**
**Waikoloa, HI 96738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $30,759.00 |
|---|---|---|---|

**Marsh USA, LLC**
**633 W 5th St Ste 1200**
**Los Angeles, CA 90071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $679,770.61 |
|---|---|---|---|

**MC MP Ford Point Realty**
**c/o Cushman & Wakefield**
**7420 S. Kyrene Road,**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $107,348.00 |
|---|---|---|---|

**McClure Electric, Inc.**
**45 Rausch Street**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Moxion Power Co.**
_____
Name

Case number *(if known)* _____

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,063.87 |
|---|---|---|---|

**McGrath RentCorp**
**1830 W Airfield Drive**
**PO BOX 619260**
**DFW Airport, TX 75261**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $37,178.58 |
|---|---|---|---|

**McMaster-Carr**
**PO BOX 7690**
**Chicago, IL 60680**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $30,600.00 |
|---|---|---|---|

**Memfault, Inc.**
**2261 Market Street #4034**
**San Francisco, CA 94114**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $6,420.19 |
|---|---|---|---|

**Meter Inc.**
**570 York St.**
**San Francisco, CA 94960**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $22,615.00 |
|---|---|---|---|

**Mobile-Med Work Health Solutions, Inc.**
**2101 Forest Avenue**
**Suite 220A**
**San Jose, CA 95128**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89,410.00 |
|---|---|---|---|

**Modine Manufacturing Company**
**1500 Dekoven Avenue**
**Racine, WI 53403**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $12,949.18 |
|---|---|---|---|

**Moonshot 3D LLC**
**1530 N. Harmony Circle**
**Anaheim, CA 92807**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Moxion Power Co.**                                      Case number (*if known*) _____
         _____
         Name

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $41,686.10 |
|---|---|---|---|

**Morrison & Foerster LLP**
**425 Market Street**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,820.19 |
|---|---|---|---|

**Mouser Electronics**
**Mouser Electronics, Inc.**
**P.O. BOX 99319**
**Fort Worth, TX 76199-0319**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $5,228.64 |
|---|---|---|---|

**MRS Electronic, Inc.**
**6680 Poe Ave.**
**Suite 100**
**Dayton, OH 45414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $107,809.20 |
|---|---|---|---|

**NAC Group**
**1790 Commerce Ave N**
**St. Petersburg, FL 33716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,913.70 |
|---|---|---|---|

**Navico Group Americas LLC**
**23287 Network Place**
**Chicago, IL 60673-1232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $82,085.00 |
|---|---|---|---|

**New Eagle LLC**
**5220 South State Rd**
**Ann Arbor, MI 48108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $21,042.73 |
|---|---|---|---|

**Newark**
**33190 Collection Center Drive**
**Chicago, IL 60693-0331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Moxion Power Co.**        Case number (*if known*) _____
     Name

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$6,133.00** |
|---|---|---|---|

**Next Technik, Inc**
**5299 DTC Parkway**
**Suite 720**
**Greenwood Village, CO 80111**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$8,350.00** |
|---|---|---|---|

**Ningbo Wego Machinery Co., Ltd.**
**No 300 Lehai Road**
**Chunxiao Town, Ningbo City**
**ZheJiang China, 315830**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$7,950.00** |
|---|---|---|---|

**Ningbo Yexing Automotive Part Co., Ltd.**
**No. 259, Haifeng Road,**
**Cidong Binhai Economic Development Area**
**Cixi, Zhejiang**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,000.00** |
|---|---|---|---|

**Novogradac & Company LLP**
**P.O. Box 7833**
**San Francisco, CA 94120-7833**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,500.00** |
|---|---|---|---|

**Novus Global Corporation**
**13900 Marquesas Way**
**Apt 4435**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$44,171.86** |
|---|---|---|---|

**Office Libations**
**521 Whitney St.**
**San Leandro, CA 94577**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$16,145.24** |
|---|---|---|---|

**One Workplace L. Ferrari, LLC**
**2500 De La Cruz Boulevard**
**Santa Clara, CA 95050**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Moxion Power Co.**
_____    Case number (if known) _____
Name

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $103,947.49 |
|---|---|---|---|

**Oracle America, Inc.**
**15612 Collections Center Drive**
**Chicago, IL 60693**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $962.40 |
|---|---|---|---|

**Orange Coast Pneumatics, Inc.**
**3810 Prospect Ave Unit A**
**Yorba Linda, CA 92886**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,815.00 |
|---|---|---|---|

**Overton Safety Training Inc**
**1623 Southeast Enterprise Circle**
**Hillsboro, OR 97123**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $69,800.00 |
|---|---|---|---|

**Ozen Engineering, Inc.**
**1210 E. Arques Ave. Suite: 207**
**Sunnyvale, CA 94085**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,691.50 |
|---|---|---|---|

**Packaging Concepts & Design**
**234 East Maple Road**
**Troy, MI 48083**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $13,500.00 |
|---|---|---|---|

**PackIQ, LLC**
**1 American Way**
**Anderson, SC 29621**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $54,359.52 |
|---|---|---|---|

**Pape's Material Handling Inc.**
**355 Goodpasture Island Rd**
**Ste 300**
**Eugene, OR 97401**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Moxion Power Co.**
_____
Name

Case number (if known) _____

---

| 3.223 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$5,310.60** |
|---|---|---|---|

**Parachute Technology Inc**
**2010 Crow Canyon Place**
**Suite 260**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.224 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$24,130.12** |
|---|---|---|---|

**Particle Industries, Inc.**
**325 9th St**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.225 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$57,070.85** |
|---|---|---|---|

**PG&E**
**PO Box 997300**
**Sacramento, CA 95899**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.226 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,590.00** |
|---|---|---|---|

**Phytools, LLC**
**900 Winslow Way East**
**Suite 120**
**Bainbridge Island, WA 98110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.227 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$1,600.00** |
|---|---|---|---|

**Plexim GmbH**
**Technoparkstrasse 1**
**8005 Zurich, Switzerland**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.228 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$33.84** |
|---|---|---|---|

**Power Products LLC**
**23287 Network Place**
**Chicago, IL 60673-1232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.229 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$7,725.25** |
|---|---|---|---|

**Power Trip Rentals**
**2501 Orange Ave**
**Signal Hill, CA 90755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Moxion Power Co.**
_____
Name

Case number (if known) _____

| 3.230 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,133.76 |
|---|---|---|---|

**Pranger Law PC**
**88 Guy Place**
**Suite 405**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.231 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $41,348.15 |
|---|---|---|---|

**Premier Filters, Inc.**
**952 N. Elm Street**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $6,570.00 |
|---|---|---|---|

**Primecom Technologies, LLC**
**3303 Harbor Blvd.**
**Suite C11**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.233 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $192,251.65 |
|---|---|---|---|

**Productos EL Roble**
**Brea 188, Granjas Mexico**
**08400 Ciudad de M xico**
**CDMX, Mexico**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.234 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $400.00 |
|---|---|---|---|

**Professional Finishing Inc.**
**770 Market Ave**
**Richmond, CA 94801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,716.90 |
|---|---|---|---|

**Promark Electronics, Inc.**
**6875 Chem. de la C te de Liesse**
**Saint-Laurent, Quebec**
**Canada H4T 1E5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,777.48 |
|---|---|---|---|

**Promevo**
**1032 Madison Ave.**
**Suite 109**
**Covington, KY 41011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim: __

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Moxion Power Co.**
_____
Name

Case number (if known) _____

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $312.08 |

**Proto Labs, Inc.**
**5540 Pioneer Creek Dr**
**Maple Plain, MN 55359**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $61,447.00 |

**PwC US Tax LLP**
**4040 W. Boy Scout Blvd**
**Tampa, FL 33607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $9,075.00 |

**QPS Evaluation Services, Inc.**
**81 Kelfield Street**
**Unit 8**
**Toronto, ON**
**Canada M9W 5A3**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,002,781.74 |

**Quality Metalcraft / Experi-Metal, Inc.**
**28101 Schoolcraft**
**Livonia, MI 48150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $720.00 |

**Quick Cut Manufacturing**
**341 S College Rd**
**Suite 11 Unit 3004**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $340.00 |

**R&S ERECTION OF RICHMOND, INC.**
**1826 7TH Street**
**Richmond, CA 94801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,131.54 |

**R.S. Hughes Company, Inc.**
**2405 Verna Court**
**San Leandro, CA 94577**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Moxion Power Co.**
_____
Name

Case number (if known) _____

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,564.50** |
|---|---|---|---|

**RadBot Video**
**2201 E 46th St.**
**Ste. 173**
**Indianapolis, IN 46205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$240,000.00** |
|---|---|---|---|

**Readybit Consulting LLC**
**11350 Gildar Ln NW**
**Silverdale, WA 98383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$11,145.60** |
|---|---|---|---|

**Reell Precision Manufacturing**
**1256 Willow Lake Blvd**
**SAINT PAUL, MN 55110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$752.64** |
|---|---|---|---|

**Republic Services # 851**
**PO Box 78829**
**Phoenix, AZ 85062-8829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,125.00** |
|---|---|---|---|

**Retriever**
**222 W Yamato Rd Suite 106-310**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,651.32** |
|---|---|---|---|

**RF-Smart**
**PO Box 638345**
**Cincinnati, OH 45263-8345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$19,184.00** |
|---|---|---|---|

**Rincon Power, LLC**
**6381 Rose Lane**
**Suite A**
**Carpinteria, CA 93013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Moxion Power Co.**
_____    Case number (if known) _____
Name

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$171,080.74** |
|---|---|---|---|

**RK Logistics Group**
**41707 Christy Street**
**Fremont, CA 94538**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$7,000.00** |
|---|---|---|---|

**RLH Fire Protection, Inc.**
**PO BOX 42470**
**Bakersfield, CA 93384**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$37,372.08** |
|---|---|---|---|

**Rob's Industrial Services, Inc**
**3325 McMaude Place**
**Santa Rosa, CA 95407**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,483.79** |
|---|---|---|---|

**Robert Half**
**P.O. Box 743295**
**Los Angeles, CA 90074**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$87,812.50** |
|---|---|---|---|

**Robinson Inc.**
**1740 Eisenhower Road**
**De Pere, WI 54115**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$98,687.86** |
|---|---|---|---|

**Rogers BV**
**Noorwewgenstraat 3**
**9940 Evergem**
**Belgium**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$352,490.10** |
|---|---|---|---|

**Rover Trailers**
**437 Madrin St.**
**452 S Park Ave W**
**Twin Falls, ID 83301**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Moxion Power Co.**
_____
Name

Case number (if known) _____

| 3.258 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.17 |

**RS**
**7151 Jack Newell Blvd. South**
**Fort Worth, TX 76118-7037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.259 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $625.17 |

**RS**
**7151 Jack Newell Blvd. South**
**Fort Worth, TX 76118-7037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.260 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $92,476.91 |

**Russell Tobin & Associates, LLC**
**420 Lexington Avenue**
**30th Floor**
**New York, NY 10170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.261 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,435.00 |

**Safety Nest LLC**
**2020 5th Street**
**# 783**
**Davis, CA 95616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.262 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $675.22 |

**Salesforce, Inc.**
**415 Mission Street**
**3rd Floor**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.263 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $554.00 |

**Schmalz Inc.**
**5850 Oak Forest Drive**
**Raleigh, NC 27616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $43,402.29 |

**Seal Methods Inc**
**11915 Shoemaker Ave**
**Santa Fe Springs, CA 90670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Moxion Power Co.**                                                    Case number (if known) _____
_____
Name

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,137.50 |
|---|---|---|---|

**Second Order Effects Inc**
**711 Hawaii St**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $18,026.97 |
|---|---|---|---|

**Sentinel Insurance Company, LTD**
**1 Hartford Plaza**
**Hartford, CT 06155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,969.96 |
|---|---|---|---|

**Shay Glenn LLP**
**155 Bovet Rd**
**Suite 710**
**San Mateo, CA 94402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $21,848.50 |
|---|---|---|---|

**Silicon Legal Strategy, APC**
**201 Mission Street**
**Suite 800**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,202.02 |
|---|---|---|---|

**Snack Magic**
**42-33 12th St**
**Long Island City, NY 11101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,000.00 |
|---|---|---|---|

**Snowflake Inc.**
**106 East Babcock Street**
**Ste 3A**
**Bozeman, MT 59715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,862.58 |
|---|---|---|---|

**Sonic Manufacturing Technologies, Inc.**
**47951 Westinghouse Dr.**
**Fremont, CA 94539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Moxion Power Co.**
_____
Name

Case number (if known) _____

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,000.00 |
|---|---|---|---|

**SourceDay, Inc.**
**9737 Great Hills Trail**
**Suite 100**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $20,600.00 |
|---|---|---|---|

**Spray Technology**
**701 Comstock Street**
**Santa Clara, CA 95054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $190.90 |
|---|---|---|---|

**Springer Controls Company**
**96074 Chester Rd**
**Yulee, FL 32097**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $29,300.00 |
|---|---|---|---|

**Sterling Performance, Inc.**
**54392 Pontiac Trail**
**Milford, MI 48381**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $7,471.73 |
|---|---|---|---|

**Steven Engineering, Inc.**
**230 Ryan Way**
**South San Francisco, CA 94080-6370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $5,709.49 |
|---|---|---|---|

**stow US Inc.**
**101 N. Paragon Drive**
**Suite 101**
**Romeoville, IL 60446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $17,129.05 |
|---|---|---|---|

**Stratosphere Quality, LLC**
**12024 Exit Five Parkway**
**Fishers, IN 46037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Moxion Power Co.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.279** | **Nonpriority creditor's name and mailing address**

**Summit Building Services, Inc.**
**1128 Willow Pass Court**
**Concord, CA 94520**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$12,540.89**

---

**3.280** | **Nonpriority creditor's name and mailing address**

**Summit Joe, Inc.**
**326 N. Chipmunk Circle**
**Silverthorne, CO 80498**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$5,842.00**

---

**3.281** | **Nonpriority creditor's name and mailing address**

**Sunbelt Rentals**
**PO Box 409211**
**Atlanta, GA 30384-9211**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$87,966.57**

---

**3.282** | **Nonpriority creditor's name and mailing address**

**Sunridge Legal, LLP**
**5322 Sweetwater Trail**
**San Diego, CA 92130**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$39,049.88**

---

**3.283** | **Nonpriority creditor's name and mailing address**

**Tangent Computer, Inc.**
**191 Airport Blvd**
**Burlingame, CA 94010**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$98,377.85**

---

**3.284** | **Nonpriority creditor's name and mailing address**

**Testco, LLC**
**1290 Kifer Road**
**Suite 308**
**Sunnyvale, CA 94086**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$4,875.29**

---

**3.285** | **Nonpriority creditor's name and mailing address**

**TFORCE FREIGHT**
**1000 Semmes Ave.**
**PO Box 1216**
**Richmond, VA 23218-1216**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$376.14**

---

Debtor    **Moxion Power Co.**
Name

Case number (if known) _____

| 3.286 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,368.00** |
|---|---|---|---|

**The Tint Co. USA LLC**
**5327 Jacuzzi St.**
**Ste. 2-F**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$11,934.98** |
|---|---|---|---|

**The Tool House, LLC**
**5205 S. Emmer Drive**
**New Berlin, WI 53151**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,621.98** |
|---|---|---|---|

**Titan Interconnect LTD**
**Blv. Tsarigradsko Shose 133**
**1784 Sofia**
**Bulgaria**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,125.00** |
|---|---|---|---|

**Tooling U - SME**
**1000 Town Center**
**suite 1910**
**Southfield, MI 48075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$3,050.00** |
|---|---|---|---|

**Total Quality Logistics, LLC**
**4289 Ivy Pointe Boulevard**
**Cincinnati, OH 45245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$12,031.72** |
|---|---|---|---|

**Towlift Inc.**
**P O Box 31001-3048**
**Pasadena, CA 91110-3048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$21,000.00** |
|---|---|---|---|

**Tran-Tec LLC**
**5120 26th St**
**Westside Industrial Park**
**Columbus, NE 68601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Moxion Power Co.**                                   Case number (if known) _____
         _____
         Name

| 3.293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$88,588.00** |
|---|---|---|---|

**Tritium Technologies LLC**
**20000 South Vermont Avenue**
**Torrance, CA 90502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$7,200.00** |
|---|---|---|---|

**TrySparrow.com, Inc.**
**548 Market Street, #73767**
**San Francisco, CA 94105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$57,774.96** |
|---|---|---|---|

**TTI, Inc.**
**PO DRAWER 99111**
**FORT WORTH, TX 76199-0111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$101,662.40** |
|---|---|---|---|

**TTM Technologies, Inc.**
**200 E. Sandpointe Ave**
**Suite 400**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5,803.23** |
|---|---|---|---|

**Uber Technologies, Inc.**
**1725 3rd Street**
**San Francisco, CA 94158**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$5.43** |
|---|---|---|---|

**UKG Kronos Systems, LLC**
**PO BOX 743208**
**Atlanta, GA 30374-3208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.299 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$10,144.73** |
|---|---|---|---|

**Uline, Inc.**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

**Basis for the claim:** __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Moxion Power Co.**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$13,976.58** |

**United Rentals (North America), Inc.**
**P.O. Box 100711**
**Atlanta, GA 30384-0711**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$408.56** |

**Universal Waste Systems, Inc.**
**P.O. Box 3038**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,470.68** |

**UPS**
**P.O.BOX 650116**
**Dallas, TX 75265-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,525.00** |

**US Assure Insurance Services of Florida**
**PO BOX 935597**
**Atlanta, GA 31193-5597**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,194.00** |

**Venegeest**
**430 N Canal St.**
**Ste. 7**
**South San Francisco, CA 94080**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$69.67** |

**Vestis Services, LLC**
**Suite 140**
**Rosewell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.306 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$93,304.73** |

**Vexos**
**110 Commerce Drive**
**LaGrange, OH 44050**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Basis for the claim:** _

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Moxion Power Co.**        Case number (*if known*) _____
      Name

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $7,231.00 |
|---|---|---|---|

**3.307** | **Nonpriority creditor's name and mailing address**
**Viscotec America Inc.**
**1955 Vaughn Road NW**
**STE 209**
**Kennesaw, GA 30144**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$7,231.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address**
**W.W.Grainger, Inc.**
**100 Grainger Parkway**
**Lake Forest, IL 60045**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$44.33**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address**
**Wakefield Thermal Solutions, Inc.**
**120 Northwest Boulevard**
**Nashua, NH 03063**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$109,142.64**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address**
**Waytek Inc**
**2440 GALPIN COURT**
**CHANHASSEN, MN 55317**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$179.95**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address**
**Webasto Thermo & Comfort North America,**
**15083 North Rd**
**Fenton, MI 48430**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$700.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address**
**Wells Fargo Vendor Financial Services LL**
**PO Box 030310**
**Los Angeles, CA 90030-0310**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$3,700.12**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.313** | **Nonpriority creditor's name and mailing address**
**Wesco Distribution, Inc.**
**2500 Dean Lesher Dr.**
**Ste. C**
**Concord, CA 94520**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*  **$283.50**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor   **Moxion Power Co.**
_____   Case number (if known) _____
Name

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,526.15 |
|---|---|---|---|

**West Coast Fab, Inc.**
**700 South 32nd Street**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | | $9,458.39 |
|---|---|---|---|

**Wex Bank**
**P.O. Box 4337**
**Carol Stream, IL 60197-4337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | | $5,347.36 |
|---|---|---|---|

**Willscot Mobile Mini**
**4646 E Van Buren St.**
**Suite 400**
**Phoenix, AZ 85008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | | $980.00 |
|---|---|---|---|

**World Products Inc.**
**19654 Eighth Street East**
**PO BOX 1608**
**Sonoma, CA 95476**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | | $83,976.64 |
|---|---|---|---|

**Wurth Electronics ICS, Inc.**
**7496 Webster Street**
**Dayton, OH 45414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | | $124,400.00 |
|---|---|---|---|

**Wyatt Performance & Fab, LLC**
**74130 Fulton St.**
**Armada, MI 48005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.320 | Nonpriority creditor's name and mailing address | | $13,832.00 |
|---|---|---|---|

**XPLM,Solution, Inc.**
**1900 West Park Drive**
**Suite 280D**
**Westborough, MA 01581**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Note: "As of the petition filing date, the claim is: Check all that apply." appears at the top of each claim entry.

| Debtor | **Moxion Power Co.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $879.93 |
|---|---|---|---|

**XpoLogistics**
**13777 Ballantyne Corporate Place**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $72,234.45 |
|---|---|---|---|

**XS Power Batteries**
**2847 John Deere Dr.**
**Suite 102**
**Knoxville, TN 37917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $140,000.00 |
|---|---|---|---|

**YANXIA TECHNOLOGY CO., LIMITED**
**FLAT/RM 32 11/F LEE KA INDUSTRIAL**
**BUILDI**
**FONG STREET SAN PO KONG**
**KLN, Hong Kong**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $165,600.00 |
|---|---|---|---|

**Zitara Technologies, Inc.**
**1062 Folsom St**
**FL 2**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

### Part 3:   List Others to Be Notified About Unsecured Claims

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

### Part 4:   Total Amounts of the Priority and Nonpriority Unsecured Claims

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 371,450.00 |
| **5b. Total claims from Part 2** | 5b. + | $ 53,466,188.31 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 53,837,638.31 |

---

**Fill in this information to identify the case:**

Debtor name      **Moxion Power Co.**

United States Bankruptcy Court for the:   DISTRICT OF DELAWARE

Case number (if known)

☐ Check if this is an
   amended filing

---

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases
**12/15**

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal  Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest   **Guarantor on Energy Services Location Lease - MES Sun Valley, LLC to May 1, 2035**<br><br>State the term remaining<br><br>List the contract number of any government contract | **8579 San Fernando Road LLC c/o Axis Moxion LLC 1776 Peachtree Street Suite 504N Atlanta, GA 30309** |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest   **Property All Risk**<br><br>State the term remaining   **to 4/26/2025**<br><br>List the contract number of any government contract | **Arch Specialty Insurance Company Harborside 3 210 Hudson Street Suite 300 Jersey City, NJ 07311-1107** |
| **2.3.** State what the contract or lease is for and the nature of the debtor's interest   **Property All Risk Insurance**<br><br>State the term remaining   **to 4/26/25**<br><br>List the contract number of any government contract | **Ascot Insurance Company 55 W. 46th Street 26th Floor New York, NY 10036** |
| **2.4.** State what the contract or lease is for and the nature of the debtor's interest   **Lease for 27,000 SF parking and EV charging site located at 4441 E 52nd Street, Vernon CA to 2/1/2025**<br><br>State the term remaining<br><br>List the contract number of any government contract | **Axis IOS, LLC 1776 Peachtree Street Suite 605S Atlanta, GA 30309** |

---

Debtor 1    **Moxion Power Co.**
     First Name      Middle Name      Last Name

Case number *(if known)* _____

## Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

**2.5.** State what the contract or lease is for and the nature of the debtor's interest — **Property All Risk Insurance**

State the term remaining — **to 4/26/2025**

List the contract number of any government contract

**Axis Surplus Insurance Company**
**233 South Wacker Drive**
**Suite 4930**
**Chicago, IL 60605**

---

**2.6.** State what the contract or lease is for and the nature of the debtor's interest — **Master Rental Agreement for Equipment/MPUs**

State the term remaining

List the contract number of any government contract

**B.I. Manufacturing, LLC**
**1331 Lions Club Road**
**Madison, GA 30650**

---

**2.7.** State what the contract or lease is for and the nature of the debtor's interest — **Master Rental Agreement for Equipment/MPUs**

State the term remaining

List the contract number of any government contract

**B.I. Production Works**
**1331 Lions Club Road**
**Madison, GA 30650**

---

**2.8.** State what the contract or lease is for and the nature of the debtor's interest — **Property All Risk Insurance**

State the term remaining — **to 4/26/2025**

List the contract number of any government contract

**Bridgeway Insurance Company**
**555 College Road East**
**Princeton, NJ 08543-5241**

---

**2.9.** State what the contract or lease is for and the nature of the debtor's interest — **Master Rental Agreement for Equipment/MPUs**

State the term remaining

List the contract number of any government contract

**City of San Francisco**
**San Francisco Public Works**
**49 South Van Ness Avenue**
**Suite 1000**
**San Francisco, CA 94103**

---

Debtor 1    **Moxion Power Co.**

First Name    Middle Name    Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| 2.10. State what the contract or lease is for and the nature of the debtor's interest | **Property All Risk Insurance** |
| State the term remaining | **to 4/26/2025** |
| List the contract number of any government contract | **Evanston Insurance Company, a Surplus Lines Company c/o Markel 310 Highway 35 South Red Bank, NJ 07701** |
| 2.11. State what the contract or lease is for and the nature of the debtor's interest | **Cargo STP Insurance** |
| State the term remaining | **to 4/26/2025** |
| List the contract number of any government contract | **Falvey Insuranace 66 Whitecap Drive North Kingstown, RI 02852** |
| 2.12. State what the contract or lease is for and the nature of the debtor's interest | **Property All Risk Insurance** |
| State the term remaining | **to 4/26/2025** |
| List the contract number of any government contract | **Gotham Insurance Company c/o Coaction Specialty Insurance Group 412 Mt Kemble Ave Suite 300C Morristown, NJ 07960-6666** |
| 2.13. State what the contract or lease is for and the nature of the debtor's interest | **Umbrella/Excess Insurance** |
| State the term remaining | **to 4/26/2025** |
| List the contract number of any government contract | **Great American Risk Solutions Surplus Lines Insurance Company 301 E. Fourth Street Cincinnati, OH 45202** |
| 2.14. State what the contract or lease is for and the nature of the debtor's interest | **General Liability Insurance** |
| State the term remaining | **to 4/26/2025** |
| List the contract number of any government contract | **Hartford Fire Insurance Company Los Angeles Branch Office 777 South Figueroa Street Los Angeles, CA 90017** |

Debtor 1    **Moxion Power Co.**
_____
First Name        Middle Name        Last Name

Case number (*if known*) _____

### Additional Page if You Have More Contracts or Leases

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.15. | State what the contract or lease is for and the nature of the debtor's interest | **Third Amendment to Terminal 3 Industrial Lease** | |
|---|---|---|---|
| | State the term remaining | **to 10/24/2034** | **IV1 1411 Harbour Way S Owner LLC**<br>**Brookfield Place**<br>**250 Vesey Street**<br>**15th Floor**<br>**New York, NY 10281-1023** |
| | List the contract number of any government contract | _____ | |

| 2.16. | State what the contract or lease is for and the nature of the debtor's interest | **Property All Risk Insurance** | |
|---|---|---|---|
| | State the term remaining | **to 4/26/2025** | **Kinsale Insurance Company**<br>**P.O. Box 17008**<br>**Richmond, VA 23226** |
| | List the contract number of any government contract | _____ | |

| 2.17. | State what the contract or lease is for and the nature of the debtor's interest | **Property All Risk Insurance** | |
|---|---|---|---|
| | State the term remaining | **to 4/26/2025** | **Landmark American Insurance**<br>**c/o RSUI Group, Inc.**<br>**945 East Paces Ferry Road**<br>**Suite 1800**<br>**Atlanta, GA 30328** |
| | List the contract number of any government contract | _____ | |

| 2.18. | State what the contract or lease is for and the nature of the debtor's interest | **Property All Risk Insurance** | |
|---|---|---|---|
| | State the term remaining | **to 4/26/2025** | **Lloyds of London**<br>**1 Lime St.**<br>**London EC3M 7HA**<br>**United Kingdom** |
| | List the contract number of any government contract | _____ | |

| 2.19. | State what the contract or lease is for and the nature of the debtor's interest | **Lease of 1414 Harbour Way S, Richmond, CA 94804** | |
|---|---|---|---|
| | State the term remaining | **Expires 3/31/2033** | **MC MP Ford Point Realty LLC**<br>**430 Park Avenue**<br>**Suite 1501**<br>**New York, NY 10022** |
| | List the contract number of any government contract | _____ | |

Debtor 1  **Moxion Power Co.**

First Name          Middle Name          Last Name

Case number *(if known)* _____

**Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

**2.20.** State what the contract or lease is for and the nature of the debtor's interest — **Director's & Officer's Liability Insurance**

State the term remaining — **Expires: 5/5/2025**

List the contract number of any government contract

**National Union Fire Insurance Company of Pittsburga**
**1270 Avenue of the Americas**
**Floor 37**
**New York, NY 10020-1304**

**2.21.** State what the contract or lease is for and the nature of the debtor's interest — **Master Rental Agreement for for Equipment/MPUs**

State the term remaining

List the contract number of any government contract

**Overdrive Energy Solutions, Inc.**
**640 Navy Street**
**Santa Monica, CA 90405**

**2.22.** State what the contract or lease is for and the nature of the debtor's interest — **Warehouse Services Agreement**

State the term remaining — **10 Months**

List the contract number of any government contract

**RK Logistics Group**
**41707 Christy Street**
**Fremont, CA 94538**

**2.23.** State what the contract or lease is for and the nature of the debtor's interest — **Cargo STP Insurance**

State the term remaining — **to 4/26/2025**

List the contract number of any government contract

**Starr Indemnity & Liability Company**
**399 Park Avenue**
**3rd Floor**
**New York, NY 10022**

**2.24.** State what the contract or lease is for and the nature of the debtor's interest — **Property All Risk Insurance**

State the term remaining — **to 4/26/2025**

List the contract number of any government contract

**Starstone Specialty Insurance Company**
**201 E. Fifth Street**
**Suite 1200**
**Cincinnati, OH 45202**

Debtor 1    **Moxion Power Co.**                                    Case number *(if known)* _____
　　　　　First Name　　　　　Middle Name　　　　　Last Name

<span style="background:#3d0a3d; display:inline-block; width:40px; height:25px;"></span>    **Additional Page if You Have More Contracts or Leases**

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|

| 2.25. | State what the contract or lease is for and the nature of the debtor's interest | **Worker's Compensation Insurance** | |
|---|---|---|---|
| | State the term remaining | **to 4/26/2025** | **The Hartford**<br>**Los Angeles Branch Office**<br>**777 South Figueroa Street**<br>**Los Angeles, CA 90017** |
| | List the contract number of any government contract | | |

| 2.26. | State what the contract or lease is for and the nature of the debtor's interest | **Boiler Machiner (All Risk) Insurance** | |
|---|---|---|---|
| | State the term remaining | **to 4/26/2025** | **Travelers Property Casualty Company of America**<br>**One Tower Square**<br>**Hartford, CT 06183** |
| | List the contract number of any government contract | | |

| 2.27. | State what the contract or lease is for and the nature of the debtor's interest | **Automotive Insurance** | |
|---|---|---|---|
| | State the term remaining | **to 4/26/2025** | **Trumbull Insurance Company**<br>**One Hartford Plaza**<br>**Hartford, CT 06155-0001** |
| | List the contract number of any government contract | | |

| 2.28. | State what the contract or lease is for and the nature of the debtor's interest | **Builder's Risk Insurance** | |
|---|---|---|---|
| | State the term remaining | **to 6/13/2025** | **US Assure**<br>**PO BOX 935597**<br>**Atlanta, GA 31193-5597** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name      **Moxion Power Co.**

United States Bankruptcy Court for the:      DISTRICT OF DELAWARE

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors                                                   12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

|  | Column 1: **Codebtor** |  | Column 2: **Creditor** | |
|---|---|---|---|---|
|  | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **MES Richmond, LLC** | **1414 Harbour Way S Suite 1201 Richmond, CA 94804 Loan and Security Agreement** | **Silicon Valley Bank** | ■ D  **2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.2 | **MES Sun Valley, LLC** | **1414 Harbour Way S Suite 1201 Richmond, CA 94804 Loan and Security Agreement** | **Silicon Valley Bank** | ■ D  **2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.3 | **Moxion Federal LLC** | **1414 Harbour Way S Suite 1201 Richmond, CA 94804 Loan and Security Agreement** | **Silicon Valley Bank** | ■ D  **2.1**___<br>☐ E/F _____<br>☐ G _____ |
| 2.4 | **American Alternative Insurance Corp.** | **555 College Road East Princeton, NJ 08540-6616 Customs Bond** | **U.S. Customs and Border Protection** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |

Debtor    **Moxion Power Co.**                                            Case number *(if known)* _____

▮ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**                                                 *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.5 | **First-Citizens Bank & Trust Company** | 3003 Tasman Drive<br>2nd Floor, Mail Sort HF210<br>Santa Clara, CA 95054<br>Letter of Credit | **8579 San Fernando Road LLC** | ☐ D _____<br>☒ E/F _____<br>☒ G _____ |
| 2.6 | **JPMorgan Chase Bank, N.A.** | Trade & Working Capital<br>10410 Highland Manor Dr., FL 3<br>Tampa, FL 33610-9128<br>Letter of Credit | **American Alternative Insurance Corp.** | ☐ D _____<br>☐ E/F _____<br>☐ G _____ |
| 2.7 | **JPMorgan Chase Bank, N.A.** | Global Trade Operations<br>10420 Highland Manor Drive<br>Floor 4<br>Tampa, FL 33610-9128<br>Letter of Credit | **MC MP Ford Point Realty LLC** | ☐ D _____<br>☒ E/F _____<br>☒ G _____ |
| 2.8 | **MES Sun Valley, LLC** | 1414 Harbour Way S #1201<br>Richmond, CA 94804<br>Energy Services Location lease tenant | **8579 San Fernando Road LLC** | ☐ D _____<br>☒ E/F _____<br>■ G __2.1__ |
| 2.9 | **Silicon Valley Bank** | 3003 Tasman Drive<br>2nd Floor, Mail Sort HF210<br>Santa Clara, CA 95054<br>Letter of Credit | **IV1 1411 Harbour Way S Owner LLC** | ☐ D _____<br>☐ E/F _____<br>☒ G _____ |

**Fill in this information to identify the case:**

Debtor name  **Moxion Power Co.**

United States Bankruptcy Court for the:  DISTRICT OF DELAWARE

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

**04/22**

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:    Income**

1. **Gross revenue from business**

☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | ■ Operating a business<br>☐ Other  _____ | $19,310,279.30 |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | ■ Operating a business<br>☐ Other  _____ | $116,730,513.83 |

2. **Non-business revenue**
Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None.

| | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2024** to **Filing Date** | **Credit card rebates; dividends earned on investment account; interest earned on money market accounts** | $449,900.45 |
| **For prior year:**<br>From  **1/01/2023** to **12/31/2023** | **Credit Card Rebates; dividends earned on investment account; interest earned on money market accounts** | $582,611.06 |
| **For year before that:**<br>From  **1/01/2022** to **12/31/2022** | **Interest earned on money market account** | $270,342.67 |

**Part 2:    List Certain Transfers Made Before Filing for Bankruptcy**

Debtor    **Moxion Power Co.**                                                Case number *(if known)* _____

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|---|
| 3.1. | **See attached schedule 3.** | | **$48,085,747.14** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| | Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|---|
| 4.1. | **See attached schedule 4.** | | **$0.00** | |

5. **Repossessions, foreclosures, and returns**
   List any property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:    Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

   ☐ None.

| Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|

Debtor    **Moxion Power Co.**                                              Case number *(if known)* _____

| | Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Shacarria Tavares v. Moxion Power Co. C24-01348** | **Employment Dispute- Alleged violations of Labor Law** | **California Superior Court County of Contra Costa Wakefield Taylor Courthouse 725 Court Street Martinez, CA 94553** | ■ Pending ☐ On appeal ☐ Concluded |
| 7.2. | **Shacarria Tavares v. Moxion Power Co.** | **Worker's Compensation Claim** | | ■ Pending ☐ On appeal ☐ Concluded |
| 7.3. | **Laquita Paradise  v. Moxion Power Co.** | **Worker's Compensaiton Claim** | | ■ Pending ☐ On appeal ☐ Concluded |
| 7.4. | **John Griffin v. Moxion Power Co.** | **Worker's Compensation Claim** | | ■ Pending ☐ On appeal ☐ Concluded |
| 7.5. | **Jacqueline Bishop v. Moxion Power Co.** | **Worker's Compensation Claim** | | ■ Pending ☐ On appeal ☐ Concluded |
| 7.6. | **Less Bassett v. Moxion Power 3823163** | **Worker's Compensation Claim** | | ■ Pending ☐ On appeal ☐ Concluded |

**8.  Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

---

**Part 4:    Certain Gifts and Charitable Contributions**

9.  **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received. List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

Debtor    **Moxion Power Co.**                                          Case number *(if known)*

---

11. **Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Bayard, P.A.**<br>**600N. King Street**<br>**Suite 400**<br>**Wilmington, DE 19801** | | **July 29, 2024** | **$60,000.00** |
| | Email or website address<br>**ejohnson@bayardlaw.com** | | | |
| | Who made the payment, if not debtor? | | | |
| 11.2. | **Sherwood Consulting LLC**<br>**3945 Freedom Cir**<br>**Ste 560**<br>**Santa Clara, CA 95054** | | **July 22, 2024** | **$25,000.00** |
| | Email or website address | | | |
| | Who made the payment, if not debtor? | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**

List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **See attached schedule 13.** | | | **$846,902.89** |
| | Relationship to debtor | | | |

---

**Part 7:**   **Previous Locations**

14. **Previous addresses**

List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

Debtor    **Moxion Power Co.**                                                    Case number *(if known)* _____

☐ Does not apply

| | Address | Dates of occupancy From-To |
|---|---|---|
| 14.1. | **78 Lovell Ave Mill Valley, CA 94941** | **1/2/2020-5/1/2023** |
| 14.2. | **1200 Harbour Way S Suite 101 Richmond, CA 94804** | **11/1/2020-10/31/2021** |
| 14.3. | **1414 Harbour Way S Suite 1800 Richmond, CA 94804** | **8/25/2021-12/15/2023** |
| 14.4. | **1414 Harbour Way S Suite 2401 Richmond, CA 94804** | **8/5/2022-12/18/2023** |

**Part 8:**    **Health Care Bankruptcies**

15. **Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for:
- diagnosing or treating injury, deformity, or disease, or
- providing any surgical, psychiatric, drug treatment, or obstetric care?

■ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

**Part 9:**    **Personally Identifiable Information**

16. **Does the debtor collect and retain personally identifiable information of customers?**

☐ No.
■ Yes. State the nature of the information collected and retained.

   **Contact and Address Information**
   Does the debtor have a privacy policy about that information?
   ■ No
   ☐ Yes

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
■ Yes. Does the debtor serve as plan administrator?

   ☐ No Go to Part 10.
   ■ Yes. Fill in below:

   | Name of plan | Employer identification number of the plan |
   |---|---|
   | **Moxion Power 401(k) Plan** | EIN: _____ |

   Has the plan been terminated?
   ■ No
   ☐ Yes

Debtor    **Moxion Power Co.**                                Case number *(if known)*

---

| **Part 10:** | Certain Financial Accounts, Safe Deposit Boxes, and Storage Units |
| --- | --- |

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☐ None

| | Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
| --- | --- | --- | --- | --- | --- |
| 18.1. | **Treasure -Offered by Grasshopper Bank NA 447 Sutter Street Suite 405 PMB 25 San Francisco, CA 94108** | **XXXX-1743** | ☐ Checking<br>☐ Savings<br>☐ Money Market<br>■ Brokerage<br>☐ Other___ | | **$0.00** |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

■ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☐ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
| --- | --- | --- | --- |
| **RK Logistics Livermore 7150 Patterson Pass Road Livermore, CA 94550** | **Alexander Meek 283 Oakdale Ave Mill Valley, CA 94941** | **Raw Materials/Inventory** | ☐ No<br>■ Yes |
| **RK Logistics Winton 2701 W. Winton Ave Hayward, CA 94545** | **Alexander Meek 283 Oakdale Ave Mill Valley, CA 94941** | **Raw Materials/Inventory** | ☐ No<br>■ Yes |

---

| **Part 11:** | Property the Debtor Holds or Controls That the Debtor Does Not Own |
| --- | --- |

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

---

| **Part 12:** | Details About Environment Information |
| --- | --- |

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly

Debtor    **Moxion Power Co.**                                          Case number *(if known)*

owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.  **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■  No.
☐  Yes. Provide details below.

| Case title<br>Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.  **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.  **Has the debtor notified any governmental unit of any release of hazardous material?**

■  No.
☐  Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

25.  **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

☐  None

| | Business name address | Describe the nature of the business | Employer Identification number<br>Do not include Social Security number or ITIN.<br><br>Dates business existed |
|---|---|---|---|
| 25.1. | **MES Richmond, LLC**<br>**1414 Harbour Way S**<br>**Suite 1201**<br>**Richmond, CA 94804** | **Energy Services** | **EIN:**    **92-3796786**<br>**From-To**    **4/28/2023 -** |
| 25.2. | **MES Sun Valley, LLC**<br>**1414 Harbour Way S**<br>**Suite 1201**<br>**Richmond, CA 94804** | **Energy Services** | **EIN:**    **92-3775002**<br>**From-To**    **4/28/2023 -** |
| 25.3. | **Moxion Federal LLC**<br>**1414 Harbour Way S**<br>**Suite 1201**<br>**Richmond, CA 94804** | **Energy Services** | **EIN:**    **93-2607827**<br>**From-To**    **7/25/2023 -** |

26.  **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐  None

Debtor    Moxion Power Co.                                          Case number (if known) _____

| Name and address | Date of service From-To |
|---|---|
| 26a.1.    **Briana Smith**<br>**Assistant Controller**<br>**85 S 11th Street**<br>**San Jose, CA 95112** | **6/13/2022 - 8/9/2024** |
| 26a.2.    **Brennan Rogers**<br>**Senior Accounting Manager**<br>**3120 Sheldon Drive**<br>**Richmond, CA 94803** | **4/3/2022 - 7/12/2024** |
| 26a.3.    **Vera Neinken**<br>**Head of Finance**<br>**3079 California Street**<br>**San Francisco, CA 94115** | **4/25/2022 - 7/26/2024** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.    **SD Mayer & Associates LLP**<br>**235 Montgomery Street**<br>**30th Floor**<br>**San Francisco, CA 94104** | **6/13/2022 - 6/30/2023** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2.    **J.P. Morgan**<br>**270 Park Avenue**<br>**New York, NY 10017** | **8/1/2021 - 7/26/2024** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3.    **BPM LLP**<br>**10 Almaden Boulevard**<br>**Suite 1000**<br>**San Jose, CA 95113** | **8/1/2022 - 7/26/2024** |

| Name and address | Date of service From-To |
|---|---|
| 26b.4.    **PwC**<br>**405 Howard Street**<br>**Suite 600**<br>**San Francisco, CA 94105** | **12/15/2022 - 7/26/2024** |

| Name and address | Date of service From-To |
|---|---|
| 26b.5.    **Silicon Valley Bank,**<br>**a Diviosn of First-Citizens Bank & Trust**<br>**3005 Tasman Drive**<br>**Santa Clara, CA 95054** | **12/1/2022 - present** |

| Name and address | Date of service From-To |
|---|---|
| 26b.6.    **CFO Rick**<br>**1428 Shotwell Street**<br>**San Francisco, CA 94110** | **4/2/2020 - 9/30/2022** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

Official Form 207                      Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                      page **8**

Debtor    **Moxion Power Co.** _____     Case number *(if known)* _____

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1.  **Moxion Power Co.**<br>**1414 Harbour Way S**<br>**Suite 1901**<br>**Richmond, CA 94804** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
|---|
| 26d.1.  **Silicon Valley Bank**<br>**3005 Tasman Drive**<br>**Santa Clara, CA 95054** |
| 26d.2.  **Energy Impact Partners**<br>**600 3rd Ave**<br>**New York, NY 10016** |

## 27. Inventories

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | Joshua Ensign | January 3, 2024 | |

| | Name and address of the person who has possession of inventory records |
|---|---|
| | **Moxion Power Co.** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Alexander Meek | **283 Oakdale Ave**<br>**Mill Valley, CA 94941** | **President, Director, and Shareholder** | **13.568** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Paul Huelskamp | **78 Lovell Ave.**<br>**Mill Valley, CA 94941** | **Chief Executive Officer, Director, and Shareholder** | **13.568** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jamie Lee | **Tamarack Global**<br>**537 Steamboat Road**<br>**Greenwich, CT 06830** | **Director** | |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Adam James | **Energy Impact Partners**<br>**600 3rd Ave**<br>**New York, NY 10016** | **Director** | |

Debtor    **Moxion Power Co.**                                  Case number *(if known)*

29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in
control of the debtor, or shareholders in control of the debtor who no longer hold these positions?

☐ No
■ Yes. Identify below.

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Sameer Reddy | Energy Impact Partners 600 3rd Ave New York, NY 10016 | Director | May 7, 2021 - July 21, 2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Alex Smith | 9046 Westhill Road Lakeside, CA 92040 | Chief Technology Officer | Februray 1, 2020 - July 26, 2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Eric Long | 5506 Lambeth Road Bethesda, MD 20814 | Chief Financial Officer | October 23, 2023 - June 28, 2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Jason Parkin | 3 Berens Drive Kentfield, CA 94904 | Senior Director, Head of Legal & Corporate Secretary | September 5, 2023 - August 2, 2024 |

| Name | Address | Position and nature of any interest | Period during which position or interest was held |
|---|---|---|---|
| Joshua Ensign | Chief Operating Officer 89 Tumbleweed Court San Ramon, CA 94583 | Chief Operating Officer | February 1, 2022 - August 2, 2024 |

30. **Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,
loans, credits on loans, stock redemptions, and options exercised?

☐ No
■ Yes. Identify below.

|  | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **See attached schedule 30.** |  |  |  |
|  | Relationship to debtor |  |  |  |

31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

| Debtor | **Moxion Power Co.** | Case number *(if known)* | |
|---|---|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

## Part 14:    Signature and Declaration

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **August 12, 2024**

**/s/ Alexander Meek**                                           **Alexander Meek**
Signature of individual signing on behalf of the debtor         Printed name

Position or relationship to debtor    **Director**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**

☒ Yes

**Statement of Financial Affairs**

**Schedule 3**

**Certain Payments Or Transfers To Creditors Within 90 Days Before Filing This Case**

**Moxion Power Co.**
**SOFA - Schedule 3**
**90 day payments**

| Date | Account (Account Line): Name | Document Number | Description | Name | Credit | Amount |
|---|---|---|---|---|---|---|
| 5/1/2024 | 10001  SVB Operating 9053 | JE2409 | April 2024 SVB Loan #3068 Loan Payment | Silicon Valley Bank | $477,272.72 | ($477,272.72) |
| 5/1/2024 | 10001  SVB Operating 9053 | JE2410 | April 2024 SVB Loan #2460 Loan Payment | Silicon Valley Bank | $715,909.10 | ($715,909.10) |
| 5/1/2024 | 10001  SVB Operating 9053 | 2023021425639082 | # 5001A | Liberty Tool | $360,000.00 | ($360,000.00) |
| 5/1/2024 | 10001  SVB Operating 9053 | 2023021425639102 | 00 SVBFS001750 SVBFS001750-Finance Standby | Silicon Valley Bank | $43,734.12 | ($43,734.12) |
| 5/1/2024 | 10001  SVB Operating 9053 | 2023021425639104 |  | The Guardian Life Insurance Company of America | $47,305.43 | ($47,305.43) |
| 5/1/2024 | 10001  SVB Operating 9053 | JE2408 | April 2024 SVB Loan #2219 Loan Payment | Silicon Valley Bank | $397,727.27 | ($397,727.27) |
| 5/1/2024 | 10001  SVB Operating 9053 | 2023021425639083 | # 216T2630_FY2022 | Ohio Treasurer of State | $383.57 | ($383.57) |
| 5/2/2024 | 10001  SVB Operating 9053 | 2023021425639106 | Processing fees | Ohio Treasurer of State | $4.00 | ($4.00) |
| 5/2/2024 | 10001  SVB Operating 9053 | 2023021425639084 | # 4.30.2024 | California Department of Tax and Fee Administration | $229,020.00 | ($229,020.00) |
| 5/3/2024 | 10001  SVB Operating 9053 | JE2384 | BILL 05/03/24 Payables Funding | com | $10,870.00 | ($10,870.00) |
| 5/6/2024 | 10001  SVB Operating 9053 | TRN307 | CASH SWEEP PURCHASE |  | $63,000.00 | ($63,000.00) |
| 5/7/2024 | 10001  SVB Operating 9053 | JE2420 | BILL 05/07/24 Payables Funding | com | $101,494.93 | ($101,494.93) |
| 5/7/2024 | 10001  SVB Operating 9053 | 2023021425639089 | # 3116 | High Integrity Systems Ltd. | $4,995.00 | ($4,995.00) |
| 5/7/2024 | 10001  SVB Operating 9053 | 2023021425639088 | # May_2024 | Principal Life Insurance Company | $43,067.38 | ($43,067.38) |
| 5/7/2024 | 10001  SVB Operating 9053 | JE2421 | BILL 05/07/24 Payables Funding | com | $11,873.96 | ($11,873.96) |
| 5/7/2024 | 10001  SVB Operating 9053 | 2023021425639085 | # Cobra_May_2024 | Principal Life Insurance Company | $189.03 | ($189.03) |
| 5/7/2024 | 10001  SVB Operating 9053 | 2023021425639104 |  | Sentinel Insurance Company, LTD | $20.84 | ($20.84) |
| 5/7/2024 | 10001  SVB Operating 9053 | 2023021425639111 |  | PG&E | $30,741.65 | ($30,741.65) |
| 5/7/2024 | 10001  SVB Operating 9053 | 2023021425639091 | Los Angeles Department of Water and Power | Los Angeles Department of Water and Power | $1,220.60 | ($1,220.60) |
| 5/7/2024 | 10001  SVB Operating 9053 | 2023021425639090 | Los Angeles Department of Water and Power | Los Angeles Department of Water and Power | $3,869.23 | ($3,869.23) |
| 5/7/2024 | 10001  SVB Operating 9053 | JE2422 | BILL 05/07/24 Payables Funding | com | $712,717.80 | ($712,717.80) |
| 5/8/2024 | 10001  SVB Operating 9053 | JE2434 | BILL 05/08/24 Payables Funding | com | $16,116.00 | ($16,116.00) |
| 5/9/2024 | 10001  SVB Operating 9053 | 2023021425639086 | Sewer & Electricity charges 3/25/24-4/24/24 | Los Angeles Department of Water and Power | $1,277.34 | ($1,277.34) |
| 5/9/2024 | 10001  SVB Operating 9053 | 2023021425639087 | Electric and Water - Apr 2024 | Los Angeles Department of Water and Power | $398.96 | ($398.96) |
| 5/10/2024 | 10001  SVB Operating 9053 | 2023021425639112 | DBA The Hartford | Sentinel Insurance Company, LTD | $20.84 | ($20.84) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419374 | Claire Teng_Copy At_Copy.ai Pro Subscription for Sales Team | Reimbursements | $49.00 | ($49.00) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419640 | Yaksh Patel_Thai Pho Kitchen_lunch | Reimbursements | $31.00 | ($31.00) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419644 | Yaksh Patel_MEADOWBRCOKE MOBIL MART_good | Reimbursements | $4.58 | ($4.58) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419385 | Yaksh Patel_Enterprise_car rental | Reimbursements | $1,378.70 | ($1,378.70) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419380 | Yaksh Patel_Speedway_snack | Reimbursements | $2.79 | ($2.79) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419355 | Mia Hermine_GEBK Midtown_Client breakfast with Vincent Williams - GPC EV Fleet | Reimbursements | $89.90 | ($89.90) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419357 | Kacton DeVoti_Lyft_Ride to airport | Reimbursements | $47.00 | ($47.00) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419646 | Yaksh Patel_Expedia_car rental | Reimbursements | $265.02 | ($265.02) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419423 | Yaksh Patel_NU Car Rental_rental car | Reimbursements | $179.82 | ($179.82) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419369 | Mia Hermine_SSP America PRADO TZE SAN Int'l. Airport_Travel Meal | Reimbursements | $30.98 | ($30.98) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419660 | Yaksh Patel_Enterprise_car toll | Reimbursements | $9.45 | ($9.45) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419368 | James Simons_National Car Rental_Rental car while visiting sites in SoCa | Reimbursements | $80.40 | ($80.40) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419634 | Diana Welsch_.31.96 mi trip from 1741 E Colon St. Wilmington, CA 90744, USA to 530 E Windsor Rd, Glendale, CA, USA | Reimbursements | $21.42 | ($21.42) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419421 | Yaksh Patel_The UPS Store_Shipping personal belongings due to lack of space | Reimbursements | $60.66 | ($60.66) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419424 | Diana Welsch_T-Mobile_Phone bill | Reimbursements | $50.00 | ($50.00) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419654 | Yaksh Patel_FRESH THYME MARKET_grocery | Reimbursements | $14.00 | ($14.00) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419371 | Catherine Shalloe_.127.23 miles trip from 3962 Van Buren Place, Culver City, CA to 1441 Quivira Rd, San Diego, CA 92109 | Reimbursements | $85.24 | ($85.24) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419637 | Daniel Cruz_Mcdonald's_food | Reimbursements | $13.00 | ($13.00) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419665 | Diana Welsch_.28.88 mi trip from 530 E Windsor Rd, Glendale, CA, USA to 1741 E Colon St. Wilmington, CA 90744, USA | Reimbursements | $19.35 | ($19.35) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419426 | Jacob Baker_My house to Airport Terminal | Reimbursements | $19.56 | ($19.56) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419659 | Yaksh Patel_Hertz_car rental changes | Reimbursements | $51.09 | ($51.09) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419372 | Catherine Shalloe_.127.46 miles trip from 1441 Quivira Rd, San Diego, CA 92109 to 3962 Van Buren Place, Culver City, CA | Reimbursements | $85.40 | ($85.40) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419402 | Melvon Harris_T Mobile Store_phone bill | Reimbursements | $50.00 | ($50.00) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419400 | Kenneth Adomaitis_Marriott_SBR Oakland, FL v-sense & IJB replacement | Reimbursements | $297.10 | ($297.10) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419651 | Yaksh Patel_WORLD MARKET_grocery | Reimbursements | $11.44 | ($11.44) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419630 | Daniel Cruz_IRGRA / Center of Excellence_drink | Reimbursements | $3.39 | ($3.39) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419381 | Yaksh Patel_Pho MeKong_lunch dinner | Reimbursements | $47.14 | ($47.14) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419361 | Mia Hermine_Uber_Uber to airport | Reimbursements | $29.93 | ($29.93) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419649 | Yaksh Patel_Delta Air Lines_checked bag | Reimbursements | $35.00 | ($35.00) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419648 | Yaksh Patel_Buddy's Pizza_dinner | Reimbursements | $30.00 | ($30.00) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419662 | Diana Welsch_.28.88 mi trip from 530 E Windsor Rd, Glendale, CA, USA to 1741 E Colon St. Wilmington, CA 90744, USA | Reimbursements | $19.35 | ($19.35) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419409 | Yaksh Patel_Chipotle_lunch | Reimbursements | $18.35 | ($18.35) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419388 | Diana Welsch_.60.1 mi trip from 3315 Van Buren Boulevard, Riverside, CA, USA to 530 East Windsor Road, Glendale, CA, USA | Reimbursements | $40.27 | ($40.27) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419401 | Damian Taylor_T-Mobile_April phone reimbursement | Reimbursements | $50.00 | ($50.00) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419417 | Yaksh Patel_Lyft_To airport | Reimbursements | $51.99 | ($51.99) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419413 | Yaksh Patel_Common Cents_gas | Reimbursements | $37.29 | ($37.29) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419641 | Yaksh Patel_Lucky Slice Pizza_dinner | Reimbursements | $31.61 | ($31.61) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419395 | Ruta Desai_Raja Sweets_Sweets/Dessert for Holi Celebration at the office | Reimbursements | $80.96 | ($80.96) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419389 | Mia Hermine_Uber_Uber from airport to client event | Reimbursements | $38.73 | ($38.73) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419383 | Yaksh Patel_WEEKLY STREET JOURNAL_food | Reimbursements | $6.00 | ($6.00) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419370 | Mia Hermine_The Plant #6071 Paradies Lagardere_Travel Meal | Reimbursements | $6.24 | ($6.24) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419356 | Mia Hermine_Expedia_Hotel | Reimbursements | $94.50 | ($94.50) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419633 | Diana Welsch_.30.36 mi trip from 530 E Windsor Rd, Glendale, CA, USA to 1741 E Colon St. Wilmington, CA 90744, USA | Reimbursements | $20.34 | ($20.34) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419408 | Yaksh Patel_THE SCOOP-SFO AIRPORT (T1 KIOS_food | Reimbursements | $7.70 | ($7.70) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419358 | Mia Hermine_Starbucks_Travel meal (coffee) | Reimbursements | $8.19 | ($8.19) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419373 | Catherine Shalloe_World Kinect Onsite > King Kong Premiere | Reimbursements | $17.37 | ($17.37) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419410 | Yaksh Patel_Lucky Slice Pizza_dinner | Reimbursements | $12.41 | ($12.41) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419652 | Yaksh Patel_Atlanta International Airport_lunch | Reimbursements | $15.71 | ($15.71) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419635 | Chester Smith_ELITE AUTO DETAIL INC_Ramp card declined comment suspected fraud | Reimbursements | $26.22 | ($26.22) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419359 | Thomas Brumby_Wendy's_Ramp card turned off | Reimbursements | $11.33 | ($11.33) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419363 | Mia Hermine_Uber_Uber to client office | Reimbursements | $15.97 | ($15.97) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419391 | Kenneth Adomaitis_Enterprise_Two weeks for SBR at three different locations | Reimbursements | $2,317.59 | ($2,317.59) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419420 | Jacob Baker_Airport to my house. | Reimbursements | $19.56 | ($19.56) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419412 | Yaksh Patel_Pita Pit_lunch | Reimbursements | $16.88 | ($16.88) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419645 | Yaksh Patel_MEADOWBROOKE MOBIL M_gas | Reimbursements | $45.45 | ($45.45) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419365 | James Simons_Southwest Airlines_flight from Ontario to OAK for site visit | Reimbursements | $312.99 | ($312.99) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419339 | Mia Hermine_Alaska Airlines_Flight to/from | Reimbursements | $278.20 | ($278.20) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419425 | Christopher Yaghszian_T-Mobile_Phone bill | Reimbursements | $50.00 | ($50.00) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419403 | Melvon Harris_T Mobile Store_phone mar | Reimbursements | $50.00 | ($50.00) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419650 | Yaksh Patel_PAL'S INDIAN CUISINE_lunch | Reimbursements | $25.68 | ($25.68) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419382 | Yaksh Patel_Speedway_gas | Reimbursements | $34.84 | ($34.84) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419378 | Yaksh Patel_Target_food | Reimbursements | $15.08 | ($15.08) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419639 | Daniel Cruz_DISTRICT MARKET-SFO AIRPORT_drink | Reimbursements | $7.15 | ($7.15) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419647 | Yaksh Patel_Dollar General_essentials | Reimbursements | $10.87 | ($10.87) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419398 | Kenneth Adomaitis_BUC-EE'S_SBR Theodore, AL BUD replacement | Reimbursements | $51.70 | ($51.70) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419364 | James Simons_Southwest Airlines_Flight from OAK to LB for site visit | Reimbursements | $317.99 | ($317.99) |
| 5/13/2024 | 10001  SVB Operating 9053 | 1419354 | Mia Hermine_American Airlines_Wifi during flight | Reimbursements | $19.00 | ($19.00) |

| Date | Account (IAccount Line): Name | Document Number | Description | Name | Credit | Amount |
|---|---|---|---|---|---|---|
| 5/13/2024 | 10001    SVB Operating 9053 | 1419663 | Diana Welsch _ 28.87 mi trip from 1741 E Colon St, Wilmington, CA 90744, USA to 530 E Windsor Rd, Glendale, CA, USA | Reimbursements | $19.34 | ($19.34) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419404 | Ian Kose_Visible Content Technologies, Inc._Phone stipend | Reimbursements | $45.00 | ($45.00) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419428 | Diana Welsch _ 106.82 mi trip from 1818 W Mission Rd, Escondido, CA, USA to 530 E Windsor Rd, Glendale, CA, USA | Reimbursements | $71.57 | ($71.57) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419376 | Yaksh Patel_Shell snack | Reimbursements | $2.99 | ($2.99) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419422 | Jacob Baker _ From my house, to jobsite, and back. 6615 Weeping Pine St, to 4533 Andrew's St | Reimbursements | $22.78 | ($22.78) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419656 | Yaksh Patel_Common Cents_gas | Reimbursements | $37.29 | ($37.29) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419638 | Daniel Cruz_O'Hare T-1 C Concourse_food | Reimbursements | $16.20 | ($16.20) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419394 | Ruta Desai_Amazon_Decoration for Holi celebration | Reimbursements | $9.42 | ($9.42) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419664 | Diana Welsch _ 28.87 mi trip from 1741 E Colon St, Wilmington, CA 90744, USA to 530 East Windsor Road, Glendale, CA, USA | Reimbursements | $19.34 | ($19.34) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419379 | Yaksh Patel_Speedway_gas | Reimbursements | $45.12 | ($45.12) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419340 | Mia Hermine_American Airlines_Flight to/from event | Reimbursements | $474.70 | ($474.70) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419338 | Anu Warda_Uber_Transportation to and from airport when traveled to sun valley office | Reimbursements | $72.92 | ($72.92) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419427 | Diana Welsch _ 107.19 mi trip from 530 East Windsor Road, Glendale, CA, USA to 1818 W Mission Rd, Escondido, CA, USA | Reimbursements | $71.82 | ($71.82) |
| 5/13/2024 | 10001    SVB Operating 9053 | 20230214256391 01 | | Office of the Treasurer & Tax Collector | $61.00 | ($61.00) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419357 | Mia Hermine_Chili's Grill & Bar C33_Travel Meal | Reimbursements | $23.15 | ($23.15) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419375 | Jacob Baker _ 422.02 mi trip from 1242 Glendale Avenue, Sparks, NV, USA to 6615 Weeping Pine Street, Las Vegas, NV, USA | Reimbursements | $282.75 | ($282.75) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419414 | Yaksh Patel_CC 256_food | Reimbursements | $9.46 | ($9.46) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419655 | Yaksh Patel_Cafe Rio_lunch | Reimbursements | $20.17 | ($20.17) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419387 | Diana Welsch _ 58.59 mi trip from 530 E Windsor Rd, Glendale, CA, USA to 3315 Van Buren Boulevard, Riverside, CA, USA | Reimbursements | $39.26 | ($39.26) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419384 | Yaksh Patel_Delta Air Lines_check in baggage | Reimbursements | $35.00 | ($35.00) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419377 | Yaksh Patel_IRGRA / Center of Excellence_food | Reimbursements | $3.49 | ($3.49) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419367 | James Simons_LAZ PKG OAKLAND_Parking at OAK airport while in SoCa | Reimbursements | $40.00 | ($40.00) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419360 | Mia Hermine_Uber Eats_Travel meal | Reimbursements | $44.41 | ($44.41) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419636 | Daniel Cruz_IRGRA / Center of Excellence_food | Reimbursements | $4.00 | ($4.00) |
| 5/13/2024 | 10001    SVB Operating 9053 | JE2454 | BILL 05/13/24 Payables Funding | com | $8,800.00 | ($8,800.00) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419405 | Porter Coe _ 60.81 miles trip from 1414 Harbour Way, Richmond, CA to 1414 Harbour Way South, Richmond, CA, USA, stopping at 2001 Bryant Street, San Francisco, CA, and ,Harbor Freight Tools, San Pablo Avenue, El Cerrito, CA | Reimbursements | $27.34 | ($27.34) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419658 | Yaksh Patel_Priceline_car rental | Reimbursements | $271.26 | ($271.26) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419390 | Mia Hermine_Uber_Uber from client event to airport | Reimbursements | $40.32 | ($40.32) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419643 | Yaksh Patel_Blue Bridge Market_food | Reimbursements | $10.59 | ($10.59) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419366 | James Simons_H&M Oil inc._Gas for rental car while in So Ca during site visits | Reimbursements | $24.02 | ($24.02) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419399 | Kenneth Adomaitis_Amazon_Troubleshooting cable | Reimbursements | $40.64 | ($40.64) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419653 | Yaksh Patel_Chipotle_food | Reimbursements | $9.31 | ($9.31) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419411 | Yaksh Patel_Lucky Slice Pizza_food | Reimbursements | $3.77 | ($3.77) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419418 | Yaksh Patel_Uber_To work | Reimbursements | $48.65 | ($48.65) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419362 | Mia Hermine_Uber_Uber to client breakfast | Reimbursements | $37.60 | ($37.60) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419419 | Yaksh Patel_Plum Market_food | Reimbursements | $20.13 | ($20.13) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419359 | Mia Hermine_Amy's Drive Thru_Travel meal (stuck at airport after multiple delays / rebookings) | Reimbursements | $24.96 | ($24.96) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419629 | Daniel Cruz_IRGRA / Center of Excellence_drink | Reimbursements | $5.88 | ($5.88) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419632 | Kacton DeVoti_Lyft_Lyft from airport home | Reimbursements | $45.00 | ($45.00) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419386 | Jacob Baker _ From my house to Airport | Reimbursements | $19.56 | ($19.56) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419396 | Ruta Desai_Amazon_Decoration for Holi celebration | Reimbursements | $11.01 | ($11.01) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419392 | Sarmen Nazari _ Travel to factory to bring remote firmware | Reimbursements | $576.87 | ($576.87) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419661 | Zachary Stanfield _ 170.87 miles round trip from (My Home) 2925 Wintercrest Way, Dunwoody, GA, stopping at (BI Production Works) 1331 Lions Club Road, Madison, GA, , (Home Depot)13171 Georgia 142, Covington, GA,, and , (BI Production Works)1331 Lions Club Road, Madison, GA | Reimbursements | $114.48 | ($114.48) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419642 | Yaksh Patel_Plum Market_lunch | Reimbursements | $22.25 | ($22.25) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419407 | Yaksh Patel_DELTA_checked bag | Reimbursements | $35.00 | ($35.00) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419416 | Yaksh Patel_Delta Air Lines_rescheduling fee | Reimbursements | $75.00 | ($75.00) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419415 | Yaksh Patel_CENTRAL POINT MARKET S_food | Reimbursements | $3.49 | ($3.49) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419397 | Kenneth Adomaitis_Southwest Airlines_SBR Hicksville, NY PCS replacement | Reimbursements | $965.96 | ($965.96) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419657 | Yaksh Patel_CC 256_food | Reimbursements | $9.46 | ($9.46) |
| 5/13/2024 | 10001    SVB Operating 9053 | 1419406 | Porter Coe_Verizon_Phone bill | Reimbursements | $50.00 | ($50.00) |
| 5/14/2024 | 10001    SVB Operating 9053 | JE2460 | BILL 05/14/24 Payables Funding | com | $19,984.46 | ($19,984.46) |
| 5/14/2024 | 10001    SVB Operating 9053 | JE2458 | BILL 05/14/24 Payables Funding | com | $218,468.44 | ($218,468.44) |
| 5/14/2024 | 10001    SVB Operating 9053 | JE2459 | BILL 05/14/24 Payables Funding | com | $340,692.23 | ($340,692.23) |
| 5/14/2024 | 10001    SVB Operating 9053 | 20230214256391 08 | Inital Deposit - quote #26481456 license #9739750 | Marsh USA, LLC | $334,832.76 | ($334,832.76) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419349 | Thiago Quiterio_Delta Air Lines_Baggage fee | Reimbursements | $35.00 | ($35.00) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419332 | Thiago Quiterio_Farmerbrown_Dinners | Reimbursements | $32.90 | ($32.90) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419353 | Thiago Quiterio_Delta Air Lines_baggage fee | Reimbursements | $35.00 | ($35.00) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419347 | Thiago Quiterio_JOE & THE JUICE_breakfast | Reimbursements | $20.03 | ($20.03) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419343 | Thiago Quiterio_Lyft_commute | Reimbursements | $49.55 | ($49.55) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1420242 | Thiago Quiterio_Lyft_Facility to hotel | Reimbursements | $17.82 | ($17.82) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419335 | Thiago Quiterio_Lyft_Home to airport | Reimbursements | $53.99 | ($53.99) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419334 | Thiago Quiterio_Daily Grill_Dinner | Reimbursements | $53.21 | ($53.21) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419337 | Thiago Quiterio_Lyft_Airport to home | Reimbursements | $54.13 | ($54.13) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419350 | Thiago Quiterio_Pennydrop Resturant_breakfast | Reimbursements | $23.40 | ($23.40) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1420241 | Thiago Quiterio_Lyft_Hotel to the facility | Reimbursements | $13.73 | ($13.73) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419348 | Thiago Quiterio_Lyft_commute | Reimbursements | $71.69 | ($71.69) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419341 | Thiago Quiterio_The Over/Under Bar & Grill_Dinner | Reimbursements | $73.16 | ($73.16) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419345 | Thiago Quiterio_The Pennywell St Louis Downtown_commute | Reimbursements | $56.56 | ($56.56) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419346 | Thiago Quiterio_Lyft_commute | Reimbursements | $48.96 | ($48.96) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419352 | Thiago Quiterio_Wow Bao_Lunch | Reimbursements | $16.46 | ($16.46) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419336 | Thiago Quiterio_Lyft_Airport to hotel | Reimbursements | $17.20 | ($17.20) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419344 | Thiago Quiterio_Lyft_commute | Reimbursements | $43.37 | ($43.37) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1420243 | Thiago Quiterio_Lyft_Hotel to airport | Reimbursements | $61.26 | ($61.26) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419333 | Thiago Quiterio_Daily Grill_Dinner | Reimbursements | $27.05 | ($27.05) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419342 | Thiago Quiterio_In Room Dining_Dinner | Reimbursements | $33.61 | ($33.61) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419331 | Thiago Quiterio_Daily Grill_Breakfast | Reimbursements | $12.68 | ($12.68) |
| 5/15/2024 | 10001    SVB Operating 9053 | 1419351 | Thiago Quiterio_THE SCOOP-SFO AIRPORT (T1 KIOS_snack | Reimbursements | $3.99 | ($3.99) |
| 5/17/2024 | 10001    SVB Operating 9053 | JE2469 | BILL 05/17/24 Payables Funding | com | $1,900.00 | ($1,900.00) |
| 5/20/2024 | 10001    SVB Operating 9053 | JE2480 | BILL 05/20/24 Payables Funding | PG&E | $44,760.68 | ($44,760.68) |
| 5/20/2024 | 10001    SVB Operating 9053 | 20230214256390 95 | # SLIV/00119522 | Horiba Mira Ltd. | $19,200.00 | ($19,200.00) |
| 5/21/2024 | 10001    SVB Operating 9053 | JE2481 | BILL 05/21/24 Payables Funding | com | $140,120.41 | ($140,120.41) |
| 5/21/2024 | 10001    SVB Operating 9053 | JE2482 | BILL 05/21/24 Payables Funding | com | $6,231.53 | ($6,231.53) |
| 5/22/2024 | 10001    SVB Operating 9053 | JE2484 | BILL 05/22/24 Payables Funding | com | $13,000.00 | ($13,000.00) |
| 5/23/2024 | 10001    SVB Operating 9053 | 20230214256390 94 | Inprt recd# 84-486359900 | U.S. Customs and Border Protection | $103,830.42 | ($103,830.42) |
| 5/23/2024 | 10001    SVB Operating 9053 | JE2486 | BILL 05/23/24 Payables Funding | com | $53,158.52 | ($53,158.52) |
| 5/23/2024 | 10001    SVB Operating 9053 | 20230214256391 10 | | The Guardian Life Insurance Company of America | $1,188.52 | ($1,188.52) |
| 5/23/2024 | 10001    SVB Operating 9053 | JE2487 | BILL 05/23/24 Payables Funding | com | $12,343.62 | ($12,343.62) |
| 5/24/2024 | 10001    SVB Operating 9053 | 20230214256390 96 | #Multiple | Marsh USA, LLC | $51,590.11 | ($51,590.11) |
| 5/24/2024 | 10001    SVB Operating 9053 | 20230214256390 97 | # 26481456_installment1of10 | IPFS Corporation | $138,824.07 | ($138,824.07) |
| 5/28/2024 | 10001    SVB Operating 9053 | JE2489 | BILL 05/24/24 Payables Funding | com | $17,132.68 | ($17,132.68) |
| 5/28/2024 | 10001    SVB Operating 9053 | 1419329 | Floyd Soriano_DoorDash_Team lunch | Reimbursements | $217.66 | ($217.66) |
| 5/28/2024 | 10001    SVB Operating 9053 | 1419330 | Floyd Soriano_DoorDash_Lunch for team | Reimbursements | $209.24 | ($209.24) |
| 5/28/2024 | 10001    SVB Operating 9053 | TRN324 | CASH SWEEP PURCHASE | | $2,157,750.03 | ($2,157,750.03) |
| 5/29/2024 | 10001    SVB Operating 9053 | JE2490 | BILL 05/29/24 Payables Funding | com | $19,650.50 | ($19,650.50) |
| 5/29/2024 | 10001    SVB Operating 9053 | 20230214256390 05 | | Sentinel Insurance Company, LTD | $20,932.39 | ($20,932.39) |
| 5/29/2024 | 10001    SVB Operating 9053 | 20230214256390 00 | | Amazon | $25,000.00 | ($25,000.00) |
| 5/29/2024 | 10001    SVB Operating 9053 | JE2511 | Ramp Statement Payment | Ramp | $13,427.13 | ($13,427.13) |
| 5/29/2024 | 10001    SVB Operating 9053 | JE2510 | Ramp Statement Payment | Ramp | $185,779.20 | ($185,779.20) |

| Date | Account (IAccount (Line): Name | Document Number | Description | Name | Credit | Amount |
|---|---|---|---|---|---|---|
| 5/30/2024 10001 | SVB Operating 9053 | 2023021425639099 | 645388660873_June'24 | Kaiser | $20,266.42 | ($20,266.42) |
| 5/30/2024 10001 | SVB Operating 9053 | TRN326 | CASH SWEEP PURCHASE | | $3,313,692.29 | ($3,313,692.29) |
| 5/30/2024 10001 | SVB Operating 9053 | JE2502 | BILL 05/30/24 Payables Funding | com | $942.92 | ($942.92) |
| 5/31/2024 10001 | SVB Operating 9053 | 2023021425639107 | DBA The Hartford | Sentinel Insurance Company, LTD | $102.24 | ($102.24) |
| 5/31/2024 10001 | SVB Operating 9053 | JE2528 | For Blue shield payment received on 4/17 | Blue Shield of California | $264,781.74 | ($264,781.74) |
| 5/31/2024 10001 | SVB Operating 9053 | 2023021425639103 | Moxion Power Co - Drop Box 1414 Harbour Way S Richmond, CA Contract: 9851033 (C20) 2 Waste Container 30 Cu Yd, 2 Lifts Per Week | Republic Services # 851 | $5,659.10 | ($5,659.10) |
| 5/31/2024 10001 | SVB Operating 9053 | JE2506 | BILL 05/31/24 Payables Funding | com | $1,352.00 | ($1,352.00) |
| 5/31/2024 10001 | SVB Operating 9053 | JE2504 | BILL 05/31/24 Payables Funding | com | $33,326.95 | ($33,326.95) |
| 5/31/2024 10001 | SVB Operating 9053 | JE2505 | BILL 05/31/24 Payables Funding | com | $144,026.00 | ($144,026.00) |
| 6/1/2024 10001 | SVB Operating 9053 | JE2551 | May 2024 SVB Loan #2460 Loan Payment | Silicon Valley Bank | $715,719.70 | ($715,719.70) |
| 6/1/2024 10001 | SVB Operating 9053 | JE2550 | May 2024 SVB Loan #2219 Loan Payment | Silicon Valley Bank | $397,622.05 | ($397,622.05) |
| 6/1/2024 10001 | SVB Operating 9053 | JE2552 | May 2024 SVB Loan #3068 Loan Payment | Silicon Valley Bank | $477,146.46 | ($477,146.46) |
| 6/3/2024 10001 | SVB Operating 9053 | 1462468 | Jacob Baker _ 298.15 mi trip from 6615 Weeping Pine Street, Las Vegas, NV, USA to 5714 North 51st Avenue, Glendale, AZ, USA | Reimbursements | $199.76 | ($199.76) |
| 6/3/2024 10001 | SVB Operating 9053 | 1462631 | Jacob Baker _From my hotel to jobsite, and back. | Reimbursements | $8.58 | ($8.58) |
| 6/3/2024 10001 | SVB Operating 9053 | 1462651 | Jacob Baker _ 387.93 mi trip from 6615 Weeping Pine Street, Las Vegas, NV, USA to 48 1330 West, Orem, UT 84057, USA | Reimbursements | $259.91 | ($259.91) |
| 6/3/2024 10001 | SVB Operating 9053 | 1462652 | Jacob Baker _ 387.76 mi trip from 48 1330 West, Orem, UT 84057, USA to 6615 Weeping Pine Street, Las Vegas, NV, USA | Reimbursements | $259.80 | ($259.80) |
| 6/3/2024 10001 | SVB Operating 9053 | 1462628 | Jacob Baker _From Airport to my house | Reimbursements | $19.56 | ($19.56) |
| 6/3/2024 10001 | SVB Operating 9053 | 2023021425639113 | FORD MOTOR CR FORDCREDIT 059365524 Moxion Power Co. | Ford Credit | $832.76 | ($832.76) |
| 6/3/2024 10001 | SVB Operating 9053 | 1462630 | Jacob Baker _ 298.62 mi trip from 6615 Weeping Pine Street, Las Vegas, NV, USA to 6920 North 93RD Avenue, Glendale, AZ, USA | Reimbursements | $200.07 | ($200.07) |
| 6/5/2024 10001 | SVB Operating 9053 | 2023021425639114 | 933031360823_June'24 | Kaiser | $221,627.52 | ($221,627.52) |
| 6/5/2024 10001 | SVB Operating 9053 | JE2668 | Duplicate Kaiser payment-to be applied on July statement | Kaiser | $20,266.42 | ($20,266.42) |
| 6/7/2024 10001 | SVB Operating 9053 | JE2556 | BILL 06/07/24 Payables Funding | com | $30,444.35 | ($30,444.35) |
| 6/7/2024 10001 | SVB Operating 9053 | 2023021425639119 | FedEx Express Services | Fedex | $4,160.22 | ($4,160.22) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462785 | Yaksh Patel_USA TECHNOLOGIES_lost receipt_food | Reimbursements | $3.15 | ($3.15) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462663 | Daniel Cruz_Uber_uber | Reimbursements | $125.94 | ($125.94) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462780 | Yaksh Patel_Bangkok Taste Cuisine_food | Reimbursements | $21.00 | ($21.00) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462792 | Alex Smith_142.56 miles trip from 9046 Westhill Road, Lakeside, CA to Moxion Power Energy Solution - Sun Valley, San Fernando Road, Sun Valley, CA | Reimbursements | $95.52 | ($95.52) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462738 | Alex Smith_348.48 miles trip from Las Vegas RV Resort, South Nellis Boulevard, Las Vegas, NV to 9046 Westhill Road, Lakeside, CA | Reimbursements | $233.48 | ($233.48) |
| 6/10/2024 10001 | SVB Operating 9053 | JE2583 | BILL 06/10/24 Payables Funding | com | $255,460.99 | ($255,460.99) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462687 | Daniel Cruz_IRGRA / Center of Excellence_drink | Reimbursements | $3.39 | ($3.39) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462653 | Gustavo Avina_Uber_Uber to airport for scheduled travel to Des Moines Iowa | Reimbursements | $54.77 | ($54.77) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462755 | Yaksh Patel_Hudson_food | Reimbursements | $6.49 | ($6.49) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462772 | Yaksh Patel_Chipotle_food | Reimbursements | $9.81 | ($9.81) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462737 | Alex Smith_341.59 miles trip from 9046 Westhill Road, Lakeside, CA to Las Vegas RV Resort, South Nellis Boulevard, Las Vegas, NV | Reimbursements | $228.87 | ($228.87) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462702 | Jessica Koerner_Lyft_ACT Expo 24 _ Lyft | Reimbursements | $13.85 | ($13.85) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462654 | Yaksh Patel_June & July LLC_food | Reimbursements | $6.00 | ($6.00) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462773 | Yaksh Patel_Speedway_gas | Reimbursements | $30.00 | ($30.00) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462761 | Yaksh Patel_Family Fare_grocery | Reimbursements | $24.70 | ($24.70) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462784 | Yaksh Patel_Dollar General_lost receipt_food | Reimbursements | $11.00 | ($11.00) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462733 | Joshua Grondin_Dogpatch SFO T3_Breakfast for Dan Cruz and myself while flying out to Holland, MI | Reimbursements | $44.71 | ($44.71) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462767 | Yaksh Patel_Starbucks_food | Reimbursements | $5.93 | ($5.93) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462697 | Jessica Koerner_Lyft_ACT Expo 24 _Conference-hotel | Reimbursements | $11.67 | ($11.67) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462681 | Justin Hingston_Doordash_Daily Meal | Reimbursements | $58.36 | ($58.36) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462710 | Juan Aldecoa_Uber_Uber to get back from lunch with Burns&Macdonell to Convention center | Reimbursements | $10.61 | ($10.61) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462695 | Jessica Koerner_SINALDA STYLE FOOD_ACT Expo 24 _ Dinner | Reimbursements | $25.68 | ($25.68) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462691 | Jessica Koerner_Taxi_ACT Expo 24 _ Taxi to hotel | Reimbursements | $29.08 | ($29.08) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462656 | Daniel Cruz_Proposition Chicken_drink | Reimbursements | $5.73 | ($5.73) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462783 | Yaksh Patel_HOME2 SUITES BY HILTON OGDEN, UT_food | Reimbursements | $27.00 | ($27.00) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462754 | Yaksh Patel_CONDADO_food | Reimbursements | $30.00 | ($30.00) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462758 | Yaksh Patel_8TH AVE MART_food | Reimbursements | $5.98 | ($5.98) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462716 | Juan Aldecoa_Starbucks_breakfast coffee | Reimbursements | $7.75 | ($7.75) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462771 | Yaksh Patel_Meijer_food | Reimbursements | $11.58 | ($11.58) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462759 | Yaksh Patel_7 ELEVEN_food | Reimbursements | $13.27 | ($13.27) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462655 | Daniel Cruz_Sidewalk Juice_food | Reimbursements | $12.57 | ($12.57) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462715 | Juan Aldecoa_Marriott_Lunch close to Conference center | Reimbursements | $31.01 | ($31.01) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462786 | Yaksh Patel_USA TECHNOLOGIES_lost receipt_food | Reimbursements | $3.40 | ($3.40) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462778 | Yaksh Patel_Pho Mekong_food | Reimbursements | $18.00 | ($18.00) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462703 | Jessica Koerner_Lyft_ACT Expo 24 _ Lyft | Reimbursements | $44.89 | ($44.89) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462781 | Yaksh Patel_Grubhub_food | Reimbursements | $19.44 | ($19.44) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462700 | Jessica Koerner_Lyft_ACT Expo 24_Lyft | Reimbursements | $38.88 | ($38.88) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462793 | Alex Smith_ Nivalis Rental Setup | Reimbursements | $113.59 | ($113.59) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462694 | Jessica Koerner_Las Vegas Convention Center_ACT Expo 24 Breakfast | Reimbursements | $18.16 | ($18.16) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462692 | Jessica Koerner_Starbucks_ACT Expo 24 _ Breakfast | Reimbursements | $16.47 | ($16.47) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462679 | Justin Hingston_Lyft_For transportation from Detroit Airport to Hotel, for Fanuc Training | Reimbursements | $91.63 | ($91.63) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462769 | Yaksh Patel_Target_food | Reimbursements | $11.07 | ($11.07) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462782 | Yaksh Patel_Enterprise_rental car | Reimbursements | $788.51 | ($788.51) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462685 | Justin Hingston_Sora Japanese Cuisine & Sushi Bar_Lunch/Dinner at Airport | Reimbursements | $40.91 | ($40.91) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462696 | Jessica Koerner_Starbucks @ Palace Stn Hotel & Casino_ACT Expo 24 _ Breakfast | Reimbursements | $23.79 | ($23.79) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462794 | Christopher Yaghszian_T-Mobile_Phone bill | Reimbursements | $50.00 | ($50.00) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462680 | Justin Hingston_Lyft_For first day of class transportation, got free rides from classmate after that. | Reimbursements | $10.35 | ($10.35) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462662 | Daniel Cruz_IRGRA / Center of Excellence_drink | Reimbursements | $3.39 | ($3.39) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462742 | Jonathan Cabrera_ 101.55 miles trip from 8359 San Fernando Rd, Sun Valley, CA, United States to 4000 Saco Rd, Bakersfield, CA, United States | Reimbursements | $68.04 | ($68.04) |
| 6/10/2024 10001 | SVB Operating 9053 | 2023021425639117 | #Multiple | TTM Technologies, Inc. | $68,513.93 | ($68,513.93) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462660 | Daniel Cruz_Hudson_drink | Reimbursements | $12.95 | ($12.95) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462734 | Joshua Grondin_HMSHost_Breakfast for Dan Cruz and myself | Reimbursements | $27.77 | ($27.77) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462776 | Yaksh Patel_ADELTA_checked bag | Reimbursements | $35.00 | ($35.00) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462760 | Yaksh Patel_7 ELEVEN_food | Reimbursements | $6.17 | ($6.17) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462775 | Yaksh Patel_Andiamo Conc A - 6791122_food | Reimbursements | $23.56 | ($23.56) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462682 | Justin Hingston_Doordash_Daily Meal | Reimbursements | $46.93 | ($46.93) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462714 | Juan Aldecoa_Starbucks_Breakfast coffee | Reimbursements | $7.75 | ($7.75) |
| 6/10/2024 10001 | SVB Operating 9053 | 2023021425639122 | 8 0619448636-4_05/21/2024 | PG&E | $2,840.14 | ($2,840.14) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462717 | Juan Aldecoa_Hotel Circus Circus_Hotel | Reimbursements | $197.39 | ($197.39) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462708 | Juan Aldecoa_Uber_Uber from hotel to LAS airport | Reimbursements | $19.97 | ($19.97) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462757 | Yaksh Patel_Chipotle_food | Reimbursements | $18.39 | ($18.39) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462739 | Alex Smith_Las Vegas RV Resort_Least expensive lodging possible for myself and Jed M. at ACTexpo ($18/night/person). | Reimbursements | $143.31 | ($143.31) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462684 | Justin Hingston_Doordash_Daily Meal | Reimbursements | $38.39 | ($38.39) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462774 | Yaksh Patel_Grobbel's_food | Reimbursements | $4.23 | ($4.23) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462701 | Jessica Koerner_Lyft_ACT Expo 24 _ Lyft | Reimbursements | $26.99 | ($26.99) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462754 | Yaksh Patel_Common Cents_gas | Reimbursements | $45.58 | ($45.58) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462756 | Yaksh Patel_Irie Kitchen_team lunch | Reimbursements | $35.54 | ($35.54) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462797 | Tim Staley_Southwest Airlines_Flight change ACT Expo 2024 | Reimbursements | $88.99 | ($88.99) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462765 | Yaksh Patel_Target_food | Reimbursements | $11.17 | ($11.17) |
| 6/10/2024 10001 | SVB Operating 9053 | 1462693 | Jessica Koerner_Curb Mobility LLC_ACT Expo 24 _ Taxi to conference | Reimbursements | $16.63 | ($16.63) |

| Date | Account (Account Line): Name | Document Number | Description | Name | Credit | Amount |
|---|---|---|---|---|---|---|
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462768 | Yaksh Patel_Mr Kozaks Gyros_food | Reimbursements | $11.66 | ($11.66) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462707 | Juan Aldecoa_Uber_Uber from SFO to home | Reimbursements | $36.98 | ($36.98) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462712 | Juan Aldecoa_Uber_Uber from Home to SFO | Reimbursements | $31.50 | ($31.50) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 202302142563911 5 | #Multiple | BEMA Electronic Manufacturing, Inc. | $18,234.99 | ($18,234.99) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462713 | Juan Aldecoa_Starbucks_Breakfast | Reimbursements | $19.23 | ($19.23) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 2023021425639121 | # 06.24 Rent | 8579 San Fernando Road LLC | $55,565.00 | ($55,565.00) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462682 | Justin Hingston_Doordash_Daily Meal | Reimbursements | $47.45 | ($47.45) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462753 | Yaksh Patel_Good Earth Markets_food | Reimbursements | $4.35 | ($4.35) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462735 | Joshua Grondin_Wolfgang Puck_Lunch for Dan Cruz and myself at DIA for a 2 hour layover | Reimbursements | $35.36 | ($35.36) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462647 | Cynthia Leung__Power Inn Alliance panel at California Mobility Center in Sacramento    193.83 miles round trip from 1352 Utah St, San Francisco, CA, stopping at 8351 Luzon Ave, Sacramento, CA 95828 | Reimbursements | $129.87 | ($129.87) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462659 | Daniel Cruz_Stanley's_food | Reimbursements | $24.91 | ($24.91) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462705 | Jessica Koerner_Ramen Tomi_ACT Expo 24 Dinner | Reimbursements | $22.36 | ($22.36) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462762 | Yaksh Patel_7-Eleven_gas | Reimbursements | $40.96 | ($40.96) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462740 | Jessica Koerner_INDOR_Parking during ACT | Reimbursements | $72.82 | ($72.82) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 2023021425639123 | # 6615126449-7_05/21/2024 | PG&E | $3,493.64 | ($3,493.64) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462709 | Juan Aldecoa_Uber_Uber to attend lunch with Burns&Macdonell | Reimbursements | $10.61 | ($10.61) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462686 | Justin Hingston_Dog Patch SFO T1_Airport Lunch/Dinner | Reimbursements | $46.63 | ($46.63) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462711 | Juan Aldecoa_Uber_Uber from LAS to Hotel | Reimbursements | $24.93 | ($24.93) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462736 | Joshua Grondin_Larimer Street Market - DEN Concourse B_Snacks and beverages for 3 hour flight for Dan Cruz and | Reimbursements | $12.93 | ($12.93) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462728 | Daniel Cruz_Hudson_drink | Reimbursements | $6.19 | ($6.19) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462763 | Yaksh Patel_7 ELEVEN_food | Reimbursements | $8.86 | ($8.86) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462779 | Yaksh Patel_Pind Indian Cuisine_food | Reimbursements | $25.00 | ($25.00) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462704 | Jessica Koerner_Frontier_ACT Expo 24 Carry on luggage | Reimbursements | $176.99 | ($176.99) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462669 | Daniel Cruz_IRGRA / Center of Excellence_drink | Reimbursements | $3.39 | ($3.39) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462795 | John Nystrom_Central Computers_3D Printed Fixture- Filament & Supplies | Reimbursements | $112.32 | ($112.32) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462732 | Joshua Grondin_Hilton Hotels_Lodging in Ogden, Utah.   2 receipts since trip was extended after I checked out on 5/12. Stayed another 3 nights and checked out on 5/16 | Reimbursements | $835.60 | ($835.60) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462698 | Jessica Koerner_Lyft_ACT Expo 24   Conference-hotel | Reimbursements | $11.64 | ($11.64) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462699 | Jessica Koerner_Lyft_ACT Expo 24   Lyft | Reimbursements | $11.73 | ($11.73) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462766 | Yaksh Patel_Target_grocery | Reimbursements | $27.43 | ($27.43) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462770 | Yaksh Patel_Meijer_food | Reimbursements | $18.86 | ($18.86) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462777 | Yaksh Patel_Moe's Southwest Grill_food | Reimbursements | $22.00 | ($22.00) |
| 6/10/2024 | 10001 | SVB Operating 9053 | JE2584 | BILL 06/10/24 Payables Funding | com | $605,144.23 | ($605,144.23) |
| 6/10/2024 | 10001 | SVB Operating 9053 | 1462629 | Michael Falk_Delta Air Lines_Travel card was locked | Reimbursements | $200.00 | ($200.00) |
| 6/11/2024 | 10001 | SVB Operating 9053 | 2023021425639118 | #240-50185908 | TTM Technologies, Inc. | $0.07 | ($0.07) |
| 6/11/2024 | 10001 | SVB Operating 9053 | 2023021425639116 | #Multiple | Los Angeles Department of Water and Power | $2,504.48 | ($2,504.48) |
| 6/11/2024 | 10001 | SVB Operating 9053 | 2023021425639120 | # 1396557569-2_05/24/2024 | PG&E | $42,148.61 | ($42,148.61) |
| 6/11/2024 | 10001 | SVB Operating 9053 | JE2591 | BILL 06/11/24 Payables Funding | com | $721.44 | ($721.44) |
| 6/11/2024 | 10001 | SVB Operating 9053 | JE2590 | BILL 06/11/24 Payables Funding | com | $77,876.47 | ($77,876.47) |
| 6/11/2024 | 10001 | SVB Operating 9053 | 2023021425639132 | DBA The Hartford | Sentinel Insurance Company, LTD | $20.84 | ($20.84) |
| 6/11/2024 | 10001 | SVB Operating 9053 | JE2596 | BILL 06/11/24 Payables Funding | com | $329,781.13 | ($329,781.13) |
| 6/11/2024 | 10001 | SVB Operating 9053 | JE2597 | BILL 06/11/24 Payables Funding | com | $22,664.40 | ($22,664.40) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462661 | David Smolenski_Verizon_Cellphone stipend | Reimbursements | $50.00 | ($50.00) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462642 | Cynthia Leung_Lyft_PowerGen 2024 - Ride to Airport | Reimbursements | $40.29 | ($40.29) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462623 | Vera Neinken_SusieCakes_Team event - going away | Reimbursements | $63.88 | ($63.88) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462632 | Catherine Shalloe_Oshkosh Demo_Arc Meetings | Reimbursements | $45.91 | ($45.91) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462673 | Tim Staley_Lyft_Lyft ACT expo 2024 | Reimbursements | $33.46 | ($33.46) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462646 | Cynthia Leung_Lyft_PowerGen 2024 - Ride to Airport | Reimbursements | $45.99 | ($45.99) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462626 | Daniel Tagaloa_T-Mobile_phone | Reimbursements | $50.00 | ($50.00) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462745 | Sean Macias_AT&T_May 2024 - Sean's Phone | Reimbursements | $50.00 | ($50.00) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462625 | Vera Neinken_Plank_Team Event - Belated Reimbursement (thought this was on my corporate card) | Reimbursements | $894.81 | ($894.81) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462689 | Catherine Shalloe_844167000000_Taxi to airport | Reimbursements | $38.09 | ($38.09) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462622 | Zachary Majumdar_Richmond Gas_gas for coming in on a | Reimbursements | $100.00 | ($100.00) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462720 | Tim Staley_Coffee Bean_Coffee ACT 2024 | Reimbursements | $5.77 | ($5.77) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462666 | Vyomika Gupta_Uber_Travel home from SFO after work travel to JR Utah | Reimbursements | $49.04 | ($49.04) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462658 | Tim Staley_Ritual Coffee at SFO_ACT Expo 2024 | Reimbursements | $14.79 | ($14.79) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462627 | Catherine Shalloe__US Forest Services Industry Demo Demo | 94.42 miles round trip from 817 4th Street, Santa Monica, CA, stopping at 444 East Bonita Avenue, San Dimas, CA | Reimbursements | $63.26 | ($63.26) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462802 | Timothy Dailey__108.24 miles trip from 10265 Quail Creek Rd, Grass Valley, CA to Napa Valley Expo, 3rd Street, Napa, CA | Reimbursements | $72.52 | ($72.52) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462752 | David Sisak_T-Mobile_Monthly personal cellphone reimbursement (May 2024). | Reimbursements | $50.00 | ($50.00) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462678 | Tim Staley_Starbucks_Coffee ACT expo 2024 | Reimbursements | $12.60 | ($12.60) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462725 | Tim Staley_Lyft_Lyft ACT 2024 | Reimbursements | $11.99 | ($11.99) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462672 | Tim Staley_Bahama Breeze_Dinner ACT expo 2024 | Reimbursements | $51.06 | ($51.06) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462746 | Arianna Rioe__546.88 miles trip from 11049 McCormick St, North Hollywood, CA, United States to 11049 McCormick St, North Hollywood, CA, United States | Reimbursements | $366.41 | ($366.41) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462724 | Tim Staley_Lyft_Lyft ACT expo 2024 | Reimbursements | $14.96 | ($14.96) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462799 | Timothy Dailey__50.65 miles trip from UC Davis Medical Center, X Street, Sacramento, CA to 10265 Quail Creek Rd, Grass Valley, CA | Reimbursements | $33.94 | ($33.94) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462787 | Ian Kose_Visible Content Technologies, Inc._Phone | Reimbursements | $45.00 | ($45.00) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462805 | Timothy Dailey__57.88 miles trip from SMF - Daily Lot, Airport Boulevard, Sacramento, CA to 10265 Quail Creek Rd, Grass Valley, CA | Reimbursements | $38.78 | ($38.78) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462804 | Timothy Dailey__56.79 miles trip from 10265 Quail Creek Rd, Grass Valley, CA to SMF - Daily Lot, Airport Boulevard, Sacramento, CA | Reimbursements | $38.05 | ($38.05) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462665 | Vyomika Gupta_Uber_Travel from Salt Lake City Airport to JR Utah facility | Reimbursements | $46.36 | ($46.36) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462649 | Chester Smith_Car Wash_Clean wash and prep unit C341 for Anaheim/ Gardena Demos cash only no card pos¿¼ | Reimbursements | $10.00 | ($10.00) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462748 | Josh Ensign_United Airlines_Airplane ticket for General Daily | Reimbursements | $911.33 | ($911.33) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462675 | Tim Staley_Lyft_Lyft ACT 2024 | Reimbursements | $31.00 | ($31.00) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462671 | Tim Staley_Starbucks_Coffee | Reimbursements | $12.60 | ($12.60) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462749 | Jacob Baker__House to Airport | Reimbursements | $19.56 | ($19.56) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462719 | Tim Staley_Simply suites Sonesta_ACT 2024 | Reimbursements | $146.26 | ($146.26) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462657 | Tim Staley_Lyft_Ground transport ACT 2024 | Reimbursements | $35.83 | ($35.83) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462721 | Tim Staley_Simply suites Sonesta_Lodging ACT Expo 2024 | Reimbursements | $384.87 | ($384.87) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462674 | Tim Staley_Lyft_Lyft ACT expo 2024 | Reimbursements | $32.19 | ($32.19) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462806 | Timothy Dailey__138.13 miles trip from 10265 Quail Creek Rd, Grass Valley, CA to Mill Valley Recreation, Camino Alto, Mill Valley, CA | Reimbursements | $92.55 | ($92.55) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462667 | Vyomika Gupta_Uber_Travel from JR Utah to SLC Airport | Reimbursements | $51.46 | ($51.46) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462636 | Cynthia Leung_Lyft_EPRI Conference in Savannah | Reimbursements | $80.75 | ($80.75) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462634 | Cynthia Leung_Southwest Airlines_ACT Airfare | Reimbursements | $5.60 | ($5.60) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462743 | Sean Macias_AT&T_March 2024 - Sean's Phone | Reimbursements | $50.00 | ($50.00) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462668 | Sarah Chase_AT&T_Cell Phone Bill | Reimbursements | $50.00 | ($50.00) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 2023021425639133 | DBA The Hartford | Sentinel Insurance Company, LTD | $20,329.85 | ($20,329.85) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462813 | Catherine Shalloe__Nivalis Rental Day | Reimbursements | $97.36 | ($97.36) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462798 | Timothy Dailey__50.9 miles trip from 10265 Quail Creek Rd, Grass Valley, CA to UC Davis Medical Center, X Street, | Reimbursements | $34.10 | ($34.10) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462670 | Tim Staley_Rebel_ACT 2024 booth supplies | Reimbursements | $33.03 | ($33.03) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462796 | Justin Hingston_Hampton Inn_Hotel Stay | Reimbursements | $797.00 | ($797.00) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462635 | Cynthia Leung_Lyft_EPRI Conference in Savannah | Reimbursements | $27.99 | ($27.99) |
| 6/12/2024 | 10001 | SVB Operating 9053 | 1462727 | Tim Staley_Lyft_ACT 2024 | Reimbursements | $11.77 | ($11.77) |

| Date | Account (Account Line): Name | Document Number | Description | Name | Credit | Amount |
|---|---|---|---|---|---|---|
| 6/12/2024  10001 | SVB Operating 9053 | 1462811 | Timothy Dailey__57.88 miles trip from SMF - Daily Lot, Airport Boulevard, Sacramento, CA to 10265 Quail Creek Rd, Grass Valley, CA | Reimbursements | $38.78 | ($38.78) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462751 | David Sisak_T-Mobile_Monthly personal cellphone reimbursement (April 2024). | Reimbursements | $50.00 | ($50.00) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462718 | Tim Staley_Bahama Breeze_Dinner ACT Expo 2024 | Reimbursements | $39.04 | ($39.04) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462809 | Timothy Dailey__123.78 miles trip from 10265 Quail Creek Rd, Grass Valley, CA to Moxion Power, Harbour Way South, Richmond, CA | Reimbursements | $82.93 | ($82.93) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462789 | Manikandan Palaniappan_T-Mobile_mobile bill | Reimbursements | $50.00 | ($50.00) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462690 | Tim Staley_Taxi cab_Taxi act 2024 | Reimbursements | $20.58 | ($20.58) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462791 | Chester Smith_TYME GOOD CAR WASH_Self Wash BEC007/C633 | Reimbursements | $10.00 | ($10.00) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462643 | Cynthia Leung_Lyft_PowerGen 2024 | Reimbursements | $8.35 | ($8.35) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462750 | Damian Taylor_T-Mobile_May phone reimbursement | Reimbursements | $50.00 | ($50.00) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462688 | Claire Teng_Drove to and from Redefining Mobility Summit. | Reimbursements | $73.70 | ($73.70) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462810 | Timothy Dailey__56.79 miles trip from 10265 Quail Creek Rd, Grass Valley, CA to SMF - Daily Lot, Airport Boulevard, Sacramento, CA | Reimbursements | $38.05 | ($38.05) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462747 | Brianna Lambert__672.95 miles trip from 1604 E Hattie St, Fort Worth, TX, United States to 1604 E Hattie St, Fort Worth, TX, United States | Reimbursements | $450.88 | ($450.88) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462645 | Cynthia Leung_Lyft_PowerGen 2024 | Reimbursements | $10.06 | ($10.06) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462801 | Timothy Dailey__57.88 miles trip from SMF - Daily Lot, Airport Boulevard, Sacramento, CA to 10265 Quail Creek Rd, Grass Valley, CA | Reimbursements | $38.78 | ($38.78) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462633 | Cynthia Leung_Southwest Airlines_ACT Airfare | Reimbursements | $178.98 | ($178.98) |
| 6/12/2024  10001 | SVB Operating 9053 | JE2605 | BILL 06/12/24 Payables Funding | com | $6,560.00 | ($6,560.00) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462790 | Brianna Lambert__502.03 miles trip from 1604 E Hattie St, Fort Worth, TX, United States to 1604 E Hattie St, Fort Worth, TX, United States | Reimbursements | $336.36 | ($336.36) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462677 | Tim Staley_Lyft_Lyft ACT expo 2024 | Reimbursements | $14.99 | ($14.99) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462676 | Tim Staley_Lyft_Lyft ACT expo 2024 | Reimbursements | $12.43 | ($12.43) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462639 | Cynthia Leung_Lyft_Music Sustainability Summit | Reimbursements | $40.22 | ($40.22) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462800 | Timothy Dailey__56.79 miles trip from 10265 Quail Creek Rd, Grass Valley, CA to SMF - Daily Lot, Airport Boulevard, Sacramento, CA | Reimbursements | $38.05 | ($38.05) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462638 | Cynthia Leung_Lyft_Music Sustainability Summit | Reimbursements | $49.99 | ($49.99) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462644 | Cynthia Leung_Lyft_PowerGen 2024 | Reimbursements | $10.27 | ($10.27) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462741 | Sarmen Nazari_AT&T_Phone bill | Reimbursements | $50.00 | ($50.00) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462744 | Sean Macias_AT&T_April 2024 - Sean's Phone | Reimbursements | $50.00 | ($50.00) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462729 | Tim Staley_Lyft_Lyft ACT 2024 | Reimbursements | $12.75 | ($12.75) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462726 | Tim Staley_Lyft_Lyft ACT 2024 | Reimbursements | $45.99 | ($45.99) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462807 | Timothy Dailey__138.44 miles trip from Mill Valley Recreation, Camino Alto, Mill Valley, CA to 10265 Quail Creek Rd, Grass Valley, CA | Reimbursements | $92.75 | ($92.75) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462624 | David Smolenski_Verizon_Cellphone stipend | Reimbursements | $50.00 | ($50.00) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462803 | Timothy Dailey__108.38 miles trip from Napa Valley Expo, 3rd Street, Napa, CA to 10265 Quail Creek Rd, Grass Valley, CA | Reimbursements | $72.61 | ($72.61) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462731 | Claire Teng_CopyAl, Inc._Copy ai subscription for sales team | Reimbursements | $49.00 | ($49.00) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462706 | Tim Staley_Starbucks_Coffee ACT expo 2024 | Reimbursements | $12.60 | ($12.60) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462812 | Catherine Shalloe _Uber Onsite | Reimbursements | $37.08 | ($37.08) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462641 | Cynthia Leung_Lyft_Quixote Meeting in Sun Valley | Reimbursements | $36.71 | ($36.71) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462788 | Mohammed Sheikh_T-Mobile_Cell Phone Reimbursement for Supplier and Internal communication | Reimbursements | $50.00 | ($50.00) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462808 | Timothy Dailey__123.78 miles trip from 10265 Quail Creek Rd, Grass Valley, CA to Moxion Power, Harbour Way South, Richmond, CA | Reimbursements | $82.93 | ($82.93) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462730 | Tim Staley_Lyft_Lyft ACT 2024 | Reimbursements | $12.66 | ($12.66) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462664 | Vyomika Gupta_Uber_Travel to SFO for work flight to JR Utah | Reimbursements | $88.63 | ($88.63) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462640 | Cynthia Leung_Lyft_Quixote Meeting in Sun Valley | Reimbursements | $35.28 | ($35.28) |
| 6/12/2024  10001 | SVB Operating 9053 | 1462635 | Cynthia Leung_Lyft_Georgia Chamber of Commerce Happy Hour | Reimbursements | $82.28 | ($82.28) |
| 6/13/2024  10001 | SVB Operating 9053 | 1462650 | JosÃ© GonzÃ¡lez_IPC.org_Training to support technical development for PCBAs Phoenix | Reimbursements | $750.00 | ($750.00) |
| 6/13/2024  10001 | SVB Operating 9053 | JE2611 | BILL 06/13/24 Payables Funding | com | $22,483.81 | ($22,483.81) |
| 6/13/2024  10001 | SVB Operating 9053 | 2023021425639135 |  | The Guardian Life Insurance Company of America | $47,824.37 | ($47,824.37) |
| 6/17/2024  10001 | SVB Operating 9053 | 1493817 | Oliver Bai__Visit KS Manufacturing for Plastics parts. Phoenix program development | Reimbursements | $30.82 | ($30.82) |
| 6/17/2024  10001 | SVB Operating 9053 | 2023021425639124 | #Multiple | Compass Components, Inc. | $50,225.47 | ($50,225.47) |
| 6/17/2024  10001 | SVB Operating 9053 | JE2624 | BILL 06/17/24 Payables Funding | com | $2,930.11 | ($2,930.11) |
| 6/17/2024  10001 | SVB Operating 9053 | TRN340 | CASH SWEEP PURCHASE |  | $454,483.48 | ($454,483.48) |
| 6/17/2024  10001 | SVB Operating 9053 | 1493818 | Oliver Bai_Special Hainan_Supplier Visit to KS Manufacturing for plastic parts. Phoenix program development | Reimbursements | $18.47 | ($18.47) |
| 6/18/2024  10001 | SVB Operating 9053 | 2023021425639136 | Los Angeles Department of Water and Power | Los Angeles Department of Water and Power | $7.43 | ($7.43) |
| 6/18/2024  10001 | SVB Operating 9053 | JE2625 | BILL 06/18/24 Payables Funding | com | $188,607.28 | ($188,607.28) |
| 6/20/2024  10001 | SVB Operating 9053 | 2023021425639127 |  | Amphenol TPI | $2,715.30 | ($2,715.30) |
| 6/20/2024  10001 | SVB Operating 9053 | 2023021425639126 |  | Wakefield Thermal Solutions, Inc. | $42,784.68 | ($42,784.68) |
| 6/20/2024  10001 | SVB Operating 9053 | 2023021425639125 | #Multiple | MRS Electronic, Inc. | $16,472.40 | ($16,472.40) |
| 6/20/2024  10001 | SVB Operating 9053 | 2023021425639138 |  | KanbanBox Sri | $20,530.54 | ($20,530.54) |
| 6/20/2024  10001 | SVB Operating 9053 | JE2627 | BILL 06/20/24 Payables Funding | com | $15,289.25 | ($15,289.25) |
| 6/20/2024  10001 | SVB Operating 9053 | 2023021425639128 |  | Amphenol TPI | $4,536.00 | ($4,536.00) |
| 6/21/2024  10001 | SVB Operating 9053 | 2023021425639139 |  | Cigna Healthcare | $224,600.67 | ($224,600.67) |
| 6/21/2024  10001 | SVB Operating 9053 | JE2632 | BILL 06/21/24 Payables Funding | com | $5,834.01 | ($5,834.01) |
| 6/25/2024  10001 | SVB Operating 9053 | 2023021425639137 | mprt rec# 84-486359900 | U.S. Customs and Border Protection | $59,796.97 | ($59,796.97) |
| 6/25/2024  10001 | SVB Operating 9053 | 2023021425639131 |  | Marsh USA, LLC | $30,759.00 | ($30,759.00) |
| 6/25/2024  10001 | SVB Operating 9053 | 2023021425639130 |  | IPFS Corporation | $138,824.07 | ($138,824.07) |
| 6/25/2024  10001 | SVB Operating 9053 | 2023021425639129 |  | BRUSA HyPower AG | $16,500.00 | ($16,500.00) |
| 6/26/2024  10001 | SVB Operating 9053 | JE2639 | BILL 06/26/24 Payables Funding | com | $338,695.88 | ($338,695.88) |
| 6/26/2024  10001 | SVB Operating 9053 | JE2638 | BILL 06/26/24 Payables Funding | com | $168,475.43 | ($168,475.43) |
| 6/27/2024  10001 | SVB Operating 9053 | TRN344 | CASH SWEEP PURCHASE |  | $3,459,517.82 | ($3,459,517.82) |
| 6/28/2024  10001 | SVB Operating 9053 | JE2657 | BILL 06/28/24 Payables Funding | com | $205,707.25 | ($205,707.25) |
| 6/28/2024  10001 | SVB Operating 9053 | JE2656 | BILL 06/28/24 Payables Funding | com | $13,650.59 | ($13,650.59) |
| 7/1/2024  10001 | SVB Operating 9053 | 2023021425639143 |  | The Guardian Life Insurance Company of America | $47,869.97 | ($47,869.97) |
| 7/1/2024  10001 | SVB Operating 9053 | 2023021425639142 | Use Escrow payment details not details on invoice | Horiba Mira Ltd. | $19,200.00 | ($19,200.00) |
| 7/1/2024  10001 | SVB Operating 9053 | JE2713 | Ramp Statement Payment | Ramp | $185,573.92 | ($185,573.92) |
| 7/1/2024  10001 | SVB Operating 9053 | JE2710 | June 2024 SVB Loan #2219 Loan Payment | Silicon Valley Bank | $391,414.14 | ($391,414.14) |
| 7/1/2024  10001 | SVB Operating 9053 | 2023021425639145 | Q124 Franchise Tax | Delaware Division of Corporations | $43,264.70 | ($43,264.70) |
| 7/1/2024  10001 | SVB Operating 9053 | JE2712 | June 2024 SVB Loan #3068 Loan Payment | Silicon Valley Bank | $469,696.97 | ($469,696.97) |
| 7/1/2024  10001 | SVB Operating 9053 | 2023021425639141 | Monthly Rent & CAM | 8579 San Fernando Road LLC | $55,565.00 | ($55,565.00) |
| 7/1/2024  10001 | SVB Operating 9053 | JE2711 | June 2024 SVB Loan #2460 Loan Payment | Silicon Valley Bank | $704,545.46 | ($704,545.46) |
| 7/1/2024  10001 | SVB Operating 9053 | 2023021425639144 |  | Kaiser | $38,634.28 | ($38,634.28) |
| 7/2/2024  10001 | SVB Operating 9053 | JE2663 | BILL 07/02/24 Payables Funding | com | $13,804.00 | ($13,804.00) |
| 7/2/2024  10001 | SVB Operating 9053 | JE2664 | ORIG CO NAME:FORD MOTOR CR ORIG ID:3534610001 DESC DATE:221230 CO ENTRY DESCR:FORDCREDITSEC:PPD TRACE#:021000022673144 EED:230103 IND ID:059365524 IND NAME:Moxion Power Co TRN: 3642673144TC | Ford Credit | $832.76 | ($832.76) |
| 7/2/2024  10001 | SVB Operating 9053 | JE2660 | BILL 07/02/24 Payables Funding | com | $174,235.43 | ($174,235.43) |
| 7/2/2024  10001 | SVB Operating 9053 | JE2661 | BILL 07/02/24 Payables Funding | com | $29,263.14 | ($29,263.14) |
| 7/2/2024  10001 | SVB Operating 9053 | JE2761 | Adjustment WEX payment | Wex Bank | $9,610.10 | ($9,610.10) |
| 7/2/2024  10001 | SVB Operating 9053 | 2023021425639148 |  | Republic Services # 851 | $2,413.25 | ($2,413.25) |
| 7/2/2024  10001 | SVB Operating 9053 | 2023021425639161 |  | Wex Bank | $9,458.39 | ($9,458.39) |
| 7/2/2024  10001 | SVB Operating 9053 | 2023021425639147 |  | Republic Services # 851 | $2,602.49 | ($2,602.49) |
| 7/2/2024  10001 | SVB Operating 9053 | JE2662 | BILL 07/02/24 Payables Funding | com | $255,016.22 | ($255,016.22) |
| 7/2/2024  10001 | SVB Operating 9053 | 2023021425639146 |  | Republic Services # 851 | $3,769.78 | ($3,769.78) |
| 7/3/2024  10001 | SVB Operating 9053 | 345Z92AM18-9 |  | Reimbursements | $14.25 | ($14.25) |
| 7/3/2024  10001 | SVB Operating 9053 | OEZPYOKXFB |  | Reimbursements | $72.82 | ($72.82) |
| 7/3/2024  10001 | SVB Operating 9053 | W487WAC8QP-4 |  | Reimbursements | $72.15 | ($72.15) |

| Date | Account (I Account (Line): Name | Document Number | Description | Name | Credit | Amount |
|---|---|---|---|---|---|---|
| 7/3/2024 | 10001 | SVB Operating 9053 | JE2673 | BILL 07/03/24 Payables Funding | com | $66.48 | ($66.48) |
| 7/3/2024 | 10001 | SVB Operating 9053 | 345Z92AM18-1 | | Reimbursements | $78.00 | ($78.00) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-2 | | Reimbursements | $30.54 | ($30.54) |
| 7/3/2024 | 10001 | SVB Operating 9053 | W487WAC8QP-5 | | Reimbursements | $72.62 | ($72.62) |
| 7/3/2024 | 10001 | SVB Operating 9053 | JE2674 | BILL 07/03/24 Payables Funding | com | $50,017.30 | ($50,017.30) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-24 | | Reimbursements | $5.78 | ($5.78) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-21 | | Reimbursements | $21.94 | ($21.94) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-19 | | Reimbursements | $14.86 | ($14.86) |
| 7/3/2024 | 10001 | SVB Operating 9053 | W487WAC8QP-2 | | Reimbursements | $26.55 | ($26.55) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-14 | | Reimbursements | $11.21 | ($11.21) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-4 | | Reimbursements | $55.01 | ($55.01) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-5 | | Reimbursements | $24.99 | ($24.99) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-25 | | Reimbursements | $25.37 | ($25.37) |
| 7/3/2024 | 10001 | SVB Operating 9053 | 5TYMBUFUNP | | Reimbursements | $341.10 | ($341.10) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-7 | | Reimbursements | $9.27 | ($9.27) |
| 7/3/2024 | 10001 | SVB Operating 9053 | X1XRQOAOV4 | | Reimbursements | $50.00 | ($50.00) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-8 | | Reimbursements | $30.59 | ($30.59) |
| 7/3/2024 | 10001 | SVB Operating 9053 | LZRAXSOQTJ-1 | | Reimbursements | $260.63 | ($260.63) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-10 | | Reimbursements | $13.06 | ($13.06) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-6 | | Reimbursements | $6.56 | ($6.56) |
| 7/3/2024 | 10001 | SVB Operating 9053 | W487WAC8QP | | Reimbursements | $11.00 | ($11.00) |
| 7/3/2024 | 10001 | SVB Operating 9053 | W487WAC8QP-3 | | Reimbursements | $63.02 | ($63.02) |
| 7/3/2024 | 10001 | SVB Operating 9053 | 345Z92AM16-3 | | Reimbursements | $95.41 | ($95.41) |
| 7/3/2024 | 10001 | SVB Operating 9053 | LKTUEDOIRF | | Reimbursements | $7.95 | ($7.95) |
| 7/3/2024 | 10001 | SVB Operating 9053 | 345Z92AM18-6 | | Reimbursements | $5.25 | ($5.25) |
| 7/3/2024 | 10001 | SVB Operating 9053 | W487WAC8QP-6 | | Reimbursements | $464.30 | ($464.30) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A | | Reimbursements | $4.49 | ($4.49) |
| 7/3/2024 | 10001 | SVB Operating 9053 | LKTUEDOIRF-3 | | Reimbursements | $56.31 | ($56.31) |
| 7/3/2024 | 10001 | SVB Operating 9053 | W487WAC8QP-1 | | Reimbursements | $108.10 | ($108.10) |
| 7/3/2024 | 10001 | SVB Operating 9053 | 345Z92AM18-4 | | Reimbursements | $23.26 | ($23.26) |
| 7/3/2024 | 10001 | SVB Operating 9053 | W487WAC8QP-7 | | Reimbursements | $74.77 | ($74.77) |
| 7/3/2024 | 10001 | SVB Operating 9053 | LKTUEDOIRF-1 | | Reimbursements | $6.31 | ($6.31) |
| 7/3/2024 | 10001 | SVB Operating 9053 | 2023021425639140 | Module Dunnage Racks | Wyatt Performance & Fab, LLC | $100,000.00 | ($100,000.00) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-1 | | Reimbursements | $54.33 | ($54.33) |
| 7/3/2024 | 10001 | SVB Operating 9053 | 345Z92AM18-5 | | Reimbursements | $37.43 | ($37.43) |
| 7/3/2024 | 10001 | SVB Operating 9053 | 345Z92AM18-8 | | Reimbursements | $7.49 | ($7.49) |
| 7/3/2024 | 10001 | SVB Operating 9053 | 345Z92AM18 | | Reimbursements | $21.76 | ($21.76) |
| 7/3/2024 | 10001 | SVB Operating 9053 | 345Z92AM18-2 | | Reimbursements | $517.70 | ($517.70) |
| 7/3/2024 | 10001 | SVB Operating 9053 | LZRAXSOQTJ | | Reimbursements | $260.63 | ($260.63) |
| 7/3/2024 | 10001 | SVB Operating 9053 | 345Z92AM18-7 | | Reimbursements | $22.22 | ($22.22) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-17 | | Reimbursements | $19.45 | ($19.45) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-13 | | Reimbursements | $7.83 | ($7.83) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-18 | | Reimbursements | $47.03 | ($47.03) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-12 | | Reimbursements | $15.47 | ($15.47) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-11 | | Reimbursements | $13.40 | ($13.40) |
| 7/3/2024 | 10001 | SVB Operating 9053 | OEZPYOKXFB-1 | | Reimbursements | $136.02 | ($136.02) |
| 7/3/2024 | 10001 | SVB Operating 9053 | 5TYMBUFUNP-1 | | Reimbursements | $342.30 | ($342.30) |
| 7/3/2024 | 10001 | SVB Operating 9053 | LKTUEDOIRF-2 | | Reimbursements | $2.99 | ($2.99) |
| 7/3/2024 | 10001 | SVB Operating 9053 | RTWEI4HM9A-15 | | Reimbursements | $7.01 | ($7.01) |
| 7/6/2024 | 10001 | SVB Operating 9053 | O8KE2E7RSW-2 | | Reimbursements | $24.55 | ($24.55) |
| 7/6/2024 | 10001 | SVB Operating 9053 | O6JKGRPD4N | | Reimbursements | $32.92 | ($32.92) |
| 7/6/2024 | 10001 | SVB Operating 9053 | SN4AAIYNPI | | Reimbursements | $26.44 | ($26.44) |
| 7/6/2024 | 10001 | SVB Operating 9053 | TOLB93HNGZ | | Reimbursements | $28.18 | ($28.18) |
| 7/6/2024 | 10001 | SVB Operating 9053 | TOLB93HNGZ-3 | | Reimbursements | $38.52 | ($38.52) |
| 7/6/2024 | 10001 | SVB Operating 9053 | TOLB93HNGZ-2 | | Reimbursements | $42.95 | ($42.95) |
| 7/6/2024 | 10001 | SVB Operating 9053 | 3NN16AY8PQ-2 | | Reimbursements | $9.68 | ($9.68) |
| 7/6/2024 | 10001 | SVB Operating 9053 | O6JKGRPD4N-1 | | Reimbursements | $8.00 | ($8.00) |
| 7/6/2024 | 10001 | SVB Operating 9053 | GA6TEHIYJV | | Reimbursements | $290.57 | ($290.57) |
| 7/6/2024 | 10001 | SVB Operating 9053 | SN4AAIYNPI-1 | | Reimbursements | $26.67 | ($26.67) |
| 7/6/2024 | 10001 | SVB Operating 9053 | O8KE2E7RSW-1 | | Reimbursements | $80.00 | ($80.00) |
| 7/6/2024 | 10001 | SVB Operating 9053 | O8KE2E7RSW | | Reimbursements | $34.45 | ($34.45) |
| 7/6/2024 | 10001 | SVB Operating 9053 | 3NN16AY8PQ | | Reimbursements | $17.46 | ($17.46) |
| 7/6/2024 | 10001 | SVB Operating 9053 | JR9GNL4PWN | | Reimbursements | $6.00 | ($6.00) |
| 7/6/2024 | 10001 | SVB Operating 9053 | SQV3LEEEPC-2 | | Reimbursements | $21.89 | ($21.89) |
| 7/6/2024 | 10001 | SVB Operating 9053 | F42QSJEY7C | | Reimbursements | $50.00 | ($50.00) |
| 7/6/2024 | 10001 | SVB Operating 9053 | 3NN16AY8PQ-1 | | Reimbursements | $43.65 | ($43.65) |
| 7/6/2024 | 10001 | SVB Operating 9053 | SQV3LEEEPC-3 | | Reimbursements | $21.89 | ($21.89) |
| 7/6/2024 | 10001 | SVB Operating 9053 | GA6TEHIYJV-1 | | Reimbursements | $19.56 | ($19.56) |
| 7/6/2024 | 10001 | SVB Operating 9053 | SQV3LEEEPC | | Reimbursements | $21.99 | ($21.99) |
| 7/6/2024 | 10001 | SVB Operating 9053 | SQV3LEEEPC-1 | | Reimbursements | $28.27 | ($28.27) |
| 7/6/2024 | 10001 | SVB Operating 9053 | O6JKGRPD4N-2 | | Reimbursements | $985.53 | ($985.53) |
| 7/6/2024 | 10001 | SVB Operating 9053 | GA6TEHIYJV-2 | | Reimbursements | $283.12 | ($283.12) |
| 7/6/2024 | 10001 | SVB Operating 9053 | 3NN16AY8PQ-3 | | Reimbursements | $50.00 | ($50.00) |
| 7/6/2024 | 10001 | SVB Operating 9053 | TOLB93HNGZ-1 | | Reimbursements | $95.57 | ($95.57) |
| 7/9/2024 | 10001 | SVB Operating 9053 | TRN353 | CASH SWEEP PURCHASE | | $11,463.58 | ($11,463.58) |
| 7/9/2024 | 10001 | SVB Operating 9053 | 2023021425639149 | 6615126449-7_06/20/2024 | PG&E | $5,619.89 | ($5,619.89) |
| 7/9/2024 | 10001 | SVB Operating 9053 | 2023021425639150 | 0619448638-4_06/20/2024 | PG&E | $3,747.37 | ($3,747.37) |
| 7/10/2024 | 10001 | SVB Operating 9053 | 2023021425639151 | | Los Angeles Department of Water and Power | $1,279.43 | ($1,279.43) |
| 7/10/2024 | 10001 | SVB Operating 9053 | JE2715 | BILL 07/10/24 Payables Funding | com | $288,405.28 | ($288,405.28) |
| 7/10/2024 | 10001 | SVB Operating 9053 | JE2714 | BILL 07/10/24 Payables Funding | com | $333,660.89 | ($333,660.89) |
| 7/10/2024 | 10001 | SVB Operating 9053 | 2023021425639153 | | Los Angeles Department of Water and Power | $425.24 | ($425.24) |
| 7/10/2024 | 10001 | SVB Operating 9053 | 2023021425639154 | | Los Angeles Department of Water and Power | $209.21 | ($209.21) |
| 7/10/2024 | 10001 | SVB Operating 9053 | 2023021425639152 | | Los Angeles Department of Water and Power | $481.83 | ($481.83) |
| 7/10/2024 | 10001 | SVB Operating 9053 | QXPVQ2IOTY-1 | | Reimbursements | $16.21 | ($16.21) |
| 7/11/2024 | 10001 | SVB Operating 9053 | JE2724 | BILL 07/11/24 Payables Funding | com | $54,185.04 | ($54,185.04) |
| 7/11/2024 | 10001 | SVB Operating 9053 | 2OW1AF34MC-1 | | Reimbursements | $28.14 | ($28.14) |
| 7/11/2024 | 10001 | SVB Operating 9053 | QXPVQ2IOTY | | Reimbursements | $16.17 | ($16.17) |
| 7/11/2024 | 10001 | SVB Operating 9053 | 6P4422I8MN3 | | Reimbursements | $150.00 | ($150.00) |
| 7/11/2024 | 10001 | SVB Operating 9053 | 2OW1AF34MC | | Reimbursements | $48.00 | ($48.00) |
| 7/12/2024 | 10001 | SVB Operating 9053 | 2023021425639155 | 1396557569-2_06/24/2024 | PG&E | $40,927.39 | ($40,927.39) |
| 7/17/2024 | 10001 | SVB Operating 9053 | MU6IWSCVPY-1 | | Reimbursements | $1,470.39 | ($1,470.39) |
| 7/17/2024 | 10001 | SVB Operating 9053 | O362OOT9NU-10 | | Reimbursements | $14.10 | ($14.10) |
| 7/17/2024 | 10001 | SVB Operating 9053 | O362OOT9NU-2 | | Reimbursements | $35.90 | ($35.90) |
| 7/17/2024 | 10001 | SVB Operating 9053 | MU6IWSCVPY-3 | | Reimbursements | $8.67 | ($8.67) |
| 7/17/2024 | 10001 | SVB Operating 9053 | O362OOT9NU-9 | | Reimbursements | $18.65 | ($18.65) |
| 7/17/2024 | 10001 | SVB Operating 9053 | NRONUFTV8I-6 | | Reimbursements | $60.80 | ($60.80) |
| 7/17/2024 | 10001 | SVB Operating 9053 | SEOZSQAAFF-4 | | Reimbursements | $63.92 | ($63.92) |
| 7/17/2024 | 10001 | SVB Operating 9053 | 57A8ZN8LRB | | Reimbursements | $50.00 | ($50.00) |
| 7/17/2024 | 10001 | SVB Operating 9053 | KDXBN6Z7ZY | | Reimbursements | $882.45 | ($882.45) |
| 7/17/2024 | 10001 | SVB Operating 9053 | O362OOT9NU-4 | | Reimbursements | $364.24 | ($364.24) |
| 7/17/2024 | 10001 | SVB Operating 9053 | O362OOT9NU | | Reimbursements | $65.92 | ($65.92) |
| 7/17/2024 | 10001 | SVB Operating 9053 | KDXBN6Z7ZY-1 | | Reimbursements | $56.84 | ($56.84) |
| 7/17/2024 | 10001 | SVB Operating 9053 | 2023021425639157 | | Cooley LLP | $309,086.51 | ($309,086.51) |
| 7/17/2024 | 10001 | SVB Operating 9053 | SEOZSQAAFF-1 | | Reimbursements | $228.78 | ($228.78) |
| 7/17/2024 | 10001 | SVB Operating 9053 | NRONUFTV8I | | Reimbursements | $882.45 | ($882.45) |
| 7/17/2024 | 10001 | SVB Operating 9053 | SEOZSQAAFF-2 | | Reimbursements | $129.00 | ($129.00) |
| 7/17/2024 | 10001 | SVB Operating 9053 | O362OOT9NU-11 | | Reimbursements | $13.72 | ($13.72) |
| 7/17/2024 | 10001 | SVB Operating 9053 | I5Q55O81F2 | | Reimbursements | $199.82 | ($199.82) |
| 7/17/2024 | 10001 | SVB Operating 9053 | KDXBN6Z7ZY-5 | | Reimbursements | $36.27 | ($36.27) |
| 7/17/2024 | 10001 | SVB Operating 9053 | FPW1T2MC25 | | Reimbursements | $403.10 | ($403.10) |
| 7/17/2024 | 10001 | SVB Operating 9053 | MU6IWSCVPY-6 | | Reimbursements | $4.28 | ($4.28) |
| 7/17/2024 | 10001 | SVB Operating 9053 | I5Q55O81F2-1 | | Reimbursements | $199.78 | ($199.78) |
| 7/17/2024 | 10001 | SVB Operating 9053 | MU6IWSCVPY-7 | | Reimbursements | $11.95 | ($11.95) |
| 7/17/2024 | 10001 | SVB Operating 9053 | IGP8T4LZXP | | Reimbursements | $92.57 | ($92.57) |
| 7/17/2024 | 10001 | SVB Operating 9053 | JE2754 | Legal Order - Levy | | $11,686.77 | ($11,686.77) |
| 7/17/2024 | 10001 | SVB Operating 9053 | MU6IWSCVPY | | Reimbursements | $60.79 | ($60.79) |
| 7/17/2024 | 10001 | SVB Operating 9053 | MU6IWSCVPY-10 | | Reimbursements | $30.79 | ($30.79) |

| Date | Account (Account (Line): Name | Document Number | Description | Name | Credit | Amount |
|---|---|---|---|---|---|---|
| 7/17/2024 | 10001 SVB Operating 9053 | MU6IWSCVPY-2 | | Reimbursements | $6.96 | ($6.96) |
| 7/17/2024 | 10001 SVB Operating 9053 | O362OOT9NU-5 | | Reimbursements | $78.91 | ($78.91) |
| 7/17/2024 | 10001 SVB Operating 9053 | SEOZSQAAFF | | Reimbursements | $103.19 | ($103.19) |
| 7/17/2024 | 10001 SVB Operating 9053 | NRONUFTV8I-4 | | Reimbursements | $699.13 | ($699.13) |
| 7/17/2024 | 10001 SVB Operating 9053 | KDXBN6Z7ZY-3 | | Reimbursements | $11.97 | ($11.97) |
| 7/17/2024 | 10001 SVB Operating 9053 | SEOZSQAAFF-3 | | Reimbursements | $501.21 | ($501.21) |
| 7/17/2024 | 10001 SVB Operating 9053 | JE2754 | Legal Order Fee | | $100.00 | ($100.00) |
| 7/17/2024 | 10001 SVB Operating 9053 | O362OOT9NU-8 | | Reimbursements | $557.47 | ($557.47) |
| 7/17/2024 | 10001 SVB Operating 9053 | O362OOT9NU-1 | | Reimbursements | $11.25 | ($11.25) |
| 7/17/2024 | 10001 SVB Operating 9053 | O362OOT9NU-7 | | Reimbursements | $11.24 | ($11.24) |
| 7/17/2024 | 10001 SVB Operating 9053 | KDXBN6Z7ZY-4 | | Reimbursements | $73.55 | ($73.55) |
| 7/17/2024 | 10001 SVB Operating 9053 | MU6IWSCVPY-8 | | Reimbursements | $19.55 | ($19.55) |
| 7/17/2024 | 10001 SVB Operating 9053 | O362OOT9NU-6 | | Reimbursements | $22.69 | ($22.69) |
| 7/17/2024 | 10001 SVB Operating 9053 | NRONUFTV8I-1 | | Reimbursements | $24.00 | ($24.00) |
| 7/17/2024 | 10001 SVB Operating 9053 | MU6IWSCVPY-5 | | Reimbursements | $35.87 | ($35.87) |
| 7/17/2024 | 10001 SVB Operating 9053 | KDXBN6Z7ZY-2 | | Reimbursements | $96.04 | ($96.04) |
| 7/17/2024 | 10001 SVB Operating 9053 | NRONUFTV8I-2 | | Reimbursements | $12.35 | ($12.35) |
| 7/17/2024 | 10001 SVB Operating 9053 | NRONUFTV8I-3 | | Reimbursements | $98.95 | ($98.95) |
| 7/17/2024 | 10001 SVB Operating 9053 | NRONUFTV8I-5 | | Reimbursements | $24.80 | ($24.80) |
| 7/17/2024 | 10001 SVB Operating 9053 | MU6IWSCVPY-9 | | Reimbursements | $12.16 | ($12.16) |
| 7/18/2024 | 10001 SVB Operating 9053 | 20230214256339159 | | Sentinel Insurance Company, LTD | $18,026.97 | ($18,026.97) |
| 7/19/2024 | 10001 SVB Operating 9053 | BIUMRFY1X7-2 | | Reimbursements | $76.00 | ($76.00) |
| 7/19/2024 | 10001 SVB Operating 9053 | X1NWABQO4K | | Reimbursements | $63.44 | ($63.44) |
| 7/19/2024 | 10001 SVB Operating 9053 | BIUMRFY1X7-1 | | Reimbursements | $88.00 | ($88.00) |
| 7/19/2024 | 10001 SVB Operating 9053 | B9YWRYK3EJ-1 | | Reimbursements | $13.74 | ($13.74) |
| 7/19/2024 | 10001 SVB Operating 9053 | LJTDX4PIDO | | Reimbursements | $411.84 | ($411.84) |
| 7/19/2024 | 10001 SVB Operating 9053 | X1NWABQO4K-1 | | Reimbursements | $69.16 | ($69.16) |
| 7/19/2024 | 10001 SVB Operating 9053 | BIUMRFY1X7 | | Reimbursements | $20.32 | ($20.32) |
| 7/19/2024 | 10001 SVB Operating 9053 | B9YWRYK3EJ | | Reimbursements | $776.73 | ($776.73) |
| 7/19/2024 | 10001 SVB Operating 9053 | UHMZ32886D | | Reimbursements | $688.25 | ($688.25) |
| 7/22/2024 | 10001 SVB Operating 9053 | 20230214256339168 | Moxion onsite - July travel expenses | Regan Partners LLC | $247.60 | ($247.60) |
| 7/22/2024 | 10001 SVB Operating 9053 | 20230214256339166 | | Cigna Healthcare | $119,578.49 | ($519,578.49) |
| 7/22/2024 | 10001 SVB Operating 9053 | 20230214256339156 | | Sherwood Partners. Inc. | $25,000.00 | ($25,000.00) |
| 7/23/2024 | 10001 SVB Operating 9053 | 202420515255 | Duplicate payment - to be applied to outstanding balance and remaining funds returned 8/2 | Cooley LLP | $309,086.51 | ($309,086.51) |
| 7/23/2024 | 10001 SVB Operating 9053 | JE2756 | Monthly duty due | U.S. Customs and Border Protection | $216,380.08 | ($216,380.08) |
| 7/29/2024 | 10001 SVB Operating 9053 | 20230214256339162 | | Cigna Healthcare | $259,004.51 | ($259,004.51) |
| 7/29/2024 | 10001 SVB Operating 9053 | 20230214256339170 | | Reimbursements | $50.00 | ($50.00) |
| 7/29/2024 | 10001 SVB Operating 9053 | 20230214256339163 | | Kaiser | $294,638.68 | ($294,638.68) |
| 7/29/2024 | 10001 SVB Operating 9053 | 20230214256339164 | | The Guardian Life Insurance Company of America | $27,262.81 | ($27,262.81) |
| 7/29/2024 | 10001 SVB Operating 9053 | 20230214256339169 | Angie Noonan financing charges for surgery | Reimbursements | $1,000.00 | ($1,000.00) |
| 7/29/2024 | 10001 SVB Operating 9053 | 20230214256339167 | Chapter 7 petition filing | Bayard P.A. | $60,000.00 | ($60,000.00) |
| 7/30/2024 | 10001 SVB Operating 9053 | 20230214256339158 | | RAMP Credit Cards | $99,906.36 | ($99,906.36) |
| 7/31/2024 | 10001 SVB Operating 9053 | 20230214256339160 | | Republic Services # 851 | $7,297.46 | ($7,297.46) |
| 7/31/2024 | 10001 SVB Operating 9053 | JE2767 | Outstanding Square activity | | $1,456.18 | ($1,456.18) |
| 7/31/2024 | 10001 SVB Operating 9053 | JE2757 | Kaiser August premium, reversed 8/1 | Kaiser | $164,708.42 | ($164,708.42) |
| 7/31/2024 | 10001 SVB Operating 9053 | MU6IWSCVPY; O362 | Missing Ramp payments | Reimbursements | $149.57 | ($149.57) |
| 6/26/2024 | 10002 SVB Moxin Federal #94556 | JE2683 | ANALYSIS SERVICE CHARGE | Silicon Valley Bank | $32.04 | ($32.04) |
| 6/26/2024 | 10002 SVB Moxin Federal #94556 | JE2759 | Account Analysis Fee, credited 8/1 | Silicon Valley Bank | $32.02 | ($32.02) |
| 5/2/2024 | 10010 JP Morgan Chase Checking 6083 | JE2380 | ORIG CO NAME:FORD MOTOR CR ORIG ID:3534610001 DESC DATE:221230 CO ENTRY DESCR:FORDCREDITSEC:PPD TRACE#:021000022673144 EED:230103 IND ID:059365524 IND NAME:Moxion Power Co TRN: 364267314447C | Ford Credit | $832.76 | ($832.76) |
| 5/10/2024 | 10010 JP Morgan Chase Checking 6083 | 55 | | Montana Department of Revenue | $100.00 | ($100.00) |
| 5/10/2024 | 10010 JP Morgan Chase Checking 6083 | 21000021251004 | EIN 844863599 Franchise Tax | Texas Comptroller of Public Accounts | $25,000.00 | ($25,000.00) |
| 5/15/2024 | 10010 JP Morgan Chase Checking 6083 | 21000021251003 | ACCOUNT ANALYSIS SETTLEMENT CHARGE | JP Morgan | $767.22 | ($767.22) |
| 5/20/2024 | 10010 JP Morgan Chase Checking 6083 | 21000021251002 | Lease charges - May | Enterprise FM Trust | $28,421.73 | ($28,421.73) |
| 6/3/2024 | 10010 JP Morgan Chase Checking 6083 | 21000021251005 | NETSUITE CLOUD | Oracle America, Inc. | $1,749.04 | ($1,749.04) |
| 6/12/2024 | 10010 JP Morgan Chase Checking 6083 | 21000021251006 | LETTER OF CREDIT (DEBIT) Amendment MC MP FORD POINT REALTY | JP Morgan | $250.00 | ($250.00) |
| 6/17/2024 | 10010 JP Morgan Chase Checking 6083 | 21000021251007 | ACCOUNT ANALYSIS SETTLEMENT CHARGE | JP Morgan | $777.07 | ($777.07) |
| 6/20/2024 | 10010 JP Morgan Chase Checking 6083 | 21000021251008 | | Enterprise FM Trust | $25,352.65 | ($25,352.65) |
| 7/9/2024 | 10010 JP Morgan Chase Checking 6083 | 21000021251009 | Bank Charges | JP Morgan | $18,468.65 | ($18,468.65) |
| 7/15/2024 | 10010 JP Morgan Chase Checking 6083 | 21000021251010 | | JP Morgan | $790.15 | ($790.15) |
| 7/15/2024 | 10010 JP Morgan Chase MMA 6890 | TRN359 | Transfer to MMA | | $20,000.00 | ($20,000.00) |
| 7/22/2024 | 10010 JP Morgan Chase Checking 6083 | 21000021251011 | No statement received, July auto payment | Enterprise FM Trust | $14,371.57 | ($14,371.57) |
| 6/21/2024 | 10001 JP Morgan Chase MMA 6890 | TRN348 | Online Transfer from SAV ...6890 transaction#: 21159611084 | | $30,000.00 | ($30,000.00) |
| 7/10/2024 | 10051 JP Morgan Chase MMA 6890 | TRN357 | transaction#: 21367632701 & transaction#: 21367629581 | | $35,148.21 | ($35,148.21) |
| 7/11/2024 | 10051 JP Morgan Chase MMA 6890 | TRN356 | LC reduction + Interest gained | | $571,454.43 | ($571,454.43) |
| 7/12/2024 | 10051 JP Morgan Chase MMA 6890 | 1 | | Regan Partners LLC | $31,382.09 | ($31,382.09) |
| 7/12/2024 | 10051 JP Morgan Chase MMA 6890 | Trans: 12012965468 | | BSS Global | $6,061.17 | ($6,061.17) |
| 7/12/2024 | 10051 JP Morgan Chase MMA 6890 | TRN358 | transaction#: 21387720462 | | $20,000.00 | ($20,000.00) |
| 5/1/2024 | 10055 SVB Cash Sweep 8943 | TRN304 | CASH SWEEP REDEMPTION | | $2,136,289.39 | ($2,136,289.39) |
| 5/2/2024 | 10055 SVB Cash Sweep 8943 | TRN305 | CASH SWEEP REDEMPTION | | $421,652.19 | ($421,652.19) |
| 5/3/2024 | 10055 SVB Cash Sweep 8943 | TRN306 | CASH SWEEP REDEMPTION | | $15,704.71 | ($15,704.71) |
| 5/7/2024 | 10055 SVB Cash Sweep 8943 | TRN308 | CASH SWEEP REDEMPTION | | $364,966.81 | ($364,966.81) |
| 5/8/2024 | 10055 SVB Cash Sweep 8943 | TRN309 | CASH SWEEP REDEMPTION | | $15,804.72 | ($15,804.72) |
| 5/9/2024 | 10055 SVB Cash Sweep 8943 | TRN310 | CASH SWEEP REDEMPTION | | $416,977.89 | ($416,977.89) |
| 5/10/2024 | 10055 SVB Cash Sweep 8943 | TRN311 | CASH SWEEP REDEMPTION | | $5,784.56 | ($5,784.56) |
| 5/13/2024 | 10055 SVB Cash Sweep 8943 | TRN312 | CASH SWEEP REDEMPTION | | $24,461.22 | ($24,461.22) |
| 5/14/2024 | 10055 SVB Cash Sweep 8943 | TRN313 | CASH SWEEP REDEMPTION | | $2,681,505.40 | ($2,681,505.40) |
| 5/15/2024 | 10055 SVB Cash Sweep 8943 | TRN314 | CASH SWEEP REDEMPTION | | $1,735.62 | ($1,735.62) |
| 5/16/2024 | 10055 SVB Cash Sweep 8943 | TRN315 | CASH SWEEP REDEMPTION | | $97,198.78 | ($97,198.78) |
| 5/17/2024 | 10055 SVB Cash Sweep 8943 | TRN316 | CASH SWEEP REDEMPTION | | $4,855.91 | ($4,855.91) |
| 5/20/2024 | 10055 SVB Cash Sweep 8943 | TRN317 | CASH SWEEP REDEMPTION | | $74,303.65 | ($74,303.65) |
| 5/21/2024 | 10055 SVB Cash Sweep 8943 | TRN318 | CASH SWEEP REDEMPTION | | $150,004.15 | ($150,004.15) |
| 5/22/2024 | 10055 SVB Cash Sweep 8943 | TRN319 | CASH SWEEP REDEMPTION | | $116,392.72 | ($116,392.72) |
| 5/23/2024 | 10055 SVB Cash Sweep 8943 | TRN320 | CASH SWEEP REDEMPTION | | $449,908.84 | ($449,908.84) |
| 5/24/2024 | 10055 SVB Cash Sweep 8943 | TRN321 | CASH SWEEP REDEMPTION | | $135,553.76 | ($135,553.76) |
| 5/29/2024 | 10055 SVB Cash Sweep 8943 | TRN325 | CASH SWEEP REDEMPTION | | $232,519.96 | ($232,519.96) |
| 5/31/2024 | 10055 SVB Cash Sweep 8943 | TRN327 | CASH SWEEP REDEMPTION | | $188,072.55 | ($188,072.55) |
| 6/3/2024 | 10055 SVB Cash Sweep 8943 | TRN330 | CASH SWEEP REDEMPTION | | $1,686,149.79 | ($1,686,149.79) |
| 6/4/2024 | 10055 SVB Cash Sweep 8943 | TRN331 | CASH SWEEP REDEMPTION | | $2,923.35 | ($2,923.35) |
| 6/5/2024 | 10055 SVB Cash Sweep 8943 | TRN332 | CASH SWEEP REDEMPTION | | $241,057.40 | ($241,057.40) |
| 6/6/2024 | 10055 SVB Cash Sweep 8943 | TRN333 | CASH SWEEP REDEMPTION | | $339,696.50 | ($339,696.50) |
| 6/7/2024 | 10055 SVB Cash Sweep 8943 | TRN334 | CASH SWEEP REDEMPTION | | $55,908.33 | ($55,908.33) |
| 6/10/2024 | 10055 SVB Cash Sweep 8943 | TRN335 | CASH SWEEP REDEMPTION | | $178,057.55 | ($178,057.55) |
| 6/11/2024 | 10055 SVB Cash Sweep 8943 | TRN336 | CASH SWEEP REDEMPTION | | $444,935.95 | ($444,935.95) |
| 6/12/2024 | 10055 SVB Cash Sweep 8943 | TRN337 | CASH SWEEP REDEMPTION | | $25,925.34 | ($25,925.34) |
| 6/13/2024 | 10055 SVB Cash Sweep 8943 | TRN338 | CASH SWEEP REDEMPTION | | $1,799,480.08 | ($1,799,480.08) |
| 6/14/2024 | 10055 SVB Cash Sweep 8943 | TRN339 | CASH SWEEP REDEMPTION | | $728.06 | ($728.06) |
| 6/18/2024 | 10055 SVB Cash Sweep 8943 | TRN341 | CASH SWEEP REDEMPTION | | $184,279.77 | ($184,279.77) |
| 6/19/2024 | 10055 SVB Cash Sweep 8943 | TRN342 | CASH SWEEP REDEMPTION | | $472,302.95 | ($472,302.95) |
| 6/21/2024 | 10055 SVB Cash Sweep 8943 | TRN343 | CASH SWEEP REDEMPTION | | $196,146.67 | ($196,146.67) |
| 6/28/2024 | 10055 SVB Cash Sweep 8943 | TRN345 | CASH SWEEP REDEMPTION | | $230,284.33 | ($230,284.33) |
| 7/1/2024 | 10055 SVB Cash Sweep 8943 | TRN349 | CASH SWEEP REDEMPTION | | $2,050,620.34 | ($2,050,620.34) |
| 7/2/2024 | 10055 SVB Cash Sweep 8943 | TRN350 | CASH SWEEP REDEMPTION | | $479,971.39 | ($479,971.39) |
| 7/3/2024 | 10055 SVB Cash Sweep 8943 | TRN351 | CASH SWEEP REDEMPTION | | $509,606.92 | ($509,606.92) |
| 7/8/2024 | 10055 SVB Cash Sweep 8943 | TRN352 | CASH SWEEP REDEMPTION | | $10,938.66 | ($10,938.66) |
| 7/9/2024 | 10055 SVB Cash Sweep 8943 | TRN354 | CASH SWEEP REDEMPTION | | $125,141.88 | ($125,141.88) |
| 7/10/2024 | 10055 SVB Cash Sweep 8943 | TRN355 | CASH SWEEP REDEMPTION | | $72,269.79 | ($72,269.79) |
| 5/3/2024 | 10510 Bill.com Money Out Clearing | P24050201 - 7395772 | Multiple invoices | Spray Technology | $10,870.00 | ($10,870.00) |
| 5/7/2024 | 10510 Bill.com Money Out Clearing | P24050601 - 8100264 | Inv 92092556 | Allium US Holdco LLC | $1,306.25 | ($1,306.25) |
| 5/7/2024 | 10510 Bill.com Money Out Clearing | P24050601 - 8100085 | Multiple invoices | Converge Design, LLC | $6,171.00 | ($6,171.00) |
| 5/7/2024 | 10510 Bill.com Money Out Clearing | P24050601 - 8100151 | Multiple invoices | McGrath RentCorp | $9,723.84 | ($9,723.84) |
| 5/7/2024 | 10510 Bill.com Money Out Clearing | P24050601 - 8100264 | Inv 6295883 | Morrison & Foerster LLP | $2,227.00 | ($2,227.00) |
| 5/7/2024 | 10510 Bill.com Money Out Clearing | P24050601 - 8100162 | Multiple invoices | McMaster-Carr | $3,320.00 | ($3,320.00) |

| Date | Account (I Account (Line): Name | Document Number | Description | Name | Credit | Amount |
|---|---|---|---|---|---|---|
| 5/7/2024 | 10510 | Bill.com Money Out Clearing | P24050601 - 810027C Inv NE9447 2024 | DMV Renewal Sacramento 94297 | $310.00 | ($310.00) |
| 5/7/2024 | 10510 | Bill.com Money Out Clearing | P24050601 - 810009 Multiple invoices | Cooley LLP | $215,113.60 | ($215,113.60) |
| 5/7/2024 | 10510 | Bill.com Money Out Clearing | P24050601 - 810027 Inv 662784 | Echo Global Logistics, Inc. | $30,428.58 | ($30,428.58) |
| 5/7/2024 | 10510 | Bill.com Money Out Clearing | 9900931077 | Rover Trailer PO for Jan 24 by week | Rover Trailers | $4,485.00 | ($4,485.00) |
| 5/7/2024 | 10510 | Bill.com Money Out Clearing | P24050601 - 810023G Multiple invoices | Shay Glenn LLP | $9,004.83 | ($9,004.83) |
| 5/7/2024 | 10510 | Bill.com Money Out Clearing | P24050601 - 810011A Multiple invoices | DSV Air & Sea Inc | $4,205.78 | ($4,205.78) |
| 5/7/2024 | 10510 | Bill.com Money Out Clearing | P24050601 - 810011 Inv 122596 | Second Order Effects Inc | $21,553.75 | ($21,553.75) |
| 5/7/2024 | 10510 | Bill.com Money Out Clearing | P24050601 - 810011 Multiple invoices | Expeditors International of Washington | $11,237.72 | ($11,237.72) |
| 5/7/2024 | 10510 | Bill.com Money Out Clearing | P24050601 - 810025E Multiple invoices | XpoLogistics | $2,842.18 | ($2,842.18) |
| 5/7/2024 | 10510 | Bill.com Money Out Clearing | P24050601 - 810030 Inv SRK00138458 | RK Logistics Group | $86,058.52 | ($86,058.52) |
| 5/7/2024 | 10510 | Bill.com Money Out Clearing | P24050601 - 810010 Multiple invoices | DHL Express - USA | $285.40 | ($285.40) |
| 5/7/2024 | 10510 | Bill.com Money Out Clearing | P24050601 - 810024 Multiple invoices | Stratosphere Quality, LLC | $57,777.50 | ($57,777.50) |
| 5/7/2024 | 10510 | Bill.com Money Out Clearing | P24050601 - 810018 Multiple invoices | Rover Trailers | $160,787.78 | ($160,787.78) |
| 5/7/2024 | 10510 | Bill.com Money Out Clearing | P24050601 - 810014 Multiple invoices | J.B. Hunt Transport, Inc. | $2,484.00 | ($2,484.00) |
| 5/7/2024 | 10510 | Bill.com Money Out Clearing | P24050601 - 810011 Multiple invoices | Dovetail Product Development LLC | $192,695.00 | ($192,695.00) |
| 5/8/2024 | 10510 | Bill.com Money Out Clearing | P24050701 - 830350C Inv EDA5327F-0003 | Apollo.IO | $16,116.00 | ($16,116.00) |
| 5/8/2024 | 10510 | Bill.com Money Out Clearing | 9900931080 | El Roble Plant chipping inspection | Stratosphere Quality, LLC | $1,742.00 | ($1,742.00) |
| 5/13/2024 | 10510 | Bill.com Money Out Clearing | P24051501 - 918816 Multiple invoices | Juan Carlos Castillo Mata | $8,800.00 | ($8,800.00) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 9588041 Acct 49837165 - Multiple invoices | R.S. Hughes Company, Inc. | $2,169.15 | ($2,169.15) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958808J Inv 12894 | Robinson Inc | $2,590.00 | ($2,590.00) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958806I Inv 104023503 | Digi-Key Electronics | $79.82 | ($79.82) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958807C Inv 15423 | Ewert Energy Systems, Incorporated | $115.00 | ($115.00) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958809 Inv RTL-INV042866 | Russell Tobin & Associates, LLC | $1,900.00 | ($1,900.00) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958813E Acct 0000381947 - Inv 1767973241 | UPS | $1,882.15 | ($1,882.15) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958806C Inv SFO0000144811 | DHL Express - USA | $382.32 | ($382.32) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958806 Inv 664265 | Echo Global Logistics, Inc. | $23,023.14 | ($23,023.14) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958811 Acct 21756353 - Inv 172578877 | Uline, Inc. | $213.18 | ($213.18) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958801 Multiple invoices | MC.MP Ford Point Realty | $329,781.13 | ($329,781.13) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958814I Inv 108628 | XS Power Batteries | $2,249.96 | ($2,249.96) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958802B Multiple invoices | McMaster-Carr | $888.19 | ($888.19) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958805 Multiple invoices | Rover Trailers | $753.50 | ($753.50) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958807 Inv 14536758 | RXO Capacity Solutions, LLC | $2,350.00 | ($2,350.00) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958807 Acct 011 - Inv IN020824-02 | Manaflex LLC | $163.00 | ($163.00) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958804E Multiple invoices | Rincon Power, LLC | $43,488.00 | ($43,488.00) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958795 Multiple invoices | Expeditors International of Washington | $12,894.39 | ($12,894.39) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958811E Acct 0000381947 - Inv 0000E3V767164 | UPS | $2,847.85 | ($2,847.85) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958072 Inv 24044 | Intelite Integration LLC | $16,225.00 | ($16,225.00) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958813E Acct 0000381947 - Inv 1770530383 | UPS | $95.76 | ($95.76) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958811E Acct 0000381947 - Inv 0000E3V767154 | UPS | $3,331.20 | ($3,331.20) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958805 Inv 198942616 | Comcast | $4,800.79 | ($4,800.79) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958807I Inv SRK00140328 | RK Logistics Group | $2,040.00 | ($2,040.00) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958810 Acct 21756353 - Inv 174777992 | Uline, Inc. | $348.52 | ($348.52) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958799 Multiple invoices | DNV Energy USA Inc. | $45,366.25 | ($45,366.25) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958806I Inv INV19701 | Eurotech Distributors, Inc. | $328.32 | ($328.32) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958798I Multiple invoices | Compass Components, Inc. | $54,299.00 | ($54,299.00) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958805C Inv INV-003464 | Commercial Titan Wraps LLC | $2,100.00 | ($2,100.00) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958814C Acct 0000381947 - Inv 1767422425 | UPS | $122.85 | ($122.85) |
| 5/14/2024 | 10510 | Bill.com Money Out Clearing | P24051301 - 958807C Inv 16750 | Praeger Law PC | $2,332.20 | ($2,332.20) |
| 5/15/2024 | 10510 | Bill.com Money Out Clearing | 9900931082 | Order to Cash Netsuite Implementation | dotSolved Systems, Inc. | $11,772.50 | ($11,772.50) |
| 5/17/2024 | 10510 | Bill.com Money Out Clearing | 9900931081 | Shipping charges | Forward Logistics Inc. | $8,211.96 | ($8,211.96) |
| 5/17/2024 | 10510 | Bill.com Money Out Clearing | P24050601 - 810031 Inv RTL-INV045606 | Russell Tobin & Associates, LLC | $1,900.00 | ($1,900.00) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838447 Multiple invoices | 24/7 janitorial services | $5,600.00 | ($5,600.00) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838515 Inv 9020737915 | Willscot Mobile Mini | $304.01 | ($304.01) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838504 Acct 21756353 - Inv 177280011 | Uline, Inc. | $477.83 | ($477.83) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838472 Multiple invoices | Primecom Technologies, LLC | $5,871.00 | ($5,871.00) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | 9900931084 | Order for LVPDMs for Project Phoenix HIL Testing | TTI, Inc. | $274.58 | ($274.58) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838504 Acct 21756353 - Inv 177280517 | Uline, Inc. | $743.33 | ($743.33) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838477I Inv SRK00140077 | RK Logistics Group | $2,006.00 | ($2,006.00) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838477I Multiple invoices | Russell Tobin & Associates, LLC | $2,927.19 | ($2,927.19) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838478 Multiple invoices | McMaster-Carr | $8,697.16 | ($8,697.16) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 665622 Inv 665622 | Echo Global Logistics, Inc. | $23,152.21 | ($23,152.21) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838500 Acct 21756353 - Inv 175502260 | Uline, Inc. | $178.69 | ($178.69) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | 9900931085 | Order for long lead time components (PDMs & Ignition Switch) for 'Ok to Sell' Build + SAT | TTI, Inc. | $3,761.23 | ($3,761.23) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838498 Inv 6801 | AFS Electronics Inc. | $10,803.75 | ($10,803.75) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838494 Inv Ivan Lopez Reimbursements | Ivan Lopez | $1,224.49 | ($1,224.49) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838502 Acct 21756353 - Inv 176314487 | Uline, Inc. | $2,207.85 | ($2,207.85) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838451 Multiple invoices | DHL Express - USA | $4,027.51 | ($4,027.51) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838504 Acct 0000381947 - Inv 1769702128 | UPS | $402.84 | ($402.84) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838501C Acct 0000381947 - Inv 0000E3V767174 | UPS | $1,497.17 | ($1,497.17) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838444 Multiple invoices | Andro's Rostilj | $40,670.93 | ($40,670.93) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838491 Inv 21470.10-003 | HPA, Inc. | $2,610.00 | ($2,610.00) |
| 5/21/2024 | 10510 | Bill.com Money Out Clearing | P24051701 - 0838484 Multiple invoices | TTM Technologies, Inc. | $28,914.17 | ($28,914.17) |
| 5/22/2024 | 10510 | Bill.com Money Out Clearing | P24052001 - 1024398 Inv 01-002 | Phaion Industries LLC | $13,000.00 | ($13,000.00) |
| 5/23/2024 | 10510 | Bill.com Money Out Clearing | 9900931088 | Consulting services per contract from 04/15 2024 - 05/15/2024 | BSS Global | $5,000.00 | ($5,000.00) |
| 5/23/2024 | 10510 | Bill.com Money Out Clearing | 9900931087 | travel reimbursement for Greg Michel on 03/19-20/2024. | BSS Global | $959.13 | ($959.13) |
| 5/23/2024 | 10510 | Bill.com Money Out Clearing | 9900931086 | travel reimbursements for Greg Michel. | BSS Global | $6,384.49 | ($6,384.49) |
| 5/23/2024 | 10510 | Bill.com Money Out Clearing | P24052201 - 1544334 Inv 72357C | Shay Glenn LLP | $30,621.50 | ($30,621.50) |
| 5/23/2024 | 10510 | Bill.com Money Out Clearing | P24052201 - 1525127 Multiple invoices | Shay Glenn LLP | $22,537.02 | ($22,537.02) |
| 5/24/2024 | 10510 | Bill.com Money Out Clearing | P24052301 - 194457E Inv INV-240018 | Jer-Nee Consulting | $17,132.68 | ($17,132.68) |
| 5/29/2024 | 10510 | Bill.com Money Out Clearing | P24052201 - 152513E Inv 72672C | Shay Glenn LLP | $19,650.50 | ($19,650.50) |
| 5/30/2024 | 10510 | Bill.com Money Out Clearing | P24052801 - 263226J Inv 6896114 | BMO Harris Bank N.A | $942.92 | ($942.92) |
| 5/31/2024 | 10510 | Bill.com Money Out Clearing | P24053001 - 318135I Inv 29108946 | Salesforce, Inc. | $3,581.50 | ($3,581.50) |
| 5/31/2024 | 10510 | Bill.com Money Out Clearing | P24053001 - 318135I Inv 240030203 | Readytol Consulting LLC | $72,500.00 | ($72,500.00) |
| 5/31/2024 | 10510 | Bill.com Money Out Clearing | P24053001 - 318133I Multiple invoices | Silicon Legal Strategy, APC | $71,526.00 | ($71,526.00) |
| 5/31/2024 | 10510 | Bill.com Money Out Clearing | P24053001 - 319034I Inv 1692 | Lucid Automation and Security, LLC | $1,352.00 | ($1,352.00) |
| 5/31/2024 | 10510 | Bill.com Money Out Clearing | P24053001 - 318135I Inv 111102067467 | DocuSign, Inc. | $6,635.45 | ($6,635.45) |
| 5/31/2024 | 10510 | Bill.com Money Out Clearing | P24053001 - 318133I Multiple invoices | Spray Technology | $23,110.00 | ($23,110.00) |
| 6/7/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 481603 Multiple invoices | Oracle America, Inc. | $30,444.35 | ($30,444.35) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482644 Multiple invoices | Sterling Performance, Inc. | $34,835.00 | ($34,835.00) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482635E Multiple invoices | Cooley LLP | $109,244.65 | ($109,244.65) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 390627E Multiple invoices | Mouser Electronics | $5,498.10 | ($5,498.10) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24053001 - 322605C Inv 6807 | AFS Electronics Inc. | $17,092.50 | ($17,092.50) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482649E Acct 0000381947 - Inv 1773245445 | UPS | $3,216.73 | ($3,216.73) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482637I Multiple invoices | Second Order Effects Inc | $36,591.25 | ($36,591.25) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482633I Multiple invoices | FANUC America Corporation | $8,873.00 | ($8,873.00) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482633 Acct 4524405 - Multiple invoices | Airgas | $647.10 | ($647.10) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482646C Inv 3364605 | 1Life Healthcare, Inc. | $21,030.00 | ($21,030.00) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482647E Inv 2400602250 | Latham & Watkins LLP | $11,986.50 | ($11,986.50) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482644 Inv 060124-Rent | 8579 San Fernando Road LLC | $78,031.99 | ($78,031.99) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482641 Acct 0000381947 - Inv 1769558857 | UPS | $1,143.12 | ($1,143.12) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482642I Multiple invoices | Office Libations | $114,184.15 | ($114,184.15) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482637E Multiple invoices | Dovetail Product Development LLC | $190,661.00 | ($190,661.00) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482650J Acct 0000381947 - Inv 0000E3V767194 | UPS | $1,510.20 | ($1,510.20) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482634I Multiple invoices | Andro's Rostilj | $44,664.14 | ($44,664.14) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482647I Inv 085I-155143405 | Republic Services # 851 | $2,564.03 | ($2,564.03) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482644I Multiple invoices | Sunridge Legal, LLP | $8,542.50 | ($8,542.50) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482647I Inv 9002764422 | Grainger | $36.89 | ($36.89) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482646C Inv INV-7029 | Spray Technology | $3,500.00 | ($3,500.00) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482645C Acct 21756353 - Inv 178236962 | Uline, Inc. | $158.82 | ($158.82) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482640E Multiple invoices (details on stub) | J.J. Keller & Associates, Inc. | $1,260.19 | ($1,260.19) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482644I Multiple invoices | Avnet, Inc | $36,405.20 | ($36,405.20) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060671 Inv US11024720 | DSV Air & Sea Inc | $1,300.00 | ($1,300.00) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482648I Multiple invoices | Wurth Electronics ICS, Inc. | $97,573.39 | ($97,573.39) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482648I Inv 70DEAEB5-0001 | Betterment for Business LLC | $8,443.95 | ($8,443.95) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482648I Inv 153860366-0001 | Sunbelt Rentals | $178.68 | ($178.68) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482642I Multiple invoices | McMaster-Carr | $2,040.02 | ($2,040.02) |

| Date | Account (I Account (Line): Name | Document Number | Description | Name | Credit | Amount |
|---|---|---|---|---|---|---|
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 4826361 Multiple invoices | | DHL Express - USA | $2,301.84 | ($2,301.84) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482650( Acct 0000381947 - Inv 0000E3V767204 | | UPS | $1,020.20 | ($1,020.20) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 4827208 Inv IV-2405-2211 | | Southwest Thermal Technology, Inc. | $1,129.45 | ($1,129.45) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 4826387 Multiple invoices | | Gexpro Services | $13,919.19 | ($13,919.19) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482640: Multiple invoices | | Hazmat Safety Consulting, Inc. | $1,012.50 | ($1,012.50) |
| 6/10/2024 | 10510 | Bill.com Money Out Clearing | P24060601 - 482640€ Acct 0000381947 - Inv 0000E3V767184 | | UPS | $3,028.94 | ($3,028.94) |
| 6/11/2024 | 10510 | Bill.com Money Out Clearing | 9900931094 | Shipping charges | TFORCE FREIGHT | $721.44 | ($721.44) |
| 6/11/2024 | 10510 | Bill.com Money Out Clearing | P24061001 - 5423805 Multiple invoices | | MC MP Ford Point Realty | $329,781.13 | ($329,781.13) |
| 6/11/2024 | 10510 | Bill.com Money Out Clearing | P24061001 - 5423824 Multiple invoices | | Green Earth Sustainable Solution, Inc. | $22,664.40 | ($22,664.40) |
| 6/12/2024 | 10510 | Bill.com Money Out Clearing | 9900931090 | Office Meals | Andro's Rostijj | $22,104.63 | ($22,104.63) |
| 6/12/2024 | 10510 | Bill.com Money Out Clearing | 9900931089 | Fastener reorder to cover 100 MPU | Gexpro Services | $11,436.84 | ($11,436.84) |
| 6/12/2024 | 10510 | Bill.com Money Out Clearing | P24061101 - 565871( Multiple invoices | | Juan Carlos Castillo Mata | $6,560.00 | ($6,560.00) |
| 6/12/2024 | 10510 | Bill.com Money Out Clearing | 9900931091 | 01441-Moxion Power Co. Leasing | Sunridge Legal, LLP | $41,675.00 | ($41,675.00) |
| 6/13/2024 | 10510 | Bill.com Money Out Clearing | 9900931093 | Inv 06.21.24 | Ford Credit | $22,483.81 | ($22,483.81) |
| 6/17/2024 | 10510 | Bill.com Money Out Clearing | P24061401 - 653396( Multiple invoices | | Zoom Video Communications, Inc | $2,930.11 | ($2,930.11) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692666; Acct 002541412 - Inv 63656892 | | Robert Half | $928.00 | ($928.00) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692665€ Acct 002541412 - Inv 63494041 | | Robert Half | $2,320.00 | ($2,320.00) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692663( Inv 1690577817 | | Amazon Web Services, Inc. | $3,622.92 | ($3,622.92) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 6926613 Acct 49837165 - Multiple invoices | | R.S. Hughes Company, Inc. | $1,621.49 | ($1,621.49) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692669₄ Acct 21756353 - Inv 177825519 | | Uline, Inc. | $329.12 | ($329.12) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 6926627 Multiple invoices | | Shark-co Mfg., LLC | $6,313.08 | ($6,313.08) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692663€ Inv MOX6107MAR10 | | Controls Automation Robotics and Technology, LLC | $5,390.00 | ($5,390.00) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692669€ Acct 21756353 - Inv 177688851 | | Uline, Inc. | $1,337.17 | ($1,337.17) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692668€ Acct 21756353 - Inv 178424862 | | Uline, Inc. | $354.74 | ($354.74) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692664€ Inv S23-2595-14 | | Rincon Power, LLC | $21,744.00 | ($21,744.00) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692655€ Multiple invoices (details on stub) | | Los Angeles Department of Water and Power | $371.90 | ($371.90) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692665€ Acct 002541412 - Inv 63629037 | | Robert Half | $1,856.00 | ($1,856.00) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692665₄ Acct 002541412 - Inv 63244053 | | Robert Half | $2,291.00 | ($2,291.00) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692670( Acct 21756353 - Inv 176869198 | | Uline, Inc. | $1,129.74 | ($1,129.74) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692665₄ Acct 002541412 - Inv 63672626 | | Robert Half | $1,392.00 | ($1,392.00) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692665€ Acct 002541412 - Inv 63396552 | | Robert Half | $2,407.00 | ($2,407.00) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692655( Multiple invoices | | Conexwest | $615.76 | ($615.76) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692670; Acct 21756353 - Inv 178525801 | | Uline, Inc. | $98.49 | ($98.49) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692664₄ Inv 0902-012481199 | | Republic Services # 851 | $376.32 | ($376.32) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692668€ Acct 21756353 - Inv 177624430 | | Uline, Inc. | $683.96 | ($683.96) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692665; Acct 002541412 - Inv 63538434 | | Robert Half | $2,320.00 | ($2,320.00) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692668: Acct 21756353 - Inv 177476757 | | Uline, Inc. | $845.47 | ($845.47) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 6926617 Multiple invoices | | Regan Partners LLC | $35,215.33 | ($35,215.33) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692666₄ Acct 002541412 - Inv 63600626 | | Robert Half | $2,443.54 | ($2,443.54) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692667₄ Inv 526715504 | | TTI, Inc. | $8,132.33 | ($8,132.33) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692664( Inv 100-A000442555 | | Proto Labs, Inc. | $21,132.00 | ($21,132.00) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 6926676 Acct 21756353 - Inv 177163137 | | Uline, Inc. | $760.87 | ($760.87) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692662; Multiple invoices | | Russell Trolin & Associates, LLC | $5,800.00 | ($5,800.00) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692659€ Multiple invoices | | Green Earth Sustainable Solution, Inc. | $17,722.22 | ($17,722.22) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692670₄ Acct 21756353 - Inv 177455375 | | Uline, Inc. | $117.68 | ($117.68) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692667( Inv 1491383-01 | | Test Equity | $359.62 | ($359.62) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692667; Inv INV230214 | | The Tool House, LLC | $251.95 | ($251.95) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692669; Acct 21756353 - Inv 178526804 | | Uline, Inc. | $155.31 | ($155.31) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | 9900931092 | 2 sets of Grey panels for Energy Service (Richmond) | Spray Technology | $2,660.00 | ($2,660.00) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692661( Multiple invoices | | Promevo | $23,422.16 | ($23,422.16) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692669( Acct 21756353 - Inv 177302839 | | Uline, Inc. | $685.59 | ($685.59) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692664( Acct 002541412 - Inv 63572185 | | Robert Half | $2,320.00 | ($2,320.00) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692666( Inv INV180761 | | Sphera Solutions, Inc. | $3,924.00 | ($3,924.00) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692666( Acct 002541412 - Inv 63485214 | | Robert Half | $2,320.00 | ($2,320.00) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692668( Inv 0902-012542222 | | Republic Services # 851 | $376.32 | ($376.32) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692660; Multiple invoices | | McGrath RentCorp | $2,638.92 | ($2,638.92) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692669€ Acct 21756353 - Inv 177160748 | | Uline, Inc. | $598.50 | ($598.50) |
| 6/18/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 692667€ Acct 21756353 - Inv 176100283 | | Uline, Inc. | $1,882.58 | ($1,882.58) |
| 6/20/2024 | 10510 | Bill.com Money Out Clearing | P24061801 - 718378: Multiple invoices | | Summit Joe, Inc. | $15,289.25 | ($15,289.25) |
| 6/21/2024 | 10510 | Bill.com Money Out Clearing | P24062001 - 756959( Inv GE-24964 | | Green Earth Sustainable Solution, Inc. | $600.00 | ($600.00) |
| 6/21/2024 | 10510 | Bill.com Money Out Clearing | P24062001 - 756967( Inv GE-24965 | | Green Earth Sustainable Solution, Inc. | $600.00 | ($600.00) |
| 6/21/2024 | 10510 | Bill.com Money Out Clearing | P24062001 - 756954( Inv GE-24963 | | Green Earth Sustainable Solution, Inc. | $4,634.01 | ($4,634.01) |
| 6/24/2024 | 10510 | Bill.com Money Out Clearing | JE2633 | BILL 06/24/24 Credit P24041901 - 4912838 | com | $3,392.00 | ($3,392.00) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835637( Multiple invoices (details on stub) | | McMaster-Carr | $156.85 | ($156.85) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 839263€ Inv 26377933 | | McMaster-Carr | $3,928.48 | ($3,928.48) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835624₅ Multiple invoices | | Altair Product Design Inc. | $41,285.00 | ($41,285.00) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 839259€ Multiple invoices (details on stub) | | Cintas First Aid and Safety Division | $1,307.80 | ($1,307.80) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835626( Acct 92670 - Multiple invoices | | BPM LLP | $38,027.97 | ($38,027.97) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 839262€ Multiple invoices | | RK Logistics Group | $63,836.25 | ($63,836.25) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835646₁ Inv 826012 | | Compass Components, Inc. | $25,413.94 | ($25,413.94) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 839264€ Inv 122653 | | Second Order Effects Inc | $4,781.25 | ($4,781.25) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 840903( Inv 2613 | | Rover Trailers | $6,128.72 | ($6,128.72) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 839261₅ Multiple invoices (details on stub) | | Kennerley Spratling Inc. | $4,457.53 | ($4,457.53) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835629€ | | Echo Global Logistics, Inc. | $19,331.55 | ($19,331.55) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835647₄ Inv 2405046 | | NetPower Corporation | $12,930.00 | ($12,930.00) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835261₆ Multiple invoices | | Morrison & Foerster LLP | $23,497.90 | ($23,497.90) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835644( Multiple invoices | | Rover Trailers | $22,425.00 | ($22,425.00) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835648₄ Inv 0851-155099156 | | Republic Services # 851 | $179.61 | ($179.61) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 836521€ Inv 825732 | | Compass Components, Inc. | $622.80 | ($622.80) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 839260( Multiple invoices | | Commercial Titan Wraps LLC | $1,300.00 | ($1,300.00) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 840903( Inv 26370327 | | McMaster-Carr | $4,749.47 | ($4,749.47) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 839265₄ Acct 21756353 - Inv 178194469 | | Uline, Inc. | $181.35 | ($181.35) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835645₄ Inv 23582 | | Andro's Rostijj | $22,235.94 | ($22,235.94) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 839254₄ Inv 72020567152 | | UL LLC | $9,150.00 | ($9,150.00) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835630( Multiple invoices | | Green Earth Sustainable Solution, Inc. | $10,130.00 | ($10,130.00) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 839260₅ Multiple invoices | | Eyelation, Inc. | $681.00 | ($681.00) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835643( Multiple invoices | | Office Libations | $2,021.70 | ($2,021.70) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 839264( Acct 21756353 - Inv 176483178 | | Uline, Inc. | $514.55 | ($514.55) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 836491( Inv 411607 | | Wurth Electronics ICS, Inc. | $2,085.12 | ($2,085.12) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835631( Multiple invoices (details on stub) | | Kennerley Spratling Inc. | $18,081.89 | ($18,081.89) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835627( Multiple invoices | | Digi-Key Electronics | $23,852.96 | ($23,852.96) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 839263; | | Echo Global Logistics, Inc. | $21,257.93 | ($21,257.93) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835629( Shipping charges | | Echo Global Logistics, Inc. | $29,021.32 | ($29,021.32) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 839258€ Multiple invoices | | Beck's Shoes | $12,702.32 | ($12,702.32) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835629( Multiple invoices | | Mouser Electronics | $4,007.45 | ($4,007.45) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 835370-1 | | McMaster-Carr | $1,839.44 | ($1,839.44) |
| 6/26/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 839399; Multiple invoices | | Rover Trailers | $71,727.14 | ($71,727.14) |
| 6/28/2024 | 10510 | Bill.com Money Out Clearing | P24062041 - 888721₆ Acct 21756353 - Inv 177822778 | | Uline, Inc. | $3,121.08 | ($3,121.08) |
| 6/28/2024 | 10510 | Bill.com Money Out Clearing | P24062701 - 888721₄ Acct 002541412 - Inv 63741972 | | Robert Half | $2,320.00 | ($2,320.00) |
| 6/28/2024 | 10510 | Bill.com Money Out Clearing | P24062701 - 888721₄ Inv 10547062 | | Arena a PTC Business | $9,010.59 | ($9,010.59) |
| 6/28/2024 | 10510 | Bill.com Money Out Clearing | P24062701 - 888721₄ Acct 002541412 - Inv 63714857 | | Robert Half | $2,320.00 | ($2,320.00) |
| 6/28/2024 | 10510 | Bill.com Money Out Clearing | P24062701 - 906682€ Multiple invoices | | Cooley LLP | $205,707.25 | ($205,707.25) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 906684; Multiple invoices | | Trampus Richmond | $15,840.00 | ($15,840.00) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 906684; Inv INV240995 | | Particle Industries, Inc. | $67,068.00 | ($67,068.00) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 9606857 Inv 72080036140 | | UL LLC | $11,250.00 | ($11,250.00) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 906685₅ Inv 1109 | | RadBot Video | $4,564.50 | ($4,564.50) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 906684₃ Inv 93A7B819-0009 | | Mixmax, Inc. | $679.94 | ($679.94) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 906684₅ Inv 677037 | | Echo Global Logistics, Inc. | $10,717.86 | ($10,717.86) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 906684₁ Multiple invoices | | Summit Joe, Inc. | $17,715.75 | ($17,715.75) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 906687₅ Multiple invoices | | RK Logistics Group | $11,424.00 | ($11,424.00) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 906685; Acct 0000381947 - Inv 1777778701 | | UPS | $24.01 | ($24.01) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 906678€ Multiple invoices | | Expeditors International of Washington | $21,599.09 | ($21,599.09) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 906687₁ Acct 0000381947 - Inv 1777119959 | | UPS | $24.01 | ($24.01) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | 99009310959 P24070101 Shipping charges | | RK Logistics Group | $2,380.00 | ($2,380.00) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 906686; Acct 0000381947 - Inv 1782309369 | | UPS | $891.24 | ($891.24) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 906684₁ Inv 07124-Rent | | 8579 San Fernando Road LLC | $78,032.00 | ($78,032.00) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 906684₁ Inv 10004 | | Music Sustainability Alliance | $7,500.00 | ($7,500.00) |

| Date | Account (IAccount (Line): Name | Document Number | Description | Name | Credit | Amount |
|---|---|---|---|---|---|---|
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 9606744 Multiple invoices | AFS Electronics Inc. | $17,608.50 | ($17,608.50) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 960681C Multiple invoices | McClure Electric, Inc. | $10,945.00 | ($10,945.00) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 9606862 Acct 0000381947 - Inv 0000E3V767234 | UPS | $1,424.14 | ($1,424.14) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 9606833 | Comcast | $4,872.78 | ($4,872.78) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 9606835 Inv INV-006944 | Converge Design, LLC | $3,287.75 | ($3,287.75) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 9606867 Acct 0000381947 - Inv 1779760609 | UPS | $91.45 | ($91.45) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 9606856 Acct 0000381947 - Inv 0000E3V767224 | UPS | $2,404.97 | ($2,404.97) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 9606751 Multiple invoices | DHL Express - USA | $3,174.79 | ($3,174.79) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 9606775 Multiple invoices | Dovetail Product Development LLC | $176,984.22 | ($176,984.22) |
| 7/2/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 9606850 Acct 0000381947 - Inv 0000E3V767214 | UPS | $1,814.79 | ($1,814.79) |
| 7/3/2024 | 10510 | Bill.com Money Out Clearing | RTWEI4HM9A-22 | Reimbursements | $33.21 | ($33.21) |
| 7/3/2024 | 10510 | Bill.com Money Out Clearing | RTWEI4HM9A-3 | Reimbursements | $27.13 | ($27.13) |
| 7/3/2024 | 10510 | Bill.com Money Out Clearing | P24062501 - 8356046 Inv 79616031 | Mouser Electronics | $66.48 | ($66.48) |
| 7/3/2024 | 10510 | Bill.com Money Out Clearing | RTWEI4HM9A-9 | Reimbursements | $1.99 | ($1.99) |
| 7/3/2024 | 10510 | Bill.com Money Out Clearing | P24070101 - 9606807 Multiple invoices | Intelletrace, Inc. | $50,017.30 | ($50,017.30) |
| 7/3/2024 | 10510 | Bill.com Money Out Clearing | RTWEI4HM9A-16 | Reimbursements | $4.08 | ($4.08) |
| 7/3/2024 | 10510 | Bill.com Money Out Clearing | RTWEI4HM9A-20 | Reimbursements | $25.72 | ($25.72) |
| 7/6/2024 | 10510 | Bill.com Money Out Clearing | O6JKGRPD4N-3 | Reimbursements | $8.00 | ($8.00) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1150047 Multiple invoices (details on stub) | World Products Inc. | $4,728.75 | ($4,728.75) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1149957 Acct 49837165 - Multiple invoices | R.S. Hughes Company, Inc. | $10,037.30 | ($10,037.30) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1149933.1 | McMaster-Carr | $299.21 | ($299.21) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1150081 Inv 379425 | MadCap Software, Inc. | $7,449.50 | ($7,449.50) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1150021 Multiple invoices | TTM Technologies, Inc. | $54,031.13 | ($54,031.13) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1150086 Inv 6320964 | Morrison & Foerster LLP | $5,992.00 | ($5,992.00) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1149896 Multiple invoices | Intellic Integration LLC | $42,000.00 | ($42,000.00) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1150110 Inv 48 | Summit Joe, Inc. | $16,761.25 | ($16,761.25) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1151407 Inv 69879 | Silicon Legal Strategy, APC | $14,463.50 | ($14,463.50) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1150085 Inv 17067 | Praeger Law PC | $3,285.56 | ($3,285.56) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1149996 Multiple invoices | Seal Methods Inc | $7,564.93 | ($7,564.93) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1149871 Multiple invoices (details on stub) | Astrodyne TDI | $6,159.00 | ($6,159.00) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1149933.2 | McMaster-Carr | $1,633.53 | ($1,633.53) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1150091 Inv SRK00141236 | RK Logistics Group | $50,000.00 | ($50,000.00) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1150091 Inv 72792C | Shay Glenn LLP | $300.20 | ($300.20) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | 9902697379 | Recurring Charges | Comcast | $4,872.80 | ($4,872.80) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1149892 Multiple invoices | Gexpro Services | $3,709.73 | ($3,709.73) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1150007 Multiple invoices (details on stub) | Sonic Manufacturing Technologies, Inc. | $7,223.45 | ($7,223.45) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1150068 Inv 825904 | Compass Components, Inc. | $107,701.81 | ($107,701.81) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1155003C Multiple invoices | Webasto Thermo & Comfort North America, Inc | $15,172.76 | ($15,172.76) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1149967 Multiple invoices | RF-Smart | $3,062.50 | ($3,062.50) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1149972 Multiple invoices | Rover Trailers | $75,572.78 | ($75,572.78) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1149882 Multiple invoices | Cooley LLP | $150,386.30 | ($150,386.30) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1150077 Inv IN-164967 | Hawk Ridge Systems, LLC | $3,040.00 | ($3,040.00) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1150700 Inv 411759 | Wurth Electronics ICS, Inc. | $10,596.78 | ($10,596.78) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1149856 Multiple invoices | Ameripak, Inc | $20,563.20 | ($20,563.20) |
| 7/10/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1150071 Inv SFOI000048529 | DHL Express - USA | $331.00 | ($331.00) |
| 7/11/2024 | 10510 | Bill.com Money Out Clearing | P24070901 - 1149900 Multiple invoices (details on stub) | Kennerley Spratling Inc. | $51,207.84 | ($51,207.84) |
| 7/17/2024 | 10510 | Bill.com Money Out Clearing | O362OOT9NU-3 | Reimbursements | $11.06 | ($11.06) |
| 7/17/2024 | 10510 | Bill.com Money Out Clearing | MU6IWSCVPY-4 | Reimbursements | $38.37 | ($38.37) |
| 5/31/2024 | 10904 | SVB Letter of Credit 3866 | TRN328 | INT TRANSFER FROM 3303983866 | | $47.07 | ($47.07) |
| 6/28/2024 | 10904 | SVB Letter of Credit 3866 | TRN347 | INT TRANSFER FROM 3303983866 | | $45.55 | ($45.55) |
| 5/31/2024 | 10905 | SVB Letter of Credit #4328 | TRN329 | INT TRANSFER FROM 3304054328 | | $2,914.06 | ($2,914.06) |
| 6/28/2024 | 10905 | SVB Letter of Credit #4328 | TRN346 | INT TRANSFER FROM 3304054328 | | $2,820.06 | ($2,820.06) |

**Statement of Financial Affairs**

**<u>Schedule 4</u>**

**Payments Or Other Transfers Of Property Made Within 1 Year Before Filing This Case
That Benefited Any Insider**

**Moxion Power Co.**
**SOFA - Schedule 4**
**Officer Salary & Wage Payments**

| Employee | Pay period | Payrun date | Total employer costs | Employee gross pay | Title | Bonus |
|---|---|---|---|---|---|---|
| All | All | 2024-08-09 | $2,393,884.72 | $2,198,052.56 | | $112,500.00 |
| Alexander Meek | All | 2024-08-09 | $400,610.93 | $362,807.19 President | | $0.00 |
| Alexander Meek | Partial Incentive Payout | 2024-08-08 | $15,369.68 | $15,150.00 President | | $0.00 |
| Alexander Meek | Apr 16th 2024 - Apr 30th 2024 | 2024-04-24 | $16,344.68 | $14,583.33 President | | $0.00 |
| Alexander Meek | Apr 1st 2024 - Apr 15th 2024 | 2024-04-10 | $16,344.70 | $14,583.33 President | | $0.00 |
| Alexander Meek | Aug 16th 2023 - Aug 31st 2023 | 2023-08-28 | $15,410.87 | $14,583.33 President | | $0.00 |
| Alexander Meek | Aug 1st 2023 - Aug 15th 2023 | 2023-08-10 | $15,410.90 | $14,583.33 President | | $0.00 |
| Alexander Meek | Dec 16th 2023 - Dec 31st 2023 | 2023-12-26 | $15,502.28 | $14,583.33 President | | $0.00 |
| Alexander Meek | Dec 1st 2023 - Dec 15th 2023 | 2023-12-12 | $15,502.30 | $14,583.33 President | | $0.00 |
| Alexander Meek | Feb 16th 2024 - Feb 29th 2024 | 2024-02-23 | $16,344.68 | $14,583.33 President | | $0.00 |
| Alexander Meek | Feb 1st 2024 - Feb 15th 2024 | 2024-02-08 | $16,344.70 | $14,583.33 President | | $0.00 |
| Alexander Meek | Jan 16th 2024 - Jan 31st 2024 | 2024-01-29 | $16,344.68 | $14,583.33 President | | $0.00 |
| Alexander Meek | Jan 1st 2024 - Jan 15th 2024 | 2024-01-09 | $16,645.70 | $14,583.33 President | | $0.00 |
| Alexander Meek | Jul 16th 2024 - Jul 31st 2024 | 2024-07-24 | $6,733.17 | $5,405.47 President | | $0.00 |
| Alexander Meek | Jul 1st 2024 - Jul 15th 2024 | 2024-07-11 | $15,660.41 | $14,604.20 President | | $0.00 |
| Alexander Meek | Jun 16th 2024 - Jun 30th 2024 | 2024-06-25 | $16,272.67 | $14,604.19 President | | $0.00 |
| Alexander Meek | Jun 1st 2024 - Jun 15th 2024 | 2024-06-11 | $16,272.73 | $14,604.20 President | | $0.00 |
| Alexander Meek | Mar 16th 2024 - Mar 31st 2024 | 2024-03-22 | $16,344.68 | $14,583.33 President | | $0.00 |
| Alexander Meek | Mar 1st 2024 - Mar 15th 2024 | 2024-03-12 | $16,344.70 | $14,583.33 President | | $0.00 |
| Alexander Meek | May 16th 2024 - May 31st 2024 | 2024-05-29 | $16,272.70 | $14,604.19 President | | $0.00 |
| Alexander Meek | May 1st 2024 - May 15th 2024 | 2024-05-13 | $16,272.73 | $14,604.20 President | | $0.00 |
| Alexander Meek | Nov 16th 2023 - Nov 30th 2023 | 2023-11-27 | $15,502.28 | $14,583.33 President | | $0.00 |
| Alexander Meek | Nov 1st 2023 - Nov 15th 2023 | 2023-11-10 | $15,502.30 | $14,583.33 President | | $0.00 |
| Alexander Meek | Oct 16th 2023 - Oct 31st 2023 | 2023-10-26 | $15,502.28 | $14,583.33 President | | $0.00 |
| Alexander Meek | Oct 1st 2023 - Oct 15th 2023 | 2023-10-09 | $15,502.30 | $14,583.33 President | | $0.00 |
| Alexander Meek | Sep 16th 2023 - Sep 30th 2023 | 2023-09-26 | $15,593.70 | $14,583.33 President | | $0.00 |
| Alexander Meek | Sep 1st 2023 - Sep 15th 2023 | 2023-09-11 | $15,410.89 | $14,583.33 President | | $0.00 |
| Alexander Meek | N/A | 2024-07-31 | $11,858.22 | $6,730.80 President | | $0.00 |
| Josh Ensign | All | 2024-07-31 | $476,976.01 | $446,545.74 Chief Operating Officer | | $0.00 |
| Josh Ensign | Partial Incentive Payout | 2024-08-08 | $15,369.68 | $15,150.00 Chief Operating Officer | | $0.00 |
| Josh Ensign | Apr 16th 2024 - Apr 30th 2024 | 2024-04-24 | $20,709.30 | $18,750.00 Chief Operating Officer | | $0.00 |
| Josh Ensign | Apr 1st 2024 - Apr 15th 2024 | 2024-04-10 | $20,709.30 | $18,750.00 Chief Operating Officer | | $0.00 |
| Josh Ensign | Aug 16th 2023 - Aug 31st 2023 | 2023-08-28 | $16,503.54 | $15,868.41 Chief Operating Officer | | $0.00 |
| Josh Ensign | Aug 1st 2023 - Aug 15th 2023 | 2023-08-10 | $16,503.55 | $15,868.41 Chief Operating Officer | | $0.00 |
| Josh Ensign | Dec 16th 2023 - Dec 31st 2023 | 2023-12-26 | $19,758.39 | $19,076.74 Chief Operating Officer | | $0.00 |
| Josh Ensign | Dec 1st 2023 - Dec 15th 2023 | 2023-12-12 | $19,758.40 | $19,076.74 Chief Operating Officer | | $0.00 |
| Josh Ensign | Feb 16th 2024 - Feb 29th 2024 | 2024-02-23 | $20,709.30 | $18,750.00 Chief Operating Officer | | $0.00 |
| Josh Ensign | Feb 1st 2024 - Feb 15th 2024 | 2024-02-08 | $20,709.30 | $18,750.00 Chief Operating Officer | | $0.00 |
| Josh Ensign | Jan 16th 2024 - Jan 31st 2024 | 2024-01-29 | $20,711.98 | $18,750.00 Chief Operating Officer | | $0.00 |
| Josh Ensign | Jan 1st 2024 - Jan 15th 2024 | 2024-01-09 | $21,012.98 | $18,750.00 Chief Operating Officer | | $0.00 |
| Josh Ensign | Jul 16th 2024 - Jul 31st 2024 | 2024-07-24 | $7,556.40 | $6,949.91 Chief Operating Officer | | $0.00 |
| Josh Ensign | Jul 1st 2024 - Jul 15th 2024 | 2024-07-11 | $19,462.23 | $18,776.83 Chief Operating Officer | | $0.00 |
| Josh Ensign | Jun 16th 2024 - Jun 30th 2024 | 2024-06-25 | $19,462.19 | $18,776.83 Chief Operating Officer | | $0.00 |
| Josh Ensign | Jun 1st 2024 - Jun 15th 2024 | 2024-06-11 | $19,462.23 | $18,776.83 Chief Operating Officer | | $0.00 |
| Josh Ensign | Mar 16th 2024 - Mar 31st 2024 | 2024-03-22 | $20,709.30 | $18,750.00 Chief Operating Officer | | $0.00 |
| Josh Ensign | Mar 1st 2024 - Mar 15th 2024 | 2024-03-12 | $20,709.30 | $18,750.00 Chief Operating Officer | | $0.00 |
| Josh Ensign | May 16th 2024 - May 31st 2024 | 2024-05-29 | $19,655.93 | $18,776.83 Chief Operating Officer | | $0.00 |
| Josh Ensign | May 1st 2024 - May 15th 2024 | 2024-05-13 | $20,611.43 | $18,776.83 Chief Operating Officer | | $0.00 |
| Josh Ensign | Nov 16th 2023 - Nov 30th 2023 | 2023-11-27 | $19,758.39 | $19,076.74 Chief Operating Officer | | $0.00 |
| Josh Ensign | Nov 1st 2023 - Nov 15th 2023 | 2023-11-10 | $19,758.40 | $19,076.74 Chief Operating Officer | | $0.00 |
| Josh Ensign | Oct 16th 2023 - Oct 31st 2023 | 2023-10-26 | $16,503.54 | $15,868.41 Chief Operating Officer | | $0.00 |
| Josh Ensign | Oct 1st 2023 - Oct 15th 2023 | 2023-10-09 | $16,503.55 | $15,868.41 Chief Operating Officer | | $0.00 |
| Josh Ensign | Sep 16th 2023 - Sep 30th 2023 | 2023-09-26 | $16,503.54 | $15,868.41 Chief Operating Officer | | $0.00 |
| Josh Ensign | Sep 1st 2023 - Sep 15th 2023 | 2023-09-11 | $16,503.55 | $15,868.41 Chief Operating Officer | | $0.00 |
| Josh Ensign | N/A | 2024-07-31 | $11,360.31 | $9,044.26 Chief Operating Officer | | $0.00 |
| Alex Smith | All | 2024-08-02 | $349,779.80 | $313,141.89 Chief Technology Officer | | $0.00 |
| Alex Smith | Partial Incentive Payout | 2024-08-08 | $15,369.68 | $15,150.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Apr 16th 2024 - Apr 30th 2024 | 2024-04-24 | $14,144.72 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Apr 1st 2024 - Apr 15th 2024 | 2024-04-10 | $14,144.73 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Aug 16th 2023 - Aug 31st 2023 | 2023-08-28 | $13,404.38 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Aug 1st 2023 - Aug 15th 2023 | 2023-08-10 | $13,404.39 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Dec 16th 2023 - Dec 31st 2023 | 2023-12-26 | $13,404.38 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Dec 1st 2023 - Dec 15th 2023 | 2023-12-12 | $13,404.39 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Feb 16th 2024 - Feb 29th 2024 | 2024-02-23 | $14,144.72 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Feb 1st 2024 - Feb 15th 2024 | 2024-02-08 | $14,144.73 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Jan 16th 2024 - Jan 31st 2024 | 2024-01-29 | $14,144.72 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Jan 1st 2024 - Jan 15th 2024 | 2024-01-09 | $14,445.73 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Jul 16th 2024 - Jul 31st 2024 | 2024-07-24 | $6,078.09 | $4,633.26 Chief Technology Officer | | $0.00 |
| Alex Smith | Jul 1st 2024 - Jul 15th 2024 | 2024-07-11 | $14,040.42 | $12,517.89 Chief Technology Officer | | $0.00 |
| Alex Smith | Jun 16th 2024 - Jun 30th 2024 | 2024-06-25 | $14,040.40 | $12,517.88 Chief Technology Officer | | $0.00 |
| Alex Smith | Jun 1st 2024 - Jun 15th 2024 | 2024-06-11 | $14,040.42 | $12,517.89 Chief Technology Officer | | $0.00 |
| Alex Smith | Mar 16th 2024 - Mar 31st 2024 | 2024-03-22 | $14,144.72 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Mar 1st 2024 - Mar 15th 2024 | 2024-03-12 | $14,144.73 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | May 16th 2024 - May 31st 2024 | 2024-05-29 | $14,040.39 | $12,517.88 Chief Technology Officer | | $0.00 |
| Alex Smith | May 1st 2024 - May 15th 2024 | 2024-05-13 | $14,040.42 | $12,517.89 Chief Technology Officer | | $0.00 |
| Alex Smith | Nov 16th 2023 - Nov 30th 2023 | 2023-11-27 | $13,404.38 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Nov 1st 2023 - Nov 15th 2023 | 2023-11-10 | $13,404.39 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Oct 16th 2023 - Oct 31st 2023 | 2023-10-26 | $13,404.38 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Oct 1st 2023 - Oct 15th 2023 | 2023-10-09 | $13,404.39 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Sep 16th 2023 - Sep 30th 2023 | 2023-09-26 | $13,404.38 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | Sep 1st 2023 - Sep 15th 2023 | 2023-09-11 | $13,404.39 | $12,500.00 Chief Technology Officer | | $0.00 |
| Alex Smith | N/A | 2024-07-31 | $10,627.39 | $5,769.20 Chief Technology Officer | | $0.00 |

| Name | Period | Date | Amount | Amount | Title | Amount |
|---|---|---|---|---|---|---|
| Paul Huelskamp | All | 2024-07-31 | $397,231.30 | $363,220.19 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Partial Incentive Payout | 2024-08-08 | $15,369.68 | $15,150.00 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Apr 16th 2024 - Apr 30th 2024 | 2024-04-24 | $16,212.52 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Apr 1st 2024 - Apr 15th 2024 | 2024-04-10 | $16,212.53 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Aug 16th 2023 - Aug 31st 2023 | 2023-08-28 | $15,331.13 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Aug 1st 2023 - Aug 15th 2023 | 2023-08-10 | $15,331.13 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Dec 16th 2023 - Dec 31st 2023 | 2023-12-26 | $15,331.12 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Dec 1st 2023 - Dec 15th 2023 | 2023-12-12 | $15,331.13 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Feb 16th 2024 - Feb 29th 2024 | 2024-02-23 | $16,212.52 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Feb 1st 2024 - Feb 15th 2024 | 2024-02-08 | $16,212.53 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Jan 16th 2024 - Jan 31st 2024 | 2024-01-29 | $16,212.52 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Jan 1st 2024 - Jan 15th 2024 | 2024-01-09 | $16,513.53 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Jul 16th 2024 - Jul 31st 2024 | 2024-07-24 | $6,524.47 | $5,405.47 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Jul 1st 2024 - Jul 15th 2024 | 2024-07-11 | $15,410.49 | $14,604.20 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Jun 16th 2024 - Jun 30th 2024 | 2024-06-25 | $16,177.89 | $14,604.19 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Jun 1st 2024 - Jun 15th 2024 | 2024-06-11 | $16,288.69 | $14,604.20 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Mar 16th 2024 - Mar 31st 2024 | 2024-03-22 | $16,212.52 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Mar 1st 2024 - Mar 15th 2024 | 2024-03-12 | $16,212.53 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | May 16th 2024 - May 31st 2024 | 2024-05-29 | $16,288.66 | $14,604.19 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | May 1st 2024 - May 15th 2024 | 2024-05-13 | $16,288.69 | $14,604.20 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Nov 16th 2023 - Nov 30th 2023 | 2023-11-27 | $15,331.12 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Nov 1st 2023 - Nov 15th 2023 | 2023-11-10 | $15,331.13 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Oct 16th 2023 - Oct 31st 2023 | 2023-10-26 | $15,331.12 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Oct 1st 2023 - Oct 15th 2023 | 2023-10-09 | $15,331.13 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Sep 16th 2023 - Sep 30th 2023 | 2023-09-26 | $15,331.12 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Sep 1st 2023 - Sep 15th 2023 | 2023-09-11 | $15,331.13 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | N/A | 2024-07-31 | $11,570.27 | $7,143.80 | Chief Executive Officer | $0.00 |
| Jason Parkin | All | 2024-07-31 | $292,923.13 | $272,917.55 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Partial Incentive Payout | 2024-08-08 | $15,369.68 | $15,150.00 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Apr 16th 2024 - Apr 30th 2024 | 2024-04-24 | $13,438.67 | $12,500.00 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Apr 1st 2024 - Apr 15th 2024 | 2024-04-10 | $13,438.68 | $12,500.00 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Dec 16th 2023 - Dec 31st 2023 | 2023-12-26 | $11,195.98 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Dec 1st 2023 - Dec 15th 2023 | 2023-12-12 | $11,195.99 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Feb 16th 2024 - Feb 29th 2024 | 2024-02-23 | $11,195.98 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Feb 1st 2024 - Feb 15th 2024 | 2024-02-08 | $11,195.99 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Jan 16th 2024 - Jan 31st 2024 | 2024-01-29 | $11,195.98 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Jan 1st 2024 - Jan 15th 2024 | 2024-01-09 | $11,496.99 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Jul 16th 2024 - Jul 31st 2024 | 2024-07-24 | $11,200.67 | $10,402.50 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Jul 1st 2024 - Jul 15th 2024 | 2024-07-11 | $13,477.89 | $12,517.89 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Jul 29th 2024 - Aug 2nd 2024 | 2024-07-26 | $6,210.54 | $5,769.20 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Jun 16th 2024 - Jun 30th 2024 | 2024-06-25 | $13,477.89 | $12,517.88 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Jun 1st 2024 - Jun 15th 2024 | 2024-06-11 | $13,477.89 | $12,517.89 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Mar 16th 2024 - Mar 31st 2024 | 2024-03-22 | $13,438.67 | $12,500.00 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Mar 1st 2024 - Mar 15th 2024 | 2024-03-12 | $13,438.68 | $12,500.00 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | May 16th 2024 - May 31st 2024 | 2024-05-29 | $13,477.87 | $12,517.88 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | May 1st 2024 - May 15th 2024 | 2024-05-13 | $13,477.89 | $12,517.89 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Nov 16th 2023 - Nov 30th 2023 | 2023-11-27 | $11,195.98 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Nov 1st 2023 - Nov 15th 2023 | 2023-11-10 | $11,195.99 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Oct 16th 2023 - Oct 31st 2023 | 2023-10-26 | $11,213.54 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Oct 1st 2023 - Oct 15th 2023 | 2023-10-09 | $11,213.54 | $10,416.67 | Corporate Secretary | $0.00 |
| Jason Parkin | Sep 16th 2023 - Sep 30th 2023 | 2023-09-26 | $11,213.54 | $10,416.67 | Corporate Secretary | $0.00 |
| Jason Parkin | Sep 1st 2023 - Sep 15th 2023 | 2023-09-11 | $9,469.87 | $8,653.85 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | N/A | 2024-07-31 | $6,018.74 | $5,769.20 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Eric Long | All | 2024-06-25 | $476,363.55 | $439,420.00 | Chief Financial Officer | $112,500.00 |
| Eric Long | Partial Incentive Payout | 2024-08-08 | $15,369.68 | $15,150.00 | Chief Financial Officer | $0.00 |
| Eric Long | Apr 16th 2024 - Apr 30th 2024 | 2024-04-24 | $20,040.36 | $18,750.00 | Chief Financial Officer | $0.00 |
| Eric Long | Apr 1st 2024 - Apr 15th 2024 | 2024-04-10 | $21,199.86 | $18,825.00 | Chief Financial Officer | $0.00 |
| Eric Long | Dec 16th 2023 - Dec 31st 2023 | 2023-12-26 | $21,119.10 | $18,750.00 | Chief Financial Officer | $0.00 |
| Eric Long | Dec 1st 2023 - Dec 15th 2023 | 2023-12-12 | $21,199.86 | $18,825.00 | Chief Financial Officer | $0.00 |
| Eric Long | Feb 16th 2024 - Feb 29th 2024 | 2024-02-23 | $21,119.10 | $18,750.00 | Chief Financial Officer | $0.00 |
| Eric Long | Feb 1st 2024 - Feb 15th 2024 | 2024-02-08 | $21,199.86 | $18,825.00 | Chief Financial Officer | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Eric Long | Jan 16th 2024 - Jan 31st 2024 | 2024-01-29 | $21,119.10 | $18,750.00 | Chief Financial Officer | $0.00 |
| Eric Long | Jan 1st 2024 - Jan 15th 2024 | 2024-01-09 | $21,437.36 | $18,825.00 | Chief Financial Officer | $0.00 |
| Eric Long | Jun 16th 2024 - Jun 30th 2024 | 2024-06-25 | $19,679.27 | $18,808.12 | Chief Financial Officer | $0.00 |
| Eric Long | Jun 1st 2024 - Jun 15th 2024 | 2024-06-11 | $19,755.42 | $18,883.13 | Chief Financial Officer | $0.00 |
| Eric Long | Mar 16th 2024 - Mar 31st 2024 | 2024-03-22 | $21,119.10 | $18,750.00 | Chief Financial Officer | $0.00 |
| Eric Long | Mar 1st 2024 - Mar 15th 2024 | 2024-03-12 | $21,199.86 | $18,825.00 | Chief Financial Officer | $0.00 |
| Eric Long | May 16th 2024 - May 31st 2024 | 2024-05-29 | $19,679.30 | $18,808.12 | Chief Financial Officer | $0.00 |
| Eric Long | May 1st 2024 - May 15th 2024 | 2024-05-13 | $19,755.42 | $18,883.13 | Chief Financial Officer | $0.00 |
| Eric Long | Nov 16th 2023 - Nov 30th 2023 | 2023-11-27 | $22,053.86 | $18,750.00 | Chief Financial Officer | $0.00 |
| Eric Long | Nov 1st 2023 - Nov 15th 2023 | 2023-11-10 | $20,265.11 | $18,825.00 | Chief Financial Officer | $0.00 |
| Eric Long | Oct 16th 2023 - Oct 31st 2023 | 2023-10-26 | $11,816.22 | $10,937.50 | Chief Financial Officer | $0.00 |
| Eric Long | N/A | 2024-04-11 | $117,235.71 | $112,500.00 | Chief Financial Officer | $112,500.00 |

**Moxion Power Co.**
**SOFA - Schedule 4**
**Officer Equity Awards**

| Issue Date | Stakeholder Name | Security Type | Grant Reason | Quantity Issued | Quantity Outstanding | Sum of Exercise Price |
|---|---|---|---|---|---|---|
| 10/11/2023 | Jason Parkin | Equity Award | New Hire | 10,200 | 10,200 | 5.52 |
| 02/24/2024 | Jason Parkin | Equity Award | | 12,300 | 12,300 | 5.52 |
| 02/24/2024 | Joshua Ensign | Equity Award | | 30,000 | 30,000 | 5.52 |
| 03/05/2024 | Jason Parkin | Equity Award | | 5,000 | 5,000 | 5.52 |
| **Grand Total** | | | | | | **22.08** |

**Statement of Financial Affairs**

**Schedule 13**

**Transfers Not Already Listed On This Statement**

**Moxion Power Co.**
**SOFA Shedule 13**

| Transfer Date | Document Number | Transferee | Purpose | Amount | Description | Unique ID |
|---|---|---|---|---|---|---|
| 1/11/2023 | P23011001 - 3640591 | 1202 Vela Wood | Series B support | ($21,000.00) | Inv #103972 | P23011001 - 3640591-21000 |
| 11/1/2022 | P22102801 - 5462448 | 1215 QualSAT, LLC | Management consulting services | ($10,500.00) | Inv #2022-24 | P22102801 - 5462448-10500 |
| 12/1/2022 | P22113001 - 3177547 | 1215 QualSAT, LLC | Management consulting services | ($15,300.00) | Inv #2022-25 | P22113001 - 3177547-15300 |
| 12/21/2022 | P22121401 - 7064840 | 1215 QualSAT, LLC | Management consulting services | ($19,400.00) | Inv #2022-26 | P22121401 - 7064840-19400 |
| 1/5/2023 | P22123101 - 1314088 | 1215 QualSAT, LLC | Management consulting services | ($8,400.00) | Inv #2022-27 | P22123101 - 1314088-8400 |
| 2/27/2023 | P23022201 - 3816710 | 1215 QualSAT, LLC | Management consulting services | ($5,800.00) | Inv #2023-05 | P23022201 - 3816710-5800 |
| 4/13/2023 | P23041001 - 5670068 | 1215 QualSAT, LLC | Management consulting services | ($23,600.00) | Inv #2023-06 | P23041001 - 5670068-23600 |
| 11/1/2022 | P22102801 - 5462456 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($9,500.00) | Inv #INV-008826 | P22102801 - 5462456-9500 |
| 12/1/2022 | P22112301 - 1803224 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($15,000.00) | Inv #INV-008858 | P22112301 - 1803224-15000 |
| 12/21/2022 | P22121501 - 7630377 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($15,000.00) | Inv #INV-008979 | P22121501 - 7630377-15000 |
| 1/31/2023 | P23012501 - 7049291 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($15,000.00) | Inv #INV-009077 | P23012501 - 7049291-15000 |
| 2/27/2023 | P23021701 - 3217050 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($15,000.00) | Inv #INV-009147 | P23021701 - 3217050-15000 |
| 3/23/2023 | P23032001 - 0535993 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($15,000.00) | Inv #INV-009233 | P23032001 - 0535993-15000 |
| 4/24/2023 | P23042101 - 8704002 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($15,000.00) | Inv #INV-009305 | P23042101 - 8704002-15000 |
| 5/25/2023 | P23052301 - 6473452 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($15,000.00) | Inv #INV-009407 | P23052301 - 6473452-15000 |
| 6/30/2023 | P23062201 - 3706319 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($15,000.00) | Inv #INV-009465 | P23062201 - 3706319-15000 |
| 7/20/2023 | P23071901 - 9976610 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($15,000.00) | Inv #INV-009465 | P23071901 - 9976610-15000 |
| 7/21/2023 | P23071901 - 9976615 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($15,000.00) | Inv #INV-009524 | P23071901 - 9976615-15000 |
| 8/18/2023 | P23081501 - 6359938 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($15,000.00) | Inv #INV-009608 | P23081501 - 6359938-15000 |
| 10/23/2023 | P23102001 - 7898846 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($15,000.00) | Inv #INV-009793 | P23102001 - 7898846-15000 |
| 10/31/2023 | P23102701 - 9410379 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($15,000.00) | Inv #INV-009693 | P23102701 - 9410379-15000 |
| 12/1/2023 | P23113001 - 5549439 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($15,000.00) | Inv INV-009895 | P23113001 - 5549439-15000 |
| 12/26/2023 | P23122301 - 1125260 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($15,000.00) | Inv INV-009960 | P23122301 - 1125260-15000 |
| 2/1/2024 | P24013001 - 8111984 | 1238 Boundary Stone Partners LLC | Federal Funding advisory services | ($15,000.00) | Inv INV-010138 | P24013001 - 8111984-15000 |
| 11/23/2022 | P22112301 - 1800108 | 2487 Gunderson Dettmer | Series B Legal | ($35,128.50) | Inv #561904 | P22112301 - 1800108-35128.5 |
| 12/28/2022 | P22122801 - 0430318 | 2531 Novus Global Corporation | Executive Coaching | ($3,500.00) | Inv #6651-- bill.com Check Number: 68128171 | P22122801 - 0430318-3500 |
| 1/31/2023 | P23012501 - 7049273 | 2531 Novus Global Corporation | Executive Coaching | ($3,500.00) | Inv #6652 | P23012501 - 7049273-3500 |
| 2/28/2023 | P23022501 - 4831787 | 2531 Novus Global Corporation | Executive Coaching | ($7,000.00) | Multiple invoices | P23022501 - 4831787-7000 |
| 4/7/2023 | P23033101 - 3343581 | 2531 Novus Global Corporation | Executive Coaching | ($3,500.00) | Inv #6651 | P23033101 - 3343581-3500 |
| 6/13/2023 | P23060601 - 9784250 | 2531 Novus Global Corporation | Executive Coaching | ($10,500.00) | Multiple invoices | P23060601 - 9784250-10500 |
| 7/24/2023 | P23071901 - 9976704 | 2531 Novus Global Corporation | Executive Coaching | ($3,500.00) | Inv #6659 | P23071901 - 9976704-3500 |
| 7/26/2023 | P23072501 - 1310406 | 2531 Novus Global Corporation | Executive Coaching | ($3,500.00) | Inv #6658 | P23072501 - 1310406-3500 |
| 10/4/2023 | P23092901 - 6729479 - 1 | 2531 Novus Global Corporation | Executive Coaching | ($3,500.00) | Executive Coaching with Chris North | P23092901 - 6729479 - 1-3500 |
| 10/4/2023 | P23092901 - 6729479 - 2 | 2531 Novus Global Corporation | Executive Coaching | ($3,500.00) | Executive Coaching with Chris North | P23092901 - 6729479 - 2-3500 |
| 10/11/2023 | P23100601 - 8376018 | 2531 Novus Global Corporation | Executive Coaching | ($6,000.00) | Inv #10165 | P23100601 - 8376018-6000 |
| 10/31/2023 | P23102701 - 9410498 | 2531 Novus Global Corporation | Executive Coaching | ($3,500.00) | Inv #6662 | P23102701 - 9410498-3500 |
| 1/25/2024 | P24012301 - 6746929 | 2531 Novus Global Corporation | Executive Coaching | ($3,500.00) | Inv 11224 | P24012301 - 6746929-3500 |
| 2/16/2023 | P23021401 - 2118830 | 2591 LSN GOVERNMENT AFFAIRS, LLC | National Government Affairs & Advocacy Services | ($33,000.00) | Inv #23333 | P23021401 - 2118830-33000 |
| 3/21/2023 | P23032001 - 0484791 | 2591 LSN GOVERNMENT AFFAIRS, LLC | National Government Affairs & Advocacy Services | ($16,500.00) | Inv #23431 | P23032001 - 0484791-16500 |
| 8/10/2023 | P23080901 - 4813351 | 2591 LSN GOVERNMENT AFFAIRS, LLC | National Government Affairs & Advocacy Services | ($16,500.00) | Inv #23783 | P23080901 - 4813351-16500 |
| 8/23/2023 | P23082201 - 7985752 | 2591 LSN GOVERNMENT AFFAIRS, LLC | National Government Affairs & Advocacy Services | ($66,000.00) | Multiple invoices | P23082201 - 7985752-66000 |
| 9/7/2023 | P23090601 - 1101728 | 2591 LSN GOVERNMENT AFFAIRS, LLC | National Government Affairs & Advocacy Services | ($16,500.00) | Inv #23984 | P23090601 - 1101728-16500 |
| 10/11/2023 | P23100601 - 8375994 | 2591 LSN GOVERNMENT AFFAIRS, LLC | National Government Affairs & Advocacy Services | ($16,500.00) | Inv #24105 | P23100601 - 8375994-16500 |
| 12/1/2023 | P23113001 - 5555323 | 2591 LSN GOVERNMENT AFFAIRS, LLC | National Government Affairs & Advocacy Services | ($16,500.00) | Inv 24215 | P23113001 - 5555323-16500 |
| 12/19/2023 | P23121501 - 9411800 | 2591 LSN GOVERNMENT AFFAIRS, LLC | National Government Affairs & Advocacy Services | ($16,500.00) | Inv 24282 | P23121501 - 9411800-16500 |
| 8/23/2023 | P23082201 - 7985962 | 2796 Latham & Watkins LLP | tax credit transfers representation & advisory serivces | ($7,410.00) | Inv #2300608199 | P23082201 - 7985962-7410 |
| 10/25/2023 | P23102401 - 8456707 | 2796 Latham & Watkins LLP | tax credit transfers representation & advisory serivces | ($11,878.00) | Inv #2300609591 | P23102401 - 8456707-11878 |
| 6/10/2024 | P24060601 - 4826476 | 2796 Latham & Watkins LLP | tax credit transfers representation & advisory serivces | ($11,986.50) | Inv 2400602250 | P24060601 - 4826476-11986.5 |
| 10/25/2023 | P23102401 - 8456668 | 2825 Democratic Governors Association | DGA Contribution | ($25,000.00) | Inv #DM072023 | P23102401 - 8456668-25000 |
| 10/16/2023 | P23101301 - 9972743 | 2870 DNV Energy USA Inc. | Moxion Power IE Tech DD | ($43,680.00) | Inv #870010228543 | P23101301 - 9972743-43680 |
| 5/14/2024 | P24051301 - 9587994 | 2870 DNV Energy USA Inc. | Moxion Power IE Tech DD | ($45,366.25) | Multiple invoices | P24051301 - 9587994-45366.25 |
| 12/8/2023 | P23120701 - 7440023 | 2960 National Guard Association of the United States, Inc | Platinum Level Corporate Associate Dues $ 2,500.00 Membership Period: 11/20/2023-11/19/2024 | ($2,500.00) | Inv NGAUS-2023-Mox | P23120701 - 7440023-2500 |
| 2/1/2024 | P24013001 - 8112013 | 2994 Intralinks, Inc. | Virtual Data Room - Series C | ($21,500.00) | Inv INV02126355-- bill.com Check Number: 75747066 | P24013001 - 8112013-21500 |
| 1/25/2024 | P24012301 - 6746911 | 3004 FranklinCovey CS, Inc. | Executive Entrepreneurship membership | ($35,953.64) | Inv IS10356477 | P24012301 - 6746911-35953.64 |
| | | | | **($846,902.89)** | | |

**Statement of Financial Affairs**

**<u>Schedule 30</u>**

**Payments, Distributions, Or Withdrawals Credited Or Given To Insiders**

**Moxion Power Co.**
**SOFA - Schedule 30**
**Officer Salary & Wage Payments**

| Employee | Pay period | Payrun date | Total employer costs | Employee gross pay | Title | Bonus |
|---|---|---|---|---|---|---|
| All | All | 2024-08-09 | $2,393,884.72 | $2,198,052.56 | | $112,500.00 |
| Alexander Meek | All | 2024-08-08 | $400,610.93 | $362,807.19 | President | $0.00 |
| Alexander Meek | Partial Incentive Payout | 2024-08-08 | $15,369.68 | $15,150.00 | President | $0.00 |
| Alexander Meek | Apr 16th 2024 - Apr 30th 2024 | 2024-04-24 | $16,344.68 | $14,583.33 | President | $0.00 |
| Alexander Meek | Apr 1st 2024 - Apr 15th 2024 | 2024-04-10 | $16,344.70 | $14,583.33 | President | $0.00 |
| Alexander Meek | Aug 16th 2023 - Aug 31st 2023 | 2023-08-28 | $15,410.87 | $14,583.33 | President | $0.00 |
| Alexander Meek | Aug 1st 2023 - Aug 15th 2023 | 2023-08-10 | $15,410.90 | $14,583.33 | President | $0.00 |
| Alexander Meek | Dec 16th 2023 - Dec 31st 2023 | 2023-12-26 | $15,502.28 | $14,583.33 | President | $0.00 |
| Alexander Meek | Dec 1st 2023 - Dec 15th 2023 | 2023-12-12 | $15,502.30 | $14,583.33 | President | $0.00 |
| Alexander Meek | Feb 16th 2024 - Feb 29th 2024 | 2024-02-23 | $15,344.68 | $14,583.33 | President | $0.00 |
| Alexander Meek | Feb 1st 2024 - Feb 15th 2024 | 2024-02-08 | $16,344.70 | $14,583.33 | President | $0.00 |
| Alexander Meek | Jan 16th 2024 - Jan 31st 2024 | 2024-01-29 | $16,344.68 | $14,583.33 | President | $0.00 |
| Alexander Meek | Jan 1st 2024 - Jan 15th 2024 | 2024-01-09 | $16,645.70 | $14,583.33 | President | $0.00 |
| Alexander Meek | Jul 16th 2024 - Jul 31st 2024 | 2024-07-24 | $6,733.17 | $5,405.47 | President | $0.00 |
| Alexander Meek | Jul 1st 2024 - Jul 15th 2024 | 2024-07-11 | $15,660.41 | $14,604.20 | President | $0.00 |
| Alexander Meek | Jun 16th 2024 - Jun 30th 2024 | 2024-06-25 | $16,272.67 | $14,604.19 | President | $0.00 |
| Alexander Meek | Jun 1st 2024 - Jun 15th 2024 | 2024-06-11 | $16,272.73 | $14,604.20 | President | $0.00 |
| Alexander Meek | Mar 16th 2024 - Mar 31st 2024 | 2024-03-22 | $16,344.68 | $14,583.33 | President | $0.00 |
| Alexander Meek | Mar 1st 2024 - Mar 15th 2024 | 2024-03-12 | $16,344.70 | $14,583.33 | President | $0.00 |
| Alexander Meek | May 16th 2024 - May 31st 2024 | 2024-05-29 | $16,272.70 | $14,604.19 | President | $0.00 |
| Alexander Meek | May 1st 2024 - May 15th 2024 | 2024-05-13 | $16,272.73 | $14,604.20 | President | $0.00 |
| Alexander Meek | Nov 16th 2023 - Nov 30th 2023 | 2023-11-27 | $15,502.28 | $14,583.33 | President | $0.00 |
| Alexander Meek | Nov 1st 2023 - Nov 15th 2023 | 2023-11-10 | $15,502.30 | $14,583.33 | President | $0.00 |
| Alexander Meek | Oct 16th 2023 - Oct 31st 2023 | 2023-10-26 | $15,502.28 | $14,583.33 | President | $0.00 |
| Alexander Meek | Oct 1st 2023 - Oct 15th 2023 | 2023-10-09 | $15,502.30 | $14,583.33 | President | $0.00 |
| Alexander Meek | Sep 16th 2023 - Sep 30th 2023 | 2023-09-26 | $15,593.70 | $14,583.33 | President | $0.00 |
| Alexander Meek | Sep 1st 2023 - Sep 15th 2023 | 2023-09-11 | $15,410.89 | $14,583.33 | President | $0.00 |
| Alexander Meek | N/A | 2024-07-31 | $11,858.22 | $6,730.80 | President | $0.00 |
| Josh Ensign | All | 2024-07-31 | $476,976.01 | $446,545.74 | Chief Operating Officer | $0.00 |
| Josh Ensign | Partial Incentive Payout | 2024-08-08 | $15,369.68 | $15,150.00 | Chief Operating Officer | $0.00 |
| Josh Ensign | Apr 16th 2024 - Apr 30th 2024 | 2024-04-24 | $20,709.30 | $18,750.00 | Chief Operating Officer | $0.00 |
| Josh Ensign | Apr 1st 2024 - Apr 15th 2024 | 2024-04-10 | $20,709.30 | $18,750.00 | Chief Operating Officer | $0.00 |
| Josh Ensign | Aug 16th 2023 - Aug 31st 2023 | 2023-08-28 | $16,503.54 | $15,868.41 | Chief Operating Officer | $0.00 |
| Josh Ensign | Aug 1st 2023 - Aug 15th 2023 | 2023-08-10 | $16,503.55 | $15,868.41 | Chief Operating Officer | $0.00 |
| Josh Ensign | Dec 16th 2023 - Dec 31st 2023 | 2023-12-26 | $19,758.39 | $19,076.74 | Chief Operating Officer | $0.00 |
| Josh Ensign | Dec 1st 2023 - Dec 15th 2023 | 2023-12-12 | $19,758.40 | $19,076.74 | Chief Operating Officer | $0.00 |
| Josh Ensign | Feb 16th 2024 - Feb 29th 2024 | 2024-02-23 | $20,709.30 | $18,750.00 | Chief Operating Officer | $0.00 |
| Josh Ensign | Feb 1st 2024 - Feb 15th 2024 | 2024-02-08 | $20,709.30 | $18,750.00 | Chief Operating Officer | $0.00 |
| Josh Ensign | Jan 16th 2024 - Jan 31st 2024 | 2024-01-29 | $20,711.98 | $18,750.00 | Chief Operating Officer | $0.00 |
| Josh Ensign | Jan 1st 2024 - Jan 15th 2024 | 2024-01-09 | $21,012.98 | $18,750.00 | Chief Operating Officer | $0.00 |
| Josh Ensign | Jul 16th 2024 - Jul 31st 2024 | 2024-07-24 | $7,556.40 | $6,949.91 | Chief Operating Officer | $0.00 |
| Josh Ensign | Jul 1st 2024 - Jul 15th 2024 | 2024-07-11 | $19,462.23 | $18,776.83 | Chief Operating Officer | $0.00 |
| Josh Ensign | Jun 16th 2024 - Jun 30th 2024 | 2024-06-25 | $19,462.19 | $18,776.83 | Chief Operating Officer | $0.00 |
| Josh Ensign | Jun 1st 2024 - Jun 15th 2024 | 2024-06-11 | $19,462.23 | $18,776.83 | Chief Operating Officer | $0.00 |
| Josh Ensign | Mar 16th 2024 - Mar 31st 2024 | 2024-03-22 | $20,709.30 | $18,750.00 | Chief Operating Officer | $0.00 |
| Josh Ensign | Mar 1st 2024 - Mar 15th 2024 | 2024-03-12 | $20,709.30 | $18,750.00 | Chief Operating Officer | $0.00 |
| Josh Ensign | May 16th 2024 - May 31st 2024 | 2024-05-29 | $19,655.93 | $18,776.83 | Chief Operating Officer | $0.00 |
| Josh Ensign | May 1st 2024 - May 15th 2024 | 2024-05-13 | $20,611.43 | $18,776.83 | Chief Operating Officer | $0.00 |
| Josh Ensign | Nov 16th 2023 - Nov 30th 2023 | 2023-11-27 | $19,758.39 | $19,076.74 | Chief Operating Officer | $0.00 |
| Josh Ensign | Nov 1st 2023 - Nov 15th 2023 | 2023-11-10 | $19,758.40 | $19,076.74 | Chief Operating Officer | $0.00 |
| Josh Ensign | Oct 16th 2023 - Oct 31st 2023 | 2023-10-26 | $16,503.54 | $15,868.41 | Chief Operating Officer | $0.00 |
| Josh Ensign | Oct 1st 2023 - Oct 15th 2023 | 2023-10-09 | $16,503.55 | $15,868.41 | Chief Operating Officer | $0.00 |
| Josh Ensign | Sep 16th 2023 - Sep 30th 2023 | 2023-09-26 | $16,503.54 | $15,868.41 | Chief Operating Officer | $0.00 |
| Josh Ensign | Sep 1st 2023 - Sep 15th 2023 | 2023-09-11 | $16,503.55 | $15,868.41 | Chief Operating Officer | $0.00 |
| Josh Ensign | N/A | 2024-07-31 | $11,360.31 | $9,044.26 | Chief Operating Officer | $0.00 |
| Alex Smith | All | 2024-08-02 | $349,779.80 | $313,141.89 | Chief Technology Officer | $0.00 |
| Alex Smith | Partial Incentive Payout | 2024-08-08 | $15,369.68 | $15,150.00 | Chief Technology Officer | $0.00 |
| Alex Smith | Apr 16th 2024 - Apr 30th 2024 | 2024-04-24 | $14,144.72 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | Apr 1st 2024 - Apr 15th 2024 | 2024-04-10 | $14,144.73 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | Aug 16th 2023 - Aug 31st 2023 | 2023-08-28 | $13,404.38 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | Aug 1st 2023 - Aug 15th 2023 | 2023-08-10 | $13,404.39 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | Dec 16th 2023 - Dec 31st 2023 | 2023-12-26 | $13,404.38 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | Dec 1st 2023 - Dec 15th 2023 | 2023-12-12 | $13,404.39 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | Feb 16th 2024 - Feb 29th 2024 | 2024-02-23 | $14,144.72 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | Feb 1st 2024 - Feb 15th 2024 | 2024-02-08 | $14,144.73 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | Jan 16th 2024 - Jan 31st 2024 | 2024-01-29 | $14,144.72 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | Jan 1st 2024 - Jan 15th 2024 | 2024-01-09 | $14,445.73 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | Jul 16th 2024 - Jul 31st 2024 | 2024-07-24 | $6,078.03 | $4,633.26 | Chief Technology Officer | $0.00 |
| Alex Smith | Jul 1st 2024 - Jul 15th 2024 | 2024-07-11 | $14,040.42 | $12,517.89 | Chief Technology Officer | $0.00 |
| Alex Smith | Jun 16th 2024 - Jun 30th 2024 | 2024-06-25 | $14,040.40 | $12,517.88 | Chief Technology Officer | $0.00 |
| Alex Smith | Jun 1st 2024 - Jun 15th 2024 | 2024-06-11 | $14,040.42 | $12,517.89 | Chief Technology Officer | $0.00 |
| Alex Smith | Mar 16th 2024 - Mar 31st 2024 | 2024-03-22 | $14,144.72 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | Mar 1st 2024 - Mar 15th 2024 | 2024-03-12 | $14,144.73 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | May 16th 2024 - May 31st 2024 | 2024-05-29 | $14,040.39 | $12,517.88 | Chief Technology Officer | $0.00 |
| Alex Smith | May 1st 2024 - May 15th 2024 | 2024-05-13 | $14,040.42 | $12,517.89 | Chief Technology Officer | $0.00 |
| Alex Smith | Nov 16th 2023 - Nov 30th 2023 | 2023-11-27 | $13,404.38 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | Nov 1st 2023 - Nov 15th 2023 | 2023-11-10 | $13,404.39 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | Oct 16th 2023 - Oct 31st 2023 | 2023-10-26 | $13,404.38 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | Oct 1st 2023 - Oct 15th 2023 | 2023-10-09 | $13,404.39 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | Sep 16th 2023 - Sep 30th 2023 | 2023-09-26 | $13,404.38 | $12,500.00 | Chief Technology Officer | $0.00 |

| Name | Period | Date | Amount | Amount | Title | Amount |
|---|---|---|---|---|---|---|
| Alex Smith | Sep 1st 2023 - Sep 15th 2023 | 2023-09-11 | $13,404.39 | $12,500.00 | Chief Technology Officer | $0.00 |
| Alex Smith | N/A | 2024-07-31 | $10,627.39 | $5,769.20 | Chief Technology Officer | $0.00 |
| Paul Huelskamp | All | 2024-07-31 | $397,231.30 | $363,220.19 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Partial Incentive Payout | 2024-08-08 | $15,369.68 | $15,150.00 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Apr 16th 2024 - Apr 30th 2024 | 2024-04-24 | $16,212.52 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Apr 1st 2024 - Apr 15th 2024 | 2024-04-10 | $16,212.53 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Aug 16th 2023 - Aug 31st 2023 | 2023-08-28 | $15,331.13 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Aug 1st 2023 - Aug 15th 2023 | 2023-08-10 | $15,331.13 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Dec 16th 2023 - Dec 31st 2023 | 2023-12-26 | $15,331.12 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Dec 1st 2023 - Dec 15th 2023 | 2023-12-12 | $15,331.13 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Feb 16th 2024 - Feb 29th 2024 | 2024-02-23 | $16,212.52 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Feb 1st 2024 - Feb 15th 2024 | 2024-02-08 | $16,212.53 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Jan 16th 2024 - Jan 31st 2024 | 2024-01-29 | $16,212.52 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Jan 1st 2024 - Jan 15th 2024 | 2024-01-09 | $16,513.53 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Jul 16th 2024 - Jul 31st 2024 | 2024-07-24 | $6,524.47 | $5,405.47 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Jul 1st 2024 - Jul 15th 2024 | 2024-07-11 | $15,410.49 | $14,604.20 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Jun 16th 2024 - Jun 30th 2024 | 2024-06-25 | $16,177.89 | $14,604.19 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Jun 1st 2024 - Jun 15th 2024 | 2024-06-11 | $16,288.69 | $14,604.20 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Mar 16th 2024 - Mar 31st 2024 | 2024-03-22 | $16,212.52 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Mar 1st 2024 - Mar 15th 2024 | 2024-03-12 | $16,212.53 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | May 16th 2024 - May 31st 2024 | 2024-05-29 | $16,288.66 | $14,604.19 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | May 1st 2024 - May 15th 2024 | 2024-05-13 | $16,288.69 | $14,604.20 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Nov 16th 2023 - Nov 30th 2023 | 2023-11-27 | $15,331.12 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Nov 1st 2023 - Nov 15th 2023 | 2023-11-10 | $15,331.13 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Oct 16th 2023 - Oct 31st 2023 | 2023-10-26 | $15,331.12 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Oct 1st 2023 - Oct 15th 2023 | 2023-10-09 | $15,331.13 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Sep 16th 2023 - Sep 30th 2023 | 2023-09-26 | $15,331.12 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | Sep 1st 2023 - Sep 15th 2023 | 2023-09-11 | $15,331.13 | $14,583.33 | Chief Executive Officer | $0.00 |
| Paul Huelskamp | N/A | 2024-07-31 | $11,570.27 | $7,143.80 | Chief Executive Officer | $0.00 |
| Jason Parkin | All | 2024-07-31 | $292,923.13 | $272,917.55 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Partial Incentive Payout | 2024-08-08 | $15,369.68 | $15,150.00 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Apr 16th 2024 - Apr 30th 2024 | 2024-04-24 | $13,438.67 | $12,500.00 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Apr 1st 2024 - Apr 15th 2024 | 2024-04-10 | $13,438.68 | $12,500.00 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Dec 16th 2023 - Dec 31st 2023 | 2023-12-26 | $11,195.98 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Dec 1st 2023 - Dec 15th 2023 | 2023-12-12 | $11,195.99 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Feb 16th 2024 - Feb 29th 2024 | 2024-02-23 | $11,195.98 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Feb 1st 2024 - Feb 15th 2024 | 2024-02-08 | $11,195.99 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Jan 16th 2024 - Jan 31st 2024 | 2024-01-29 | $11,195.98 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Jan 1st 2024 - Jan 15th 2024 | 2024-01-09 | $11,496.99 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Jul 16th 2024 - Jul 31st 2024 | 2024-07-24 | $11,200.67 | $10,402.50 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Jul 1st 2024 - Jul 15th 2024 | 2024-07-11 | $13,477.89 | $12,517.89 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Jul 29th 2024 - Aug 2nd 2024 | 2024-07-26 | $6,210.54 | $5,769.20 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Jun 16th 2024 - Jun 30th 2024 | 2024-06-25 | $13,477.89 | $12,517.88 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Jun 1st 2024 - Jun 15th 2024 | 2024-06-11 | $13,477.89 | $12,517.89 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Mar 16th 2024 - Mar 31st 2024 | 2024-03-22 | $13,438.67 | $12,500.00 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Mar 1st 2024 - Mar 15th 2024 | 2024-03-12 | $13,438.68 | $12,500.00 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | May 16th 2024 - May 31st 2024 | 2024-05-29 | $13,477.87 | $12,517.88 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | May 1st 2024 - May 15th 2024 | 2024-05-13 | $13,477.89 | $12,517.89 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Nov 16th 2023 - Nov 30th 2023 | 2023-11-27 | $11,195.98 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Nov 1st 2023 - Nov 15th 2023 | 2023-11-10 | $11,195.99 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Oct 16th 2023 - Oct 31st 2023 | 2023-10-26 | $11,213.54 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Oct 1st 2023 - Oct 15th 2023 | 2023-10-09 | $11,213.54 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Sep 16th 2023 - Sep 30th 2023 | 2023-09-26 | $11,213.54 | $10,416.67 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | Sep 1st 2023 - Sep 15th 2023 | 2023-09-11 | $9,469.87 | $8,653.85 | Senior Director, Head of Legal & Corporate Secretary | $0.00 |
| Jason Parkin | N/A | 2024-07-31 | $6,018.74 | $5,769.20 | Senior Director, Head of Legal & | $0.00 |
| Eric Long | All | 2024-06-25 | $476,363.55 | $439,420.00 | Chief Financial Officer | $112,500.00 |
| Eric Long | Partial Incentive Payout | 2024-08-08 | $15,369.68 | $15,150.00 | Chief Financial Officer | $0.00 |
| Eric Long | Apr 16th 2024 - Apr 30th 2024 | 2024-04-24 | $20,040.36 | $18,750.00 | Chief Financial Officer | $0.00 |
| Eric Long | Apr 1st 2024 - Apr 15th 2024 | 2024-04-10 | $21,199.86 | $18,825.00 | Chief Financial Officer | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Eric Long | Dec 16th 2023 - Dec 31st 2023 | 2023-12-26 | $21,119.10 | $18,750.00 | Chief Financial Officer | $0.00 |
| Eric Long | Dec 1st 2023 - Dec 15th 2023 | 2023-12-12 | $21,199.86 | $18,825.00 | Chief Financial Officer | $0.00 |
| Eric Long | Feb 16th 2024 - Feb 29th 2024 | 2024-02-23 | $21,119.10 | $18,750.00 | Chief Financial Officer | $0.00 |
| Eric Long | Feb 1st 2024 - Feb 15th 2024 | 2024-02-08 | $21,199.86 | $18,825.00 | Chief Financial Officer | $0.00 |
| Eric Long | Jan 16th 2024 - Jan 31st 2024 | 2024-01-29 | $21,119.10 | $18,750.00 | Chief Financial Officer | $0.00 |
| Eric Long | Jan 1st 2024 - Jan 15th 2024 | 2024-01-09 | $21,437.36 | $18,825.00 | Chief Financial Officer | $0.00 |
| Eric Long | Jun 16th 2024 - Jun 30th 2024 | 2024-06-25 | $19,679.27 | $18,808.12 | Chief Financial Officer | $0.00 |
| Eric Long | Jun 1st 2024 - Jun 15th 2024 | 2024-06-11 | $19,755.42 | $18,883.13 | Chief Financial Officer | $0.00 |
| Eric Long | Mar 16th 2024 - Mar 31st 2024 | 2024-03-22 | $21,119.10 | $18,750.00 | Chief Financial Officer | $0.00 |
| Eric Long | Mar 1st 2024 - Mar 15th 2024 | 2024-03-12 | $21,199.86 | $18,825.00 | Chief Financial Officer | $0.00 |
| Eric Long | May 16th 2024 - May 31st 2024 | 2024-05-29 | $19,679.30 | $18,808.12 | Chief Financial Officer | $0.00 |
| Eric Long | May 1st 2024 - May 15th 2024 | 2024-05-13 | $19,755.42 | $18,883.13 | Chief Financial Officer | $0.00 |
| Eric Long | Nov 16th 2023 - Nov 30th 2023 | 2023-11-27 | $22,053.86 | $18,750.00 | Chief Financial Officer | $0.00 |
| Eric Long | Nov 1st 2023 - Nov 15th 2023 | 2023-11-10 | $20,265.11 | $18,825.00 | Chief Financial Officer | $0.00 |
| Eric Long | Oct 16th 2023 - Oct 31st 2023 | 2023-10-26 | $11,816.22 | $10,937.50 | Chief Financial Officer | $0.00 |
| Eric Long | N/A | 2024-04-11 | $117,235.71 | $112,500.00 | Chief Financial Officer | $112,500.00 |

**Moxion Power Co.**
**SOFA - Schedule 30**
**Officer Equity Awards**

| Issue Date | Stakeholder Name | Security Type | Grant Reason | Quantity Issued | Quantity Outstanding | Sum of Exercise Price |
|---|---|---|---|---|---|---|
| 10/11/2023 | Jason Parkin | Equity Award | New Hire | 10,200 | 10,200 | 5.52 |
| 02/24/2024 | Jason Parkin | Equity Award | | 12,300 | 12,300 | 5.52 |
| 02/24/2024 | Joshua Ensign | Equity Award | | 30,000 | 30,000 | 5.52 |
| 03/05/2024 | Jason Parkin | Equity Award | | 5,000 | 5,000 | 5.52 |
| Grand Total | | | | | | 22.08 |

**Fill in this information to identify your case:**

| | |
|---|---|
| Debtor 1 | **Alexander Meek** |
| | First Name    Middle Name    Last Name |
| Debtor 2 | |
| (Spouse if, filing) | First Name    Middle Name    Last Name |
| United States Bankruptcy Court for the: | DISTRICT OF DELAWARE |
| Case number | |
| (if known) | |

☐ Check if this is an
   amended filing

## B 104

# For Individual Chapter 11 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims Against You and Are Not Insiders 12/15

If you are an individual filing for bankruptcy under Chapter 11, you must fill out this form. If you are filing under Chapter 7, Chapter 12, or Chapter 13, do not fill out this form. Do not include claims by anyone who is an insider. Insiders include your relatives; any general partners; relatives of any general partners; partnerships of which you are a general partner; corporations of which you are an officer, director, person in control, or owner of 20 percent or more of their voting securities; and any managing agent, including one for a business you operate as a sole proprietor. 11 U.S.C. § 101. Also, do not include claims by secured creditors unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information.

**Part 1:**   List the 20 Unsecured Claims in Order from Largest to Smallest. Do Not Include Claims by Insiders.

| | | Unsecured claim |
|---|---|---|

**1**   **JR Automation Technologies, LLC**
**13365 Tyler Street**
**Holland, MI 49424**

What is the nature of the claim? _____   **$13,580,112.53**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:   - _____
     Unsecured claim

_____
Contact
_____
Contact phone

**2**   **Gotion Inc.**
**Moxion Power Co.**
**530 Water St**
**Oakland, CA 94607**

What is the nature of the claim? _____   **$7,539,637.20**

As of the date you file, the claim is: Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

Does the creditor have a lien on your property?
■ No
☐ Yes. Total claim (secured and unsecured)
     Value of security:   - _____

_____
Contact

Debtor 1    **Moxion Power Co.**                                      Case number *(if known)* _____

Contact phone _____                          Unsecured claim                      _____

---

| **3** | Legacy Industries | **What is the nature of the claim?** _____ | **$6,998,069.80** |

**Legacy Industries**
**1925 Taylor Rd**
**Auburn Hills, MI 48326**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:                    - _____
  Unsecured claim                        _____

Contact _____

Contact phone _____

---

**4**

**Liberty Tool**
**44404 Phoenix Drive**
**Sterling Heights, MI 48314**

**What is the nature of the claim?** _____    **$6,773,551.04**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:                    - _____
  Unsecured claim                        _____

Contact _____

Contact phone _____

---

**5**

**Quality Metalcraft / Experi-Metal, Inc.**
**28101 Schoolcraft**
**Livonia, MI 48150**

**What is the nature of the claim?** _____    **$3,002,781.74**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)
  Value of security:                    - _____
  Unsecured claim                        _____

Contact _____

Contact phone _____

---

**6**

**Advantics**
**165 Rue Eduard Branly**
**01630 Saint Genis Pouilly**
**France**

**What is the nature of the claim?** _____    **$1,951,035.65**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

---

Debtor 1    **Moxion Power Co.** _____    Case number *(if known)* _____

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Value of security:          - _____

_____    Unsecured claim    _____

Contact _____

Contact phone _____

---

| 7 | **Manaflex LLC** | What is the nature of the claim? _____ | **$708,955.49** |

**Manaflex LLC**
**68-3527 Haena St**
**Waikoloa, HI 96738**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Value of security:          - _____

Contact _____    Unsecured claim    _____

Contact phone _____

---

| 8 | **Compass Components, Inc.** | What is the nature of the claim? _____ | **$700,312.75** |

**Compass Components, Inc.**
**48133 Warm Springs Blvd**
**Fremont, CA 94539**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Value of security:          - _____

Contact _____    Unsecured claim    _____

Contact phone _____

---

| 9 | **MC MP Ford Point Realty** | What is the nature of the claim? _____ | **$679,770.61** |

**MC MP Ford Point Realty**
**c/o Cushman & Wakefield**
**7420 S. Kyrene Road,**
**Tempe, AZ 85283**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Value of security:          - _____

Contact _____    Unsecured claim    _____

Contact phone _____

---

| 10 | **Ernst & Young U.S. LLP** | What is the nature of the claim? _____ | **$504,287.50** |

**Ernst & Young U.S. LLP**
**200 Plaza Drive Suite 2222**

Debtor 1    **Moxion Power Co.** _____    Case number *(if known)* _____

**Secaucus, NJ 07094**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____

Value of security: _____

Contact phone _____

Unsecured claim          - _____

---

**11**

**Amphenol TPI**
**2110 Notre Dame Avenue**
**Winnipeg, Manitoba**
**Canada R3H 0K1**

What is the nature of the claim? _____    **$423,575.99**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____

Value of security: _____

Contact phone _____

Unsecured claim          - _____

---

**12**

**Contra Costa County Tax**
**Collector**
**PO Box 51104**
**Los Angeles, CA 90051-5404**

What is the nature of the claim? _____    **$410,900.92**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____

Value of security: _____

Contact phone _____

Unsecured claim          - _____

---

**13**

**Rover Trailers**
**437 Madrin St.**
**452 S Park Ave W**
**Twin Falls, ID 83301**

What is the nature of the claim? _____    **$352,490.10**

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

_____

**Does the creditor have a lien on your property?**

■ No
☐ Yes. Total claim (secured and unsecured)

Contact _____

Value of security: _____

---

Debtor 1    **Moxion Power Co.**                                    Case number *(if known)* _____

Contact phone _____                    Unsecured claim                    _____

---

**14**

**Echo Global Logistics, Inc.**
**600 W. Chicago Ave.**
**Suite 725**
**Chicago, IL 60654**

_____

_____

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    **$274,495.28**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:              - _____
        Unsecured claim                  _____

---

**15**

**Kennerley Spratling Inc.**
**2116 Farallon Drive**
**San Leandro, CA 94577**

_____

_____

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    **$254,301.19**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:              - _____
        Unsecured claim                  _____

---

**16**

**Dovetail Product Development**
**LLC**
**6406 Colton Boulevard**
**Oakland, CA 94611**

_____

_____

Contact _____

Contact phone _____

**What is the nature of the claim?** _____    **$246,527.47**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

**Does the creditor have a lien on your property?**
■ No
☐ Yes. Total claim (secured and unsecured)
        Value of security:              - _____
        Unsecured claim                  _____

---

**17**

**Readybit Consulting LLC**
**11350 Gildar Ln NW**
**Silverdale, WA 98383**

_____

**What is the nature of the claim?** _____    **$240,000.00**

**As of the date you file, the claim is:** Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed
☐ None of the above apply

---

Debtor 1    **Moxion Power Co.**                                      Case number *(if known)* _____

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Value of security:          - _____

Contact _____

Contact phone _____

Unsecured claim          _____

---

**18**

**Intellic Integration LLC**
**2081 Hutton Drive**
**Suite 103**
**Carrollton, TX 75006**

**What is the nature of the claim?** _____          $238,040.00

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Value of security:          - _____

Contact _____

Contact phone _____

Unsecured claim          _____

---

**19**

**Golden State Assembly, LLC**
**47823 Westinghouse Drive**
**Fremont, CA 94539**

**What is the nature of the claim?** _____          $206,161.28

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Value of security:          - _____

Contact _____

Contact phone _____

Unsecured claim          _____

---

**20**

**Hawk Ridge Systems, LLC**
**575 Clyde Ave Suite 420**
**Mountain View, CA 94043**

**What is the nature of the claim?** _____          $203,769.82

**As of the date you file, the claim is:** Check all that apply

☐ Contingent
☐ Unliquidated
☐ Disputed
■ None of the above apply

**Does the creditor have a lien on your property?**

■ No

☐ Yes. Total claim (secured and unsecured)

Value of security:          - _____

Contact _____

Contact phone _____

Unsecured claim          _____

---

**Part 2:    Sign Below**

Under penalty of perjury, I declare that the information provided in this form is true and correct.

Debtor 1      **Moxion Power Co.**                                              Case number *(if known)*

X    **/s/ Alexander Meek**                                        X
     **Alexander Meek**                                                Signature of Debtor 2
     Signature of Debtor 1


     Date    **August 12, 2024**                                      Date

## United States Bankruptcy Court
### District of Delaware

In re    **Moxion Power Co.**                                                    Case No. _____

                                        Debtor(s)      Chapter    **7**_____

## VERIFICATION OF CREDITOR MATRIX

I, the Director of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to

the best of my knowledge.

Date:    **August 12, 2024**_____        **/s/ Alexander Meek**_____

                                        **Alexander Meek**/**Director**
                                        Signer/Title

MOXION POWER CO.
1414 HARBOUR WAY S
SUITE 1901
RICHMOND, CA 94804

ERICKA F. JOHNSON
BAYARD P.A.
600 N. KING ST
SUITE 400
WILMINGTON, DE 19801

1 STOP OFFICE FURNITURE
PO BOX 2467
MARTINEZ, CA 94553

1-800-PACK-RAT, LLC
11640 NORTHPARK DRIVE
SUITE 300
WAKE FOREST, NC 27587

1LIFE HEALTHCARE, INC.
ONE EMBARCADERO CENTER
SUITE 1900
SAN FRANCISCO, CA 94111

1PASSWORD
4711 YONGE ST 10 FL
TORONTO, ON M2N 6K8

24/7 JANITORIAL SERVICES
317 45TH ST
RICHMOND, CA 94805

3-DIMENSIONAL SERVICES GROUP
2547 PRODUCT DRIVE
ROCHESTER HILLS, MI 48309

3DI INFORMATION SOLUTIONS LTD
UNIT 6, ALBION HOUSE
HIGH STREET
WOKING, SURREY GU21 6BG
UNITED KINGDOM

48 BARRIERS
3859 S. COX RD.
SPRINGFIELD, MO 65807

3S SUPPLIES LLC
418 MOUNT PARAN RD
JACKSBORO, TN 37757

8579 SAN FERNANDO ROAD LLC
1776 PEACHTREE ST. NW
SUITE 6055
ATLANTA, GA 30309

8579 SAN FERNANDO ROAD LLC
C/O AXIS MOXION LLC
1776 PEACHTREE STREET
SUITE 504N
ATLANTA, GA 30309

A-1 JAY'S MACHINING, INC.
2228 OAKLAND RD
SAN JOSE, CA 95131

A.J. KIRKWOOD & ASSOCIATES, INC.
4300 N HARBOR BLVD.
FULLERTON, CA 92835

AARON GONZALES
2655 HENLEY PKWY, UNIT 724
TRACY, CA 95377

AARON GONZALEZ
779 34TH ST
RICHMOND, CA 94805

AARON KATSKE
17211 DEER PARK RD.
LOS GATOS, CA 95032

ABCO SYSTEMS LLC
372 STARKE RD
CARLSTADT, NJ 07072

ABDULLAH KHALID
780 CARLSON BOULEVARD #4
RICHMOND, CA 94804

ABDULLAH ZIA
639 BRODERICK STREET
SAN FRANCISCO, CA 94117

ABHIJIT NIKAM
183 SANTA LOUISA
IRVINE, CA 92606

ABIGAIL MORIN
PO BOX 685
ROSLYN, WA 98941

ABRASIVE SUPPLY CORP.
1203 DELL AVE
CAMPBELL, CA 95008

ABSOLUTE EMS
555 ALDO AVENUE
SANTA CLARA, CA 95054

ACC BUSINESS
PO BOX 5077
CAROL STREAM, IL 60197-5077

ACCESS PLANTS LLC
448 IGNACIO BLVD
UNIT 420
NOVATO, CA 94949

ACCRETE CONSULTING INC.
1155 KELLY JOHNSON BLVD.
SUITE 111
COLORADO SPRINGS, CO 80920

ACCUENERGY INC.
22 HOWDEN ROAD
TORNTNO, ON M1R3E4

ACCUENERGY, INC.
22 HOWDEN ROAD
TORONTO, ON M1R 3E4

ACCURATE TECHNOLOGIES INC.
26999 MEADOWBROOK ROAD
NOVI, MI 48377

ADVANCED WORLD PRODUCTS
44106 OLD WARM SPRINGS BLVD
FREMONT, CA 94538

AIRGAS
P.O. BOX 102289
PASADENA, CA 91189-2289

ACEY DECY LIGHTING
200 PARKSIDE DR.
SAN FERNANDO, CA 91340

ADVANTAGE METAL PRODUCTS
7855 SOUTHFRONT ROAD
LIVERMORE, CA 94551

AIRSEA USA LLC
271 S PLEASANT ST.
OBERLIN, OH 44074

ACOUSTIC GEOMETRY
123 COLUMBIA COURT NORTH
CHASKA, MN 55318

ADVANTICS
165 RUE EDUARD BRANLY
01630 SAINT GENIS POUILLY
FRANCE

AKASH PATEL
10 ISLAND VIEW DRIVE
RICHMOND, CA 94804

ACTENVIRO
P.O. BOX 8459
PASADENA, CA 91109-8459

AEROTEK, INC.
7301 PARKWAY DRIVE
HANOVER, MD 21076

ALAN LEDESMA
14 SOLITUDE CT.
OAKLEY, CA 94561

ADAN GOMEZ
2260 EUCLID AVENUE
PALO ALTO, CA 94303

AFS ELECTRONICS INC.
113 MOUNTAIN BROOK DR. #208
HOLLY SPRINGS, GA 30115

ALAN WANG
3112 DEAKIN ST APT 4
BERKELEY, CA 94705

ADESH MEHTA
1821 S MILPITAS BLVD
#359
MILPITAS, CA 95035

AFS ELECTRONICS, INC.
113 MOUNTAIN BROOK DRIVE
CANTON, GA 30115

ALBANY STEEL, INC.
2801 GIANT ROAD
BLDG H-2
RICHMOND, CA 94806

ADRIAN MENENDEZ
835 PINE STREET, APT 10
SAN FRANCISCO, CA 94108

AHMAD HIJAZI
2133 STOCKTON STREET, C304
SAN FRANCISCO, CA 94133

ALBERTO LOZADA
33 COLEMAN DRIVE
SAN RAFAEL, CA 94901

ADRIEN DASTE
139 FAUBOURG SAINT ANTOINE
PARIS 75012
FRANCE

AIML AMINA TECHNOLOGIES INC.
1603 CAPITOL AVENUE
SUITE 413-A #30
CHEYENNE, WY 82001

ALEC MACKLIS
3 MAXWELLS GREEN, APT 210
SOMERVILLE, MA 02143

ADVANCED ASSEMBLY, LLC
20100 E. 32ND PARKWAY
SUITE 225
AURORA, CO 80011

AIO INTERNATIONAL INC
6523 180TH STREET
FRESH MEADOWS, NY 11365

ALEJANDRO FRANCO
255 YACHTSMAN DRIVE
VALLEJO, CA 94591

ADVANCED LASER &
WATERJET CUTTING INC.
48607 WARM SPRINGS BLVE
FREMONT, CA 94539

AIR SCIENCE
120 6TH ST.
PO BOX 62296
FT. MYERS, FL 33906-6296

ALEJANDRO VARELA
1332 MAHONEY ST
RODEO, CA 94572

ALESSANDRO FRANCISCO LIRA
668 43RD ST
OAKLAND, CA 94609

ALICAT SCIENTIFIC, INC.
7641 N BUSINESS PARK DRIVE
TUCSON, AZ 85743

ALTAIR PRODUCT DESIGN INC.
1820 E. BIG BEAVER ROAD
TROY, MI 48083

ALEX SMITH
9046 WESTHILL ROAD
LAKESIDE, CA 92040

ALICE SMITH
273 GOLDFIELD PLACE
SAN RAMON, CA 94582

ALTIUM, INC.
4225 EXECUTIVE SQUARE
STE 800
LA JOLLA, CA 92037

ALEXANDER ALBORZI CALDERON
211 SILO CT.
SEVERANCE, CO 80550

ALIREZA EBRAHIMI
1431 N MELROSE DR #302
VISTA, CA 92083

ALTRAN MAGNETICS LLC
1741 INDUSTRIAL DR. UNIT 14
STERLING, IL 61081

ALEXANDER MEEK
283 OAKDALE AVE
MILL VALLEY, CA 94941

ALIREZA MEHRANJANI
2379 132ND AVE SE
BELLEVUE, WA 98005

ALYSIA CHEVALIER
5304 SAN PABLO AVE., UNIT C
EMERYVILLE, CA 94608

ALEXANDER ROSENBERG
2747 SAN PABLO AVE., #405
BERKELEY, CA 94702

ALISAL PROPERTIES, INC.
1054 SOUTH ALISAL RD
SOLVANG, CA 93463

AMAZON
PO BOX 035184
SEATTLE, WA 98124-5184

ALEXANDR GERASIMOV
201 SAN REY PLACE
DANVILLE, CA 94526

ALL RIGHT ELECTRIC, INC.
5862 BOLSA AVENUE
#102
HUNTINGTON BEACH, CA 92649

AMAZON WEB SERVICES, INC.
PO BOX 84023
SEATTLE, WA 98124

ALEXANDRA PALACIOS
2601 HILLTOP DRIVE APT 436
RICHMOND, CA 94806

ALLIED ELECTRIC SERVICES, INC.
10989 KADOTA AVENUE
POMONA, CA 91766

AMERICAN ALTERNATIVE INSURA
555 COLLEGE ROAD EAST
PRINCETON, NJ 08540-6616

ALEXIS NAJERA MUNOZ
2200 BUSH AVENUE
SAN PABLO, CA 94806

ALLIUM US HOLDCO LLC
PO BOX 847193
DALLAS, TX 75284-7193

AMERICAN DRILL BUSHING CO.
5740 HUNT ROAD
VALDOSTA, GA 31601

ALHAMBRA
PO BOX 660579
DALLAS, TX 75266-0579

ALLOSENSE, INC.
106 S ST. MARY'S ST.
STE 420
SAN ANTONIO, TX 78205

AMERICAN EXPRESS
PO BOX 60189
CITY OF INDUSTRY, CA 91716

ALIBABA
969 WEST WEN YI ROAD
YUHANG DISTRICT
HANGZHOU, CHINA

ALOYSIUS BROWN
7099 N. HUALAPAI WAY
APT #1051
LAS VEGAS, NV 89166

AMERIPAK, INC
551 BRADFORD ST.
PONTIAC, MI 48341

AMINDER SANDHU
807 WINDWARD DRIVE
RODEO, CA 94572

ANDREW NOONAN
303 DAWN COURT
MILL VALLEY, CA 94941

ANTHONY UY
2567 25TH AVENUE
SAN FRANCISCO, CA 94116

AMPHENOL ADVANCED SENSORS
967 WINDFALL ROAD
SAINT MARYS, PA 15857

ANDRO'S ROSTILJ
P.O. BOX 95
LOS GATOS, CA 95030

ANU WARDA
45 ASHBROOK PLACE
MORAGA, CA 94556

AMPHENOL PCD
101, 201, 601, BUILDING C
DAGANG INDUSTRIAL ZONE
GUANGMING DISTRICT, 518132
SHENZHEN, CHINA

ANDROMEDA INTERFACES INC
3401 PIAZZA DE ORO
STE 110
OCEANSIDE, CA 92056

ANURAG MISHRA
380 HEARST DRIVE
MILPITAS, CA 95035

AMPHENOL TPI
2110 NOTRE DAME AVENUE
WINNIPEG
MANITOBA R3H 0K1
CANADA

ANDY HALVORSEN
656 CATALINA DR
LIVERMORE, CA 94550

ANVYL, INC.
167 MADISON AVENUE
SUITE 205 #224
NEW YORK, NY 10016

AMTRUST NORTH AMERICA, INC.
PO BOX 6939
CLEVELAND, OH 44101-1939

ANGEL DIONICIO
1275 EAST VICTORIA COURT
SAN PABLO, CA 94806

AON CONSULTING, INC.
3979 FREEDOM CIRCLE
SUITE 620
SANTA CLARA, CA 95054

ANA ESCOBAR
4141 BARRANCA STREET
EL SOBRANTE, CA 94803

ANGELICA KEENE
1717 WEBSTER STREET, #715
OAKLAND, CA 94612

APEX BUILDING SERVICES, LLC
224 KNOLLCREST COURT
MARTINEZ, CA 94553

ANDREA DAWSON
5431 CLAREMONT AVENUE
OAKLAND, CA 94618

ANHUI JL INTL LOGISTICS CO LTD
ROOM 503-505
#4 BUILDING
YAOHAI WANDA PLAZA HEFEI
ANHUI PROVINCE

APEX FASTENERS
15858 BUSINESS CENTER DR.
IRWINDALE, CA 91706

ANDREW BUTTE
645 PALMETTO
SAN FRANCISCO, CA 94132

ANJALI JOGLEKAR
510 NORTH CASCADE TERRACE
SUNNYVALE, CA 94087

APOLLO.IO
440 N BARRANCA AVE
AVE$4750
COVINA, CA 91723-1722

ANDREW KEOMANIVANH
115 LAPIS COURT
HERCULES, CA 94547

ANTENNA GROUP, LLC.
ONE UNIVERSITY PLAZA
SUITE 605
HACKENSACK, NJ 07601

APPLIED INNOVATION GROUP
PO BOX 21476
SAN JOSE, CA 95151-1476

ANDREW LALLJIE CONSULTING LLC
106 HOLLYCREST DRIVE
LOS GATOS, CA 95032

ANTHONY SANTOS
179 LADERA DRIVE
VALLEJO, CA 94591

APPLUS IDIADA
KARCO ENGINEERING
9270 HOLLY ROAD
ADELANTO, CA 92301

APRES-GOLF, LLC
24 DELAWARE RIM DRIVE
YARDLEY, PA 19067

ARCHER CHAPIN
2133 STOCKTON STREET, APT B202
SAN FRANCISCO, CA 94133

ARUN VINAYAK
2394 TAHITI STREET
HAYWARD, CA 94545

APRIL ZHENG
1431 SNOW SUMMIT DRIVE
RENO, NV 89523

ARCX CORPORATION
3133 W FRYE RD SUITE 101
CHANDLER, AZ 85226

ASAP SEMICONDUCTOR
1341 SOUTH SUNKIST STREET
ANAHEIM, CA 92806

AR2 MACHINING
749 E BROKAW ROAD
SAN JOSE, CA 95112

ARCX INC.
151 AMBER STREET
UNIT 16
MARKHAM, ON L3R 3B3

ASCEND
955 ALMA STREET
PALO ALTO, CA 94301

ARAMARK
2400 MARKET STREET
5TH FLOOR
PHILADELPHIA, PA 19103

ARENA A PTC BUSINESS
PO BOX 772612
DETROIT, MI 48277-2612

ASCOT INSURANCE COMPANY
55 W. 46TH STREET
26TH FLOOR
NEW YORK, NY 10036

ARANDA TOOLING. LLC
13950 YORBA AVENUE
CHINO, CA 91710

ARES BRAZIEL
260 LEE STREET, APT 204
OAKLAND, CA 94610

ASE SUPPLY INC.
DBA THERMO BY PRODUCTS
PO BOX 30599
PORTLAND, OR 97294

ARASH VALIOLLAHI
1402 ROCKDALE DR
ARLINGTON, TX 76018

ARGISHT ABRAMYAN
9009 HADDON AVE
SUN VALLEY, CA 91352

ASHLEY HOCH
2302 SEHARNEY ST.
PORTLAND, OR 97202

ARBON EQUIPMENT CORPORATION
25464 NETWORK PLACE
CHICAGO, IL 60673

ARI RICE
11049 MCCORMICK ST APT 604
NORTH HOLLYWOOD, CA 91601

ASHLEY REILLY
309 FLORIDA AVENUE
RICHMOND, CA 94804

ARCBEST
PO BOX 10048
FORT SMITH, AR 72917-0048

ARIANE DEVOE
2201 VICKSBURG AVENUE
OAKLAND, CA 94601

ASM INTERNATIONAL
9639 KINSMAN RD.
NOVELTY, OH 44073

ARCEO EPOXY CONCRETE COATINGS
309 LAURELWOOD RD #12
SANTA CLARA, CA 95054

ARROW ELECTRONICS
9201 E DRY CREEK ROAD
CENTENNIAL, CO 80112

ASME
TWO PARK AVENUE
NEW YORK, NY 10016

ARCH SPECIALTY INSURANCE CO.
HARBORSIDE 3
210 HUDSON STREET
SUITE 300
JERSEY CITY, NJ 07311-1107

ARTICULATE GLOBAL, LLC
244 5TH AVENUE
SUITE 2960
NEW YORK, NY 10001

ASSEMBLE MARKETPLACE
1414 HARBOUR WAY S
RICHMOND, CA 94804

ASSOCIATION FOR SUPPLY
CHAIN MANAGEMENT
8430 W BRYN MAWR AVE
SUITE 1000
CHICAGO, IL 60631

ASSOCIATION OF
EQUIPMENT MANUFACTURERS
6737 W WASHINGTON STREET
SUITE 2400
MILWAUKEE, WI 53214-5647

ASSOCIATION OF THE US ARMY
2425 WILSON BOULEVARD
ARLINGTON, VA 22201

ASTRODYNE TDI
36 NEWBURGH ROAD
HACKETTSTOWN, NJ 07840

ATLAS COPCO TOOLS
AND ASSEMBLY SYSTEMS LLC
3301 CROSS CREEK PARKWAY
AUBURN HILLS, MI 48326

AUDREY STYS
277 SANTA ROSA AVE
SAUSALITO, CA 94965

AUSTON KOWARSKY
380 CHANNING WAY, APT#363
SAN RAFAEL, CA 94903

AUTEL US INC.
36 HARBOR PARK DRIVE
PORT WASHINGTON, NY 11050

AUTODESK, INC.
ONE MARKET PLAZA
 LANDMARK BUILDING, SUITE 400
SAN FRANCISCO, CA 94105

AUTOMATION &
MODULAR COMPONENTS INC.
10301 ENTERPRISE DR
DAVISBURG, MI 48350

AUTOMATION TECHNIQUES, INC.
2909 PEACH RIDGE AVE NW
GRAND RAPIDS, MI 49534

AUTOMATIONDIRECT.COM INC
PO BOX 402417
ATLANTA, GA 30384-2417

AVEVA SELECT CALIFORNIA
126 MILL STREET
HELDSBURG, CA 95448

AVNET, INC
2211 S 47TH STREET
PHOENIX, AZ 85034

AWAIS QURESHI
28923 WESTWOOD RD
BAY VILLAGE, OH 44140

AXIS IOS, LLC
1776 PEACHTREE STREET
SUITE 605S
ATLANTA, GA 30309

AXIS SURPLUS INSURANCE COMPANY
233 SOUTH WACKER DRIVE
SUITE 4930
CHICAGO, IL 60605

AZHAR MEYER
6406 COLTON BOULEVARD
OAKLAND, CA 94611

B.I. MANUFACTURING, LLC
1331 LIONS CLUB ROAD
MADISON, GA 30650

B.I. PRODUCTION WORKS
1331 LIONS CLUB ROAD
MADISON, GA 30650

BAKER PLUMBING AND COMPAN
1537 S NOVATO BLVD
#293
NOVATO, CA 94947

BALBINDER SINGH
4473 GISELLE LANE
STOCKTON, CA 95206

BALTODANO'S DRYWALL
& PAINTING
829 IBIS DRIVE
OAKLEY, CA 94561

BARNUM & CELILLO ELECTRIC
135 MAIN AVENUE
SACRAMENTO, CA 95838-2089

BATTERIES PLUS 308
2064 4TH STREET
SAN RAFAEL, CA 94901

BAY ALARM COMPANY
5130 COMMERCIAL CIRCLE
CONCORD, CA 94603

BAY CITY MECHANICAL
SERVICE, LLC
870 HARBOUR WAY S
RICHMOND, CA 94804

BEAR CLAW BAKERY & CAFE
2340 SAN PABLO AVENUE
PINOLE, CA 94564

BEAR COMMUNICATIONS INC.
PO BOX 670354
DALLAS, TX 75267-0354

BECK'S SHOES
354 EAST MCGLINCY LANE
CAMPBELL, CA 95008

BEIJING KANG JIE KONG INTL.
CARGO AGENT CO., LTD, NO.9
NANFAXIN SECTOR SHUNPING RD
SHUN YI DISTRICT
SHUN, BEIJING, CHINA 101316

BLACK DIAMOND NETWORKS, LLC
23 MAIN STREET
ANDOVER, MA 01810

BORGWARNER SYSTEMS LUGO S
VIA MENSA, 3/2
48022 SANTA MARIA
IN FABRIAGO (RA)
ITALY

BEMA ELECTRONIC MFG., INC.
4545 CUSHING PKWY
FREMONT, CA 94538

BLEICHERT, INC.
50955 WING DR
SHELBY TWP., MI 48315

BOSSARD INC.
6521 PRODUCTION DRIVE
CEDAR FALLS, IA 50613

BEN CISCO
76 GRANT COLONY CEMETERY RD
HUNTSVILLE, TX 77320

BLINK CHARGING CO
605 LINCOLN ROAD
FIFTH FLOOR
MIAMI BEACH, FL 33139

BOUNDARY STONE PARTNERS
1001 PENNSYLVANIA AVENUE
SUITE 740S
WASHINGTON, DC 20004

BENJAMIN EDWARDS
4316 GOODSON WAY
ROHNERT PARK, CA 94928

BLINK NETWORK, LLC
605 LINCOLN RD.
5TH FLOOR
MIAMI BEACH, FL 33139

BOYD HONG KONG LIMITED
RM 3 8/F SHING YIP INDL BLDG 19
SHING YIP ST
KWUN TONG, HONG KONG
CHINA

BENJAMIN LOWEN
770 ELMWOOD AVENUE
VALLEJO, CA 94591

BLISS TALENT SOLUTIONS LLC
1839 YGNACIO VALLEY ROAD
SUITE 119
WALNUT CREEK, CA 94598

BP PRECISION
3385 S. CHESTNUT AVE
FRESNO, CA 93725

BERNARD ODAMETEY
5424 MAZANT LOOP
ANTIOCH, CA 94531

BLITHE INDUSTRIES
7412 PRINCE DR.
HUNTINGTON BEACH, CA 92647

BPM LLP
2001 NORTH MAIN STREET
SUITE 360
WALNUT CREEK, CA 94596

BETTERMENT FOR BUSINESS LLC
8 WEST 24TH ST. 6TH FLOOR
NEW YORK, NY 10010

BLUE SHIELD OF CALIFORNIA
P.O. BOX 749415
LOS ANGELES, CA 90074-9415

BRAD WITHORN
70 STANFORD WAY
SAUSALITO, CA 94965

BILL REEVES
362 NORTH CHIPMUNK CIRCLE
SILVERTHORNE, CO 80498

BME ELECTRICAL CONSTRUCTION
1281 30TH ST.
OAKLAND, CA 94608

BRADY INDUSTRIES
7055 S. LINDELL ROAD
LAS VEGAS, NV 89118

BINEX LINE CORP.
19515 S. VERMONT AVE
TORRANCE, CA 90502

BMO HARRIS BANK N.A.
P.O. BOX 7167
PASADENA, CA 91109-7167

BRADY WORLDWIDE INC.
6555 W GOOD HOPE RD.
MILWAUKEE,, WI 53223

BINKEN PANG
85 S UNION BLVD
APT# 522
LAKEWOOD, CO 80228

BOBBY HIN
13740 PERIDOT STREET
LATHROP, CA 95330

BRANDON BELZ
3652 STONECROSS LANE
HILLIARD, OH 43026

BRANDON LOEB
2723 BRYANT STREET
SAN FRANCISCO, CA 94110

BRICK THIS
44 CLEVELAND ROAD
NORTH SHIELDS
TYNE AND WEAR, NE29 0N
UNITED KINGDOM

BUNTHA PHUN
3400 RICHMOND PARKWAY
APT. 3524
RICHMOND, CA 94806

BRANDON NEWSOM
345 SHARON AVE
RODEO, CA 94572

BRIDGEWAY INSURANCE COMPANY
555 COLLEGE ROAD EAST
PRINCETON, NJ 08543-5241

BUSINESS EXECUTIVES FOR
NATIONAL SECURITY
1030 15TH STREET NW
SUITE 200 EAST
WASHINGTON, DC 20005

BRANNY THAMMAVONG
3230 TENAYA LANE
STOCKTON, CA 95212

BRIGGS AND LEHMEIER, LLC
7811 WALDEN CIR
FORT COLLINS, CO 80528

BUSINESS WIRE, INC.
101 CALIFORNIA STREET
20TH FLOOR
SAN FRANCISCO, CA 94111

BREATHE EASY ELECTRIC
19025 PARTHENIA STREET
SUITE A
NORTHRIDGE, CA 91324

BRUSA HYPOWER AG
LANGAULISTRASSE 60
9470 BUCHS
SWITZERLAND

C&C SECURITY PATROL, INC.
1684 DECOTO ROAD 161
UNION CITY, CA 94587

BRENNAN ROGERS
3120 SHELDON DRIVE
RICHMOND, CA 94803

BSI AMERICA
PROFESSIONAL SERVICES INC.
12950 WORLDGATE DRIVE
SUITE 800
HERNDON, VA 20170-6001

C. OVERAA & CO
200 PARR BLVD.
RICHMOND, CA 94801

BRET HUBBER
1818 E HOLLYWOOD AVE
SALT LAKE CITY, UT 84108

BSS GLOBAL
300 CONCOURSE BLVD.
SUITE 103
RIDGELAND, MS 39157

C. OVERAA & CO.
200 PARR BLVD
RICHMOND, CA 94801

BRIAN DOCKENDORF
21 BAYO VISTA WAY
SAN RAFAEL, CA 94901

BT LASER
425 REED ST
SANTA CLARA, CA 95050

C.H. ROBINSON COMPANY, INC.
C. H. ROBINSON
P.O. BOX 9121
MINNEAPOLIS, MN 55480

BRIAN MILLER
317 LINDSTROM COURT
SIMPSONVILLE, SC 29680

BUCHANAN AUTOMATION, INC
940 AUBURN CT.
FREMONT, CA 94538

CA ALTERNATIVE ENERGY & AD
TRANSPORTATION FINANCING AU
901 P STREET
ROOM 411A
SACRAMENTO, CA 95814

BRIANA SMITH
85 SOUTH 11TH STREET
SAN JOSE, CALIFORNIA 95112-0000

BUCKLES-SMITH ELECTRIC CO
540 MARTIN AVE
SANTA CLARA, CA 95050

CADEN WOOTEN
227 E. HOUGHTON AVE.
WEST BRANCH, MI 48661

BRIANNA LAMBERT
1604 EAST HATTIE STREET
FORT WORTH, TEXAS 76104-0000

BUILDCAM LLC
7103 COUNTY ROAD 86
FORT COLLINS, CO 80524

CAESAR RODRIGUEZ
1945 RONDA DRIVE
LOS ANGELES, CA 90032

CAL HI-TEC FINISHING, LLC
1680 WEST WINTON AVE.
HAYWARD, CA 94545

CANTEEN REFRESHMENT SERVICES
ACCOUNTS RECEIVABLE DEPARTMENT
2400 YORKMOUNT RD.
CHARLOTTE, NC 28217

CELLBLOCK FCS, LLC
261 MAVERICK ST
BOSTON, MA 02128

CAL-SIERRA TECHNOLOGIES
39055 HASTINGS STREET
SUITE 103
FREMONT, CA 94538

CAPITAL WELD CLEANERS
425 E. GERMANN RD., SUITE 102
GILBERT, AZ 85297

CELLINK CORPORATION
610 QUARRY RD
SANTA CLARA, CA 95954

CALIFORNIA CLOSETS
1414 HARBOUR WAY SOUTH
SUITE 1750
RICHMOND, CA 94804

CAPLUGS
2150 ELMWOOD AVE.
BUFFALO, NY 14207

CESAR CHACON
949 KINGSWOOD DR
PLACENTIA, CA 92870

CALIFORNIA DEPARTMENT OF
TAX & FEE ADMINISTRATION
PO BOX 942879
SACRAMENTO, CA 94279-3535

CARDEL QUAIATTO
35381 REMINGTON DRIVE
STERLING HEIGHTS, MI 48310

CFO RICK, INC.
755 SANSOME ST
SUITE 360
SAN FRANCISCO, CA 94111

CALIFORNIA STRATEGIES
& ADVOCACY, LLC
980 NINTH ST
SUITE 2000
SACRAMENTO, CA 95814

CARLO DOMINGO
1720 CORTE VISTA ST.
BRENTWOOD, CA 94513

CHAMPLAIN CABLE CORP
175 HERCULES DRIVE
COLCHESTER, VT 05446

CALIFORNIA STRATEGIES, LLC
980 NINTH STREET, SUITE 2000
SACRAMENTO, CA 95814

CARMEN DAVIS
2033 BLAKE STREET, APT 218
BERKELEY, CA 94704

CHANDRA S. VISHWANADHA
2923 WHEELER STREET, UNIT D
BERKELEY, CA 94705

CALL OF THE SEA
3020 BRIDGEWAY #278
SAUSALITO, CA 94965

CARTA, INC.
333 BUSH ST. SUITE 2300
SAN FRANCISCO, CA 94104

CHARGEPOINT INC.
254 E HACIENDA AVE
CAMPBELL, CA 95008

CALSTART, INC.
48 S CHESTER AVE
PASADENA, CA 91106

CASEY SUCCESS EVERY TIME, LLC
4353 FOREST AVE
WATERFORD, MI 48328

CHARLES SHIN
1861 LINDEN ST
LIVERMORE, CA 94551

CAMILLE ZABA
13911 OLD HARBOR LANE, APT 202
MARINA DEL REY, CA 90292

CATHERINE SHALLOE
3125 MOUNTAIN VIEW AVENUE
LOS ANGELES, CA 90066

CHARLIE HUNG
715 W CARROLL AVE.
GLENDORA, CA 91741

CANON FINANCIAL SERVICES, INC.
14904 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

CDW DIRECT LLC
200 N MILWAUKEE AVENUE
VERNON HILLS, IL 60061

CHARLOTTE VEHICLE WRAPS
3575 ANDREW L TUCKER RD
#1A
FORT MILL, SC 29708

CHECKR INC
ONE MONTGOMERY ST
SUITE 2000
SAN FRANCISCO, CA 94104

CHRISTOPHER BURKHART
3737 EL JOBEAN ROAD LOT 256
PORT CHARLOTTE, FL 33953

CITY OF RICHMOND
450 CIVIC CENTER PLAZA
P.O. BOX 4046
RICHMOND, CA 94804

CHEER SAN FRANCISCO
584 CASTRO STREET
#307
SAN FRANCISCO, CA 94114

CHRISTOPHER FERGUSON
47 HEMWAY TERRACE
SAN FRANCISCO, CA 94117

CITY OF SAN FRANCISCO
SAN FRANCISCO PUBLIC WORKS
49 SOUTH VAN NESS AVENUE
SUITE 1000
SAN FRANCISCO, CA 94103

CHERIE TRUONG
2021 EAST 27TH ST.
OAKLAND, CA 94606

CHRISTOPHER YAGHSZIAN
18815 LOS ALIMOS STREET
LOS ANGELES, CA 91326

CITY OF VERNON
4305 SANTA FE AVE.
VERNON, CA 90058

CHESTER SMITH
3730 WEST 27TH ST., #204
LOS ANGELES, CA 90018

CHRISTY GIBBONS
14304 42ND AVENUE CT NW
GIG HARBOR, WA 98335

CLAIRE TENG
1023 3RD STREET, APT 711
SAN FRANCISCO, CA 94158

CHIEF ENTERPRISES
545 W LAKE ST #1409
ELMHURST, IL 60126

CHROMA SYSTEMS SOLUTIONS, INC.
19772 PAULING
FOOTHILL RANCH, CA 92610

CLARION EVENTS, INC.
110 SOUTH HARTFORD AVE
SUITE 200
TULSA, OK 74120

CHONGQING MINGLIDA TECH. CO.
NO.18, CHANYE ROAD
TONGLIANG DISTRICT
CHONGQING, 402566
CHINA

CHYANN ALGERE
504 1ST STREET
BRENTWOOD, CA 94513

CLASSIC AMUSEMENT LLC
24615 O'NEIL AVE
HAYWARD, CA 94544

CHRIS GRAHAM
9804 INCA LN
AUSTIN, TX 78733

CIGNA HEALTHCARE
1750 LINCOLN STREET
DENVER, CO 80203

CLAYTON CONTROLS, INC.
2865 PULLMAN ST.
SANTA ANA, CA 92705

CHRISTEL DAWSON
3012 MONROE COURT
ANTIOCH, CA 94509

CINCINNATI TEST SYSTEMS, INC
10100 PROGRESS WAY
HARRISON, OH 45030

CLEAN CUT CONCRETE, INC.
242 PHELAN AVENUE, UNIT C
SAN JOSE, CA 95112

CHRISTIAN NISPEROS
6406 COLTON BLVD
OAKLAND, CA 94611

CINTAS FIRE PROTECTION
P.O. BOX 636525
CINCINNATI, OH 45263-6525

CLEAN ENERGY ASSOCIATES
190 E STACY RD
STE 306 #108
ALLEN, TX 75002

CHRISTINA WAMSLEY
388 SAWMILL LANE
IDAHO SPRINGS, CO 80452

CINTAS FIRST AID & SAFETY DIV.
PO BOX 631025
CINCINNATI, OH 45263-1025

CLEARVIEW DESIGNS, INC.
1952 222ND AVE.
KENOSHA, WI 53140

CLIMATE SUMMIT MIAMI
BEACH HOST COMMITT
3800 NE 1ST AVE
SUITE 200
MIAMI BEACH, FL 33137

COLLEY MARKETING &
CAPITAL MANAGEMENT, INC.
107 NORTH HADDON AVE.
HADDONFIELD, NJ 08033

CONNIE FU
310 ELAN VILLAGE LN, #214
SAN JOSE, CA 95134

CLUTCH WORKS CONSULTING
5121 ELK HORN PEAK DRIVE
RIVERTON, UT 84096

COLLIN BLANEY
6470 S 2300 E
SALT LAKE CITY, UT 84121

CONSOLIDATED PARTS, INC
2425 SCOTT BLVD
SANTA CLARA, CA 95050

CNC SPECIALTY STORE, LLC
5540 STATE RD 50
SUITE 101
DELAVAN, WI 53115

COLORADO DEPT. OF LABOR
& EMPLOYMENT
PO BOX 5070
DENVER, CO 80217

CONSTRUCTION TESTING SVCS
2118 RHEEM DRIVE
PLEASANTON, CA 94588

COAST TO COAST TRUCKING SCHOOL
740 W. SAN CARLOS ST.
SAN JOSE, CA 95126

COMCAST
PO BOX 60533
CITY OF INDUSTRY, CA 91716

CONTRA COSTA COUNTY
HEALTH SERVICES DEPT.
50 DOUGLAS DRIVE
SUITE 320C
MARTINEZ, CA 94553

COBY BENPORAT
6406 COLTON BOULEVARD
OAKLAND, CA 94611

COMMERCIAL TITAN WRAPS LLC
999 W. CUTTING BLVD., STE 11
RICHMOND, CA 94804

CONTRA COSTA COUNTY
TAX COLLECTOR
PO BOX 51104
LOS ANGELES, CA 90051-5404

CODA PROJECT INC.
888 VILLA STREET
4TH FLOOR
MOUNTAIN VIEW, CA 94041

COMPASS COMPONENTS, INC.
48133 WARM SPRINGS BLVD
FREMONT, CA 94539

CONTROLS AUTOMATION
ROBOTICS & TECHNOLOGY
2133 JILL WAY
UPLAND,, CA 91784

CODICO GMBH
ZWINGENSTRASSE 6-8
2380 PERCHTOLDSDORF
AUSTRIA

COMPUTERCARE
3350 SCOTT BLVD.
BLDG 51
SANTA CLARA, CA 95054

CONVERGE DESIGN, LLC
P.O. BOX 1273
GAINESVILLE, GA 30503

COGNEX CORPORATION
1 VISION DRIVE
NATICK, MA 01760

CONCENTRA MEDICAL CENTERS
PO BOX 3700
RANCHO CUCAMONGA, CA 91729

COOLEY LLP
3 EMBARCADERO CENTER
20TH FLOOR
SAN FRANCISCO, CA 94111

COLD AIR REFRIGERATION, INC.
825 ARNOLD DRIVE, SUITE 116
MARTINEZ, CA 94553

CONEXWEST
95 D'ARCY PWKY
LATHROP, CA 95330

COREY TIDWELL
3810 WALLER AVENUE APT B
RICHMOND, CA 94804

COLLETTE ZARO
1411 VIA LOMA
WALNUT CREEK, CA 94598

CONNECTION
PO BOX 536472
PITTSBURGH, PA 15253-5906

CORONTE SMITH
3231 GARVIN AVENUE
RICHMOND, CA 94804

COROVAN MOVING & STORAGE
12302 KERRAN STREET
POWAY, CA 92064

CT CORPORATION SYSTEM
PO BOX 4349
CAROL STREAM, IL 60197

DAN GALLMEISTER
5537 STATE HIGHWAY 162
WILLOWS, CA 95988

COUNCIL OF INDUSTRIES
WEST CONTRA COSTA
P.O. BOX 70088
PT. RICHMOND, CA 94807

CUMMING MANAGEMENT GROUP, INC.
25220 HANCOCK AVE
SUITE 440
MURRIETA, CA 92562

DAN SCHABB
3115 SKUNK RANCH ROAD
MURPHYS, CA 95247

CPA GLOBAL LIMITED
3133 WEST FRYE ROAD
SUITE 400
CHANDLER, AZ 85226

CUONG VO
1040 E MEADOW AVE
PINOLE, CA 94564

DANA PLYMOUTH TECHNOLOGYC
47047 WEST FIVE MILE ROAD
PLYMOUTH, MI 48170

CRANE & HOIST SERVICES
3675 N. WILICOX RD.
SUITE A
STOCKTON, CA 95215

CURZON TRANSPORTATION, INC.
962 FOX FIRE DRIVE
MANTECA, CA 95337

DANHOFF ENGINEERING LLC
918 SOUTH HORTON STREET
STE 703
SEATTLE, WA 98134

CREATIVE BUILDING
TECHNOLOGY, INCORPORATED
664 BERRY AVENUE
HAYWARD, CA 94544

CUTTER & BUCK
12 TENNYSON DRIVE
MILL VALLEY, CA 94941

DANIEL ARANDIA DIAZ
247 SOUTH 45TH STREET
RICHMOND, CA 94804

CREATIVE SAFETY SUPPLY, LLC
8030 SW NIMBUS AVENUE
BEAVERTON, OR 97008

CYNTHIA LEUNG
1352 UTAH STREET
SAN FRANCISCO, CA 94110

DANIEL BUCKLEY
3913 WELCH WAY
ANTIOCH, CA 94531

CREFORM CORPORATION
1628 POPLAR DRIVE EXTENSION
GREER, SC 29651

D&L PRECISION REBUILDING
2821 FAIR OAKS AVE
REDWOOD CITY, CA 94063

DANIEL CRUZ
4608 DEERCREEK LANE
CONCORD, CA 94521

CROWN LIFT TRUCKS
44 S WASHINGTON STREET
NEW BREMEN, OH 45869

D-TEK MFG
3245 WOODWARD AVE.
SANTA CLARA, CA 95054

DANIEL DUPREE
3507 PALMILLA DRIVE APT 3082
SAN JOSE, CA 95134

CRYSTAL INSTRUMENTS CORP.
2090 DUANE AVE
SANTA CLARA, CA 95054

DAKARAI JOHNSON
2506 EDWARD LANE
ANTIOCH, CA 94509

DANIEL GARCIA
3883 TURQUOISE WAY
APT 1226
OAKLAND, CA 94609

CSA AMERICAN TESTING
& CERTIFICATION LLC
8501 E PLEASANT VALLEY ROAD
CLEVELAND, OH 44131

DAMIAN TAYLOR
216 W WALNUT AVE, UNIT C
RIALTO, CA 92376

DANIEL IVAN GARCIA BENITEZ
500 RALEIGH CIRCLE
APT #5115
SUMMERVILLE, SC 29486

DANIEL MARTINEZ
732 5TH STREET
RICHMOND, CA 94801

DANIEL NEUMAIER
1412 KAINS AVENUE, UNIT B
BERKELEY, CA 94702

DANIEL SMITH
6818 LION WAY, #209
OAKLAND, CA 94621

DANIEL TAGALOA
1999 19TH ST
SAN PABLO, CA 94806

DANIEL WILSON
3400 RICHMOND PARKWAY
APT 2307
RICHMOND, CA 94806

DARIA IVANOVA
300 BEALE STREET, 412
SAN FRANCISCO, CA 94105

DAVID CRIPPS
5205 DEERGATE DRIVE
TIPP CITY, OH 45371

DAVID LANE
87 7TH AVENUE, APT. 6
SAN FRANCISCO, CA 94118

DAVID LAW
1560 3RD STREET
APT 1105
SAN FRANCISCO, CA 94158

DAVID PENALOZA
1778 DENKINGER ROAD
CONCORD, CA 94521

DAVID SISAK
1434 NOE STREET
SAN FRANCISCO, CA 94131

DAVID SMOLENSKI
1555 GREENWICH STREET, APT. 8
SAN FRANCISCO, CA 94123

DAVID SZETO
719 PORTOFINO PL
SAN JOSE, CA 95136

DAVIES MOLDING, LLC
350 KEHOE BLVD
CAROL STREAM, IL 60188

DAVIS KAHMANN
15 ORCHARD STREET
APT 2
CAMBRIDGE, MA 02140

DAYTON T. BROWN, INC.
1175 CHURCH ST.
BOHEMIA, NY 11716

DB ROBERTS INC
54 JONSPIN ROAD
WILMINGTON, MA 01887

DBK USA
212 NORTHEAST DRIVE
SPARTANBURG, SC 29303

DCYI, LLC
59692 BARKLEY DRIVE
NEW HUDSON, MI 48165

DE DIVISION OF CORPORATIONS
P.O. BOX 5509
BINGHAMTON, NY 13902-5509

DE DIVISON OF REVENUE
BANKRUPTCY SERVICE
CARVEL STATE BUILDING
820 N. FRENCH STREET, 8TH FL
WILMINGTON, DE 19801

DE LAGE LANDEN FINANCIAL
SERVICES, INC.
PO BOX 41602
PHILADELPHIA, PA 19101-1602

DEAN LEWIS ASSOCIATES
21650 CLOUD WAY
HAYWARD, CA 94545

DEAN WAGMAN
965 FOLSOM STREET
UNIT. 203
SAN FRANCISCO, CA 94107

DEEPIKA NEGI
7860 N. GARDEN MANOR DR.
APT 301
MEMPHIS, TN 38125

DEGREE, INC. DBA LATTICE
1501 NORTH PLANO ROAD
PO BOX 892115
RICHARDSON, TX 75081

DELAWARE STATE TREASURY
820 SILVER LAKE BLVD.
SUITE 100
DOVER, DE 19904

DELTA-Q TECHNOLOGIES CORP
3577 GILMORE WAY #100
BURNABY, BC V5G0B3
CANADA

DEMOCRATIC GOVS ASSOC.
1225 EYE ST. NW
SUITE 1100
WASHINGTON, DC 20005

DENNIS PACHECO MARTINEZ
1271 MONUMENT BOULEVARD
APT 7
CONCORD, CA 94520

DEREK KAN
5760 SIERRA AVENUE
RICHMOND, CA 94805

DIANE CARPIO
1421 COLIN ST
SAN PABLO, CA 94806

DNA GROUP INC
2841 PLAZA PLACE
SUITE 200
RALEIGH, NC 27612

DERRICK DAARUD
162 4TH STREET
RICHMOND, CA 94801

DIANE TANOH
1050 CRESTVIEW DRIVE, APT. 5
MOUNTAIN VIEW, CA 94040

DNV ENERGY USA INC.
1400 RAVELLO RD.
KATY, TX 77449-5164

DESHAWN GASTON
3648 WITHERSPOON COMMON
FREMONT, CA 94538

DIEGO BARBA
8958 BURNET AVE, UNIT A2
NORTH HILLS, CA 91343

DOCKZILLA CO.
12400 WHITEWATER DRIVE
MINNETONKA, MN 55343

DEWESOFT, LLC
10730 LOGAN STREET
WHITEHOUSE, OH 43571

DIGI-KEY ELECTRONICS
ACCOUNTS RECEIVABLE
PO BOX 250
THIEF RIVER FALLS, MN 56701

DOCUSIGN, INC.
221 MAIN STREET
SUITE 1550
SAN FRANCISCO, CA 94105

DEYANIRA ALLMAN
2960 ESTATES AVE
PINOLE, CA 94564

DIMENSIONAL CONTROL SYSTEMS
2805 BELLINGHAM DR.
TROY, MI 48083-2046

DONTECH SOLUTIONS
23350 COMMERCE DRIVE
FARMINGTON HILLS, MI 48335

DF STANDLER
195 LEWIS RD. STE.39
SAN JOSE, CA 95111

DIMENSIONAL INSPECTION
LABORATORIES
35481 DUMBARTON CT.
NEWARK, CA 94560

DOTSOLVED SYSTEMS, INC.
4900 HOPYARD RD.
STE 285
PLEASANTON, CA 94588

DGM SERVICES, INC.
C/O AMEGY BANK, N.A.
P.O. BOX 496
HOUSTON, TX 77210

DJ PRODUCTS, INC.
1009 4TH STREET NW
LITTLE FALLS, MN 56345

DOUGLAS C. HAYES
2037 E. CAROB DR.
CHANDLER, AZ 85286

DHIRAJ HIMANUSH PARRY
219 9TH AVE., APT 705
OAKLAND, CA 94606

DLA PIPER LLP
P.O. BOX 75190
BALTIMORE, MD 21275

DOUGLAS HAYES
5451 ALVAR LOOP
ANTIOCH, CA 94531

DHL EXPRESS - USA
16592 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

DMV RENEWAL SACRAMENTO 94232
P.O. BOX 825339
SACRAMENTO, CA 94232-5339

DOVETAIL PRODUCT
DEVELOPMENT LLC
6406 COLTON BOULEVARD
OAKLAND, CA 94611

DIANA WELSCH
530 E WINDSOR RD, APT B
GLENDALE, CA 91205

DMV RENEWAL SACRAMENTO 94297
P.O. BOX 942897
SACRAMENTO, CA 94297-0897

DPR CONSTRUCTION
A GENERAL PARTNERSHIP
1450 VETERANS BOULEVARD
REDWOOD CITY, CA 94063

DRATA INC.
4660 LA JOLLA VILLAGE DRIVE
SUITE 100
SAN DIEGO, CA 92122

E-HAZARD
3018 EASTPOINT PARKWAY
LOUISVILLE, KY 40223

ED YANKOSKI
3385 SIMON DR
WEST BRANCH, MI 48661

DRIVETRAIN REVENUE, LLP
15560 N FRANK LLOYD WRIGHT
SCOTTSDALE, AZ 85260

E-M MANUFACTURING, INC.
1290 DUPONT CT.
MANTECA, CA 95336

EDDIE MACK
7106 ARTHUR STREET
OAKLAND, CA 94605

DROPBEATS TECHNOLOGY CO.
ROOM 304, BLG 4, NO.123 JULI RD
NO.123 JULI RD, PUDONG NEW DISTRICT
SHANGHAI 201203
CHINA

E-STOPP CORPORATION
2436 EAST 4TH STREET #71
LONG BEACH, CA 90814

EDGARD LOPES
25 RUA MARIA ESTER GUSMAO
JARDIM EUROPA
POUSO ALEGRE, MG 03755-2275
BRAZIL

DROPPIN HZ CAR AUDIO
7915 S EMERSON AVE, BOX 116
INDIANAPOLIS, IN 46237

EA ELEKTRO-AUTOMATIK, INC.
9845 VIA PASAR
SAN DIEGO, CA 92126

EDUARDO CARRILLO
1851 JACQUELINE WAY
CONCORD, CA 94519

DSV AIR & SEA INC
200 WOOD AVE S
ISELIN, NJ 08830

EAGLE EYE POWER SOLUTIONS, LLC
4031 W. KIEHNAU AVE.
MILWAUKEE, WI 53209

EDWIN DIAZ
2786 BROADMOOR AVENUE
CONCORD, CA 94520

DTC LIGHTING AND GRIP
1280 65TH STREET
EMERYVILLE, CA 94608

EAGLE TECHNOLOGIES
9850 RED ARROW HWY
BRIDGMAN, MI 49106

EGOLDFAX
1409 GLENNEYRE STREET
SUITE B
LAGUNA BEACH, CA 92651

DYLAN BLASCHKE
1550 RAYBURN DR.
RENO, NV 89503

EARLE M JORGENSEN CO.
10650 ALAMEDA STREET
LYNWOOD, CA 90262

EHS PLANNING INC
1001 SOUTH MAIN ST, STE 49
KALISPELL, MT 59901

DYMAX CORPORATION
318 INDUSTRIAL LN
TORRINGTON, CT 06790

EARTH ANGEL SUSTAINABLE
PRODUCTION SERVICES
750 MANHATTAN AVE.
BROOKLYN, NY 11222

EKSO BIONICS, INC
101 GLACIER POINT
SUITE A
SAN RAFAEL, CA 94901

DYNAMIC MOTION CONTROL, INC.
2222 N ELSTON AVE
STE 200
CHICAGO, IL 60614

EBAY INC.
2145 HAMILTON AVENUE
SAN JOSE, CA 95125

ELECTRIC CONVERSIONS
515 N. 10TH ST.
SACRAMENTO, CA 95811

E CENTURY INC.
1331 MOUNTAIN VIEW CIR
AZUSA, CA 91702

ECHO GLOBAL LOGISTICS, INC.
600 W. CHICAGO AVE.
SUITE 725
CHICAGO, IL 60654

ELECTRICALHUB.COM
19565 144TH AVE NE
WOODINVILLE, WA 98072

ELEMENT MATERIALS
TECHNOLOGY DETROIT
1150 W MAPLE RD
TROY, MI 48084

EMILY HSIUNG
1516 MAPLE STREET, FRNT
SANTA MONICA, CA 90405

ENTEGEE DBA E91
101 WEST 2ND STREET
SUITE 202
DAVENPORT, IA 52801

ELIAS MICHELI
2575 BING CT.
UNION CITY, CA 94587

EMILY HSIUNG
3338 17TH STREET
APT 210
SAN FRANCISCO, CA 94110

ENTERPRISE AUTOMATION
9050 IRVINE CENTER DRIVE
IRVINE, CA 92618

ELIAS MURO
1495 CASA BUENA DRIVE
APT 405
CORTE MADERA, CA 94925

EMILY SHIN
519 PALM DRIVE
GLENDALE, CA 91202

ENTERPRISE FM TRUST
PO BOX 800089
KANSAS CITY, MO 64180-0089

ELIEZER A GOMEZ JR
32818 CROWN POINT LN
LAKE ELSINORE, CA 92530

EMMA RODVIEN
50 VALLEY ST.,
APT 209
PROVIDENCE, RI 02909

ENTHALPY ANALYTICAL, LLC
5120 NORTHSHORE DRIVE
NORTH LITTLE ROCK, AR 72118

ELIJAH JACKSON
3701 MOSSWOOD DRIVE
OAKLEY, CA 94561

EMMANUEL DALY
1300 MINER AVENUE
SAN PABLO, CA 94806

ENVIRONMENTAL SPRAY SYSTEM
7114 CONVOY COURT
SAN DIEGO, CA 92111

ELISAPETA MOLI MOLIOO
1775 REDWOOD RD
HERCULES, CA 94547

EMORY ENSIGN
3528 64TH STREET
SACRAMENTO, CA 95820

ENVOY
410 TOWNSEND STREET
SUITE 410 (FLOOR 4)
SAN FRANCISCO, CA 94107

ELKA TORRES
6416 NE 70TH ST
VANCOUVER, WA 98661

EMPLOYEMENT SECURITY DEPT.
UT TAX ADMINISTRATION
PO BOX 84242
SEATTLE, WA 98124-5542

EQUIVAQ SOFTWARE, LLC
1414 S SANGRE RD
STE 205
STILLWATER, OK 74074

EMEDCO
2491 WEHRLE DRIVE
WILLIAMSVILLE, NY 14221

EMPLOYMENT DEVELOPMENT DEPT.
PO BOX 989061
WEST SACRAMENTO, CA 95798

EREN ENGELSEN
6201 PLYMOUTH AVENUE
RICHMOND, CA 94805

EMERGENT DEVICES INC.
401 PLYMOUTH ROAD
SUITE 400
PLYMOUTH MEETING, PA 19462

ENDOCHEM
14351 PENDRAGON WAY
FISHERS, IN 46037

ERI ECONOMIC RESEARCH
PO BOX 3524
SEATTLE, WA 98124

EMIL VISPERAS
4328 GOLF DRIVE
LIVERMORE, CA 94551

ENLISTED VENTURES, LLC
345 PIERPONT
SALT LAKE CITY, UT 84101

ERIC HANSON
885 DUNCAN STREET
SAN FRANCISCO, CA 94131

ERIC LONG
5506 LAMBETH ROAD
BETHESDA, MD 20814

ESTHER ESTRADA
3400 RICHMOND PARKWAY, 4206
RICHMOND, CA 94806

EVE ENERGY NORTH AMERICA
7910 N CENTRAL DRIVE
LEWIS CENTER, OH 43035

ERIC MONEY
3235 LARIMER ST.
UNIT 234
DENVER, CO 80205

ETHAN VALENZUELA-FERNANDES
2780 EAST CANAL DRIVE
TURLOCK, CA 95380

EVELYN GEDDINS
326 THOMAS AVENUE
VALLEJO, CA 94590

ERIC PINKHAM
104 JETTY DRIVE
RICHMOND, CA 94804

ETRAILER CORPORATION
1507 HIGHWAY A
WENTZVILLE, MO 63385

EVERCHARGE INC.
DEPT. LA 25109
PASADENA, CA 91185-5109

ERIC SMITH
3200 INDIAN HILLS DRIVE
MARIETTA, GA 30068-3250

EUROCLYDON ENGINEERING
29400 KOHOUTEK WAY
STE 120
UNION CITY, CA 94587

EVFY, INC.
4360 PARK TERRACE DR.
SUITE 100
WESTLAKE VILLAGE, CA 91361

ERIK WHITE
2226 66TH AVENUE
OAKLAND, CA 94605

EUROFINS EAG MATERIALS
SCIENCE, LLC
810 KIFER ROAD
SUNNYVALE, CA 94086

EVNTWRKS-S, LLC
1515 OAKLAND BOULEVARD
WALNUT CREEK, CA 94596

ERIK ZARO
1411 V A LOMA
WALNUT CREEK, CA 94598

EUROFINS ELECTRICAL
& ELECTRONIC TESTING
914 W PATAPSCO
BALTIMORE, MD 21230

EVOLVE ELECTRICS
333 1ST AVE UNIT 2
LONGMONT, CO 80501

ERIN SUTHERLAND
855 LOMBARD STREET
SAN FRANCISCO, CA 94133

EUROPEAN COLLISON CENTER
190 NAPOLEON ST.
SAN FRANCISCO, CA 94124

EWERT ENERGY SYSTEMS, INC.
161 E. ST. CHARLES ROAD
CAROL STREAM, IL 60188

ERINN PUTZI LOVELAND
25 CEDAR STREET
UNIT B
SAN ANSELMO, CA 94960

EUROTECH DISTRIBUTORS, INC.
9503 BRANDYWINE ROAD
NORTHFIELD, OH 44067

EXCELLENT LTD
176 VICTORIA STREET
TE ARO, WELLINGTON CITY
06011-0000
NEW ZEALAND

ERM-WEST, INC.
1340 TREAT BLVD.
SUITE 550
WALNUT CREEK, CA 94597

EVALUCON EMOBILITY INC.
14440 MYFORD RD.
IRVINE, CA 92606

EXPEDITORS CANADA, INC.
55 STANDISH CT., 11TH FL
MISSISSAUGA, ON L5R 4A1
CANADA

ERNST & YOUNG U.S. LLP
200 PLAZA DRIVE SUITE 2222
SECAUCUS, NJ 07094

EVANSTON INSURANCE COMPANY,
A SURPLUS LINES COMPANY
C/O MARKEL
310 HIGHWAY 35 SOUTH
RED BANK, NJ 07701

EXPEDITORS INTERNATIONAL
OF WASHINGTON
849 THOMAS DRIVE
BENSENVILLE, IL 60106

EXPEDITORS TRADEWIN, LLC
1015 THIRD AVENUE
SEATTLE, WA 98104

FAYETTE TRAILERS LLC
32 TRAILER LANE
COCOLAMUS, PA 17014

FIRST IN EMERGENCY
RESPONSE TRAINING, LLC
1024 STONERIDGE DRIVE
LAWRENCE, KS 66049

EYELATION, INC.
18501 MAPLE CREEK DRIVE
TINLEY PARK, IL 60477

FEDEX
PO BOX 7221
PASADENA, CA 91109-7321

FIRST PART CHINA LIMITED
RMS 05-15 13A/F SOUTH TOWER
WORLD FINANCE CTR
CANTON ROAD, TSIM SHA TSUI
KL 999077, HONG KONG

FABIO ORTIZ
1607 WARD ST
HAYWARD, CA 94541

FELIPE CRUXEN
17 RUA DOUTOR ANTôNIO
GONçALVES BARBOSA DA CUNHA
ATIBAIA, CEP 01294-1174
BRAZIL

FIRST-CITIZENS BANK & TRUST C
3003 TASMAN DRIVE
2ND FLOOR, MAIL SORT HF210
SANTA CLARA, CA 95054

FABRI-TECH, INC.
8236 N 600 W
MCCORDSVILLE, IN 46055

FERN EXPO
9100 SHELBYVILLE RD #100
LOUISVILLE, KY 40222

FITCH RATINGS INC.
33 WHITEHALL STREET
NEW YORK, NY 10004

FACTOR TECHNOLOGY, INC.
1770 MASSACHUSETTS AVE
STE. 184
CAMBRIDGE, MA 02140

FERNANDO AGUAYO
662 34TH STREET
RICHMOND, CA 94805

FLAMBEAU, INC.
NW 5581
PO BOX 1450
MINNEAPOLIS, MN 55485-5581

FALCON TRADING CO. INC.
423 SALINAS ROAD
ROYAL OAKS, CA 95076

FERNANDO RUBIO
31 SEMBRIO ST.
RANCHO MISSION VIEJO, CA 92694

FLEX-CABLE
5822 HENKEL RD
HOWARD CITY, MI 49329

FALVEY INSURANACE
66 WHITECAP DRIVE
NORTH KINGSTOWN, RI 02852

FERNDALE SAFETY
C/O INNOVATION ROYAL INC.
12045 ARTHUR-SICARD, SUITE 500
MIRABEL, QC J7J 0E9
CANADA

FLEXPORT INC
P.O. BOX 207244
DALLAS, TX 75320-7244

FANUC AMERICA CORPORATION
3900 W. HAMLIN ROAD
ROCHESTER HILLS, MI 48309

FIRE & MATERIALS RESEARCH
LABORATORY, LLC
33025 INDUSTRIAL ROAD
LIVONIA, MI 48150

FLEXSIM SOFTWARE PRODUCTS
1577 NORTH TECHNOLOGY WAY
OREM, UT 84097

FARADAY & FUTURE
18455 SOUTH FIGUEROA STREET
GARDENA, CA 90248

FIRE ENGINEERING DESIGNS
& CONSULTS
1177 BRANHAM LANE
SUITE # 108
SAN JOSE, CA 95118

FLIGHT SYSTEMS
INDUSTRIAL PRODUCTS
1015 HARRISBURG PIKE
CARLISLE, PA 17013

FASTENAL COMPANY PURCHASING
2001 THEURER BLVD
WINONA, MN 55987

FIRST GUARDIAN
27609 BEECHWOOD DR.
CANYON COUNTRY, CA 91351

FLOYD SORIANO
19940 ROYAL AVENUE
HAYWARD, CA 94541

FLUKE
3181 NORTH BAY VILLAGE COURT
BONITA SPRINGS, FL 34135

FRANSUA SENEGAL
10606 BEVERLY AVE
OAKLAND, CA 94603

FUSES UNLIMITED
LIBERTY ENGINEERING
9248 ETON AVENUE
CHATSWORTH, CA 91311

FOAM FACTORY, INC.
17500 23 MILE RD, UNIT A
MACOMB, MI 48044

FRAUNHOFER USA
44792 HELM STREET
PLYMOUTH, MI 48170

FUTURE MARKET INSIGHTS INC.
UNIT 401-A, 4TH FLOOR
SURVEY #36/1/1 BANER PUNE
PUN, MAHARASHTRA 411045
INDIA

FORD CREDIT
P.O, BOX 552679
DETROIT, MI 48255-2679

FREDERICK CHANG
37469 BAY CREST ROAD
NEWARK, CA 94560

FYT, INC.
1818 SIERRA LEONE AVE STE B
ROWLAND HEIGHTS, CA 91748

FORWARD LOGISTICS INC.
170 MITCHELL AVENUE
SAN FRANCISCO, CA 94080

FREEMAN
P.O. BOX 734596
DALLAS, TX 75373-4596

GALCO INDUSTRIAL ELECTRONIC
1001 E LINCOLN AVE
MADISON HEIGHTS, MI 48071

FPOC, LLC
1855 OLYMPIC BLVD., SUITE 300
WALNUT CREEK, CA 94596

FREMOUW ENVIRONMENTAL SVCS
PO BOX 8359
PASADENA, CA 91109-8359

GARDENER'S GUILD
2780 GOODRICK AVENUE
RICHMOND, CA 94801

FRANK GUTIERREZ
2841 HEMSWORTH COURT
LATHROP, CA 95330

FRG LEASING INC
2139 LAUREL STREET
NAPA, CA 94559

GARY CARMICLE
19858 SAN MIGUEL AVENUE
CASTRO VALLEY, CA 94546

FRANK TANNER
3017 FULTON STREET, UNIT A
BERKELEY, CA 94705

FRG WASTE RESOURCES INC.
PO BOX 10858
NAPA, CA 94581

GATE 7, LLC
1098 ARMADA DRIVE
GREENCASTLE, PA 17225

FRANKIE ZARE
3552 ESKEW COURT
WOODBRIDGE, VA 22192

FRITZIE ARAUJO
115 QUAIL CT
HERCULES, CA 94547

GAURAV SARJAPURAM
1477 LONGITUDE DRIVE
RICHMOND, CA 94804

FRANKLIN MORAN
426 JUDAH STREET
SAN FRANCISCO, CA 94122

FULL BATTERY USA
3823 MISSION BLVD
SUITE A
CAMARILLO, CA 93012

GCI GENERAL CONTRACTORS
875 BATTERY STREET
1ST FLOOR
SAN FRANCISCO, CA 94111

FRANKLINCOVEY CS, INC.
2200 WEST PARKWAY BLVD.
SALT LAKE CITY, UT 84119

FUMEX, LLC
1150 COBB INTERNATIONAL PLACE
SUITE D
KENNESAW, GA 30152

GEM SOFTWARE
268 BUSH STREET
SAN FRANCISCO, CA 94104

GENESIS SYSTEMS GROUP
8900 N. HARRISON STREET
DAVENPORT, IA 52806

GLENOAKS COLLISION CENTER
9361 GLENOAKS BLVD
SUN VALLEY, CA 91352

GOTION INC.
MOXION POWER CO.
530 WATER ST
OAKLAND, CA 94607

GEORGE E. MASKER, INC.
7699 EDGEWATER DRIVE
OAKLAND, CA 94621

GLOBAL APPLICATIONS LLC
1701 E WOODFIELD RD, STE 700
SCHAUMBURG, IL 60173

GOUTHAM RAMARAJ
4547 LA SALLE AVENUE
FREMONT, CA 94536

GEORGIA DEPT. OF REVENUE
PROCESSING
P.O. BOX 740239
ATLANTA, GA 30374-0239

GLOBAL INDUSTRIAL
29833 NETWORK PLACE
CHICAGO, IL 60673-1298

GRACIE WHITAKER
3845 HARRISON ST, APT 214
OAKLAND, CA 94611

GEORGIA DEPT. OF REVENUE
1800 CENTURY BOULEVARD, NE
ATLANTA, GA 30345

GLOBAL OFFICE INC.
2070 COMMERCE AVE
CONCORD, CA 94520

GRAINGER
100 GRAINGER PARKWAY
LAKE FOREST, IL 60045

GEOTAB USA, INC.
7180 POLLOCK DRIVE
LAS VEGAS, NV 89119

GMW ASSOCIATES
955 INDUSTRIAL ROAD
SAN CARLOS, CA 94070

GRANT THORNTON LLP
3333 FINLEY ROAD
SUITE 700
DOWNERS GROVE, IL 60515-1253

GERALD TORRES
2101 NORTHWEST 95TH AVENUE
HOLLYWOOD, FL 33024

GOLDEN STATE ASSEMBLY, LLC
47823 WESTINGHOUSE DRIVE
FREMONT, CA 94539

GREAT AMERICAN RISK SOLUTIO
SURPLUS LINES INSURANCE COM
301 E. FOURTH STREET
CINCINNATI, OH 45202

GEXPRO SERVICES
P.O. BOX 735112
DALLAS, TX 75373-5112

GOLDEN STATE MATERIAL HANDLING
1273 INDUSTRIAL PARKWAY #600
HAYWARD, CA 94544

GREEN EARTH SUSTAINABLE
SOLUTION, INC.
117 BERNAL RD, STE 70, MS 239
SAN JOSE, CA 95119

GIBBY KURIA
325 27TH STREET, UNIT 440
OAKLAND, CA 94612

GORDON ELECTRIC SUPPLY, INC.
1290 N. HOBBIE AVENUE
PO BOX 231
KANKAKEE, IL 60901

GREENBIZ GROUP, INC
440 25TH STREET
OAKLAND, CA 94612

GIG TALENT, LLC
300 CARLSBAD VILLAGE DRIVE
SUITE 108A-134
CARLSBAD, CA 92008

GORILLA CIRCUITS
1445 OAKLOAND ROAD
SAN JOSE, CA 95112

GREG MICHEL
BSS GLOBAL LLC
300 CONCOURSE BLVD.
STE 103
RIDGELAND, MS 39157

GILDARDO MORENO
2561 LARRIKEET CT.
PLEASANTON, CA 94566

GOTHAM INSURANCE COMPANY
C/O COACTION SPECIALTY INSURANCE
412 MT KEMBLE AVE
SUITE 300C
MORRISTOWN, NJ 07960-6666

GREGORY JOHNSON
5724 EAST 16TH STREET
OAKLAND, CA 94621

GRIFFO HOUSE LLC
9201 W STATE ST.
SUITE 104
BOISE, ID 83714

HANNAH BENNETT
7858 BANCROFT AVENUE #D
OAKLAND, CA 94605

HAX MECHANICAL ELECTRONIC C
124 XIYUAN ROAD
HUTANG
WUJIN DISTRICT
JIANGSU PROVINCE, CHINA

GRUBHUB
111 W. WASHINGTON STREET
CHICAGO, IL 60602

HANNAH WEYMULLER
532 SIMONDS LOOP, APT A
SAN FRANCISCO, CA 94129

HAZMAT SAFETY CONSULTING, LL
1765 DUKE STREET
ALEXANDRIA, VA 22314

GUANGZHOU ZHENGQI
TECHNOLOGY CO., LTD
3RD F, 2ND BUILDING, NO. 6
HONGYUAN RD, GUANGZHOU
CHINA

HANSEN SUPPLY COMPANY
406 164TH ST SW
LYNNWOOD, WA 98087-8114

HCL TECHNOLOGIES CORP.
SERVICES LIMITED
70 6TH FLOOR, GRACE CHURCHS
LONDON EC3V 0XL
ENGLAND

GUIDEHOUSE, INC
4511 PAYSPHERE CIRCLE
CHICAGO, IL 60674

HARDWARE SPECIALTY CO INC
48-75 36TH
ST. LONG ISLAND CITY, NY 11101

HEADRACE TECHNOLOGIES, INC
901 S MOPAC EXPY BLDG 4
STE 343
AUSTIN, TX 78746

GUNDERSON DETTMER
550 ALLERTON STREET
REDWOOD CITY, CA 94063

HARMAN SINGH
38318 ANITA COURT
FREMONT, CA 94536

HEILIND ELECTRONICS INC
58 JOSPIN RD
WILMINGTON, MA 01887

GUSTAVO AVINA
924 SPRUCE LANE
PASADENA, CA 91103

HARPER & SONS LLC
18017 CHATSWORTH ST.
#181
GRANADA HILLS, CA 91344

HENRY HALE
5017 TOYON WAY
ANTIOCH, CA 94531

GUSTAVO N. S. MACHADO
106 LILAC CIRCLE
HERCULES, CA 94547

HARTFORD FIRE INSURANCE CO.
LOS ANGELES BRANCH OFFICE
777 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

HERNANDEZ PARTY RENTALS
2127 SANFORD AVE.
SAN PABLO, CA 94806

HAMILTON BROADWAY SIGNS
7272 MACARTHUR BLVD
OAKLAND, CA 94605

HASSAN SHEIKH
3883 TURQUOISE WAY, APT 1402
OAKLAND, CA 94609

HIGH INTEGRITY SYSTEMS LTD.
BROWN'S COURT
LONG ASHTON BUSINESS PARK
YANLEY LANE, LONG ASHTON
BS41 9LB, UNITED KINGDOM

HAMPTON CLARK
658 MISSOURI STREET
SAN FRANCISCO, CA 94107

HAWK ELECTRONICS, INC.
1090 JOHNSON DRIVE
BUFFALO GROVE, IL 60089

HIOKI USA CORPORATION
6600 CHASE OAKS BLVD
SUITE 1150
PLANO, TX 75023

HANGZHOU TIECHENG
INFORMATION TECHNOLOGY
5/F, NO. 108. XRANGYUAN ROAD
GONGSHU DISTRICT  ZHEJIANG PROVINCE
HANGZHOU, 310015, CHINA

HAWK RIDGE SYSTEMS, LLC
575 CLYDE AVE SUITE 420
MOUNTAIN VIEW, CA 94043

HO JUNE BANG
678 SOUTH ARDMORE AVENUE
APT 320
LOS ANGELES, CA 90005

HOANG DO
426 SUNRISE WAY
SAN FRANCISCO, CA 94134

HPA, INC.
18831 BARDEEN AVE
SUITE 100
IRVINE, CA 92612

INDUCTIVE AUTOMATION LLC
90 BLUE RAVINE ROAD
FOLSOM, CA 95630

HODGE PRODUCTS
P.O. BOX 1326
EL CAJON, CA 92022

HST MATERIALS, INC.
1631 BRUMMEL AVE
ELK GROVE VILLAGE, IL 60007

INELSHATIL JONES
427 A STREET, APT A
RICHMOND, CA 94801

HOEM & ASSOCIATES, INC.
951 LINDEN AVENUE
SOUTH SAN FRANCISCO, CA 94080

IAN KOSE
405 NORTH ISABEL STREET, A
GLENDALE, CA 91206

INFINITE CANVAS INC.
527 HOWARD ST FLOOR 2
SAN FRANCISCO, CA 94105

HOEUN HENG
4500 THE WOODS DRIVE, APT # 1921
SAN JOSE, CA 95136

IAN MURIMI
2121 SEVENTH STREET, APT 210
BERKELEY, CA 94710

INFOTRAC INC.
200 NORTH PALMETTO STREET
LEESBURG, FL 34748

HOFFMANN QUALITY
TOOLS USA, INC.
202 N. SEVEN OAKS DRIVE
KNOXVILLE, TN 37922

IDWHOLESALER
PO BOX 95727
CHICAGO, IL 60694-5727

INNOVATION CREDIT GROWTH
FUND IX, L.P.
C/O SVB CAPITAL
2700 SAND HILL ROAD
MENLO PARK, CA 94025

HONEST APPAREL, LLC
PO BOX 2250
AMAGANSETT, NY 11930

IEWC CORP
DEPT CH- BOX 17084
PALATINE, IL 60055-7084

INNOVATION CREDIT SMA II, L.P
C/O SVB CAPITAL
2770 SAND HILL ROAD
MENLO PARK, CA 94025

HORD RAPIDTOOLS MFG. LTD.
ROOM 517, NEW CITY CENTRE
2 LEI YUE MUN RD
KOWLOON
HONG KONG

IFM EFECTOR, INC.
1100 ATWATER DRIVE
MALVERN, PA 19355

INSIDE SOURCE, INC.
985 INDUSTRIAL ROAD 101
SAN CARLOS, CA 94070

HORIBA MIRA LTD.
WATLING STREET
NUNEATON
WARWICKSHIRE CV10 0TU
UNITED KINGDOM

IMC DATAWORKS, LLC
525 AVIS DRIVE, SUITE 14
ANN ARBOR, MI 48108

INTEGRATED MANUFACTURING
& SUPPLY INC.
620 ORVIS AVE
SAN JOSE, CA 95112

HOVAIR AUTOMOTIVE LLC
211 PROVINCE STREET
FRANKLIN, IN 46131

IMPERIAL FORD
8 UXBRIDGE RD.
MENDON, MA 01756

INTELLETRACE, INC.
1602 GRANT AVE.
SUITE 208
NOVATO, CA 94945

HOWARD BUTLER ELECTRIC
3155 MORGAN TERRITORY RD
CLAYTON, CA 94517

INDEED, INC.
177 BROAD STREET
STAMFORD, CT 06901

INTELLIC INTEGRATION LLC
2081 HUTTON DRIVE
SUITE 103
CARROLLTON, TX 75006

INTERIOR MOTIONS
1465 PARK AVE
EMERYVILLE, CA 94608

IPPS CORPORATION
1055 BROADWAY
11TH FLOOR
KANSAS CITY, MO 64105

J.J. KELLER & ASSOCIATES, INC
3003 BREEZEWOOD LANE
P.O. BOX 368
NEENAH, WI 54957-0368

INTERNAL REVENUE SERVICE
CENTRALIZED INSOLVENCY OP.
PO BOX 7346
PHILADELPHIA, PA 19101-7346

IPROMO
25 N HIGH STREET
CANAL WINCHESTER, OH 43110

JACKSON STOBART
736 BAKER STREET
SAN FRANCISCO, CA 94115

INTERNATIONAL FIRE EQUIP.
437 OHIO AVENUE
RICHMOND, CA 94804

ISAAC BURROUGH
5517 COLUSA AVE
RICHMOND, CA 94804

JACOB BAKER
8635 W SAHARA AVE
#432
LAS VEGAS, NV 89117

INTERNATIONAL WIRE & CABLE
44035 PHOENIX DRIVE
STERLING HEIGHTS, MI 48314

ISHAAN MOROLIA
826 E 40TH ST
HOUSTON, TX 77022

JACOB BLANCO
1398 AZALEA CT.
HOLLISTER, CA 95023

INTERSTATE ALL BATTERY
CENTER - SILICON
30208 INDUSTRIAL PKWY, SW
HAYWARD, CA 94544

ITEM AMERICA, LLC
12105 INSURANCE WAY
HAGERSTOWN, MD 21740

JACQUELINE BISHOP
2857 W LANE ST.
SAN PABLO, CA 94806

INTRALINKS, INC.
PO BOX 392134
PITTSBURGH, PA 15251-9134

IV1 1411 HARBOUR WAY
S OWNER, LLC
BROOKFIELD PLACE, 250 VESEY ST
15TH FLOOR
NEW YORK, NY 10281-1023

JAGCO GLOBAL
3401 EAST HARBOUR DRIVE
PHOENIX, AZ 85034

INTREPID CONTROL SYSTEMS
1850 RESEARCH DR.
TROY, MI 48083

IVAN HENDRY
3767 CAROL STREET
PINOLE, CA 94564

JAIME CEBALLOS
617 BROOKLYN AVE, APT 7
OAKLAND, CA 94606

INTRIVO DIAGNOSTICS INC.
429 LENOX AVE
SUITE 100
MIAMI BEACH, FL 33139

IVAN JAVIER LOPEZ TORRES
250 W SEASIDE WAY 3117
LONG BEACH, CA 90802

JAIRON MENDEZ
2246 KEY BOULEVARD
RICHMOND, CA 94805

INVERTER SUPPLY
510 BUSINESS PARKWAY
SUITE A
ROYAL PALM BEACH, FL 33411

IVAN LOPEZ
250 W SEASIDE WAY
APT 3216
LONG BEACH, CA 90802

JAMA SOFTWARE INC
135 SW TAYLOR STREET SUITE 2
PORTLAND, OR 97204

INX BUILDING
MAINTENANCE SOLUTIONS
PO BOX 743853
LOS ANGELES, CA 90074-3853

J.B. HUNT TRANSPORT, INC.
615 J B HUNT CORPORATE DR
LOWELL, AR 72745

JAMES DOORNBOS
5058 CREELY AVE
RICHMOND, CA 94804

JAMES HOLLOWAY
2341 21ST ST
APT C
SAN PABLO, CA 94806

JASMINE SORIA
2555 BARRETT AVENUE
RICHMOND, CA 94804

JBC TECHNOLOGIES, INC
7887 BLISS PARKWAY
NORTH RIDGEVILLE, OH 44039

JAMES MCKINNEY
3702 FOLSOM STREET
SAN FRANCISCO, CA 94110

JASON BUDGE
101 SILVERADO WAY
LAFAYETTE, CA 94549

JEAN-CHRISTOPHE ESTOUP
280 SPEAR STREET, UNIT 510
SAN FRANCISCO, CA 94105

JAMES PARK
4681 ALBANY CIRCLE, APT 133
SAN JOSE, CA 95129

JASON CUADRA
6025 INDIAN AVENUE
SAN JOSE, CA 95123

JED MICKLE
109 3RD STREET
SAUSALITO, CA 94965

JAMES S BURNS
869 AUDREY WAY
EL CAJON, CA 92019

JASON PARKIN
3 BERENS DRIVE
KENTFIELD, CALIFORNIA 94904-0000

JEFF HUDGENS
2153 ARLEEN WAY
SAN JOSE, CA 95130

JAMES SIMONS
155 ALMADINE WAY
DANVILLE, CA 94506

JASON REYES
1631 WILKINS LN
CONCORD, CA 94519

JENIFER SALCEDO
2011 MARKET AVE, UNIT 312
SAN PABLO, CA 94806

JAMIE FOX
3877 BUCKEYE CIR
SARASOTA, FL 34232

JASON VAUGHAN
4136 AVALON CT.
UNIT B
FREMONT, CA 94536

JENNER PRUDENTE
2025 VILLA DRIVE, APT 208
PITTSBURG, CA 94565

JAMIE YOUNG
808 STANDISH ROAD
PACIFICA, CA 94044

JAY SIEGAN PRESENTS, LLC
1655 POLK STREET
SUITE #1
SAN FRANCISCO, CA 94109

JER-NEE CONSULTING
5121 ELK HORN PEAK DRIVE
RIVERTON, UT 84096

JAMIE YOUNG CONSULTING INC.
808 STANDISH RD.
PACIFICA, CA 94044

JAYVEE BELO
13740 PERIDOT ST.
LATHROP, CA 95330

JEREMY KARNSOUVONG
3162 N FRONT ST.
HERCULES, CA 94547

JANELL BOONE
2857 10TH STREET
PACIFICA, CA 94044

JAZ LE BLANC
14363 PRADERAS DR
FONTANA, CA 92337

JEREMY LITTLETON
3400 RICHMOND PKWY, 3109
SAN PABLO, CA 94806

JARED MORFIN RIOS
29397 LASSEN STREET
HAYWARD, CA 94544

JAZZMYN WILLIAMS
555 ALASKA AVE, APT 29
FAIRFIELD, CA 94533

JESSE STATON
932 JACKSON ST.
ALBANY, CA 94706

JESSE ZEIGLER
960 STONEGATE CIRCLE
OAKLEY, CA 94561

JIM WEATHERS
180 OBSIDIAN COURT
VALLEJO, CA 94589

JOHN GRIFFIN
1830 SPRINGS RD
VALLEJO, CA 94591

JESSICA BURNS
2402 OAK STREET
APT D
SANTA MONICA, CA 90405

JIMMY CASTRO
3400 RICHMOND PKWY, 2321
SAN PABLO, CA 94806

JOHN HUELSKAMP
21 LOVELL AVE
MILL VALLEY, CA 94941

JESSICA FISHMAN
450 A GOLD DUST DRIVE
PO BOX 2448
EDWARDS, CO 81632

JIMMY WONG
2189 EVA WAY
BRENTWOOD, CA 94513

JOHN NYSTROM
2410 LAUGHLIN RD
WINDSOR, CA 95492

JESSICA KOERNER
1125 MEADOWCREST DRIVE
CORTE MADERA, CA 94925

JISOO KIM
9551 ALEXANDRA RD
UNIT 210
RICHMOND, BC V6X 0S6
CANADA

JOHNNY ROBLES
19132 TIMES AVE
HAYWARD, CA 94541

JESSICA MOCK
19148 STANTON AVENUE
CASTRO VALLEY, CA 94546

JKI
1270 SPRINGBROOK RD
SUITE C
WALNUT CREEK, CA 94597

JONAH MURPHY
551 ECCLES AVE
SOUTH SAN FRANCISCO, CA 94080

JESUS VASQUEZ
319 GRAMERCY PLACE
OAKLAND, CA 94603

JOEL BAY
788 HARRISON STREET, APT 527
SAN FRANCISCO, CA 94107

JONATHAN CABRERA
1140 ARAPAHOE ST
LOS ANGELES, CA 90006

JF VENDOR
333 WHEAT STREET
ROBINSON, KS 66532

JOEL SAVAGE
7600 WASHINGTON AVE
SEBASTOPOL, CA 95472

JONATHAN ESPINOZA
2862 DEVON WAY
SAN PABLO, CA 94806

JH TECHNOLOGIES, INC.
213 HAMMOND AVE
FREMONT, CA 94539

JOELLE DUPLESSIS
462 9TH AVE, APT 8
NEW YORK, NY 10018

JONATHAN HUNG
5362 SAYRE AVENUE
FREMONT, CA 94536

JHON MACIAS
295 29TH STREET, 415
OAKLAND, CA 94611

JOHN ARUNA
4345 CHAUCER CT
LIVERMORE, CA 94551

JONES IT
3435 CESAR CHAVEZ PH
SAN FRANCISCO, CA 94110

JIANGXI DASEN TECHNOLOGY CO. LTD
NO. 888 GUANGMING ROAD
GAOXIN DISTRICT
XINYU CITY, CHINA

JOHN DEL ROSARIO
3744 PINTAIL DR
ANTIOCH, CA 94509

JONES LANG LASALLE AMERICAN
200 RANDOLPH STREET
43RD FLOOR
CHICAGO, IL 60601

JORDAN MIZAK
2811 QUARRYHILL AVE, UNIT 3
LIVERMORE, CA 94551

JOSE CERDA
2400 PINE AVENUE
RICHMOND, CA 94806

JOSE GONZALEZ
13255 LUTHER ROAD
AUBURN, CA 95603

JOSE GUZMAN-GRANADO
4830 WOLF WAY
CONCORD, CA 94521

JOSE MARTINEZ
1268 HALLMARK WAY
BRENTWOOD, CA 94513

JOSE MEDINA
2125 ALFREDA BOULEVARD
SAN PABLO, CA 94806

JOSE ROJAS
4827 APPIAN WAY, APT. #16
EL SOBRANTE, CA 94803

JOSEPH CHAIDEZ
P.O. BOX 99334
EMERYVILLE, CA 94608

JOSEPH DANIELS
3518 CHASEWOOD DRIVE
SAN DIEGO, CA 92111

JOSH ENSIGN
89 TUMBLEWEED CT
SAN RAMON, CA 94583

JOSH GRONDIN
2329 ACTON STREET
BERKELEY, CA 94702

JOSH PAYNE
3774 CHESTNUT CT.
OAKLAND, MI 48363

JOSHUA CACCAM
106 GREENMONT DR
VALLEJO, CA 94591

JOSHUA LIU
6406 COLTON BLVD.
OAKLAND, CA 94611

JP MORGAN
560 MISSION ST
FLOOR 22
SAN FRANCISCO, CA 94105

JPMORGAN CHASE BANK, N.A.
TRADE & WORKING CAPITAL
10410 HIGHLAND MANOR DR., FL 3
TAMPA, FL 33610-9128

JPMORGAN CHASE BANK, N.A.
GLOBAL TRADE OPERATIONS
10420 HIGHLAND MANOR DRIVE
FLOOR 4
TAMPA, FL 33610-9128

JR AUTOMATION TECHNOLOGIES, LLC
13365 TYLER STREET
HOLLAND, MI 49424

JUAN ACEVES
401 TRAVIS CT
PITTSBURG, CA 94565

JUAN ALDECOA
2645 BRYANT STREET
SAN FRANCISCO, CA 94110

JUAN CARLOS CASTILLO MATA
486 GARRETSON AVE
RODEO, CA 94572

JUAN CASTILLO
486 GARRETSON AVE
RODEO, CA 94572

JUAN MENDIETA
1500 FOXGLOVE PL.
SAN PABLO, CA 94806

JUDY TSENG
2751 FIFTH STREET
ALAMEDA, CA 94501

JULIANNA HASKEL
3900 MARSALA WAY
MODESTO, CA 95356

JULIETO SALTIGA
2011 MARKET AVE.
APT 332
SAN PABLO, CA 94806

JUSTIN HINGSTON
877 SONOMA AVE #2
SANTA ROSA, CA 95404

KACTON DEVOTI
3646 16TH ST.
SAN FRANCISCO, CA 94114

KAESER COMPRESSORS, INC.
51 SIGMA DRIVE
FREDERICKSBURG, VA 22408

KAI WANG
333 HARRISON ST, 702
SAN FRANCISCO, CA 94105

KAISER
P.O. BOX 741562
LOS ANGELES, CA 90074-1562

KASHUNDA KNIGHT
3400 RICHMOND PARKWAY, #3109
RICHMOND, CA 94806

KENNERLEY SPRATLLING INC.
2116 FARALLON DRIVE
SAN LEANDRO, CA 94577

KAITLYN BAILEY
2880 FORD ST.
OAKLAND, CA 94601

KASSANDRA MORANDO
3019 BLACKBERRY AVE
SAN RAMON, CA 94582

KENNETH ADOMAITIS
386 MICHIGAN CIR
HOSCHTON, GA 30548

KAMALPREET KAUR
3535 EL PORTAL DR., G-108
EL SOBRANTE, CA 94803

KATHERINE CRUZ
7601 ARTHUR STREET
OAKLAND, CA 94605

KENNETH DARE
1724 GOLDEN RAIN ROAD, APT. 1
WALNUT CREEK, CA 94595

KANBANBOX SRI
ZAMENHOF 817
VICENZA, VI 36100

KAYLEN SHAW
101 PRINGLE AVENUE, A510
WALNUT CREEK, CA 94596

KEVIN ELIZONDO
649 22ND ST, B
RICHMOND, CA 94801

KANDJI, INC.
101 W BROADWAY
SUITE 1440
SAN DIEGO, CA 92101

KAYNAT ZIA
3507 PALMILLA DR, UNIT 3175
SAN JOSE, CA 95134

KEVIN GUTIERREZ
416 CORCORAN AVE
APT 1
VALLEJO, CA 94589

KANG-LI CHENG
820 GARDNER DRIVE
MONTEBELLO, CA 90640

KAYNAT ZIA
5524 MANSFIELD RD
ARLINGTON, TX 76017

KEYENCE CORP. OF AMERICA
669 RIVER DRIVE
SUITE 403
ELMWOOD PARK, NJ 07407

KAO SAELEE
19 CRYSTAL CIRCLE
HERCULES, CA 94547

KEGFORCE
5511 W LAKE RIVER LANE
BOISE, ID 83703

KGS
2860 ZANKER ROAD
SUITE 102
SAN JOSE, CA 95134

KAREEN GONZALES
83 VENDOME AVENUE
DALY CITY, CA 94014

KEITH PIPER
2950 EL MONTE AVE
OAKLAND, CA 94605

KIER & WRIGHT CIVIL
ENGINEERS AND SURVEY
2850 COLLIER CANYON ROAD
LIVERMORE, CA 94551

KARL HOLODNICK
42109 BAINTREE CIR
NORTHVILLE, MI 48168

KELLY PEST CONTROL
1936 CARQUINEZ AVE
RICHMOND, CA 94805

KING KONG PRODUCTION VEHIC
8924 LANKERSHIM BLVD
SUN VALLEY, CA 91352

KARTHICK CHANDRAN
9863 BRUNSWICK WAY
SAN RAMON, CA 94583

KENDRICK CARTER
3400 RICHMOND PKWY
APT 3109
RICHMOND, CA 94806

KINGSLEY AFEMIKHE
1874 EL CERRITO PL
LOS ANGELES, CA 90068

KINSALE INSURANCE COMPANY
P.O. BOX 17008
RICHMOND, VA 23226

KVASER INC.
29 CANTATA DRIVE
MISSION VIEJO, CA 92692

LARRY PACIS
2562 BATON ROUGE DR.
SAN JOSE, CA 95133

KIRSTEN SAUNDERS
48 INYO ST
BRISBANE, CA 94005

KYLE REYNOLDS
3612 PALM STREET STREET
BOZEMAN, MT 59718

LASER MARK'S COMPANY LLC
2109 O'TOOLE AVENUE STE S
SAN JOSE, CA 95131

KRAH ELEKTRONISCHE
BAUELEMENTE GMBH
MARKISCHE STR. 4
D-57489 DROLSHAGEN
GERMANY

KYLE TOBIN
950 TENNESSEE ST, UNIT 318
SAN FRANCISCO, CA 94107

LATHAM & WATKINS LLP
1271 AVENUE OF THE AMERICAS
NEW YORK, NY 10020-1303

KRIS ALLEN
1203 DONNER PASS RD
VALLEJO, CA 94589

L&W POWER CORP.
3079 S. BALDWIN SUITE 110
LAKE ORION, MI

LAURA YOUNG
2268 LAGOON VIEW DR.
CARDIFF BY THE SEA, CA 92007

KRISKO MACHINING
3424 DE LA CRUZ BLVD.
SANTA CLARA, CA 95054

LABELMASTER
5724 N PULASKI RD
CHICAGO, IL 60646

LAUREN CISNEROS
3103 LOUISE AVE.
LANCASTER, CA 93536

KRISTEN ARGERAKE
11253 VIA MADONNA
SANTEE, CA 92071

LADD DISTRIBUTION
26449 NETWORK PLACE
CHICAGO, IL 60673-1264

LAURENCE LEA
323 BENTON WAY
AMERICAN CANYON, CA 94503

KRISTINA GRIFFIN
1425 HUMBUG CREEK DR.
FOLSOM, CA 95630

LANDMARK AMERICAN INSURANCE
C/O RSUI GROUP, INC.
945 EAST PACES FERRY ROAD
SUITE 1800
ATLANTA, GA 30328

LAVON SHEPARD
1437 WOODSIDE CIRCLE
PETALUMA, CA 94954

KRZYSZTOF JUSZCZE
5114 FOOTHILL BOULEVARD
OAKLAND, CA 94601

LANDSTAR RANGER INC
PO BOX 784293
PHILADELPHIA, PA 19178

LEAN FACTORY AMERICA, LLC
816 EAST 3RD STREET
BUCHANAN, MI 49107-1468

KUEHNE + NAGEL, INC.
10 EXCHANGE PLACE
20TH FLOOR
JERSEY CITY, NJ 07302

LAQUITA PARADISE
2408 BISSELL AVE.
RICHMOND, CA 94804

LEE BASSETT
4641 KNOLLPARK CT.
ANTIOCH, CA 94531

KUNAL CHAUHAN
65 RIO ROBLES EAST
UNIT 3303
SAN JOSE, CA 95134

LARK MACHINE CO. LLC
141 OAK ACRES
SANTA CRUZ, CA 95060

LEGACY INDUSTRIES
1925 TAYLOR RD
AUBURN HILLS, MI 48326

LEM USA INC.
11665 W. BRADLEY ROAD
MILWAUKEE, WI 53224

LIMBLE SOLUTIONS, INC
PO BOX 675396
DETROIT, MI 48267

LOS ANGELES COUNTY
TAX COLLECTOR
P.O. BOX  54027
LOS ANGELES, CA 90054-0027

LEO CALLEJA
1057 CYNTHIA LANE
SAN JOSE, CA 95129

LINDE GAS & EQUIPMENT INC.
DEPT LA 21511
PASADENA, CA 91185-1511

LOS ANGELES DEPARTMENT OF
WATER AND POWER
PO BOX 30808
LOS ANGELES, CA 90030-0808

LEON PERRY
4201 OHIO AVE
RICHMOND, CA 94804

LINETTE MARTINEZ
2200 JOHN MUIR PARKWAY, 472
HERCULES, CA 94547

LOVETTA JACKSON
4378 HOWE ST.
OAKLAND, CA 94611

LESLIE  VORREITER
782 33RD AVE
SAN FRANCISCO, CA 94121

LINKEDIN CORPORATION
62228 COLLECTIONS CNTR. DR.
CHICAGO, CA 60693

LSN GOVERNMENT AFFAIRS, LLC
3800 NE 1ST AVENUE, SUITE 200
MIAMI BEACH, FL 33137

LESLIE YANKOSKI
3385 SIMON DR,
WEST BRANCH, MI 48661

LIQUIDSKY TECHNOLOGIES, INC
716 BEACON STREET
NEWTON CENTRE, MA 02459

LUCID AUTOMATION AND SECUR
2010-A HARBISON DRIVE
#308
VACAVILLE, CA 95687

LESYA HENDRIX
155 NORTH EL CAMINO REAL, APT 27
SAN MATEO, CA 94401

LIVEVIEW TECHNOLOGIES, INC.
PO BOX 17853
DENVER, CO 80217

LUCID SOFTWARE INC
DEPT CH 17239
PALATINE, IL 60055-7239

LEVER, INC.
20 NORTH MERIDIAN STREET
SUITE 300
INDIANAPOLIS,, IN 46204-3028

LLOYDS OF LONDON
1 LIME ST.
LONDON EC3M 7HA
UNITED KINGDOM

LUCIDCHART
10355 SOUTH JORDAN GATEWAY
SUITE 300
SOUTH JORDAN, UT 84095

LEVIN AND PANGILINAN PC
930 MONTGOMERY STREET
SUITE 502
SAN FRANCISCO, CA 94133

LOCK-RIDGE TOOL CO., INC.
145 N. 8TH AVE.
UPLAND, CA 91786

LUIS ALMANZA
8612 WILSON ST
PATTERSON, CA 95363

LIBERTY TOOL
44404 PHOENIX DRIVE
STERLING HEIGHTS, MI 48314

LOGAN AKAMATSU
201 BANKS STREET
SAN FRANCISCO, CA 94110

LUIS BARRAGAN
1046 63RD STREET
APT C
OAKLAND, CA 94608

LIGHTGUIDE,  INC.
48443 ALPHA DRIVE
STE 175
WIXOM, MI 48393

LOGAN STASUIK
510 HAVEN ST.
MARTINEZ, CA 94553

LUIS LINO
463 BUENA VISTA AVE
UNIT 102
ALAMEDA, CA 94501

LUKE BREWER
232 FLOYD AVE, APT C
MODESTO, CA 95350

MADCAP SOFTWARE, INC.
11401 CENTURY OAKS TERRACE
SUITE 250
AUSTIN, TX 78758

MANISHA PATEL
3584 VALVERDE CIRCLE
JACKSONVILLE, FL 32224

LUMIBUILD INC
4089 EMERY STREET
EMERYVILLE, CA 94608

MADDOX INDUSTRIAL
TRANSFORMER, LLC
865 VICTOR HILL RD
GREER, SC 29651

MANUEL MEDRANO
1889 HARRISON ST.
UNIT 629
OAKLAND, CA 94612

LUMICITY LLC
7901 SANTA MONICA BLVD
SUITE 205
WEST HOLLYWOOD, CA 90046

MADSKILLS, INC.
PO BOX 122233
DALLAS, TX 75312-2233

MARCIELLO SANCHEZ
1845 NORTH BLVD
SAN LEANDRO, CA 94577

LUSENI MONYA-TAMBI
1459 MACARTHUR BLVD B
OAKLAND, CA 94602

MAHARSHI PATEL
2870A HARRISON STREET
SAN FRANCISCO, CA 94110

MARCO CORONA
6363 CHRISTIE AVE
APT 312
EMERYVILLE, CA 94608

LWP COMPONENTS LLC
555 PLAINFIELD ROAD
SUITE D
WILLOWBROOK, IL 60657

MAJ TECHNOLOGY INC.
920 RINCON CIRCLE
SAN JOSE, CA 95131

MARCO CORONA
2038 PAULINE BLVD
APT 2A
ANN ARBOR, MI 48103

LYMOND WALKER
203 ODESSA AVENUE
PITTSBURG, CA 94565

MAKO MIYASAKI
1055 NEILSON ST.
ALBANY, CA 94706

MARCO JUAREZ
1663 DEEMS ST.
PITTSBURG, CA 94565

LYNIL RABINA
2761 AMBROSIA WAY
FAIRFIELD, CA 94533

MALLORY SAFETY & SUPPLY LLC
1040 INDUSTRIAL WAY
PO BOX 2068
LONGVIEW, WA 98632

MARCUS WILLIS
4 CALA VISTA DRIVE
SAN RAFAEL, CA 94901

M. HOLLAND COMPANY
400 SKOKIE BLVD
SUITE 600
NORTHBROOK, IL 60062

MANAFLEX LLC
68-3527 HAENA ST
WAIKOLOA, HI 96738

MARGARETH JIMENEZ DE LEON
964 21ST ST
OAKLAND, CA 94607

MAAS BROTHERS, INC.
275 & 285 S VASCO RD
LIVERMORE, CA 94551-9203

MANIKANDAN PALANIAPPAN
3179 GARRITY WAY
APT #722
RICHMOND, CA 94806

MARIA VASQUEZ
945 33RD ST, UNIT 2
RICHMOND, CA 94804

MACKENZIE HRIDEL
1538 63RD ST, APT. A
BERKELEY, CA 94703

MANINO MOLIA
828 13TH ST
RICHMOND, CA 94801

MARIA VIEIRA
4136 AVALON CT, UNIT B
FREMONT, CA 94536

MARIA WU
1479 BONGATE CT, UNIT 2
SAN JOSE, CA 95130

MATTERHACKERS, INC.
20321 VALENCIA CIRCLE
LAKE FOREST, CA 92630

MCMASTER-CARR
PO BOX 7690
CHICAGO, IL 60680

MARIAN INC.
1011 EAST SAINT CLAIR ST.
INDIANAPOLIS, IN 46202

MAX MARSHALL
640 LIMERICK LANE
HEALDSBURG, CA 95448

MCNELLIS LAW
5322 SWEETWATER TRAILS
SAN DIEGO, CA 92130

MARILYN GONZALEZ
2316 PINE AVE
SAN PABLO, CA 94806

MAXINE ALMENDRA
544 CENTRAL AVE, APT. 104
ALAMEDA, CA 94501

MDC LOW VOLTAGE SYSTEMS
1823 EGBERT AVENUE
SAN FRANCISCO, CA 94124

MARISSA DUCHENE
424 SHELDON AVE
VALLEJO, CA 94591

MAXINE JOY ALMENDRA
544 CENTRAL AVE
APT 104
ALAMEDA, CA 94501

MECCO
290 EXECUTIVE DRIVE
SUITE 200
CRANBERRY TOWNSHIP, PA 16066

MARSH USA, LLC
633 W 5TH ST STE 1200
LOS ANGELES, CA 90071

MAXX METALS
P.O. BOX 160
SAN CARLOS, CA 94070

MED-I-BANK
400-2 TOTTEN POND ROAD
WALTHAM, MA 02451

MARTIN MUTHAMA
533 MARATHON DR.
OAKLEY, CA 94561

MAYSAM MOLANA
2631 PEARL DR
TROY, MI 48085

MEDINA MCKINNEY
4257 SAN PABLO DAM ROAD, #2
EL SOBRANTE, CA 94803

MARY TRUJILLO-CORONADO
4143 BARRANCA STREET
EL SOBRANTE, CA 94803

MC MP FORD POINT REALTY
C/O CUSHMAN & WAKEFIELD
7420 S. KYRENE ROAD,
TEMPE, AZ 85283

MEGA-PRINTS
4270 N BRAWLEY AVE
FRESNO, CA 93722

MAS METALS
32410 CENTRAL AVE
UNION CITY, CA 94587

MC MP FORD POINT REALTY LLC
430 PARK AVENUE
SUITE 1501
NEW YORK, NY 10022

MEKDES SOLOMON
8916 BURR ST.
OAKLAND, CA 94605

MASS PRECISION
2110 OAKLAND RD.
SAN JOSE, CA 95131

MCCLURE ELECTRIC, INC.
45 RAUSCH STREET
SAN FRANCISCO, CA 94103

MELISSA SIMPSON
1631 CHESSBOARD ROAD
NORTH LAS VEGAS, NV 89031

MASTER ELECTRONICS
1301 OLYMPIC BLVD
SANTA MONICA, CA 90404

MCGRATH RENTCORP
1830 W AIRFIELD DRIVE
PO BOX 619260
DFW AIRPORT, TX 75261

MELVON HARRIS
9395 53RD ST.
RIVERSIDE, CA 92509

MEMFAULT, INC.
2261 MARKET STREET #4034
SAN FRANCISCO, CA 94114

MICHAEL FALK
16503 STONERIDGE DRIVE
SAN ANTONIO, TX 78232

MTG EXPRESS LLC
3906 WEBBER ST.
SARASOTA, FL 34232

MES RICHMOND, LLC
1414 HARBOUR WAY S
SUITE 1201
RICHMOND, CA 94804

MICHAEL FUNK
49 JOY AVENUE, APT B
BRISBANE, CA 94005

MIGUEL RODRIGUEZ
600 WILLIAM ST.
APT 134
OAKLAND, CA 94612

MES SUN VALLEY, LLC
1414 HARBOUR WAY S #1201
RICHMOND, CA 94804

MICHAEL HIN
1498 MARLESTA RD
PINOLE, CA 94564

MIHIR JAWALE
4589 LEE ANN CIRCLE
LIVERMORE, CA 94550

METAL VISION, INC.
155 W 700 S
SMITHFIELD, UT 84335

MICHAEL LAWRENCE
2463 ELENA CT
ANTIOCH, CA 94531

MIKE KENNAN
2434 ADELINE ST.
OAKLAND, CA 94607

METER INC.
570 YORK ST.
SAN FRANCISCO, CA 94960

MICHAEL VERROYA
2875 DARWIN ST
HAYWARD, CA 94545

MIME INDUSTRIAL
1150 1ST AVE, #522
KING OF PRUSSIA, PA 19406

MEUY SAEPHAN
213 PARKVIEW TERRACE
VALLEJO, CA 94589

MICHELLE HECKERT
324 FOREST PARK COURT
PACIFICA, CA 94044

MISSION PEAK BUSINESS PROD
3984 WASHINGTON BLVD., #349
FREMONT, CA 94538

MIA HERMINE
6 VALENCIA AVENUE, APT 5
SAN RAFAEL, CA 94901

MICHELLE SANTO
709 EDEN AVE
SAN JOSE, CA 95117

MIXMAX, INC.
548 MARKET STREET
PMB 60764
SAN FRANCISCO, CA 94104-5401

MICAH WILLIAMS
3401 DAKOTA STREET
OAKLAND, CA 94602

MICHIGAN SCIENTIFIC CORPORATION
730 BELLEVUE AVE
MILFORD, MI 48381

MK NORTH AMERICA, INC.
105 HIGHLAND PARK DRIVE
BLOOMFIELD, CT 06002

MICHAEL CHEN
49019 WOODGROVE CMN
FREMONT, CA 94539

MICRO PRECISION CALIBRATION, INC.
22835 INDUSTRIAL PLACE
GRASS VALLEY, CA 95949

MOBILE-MED WORK HEALTH
SOLUTIONS, INC.
2101 FOREST AVENUE
SUITE 220A
SAN JOSE, CA 95128

MICHAEL FAIRMAN
13197 SE SPRING MOUNTAIN DR
HAPPY VALLEY, OR 97086

MID ATLANTIC RUGGED SYSTEMS
95 MONOCACY BLVD
FREDERICK, MD 21701

MODINE MANUFACTURING COMP
1500 DEKOVEN AVENUE
RACINE, WI 53403

MODYN INC
1412 CAROLINA COURT
SCHAUMBURG, IL 60193

MORRIS ALLISON
1221 FUNSTON AVENUE APT 201
SAN FRANCISCO, CA 94122

MRJ PACKAGING SOLUTIONS
1001 W IMPERIAL HIGHWAY
2523
LA HABRA, CA 90631-2523

MOHNISH KUMAR
3104 EASTMAN COURT
RIVERSIDE, CA 92503

MORRISON & FOERSTER LLP
425 MARKET STREET
SAN FRANCISCO, CA 94105

MRS ELECTRONIC, INC.
6680 POE AVE.
SUITE 100
DAYTON, OH 45414

MONACO & SONS MOTOR SALES
767 NEW LONDON TPKE
GLASTONBURY, CT 06033

MORTEZA ZAMIRI
8202 ESPERANZA
IRVINE, CA 92618

MS FIRE PROTECTION, INC
3644 S. BAGLEY AVENUE
FRESNO, CA 93725

MONARCH
101 6TH STREET
SAN FRANCISCO, CA 94103

MORTUARY MALLCOM LLC
210 BELDEN HILL RD
PO BOX 17
WILTON, CT 06897

MSC ELECTRIC
12401 FILMORE ST. #412
SYLMAR, CA 91342

MONDAY.COM
3003 TASMAN DRIVE
SANTA CLARA, CA 95054

MOTION INDUSTRIES INC.
FILE 57463
LOS ANGELES, CA 90074-7463

MSC INDUSTRIAL DIRECT CO.
P O BOX 953635
ST. LOUIS, MO 63195

MONTANA DEPARTMENT OF
LABOR AND INDUSTRY
1315 LOCKEY AVE
HELENA, MT 59601

MOTIS, LLC
N102W19400 WILLOW CREEK WAY
GERMANTOWN, WI 53022

MUFFIN REVOLUTION, LLC
1080 MARINA WAY S
RICHMOND, CA 94804

MONTANA DEPT. OF REVENUE
P.O. BOX 8021
HELENA, MT 59604-8021

MOTIVO ENGINEERING, LLC
17700 S. FIGUEROA STREET
GARDENA, CA 90248

MUSIC SUSTAINABILITY ALLIANC
1946 CERRO GORDO ST.
LOS ANGELES, CA 90039

MOONSHOT 3D LLC
1530 N. HARMONY CIRCLE
ANAHEIM, CA 92807

MOUSER ELECTRONICS, INC.
P.O. BOX 99319
FORT WORTH, TX 76199-0319

MY HAPPY RV
& AUTO DETAILING
5423 SUTTER AVE
RICHMOND, CA 94804

MOREY CORPORATION
100 MOREY DRIVE
WOODRIDGE, IL 60517

MOXION FEDERAL LLC
1414 HARBOUR WAY S
SUITE 1201
RICHMOND, CA 94804

MYERS HOLUM
244 MADISON AVENUE
SUITE 217
NEW YORK, NY 10016

MORGAN GOODSON
105 WEST 13TH ST.
APT 5E
NEW YORK, NY 10011

MPD INTEGRATION, LLC
7302 MUSKIE DRIVE
DANE, WI 53529

NAC GROUP
1790 COMMERCE AVE N
ST. PETERSBURG, FL 33716

NADA ENZENROTH
300 CRESCENT DR.
APT 312
VACAVILLE, CA 95688

NAVICO GROUP AMERICAS LLC
23287 NETWORK PLACE
CHICAGO, IL 60673-1232

NEXT TECHNIK, INC
5299 DTC PARKWAY
SUITE 720
GREENWOOD VILLAGE, CO 80111

NALIN DESAI
1445 FRUITDALE AVE.
UNIT 309
SAN JOSE, CA 95128

NAVNEEL NAIDU
3820 ARARAT AVENUE
MODESTO, CA 95356

NI O QUERUBIN
16223 SAN REMO DR
SAN LEANDRO, CA 94578

NANCY CHEN
855 WEBSTER STREET
APT 1107
FORT WAYNE, IN 46802

NEERAJ WAHI
680 JULIE LN UNIT B
SOUTH LAKE TAHOE, CA 96150

NICK SCHAFER
1611 HOTCHKIN DR.
NOVATO, CA 94947

NATHAN JACKRAZI
1788 OAK CREEK DR
APT 414
PALO ALTO, CA 94304

NEIL PURISCH
431 N MAIN ST
LAKE MILLS, WI 53551

NICOLE THURNS
723 ANTIQUITY DRIVE
FAIRFIELD, CA 94534

NATHAN RASCH
1656 OLMEDA ST.
ENCINITAS, CA 92024

NELSON RAHN
PO BOX 219
FAIRFAX, CA 94978

NIGIL LEE
714 HAMPSHIRE ST
SAN FRANCISCO, CA 94110

NATIONAL FIRE PROTECTION ASSOC.
1 BATTERYMARCH PARK
QUINCY, MA 02169

NETPOWER CORPORATION
2601 SUMMIT AVE.
STE 100
PLANO, TX 75074

NIKOS MEDIA & GRAPHICS, LLC
336 SOUTH ABBOTT AVENUE
MILPITAS, CA 95035

NATIONAL GUARD ASSOCIATION
OF THE UNITED STATES OF AMERICA
ONE MASSACHUSETTS AVE., NW
WASHINGTON, DC 20001

NEVADA DEPT. OF EMPLOYMENT
500 EAST THIRD STREET
CARSON CITY, NV 89713-0030

NIMA AGAH
2081 OAKWOOD DRIVE
PALO ALTO, CA 94303

NATIONAL SAFETY COUNCIL
1121 SPRING LAKE DRIVE
ITASCA, IL 60143-3201

NEW DAWN ANALYTICS INC.
530 LYTTON AVE FL 2
PALO ALTO, CA 94301

NINGBO WEGO MACHINERY CO.LT
NO 300 LEHAI ROAD
CHUNXIAO TOWN
NINGBO CITY, ZHEJIANG

NATIONAL UNION FIRE INSURANCE
COMPANY OF PITTSBURGA
1270 AVENUE OF THE AMERICAS
FLOOR 37
NEW YORK, NY 10020-1304

NEW EAGLE LLC
5220 SOUTH STATE RD
ANN ARBOR, MI 48108

NINGBO YEXING AUTOMOTIVE
NO. 259, HAIFENG ROAD,
CIDONG BINHAI ECONOMIC DVLPA
CIXI, ZHEJIANG, 315311
CHINA

NAVAN, INC.
3045 PARK BLVD
PALO ALTO, CA 94306

NEWARK
33190 COLLECTION CENTER DRIVE
CHICAGO, IL 60693-0331

NINJAPROTOTYPE
NO.88 ZEFENG ROAD
FENGXIAN QU, SHANGHAI SHI 00
CHINA

NIVEDITHA RAVIVARMAN
1027 BANCROFT WAY
UNIT A
BERKELEY, CA 94710

OFFICE OF THE TREASURER
& TAX COLLECTOR
P.O. BOX 7426
SAN FRANCISCO, CA 94120-7426

ORANGE COAST PNEUMATICS
3810 PROSPECT AVE UNIT A
YORBA LINDA, CA 92886

NOAM GOLDBERG
2900 SAN LUIS ST
RICHMOND, CA 94804

OFFICE RELIEFT, INC.
516 MCCORMICK STREET
SAN LEANDRO, CA 94577

ORLANDO WATKINS
634 DOUGLAS AVE
OAKLAND, CA 94603

NOR-CAL MOVING SERVICES
3129 CORPORATE PL.
HAYWARD, CA 94545

OHIO TREASURER OF STATE
PO BOX 89471
CLEVELAND, OH 44101-6471

ORTON
150 N WIGET LANE SUITE 250
WALNUT CREEK, CA 94598

NOR-CAL OVERHEAD INC.
1799 CARPENTER ROAD
UNIT C
OAKLEY, CA 94561

OKTA INC.
100 FIRST ST.
SUITE 600
SAN FRANCISCO, CA 94105

ORTON ENTERTAINMENT LLC
1414 HARBOUR WAY SOUTH
SUITE 4000A
RICHMOND, CA 94804

NORTHERN TOOL & EQUIPMENT
2800 SOUTHCROSS DR W
BURNSVILLE, MN 55306

OLIVER BAI
66 SHORELINE CT.
RICHMOND, CA 94804

OSCAR CRUZ
701 CALICO WAY
OAKLEY, CA 94561

NOVEDGE LLC
2001 ADDISON STREET
SUITE 300
BERKELEY, CA 94704

OLIVIA JEFFRIS
632 HAIGHT STREET
SAN FRANCISCO, CA 94117

OSCAR ESPARZA
170 ELMINYA DRIVE
PACHECO, CA 94553

NOVOGRADAC & COMPANY LLP
P.O. BOX 7833
SAN FRANCISCO, CA 94120-7833

OMAR KHAN
471 26TH ST, 417
OAKLAND, CA 94612

OSCAR GOMEZ
4207 PAINTER WAY
NORTH HIGHLANDS, CA 95660

NOVUS GLOBAL CORPORATION
13900 MARQUESAS WAY
APT 4435
MARINA DEL REY, CA 90292

ONE WORKPLACE L. FERRARI, LLC
2500 DE LA CRUZ BOULEVARD
SANTA CLARA, CA 95050

OSCAR SIDA
3503 CRESTVIEW DR
PITTSBURG, CA 94565

OASIS SALES, INC.
20711 N. SCOTTSDALE RD.
STE. 107-437
SCOTTSDALE, AZ 85255

ONLINECOMPONENTS.COM
2425 S 21ST STREET
PHOENIX, AZ 85034

OSCAR TRUJILLO
2207 PINEHURST CT
EL CERRITO, CA 94530

OFFICE LIBATIONS
521 WHITNEY ST.
SAN LEANDRO, CA 94577

ORACLE AMERICA, INC.
15612 COLLECTIONS CENTER DRIVE
CHICAGO, IL 60693

OSHA4LESS
13700 STOWE DR
POWAY, CA

OTIS ELEVATOR COMPANY
PO BOX 73579
CHICAGO, IL 60673-3579

PALLAVI SHREEDHAR
4586 NORRIS ROAD
FREMONT, CA 94536

PATRICK MCCARTHY
20221 ARMADA RIDGE RD
ARMADA, MI 48005

OUI WILL, LLC
26 RUE DU CHALET
PARIS, LE-DE-FRANCE 75010-0000

PANASONIC
TWO RIVERFRONT PLAZA
NEWARK, NJ 07102

PATTERSON LIFT TRUCKS, INC.
975 INDUSTRIAL PARKWAY W
HAYWARD, CA 94544

OVERDRIVE ENERGY SOLUTIONS, INC.
640 NAVY STREET
SANTA MONICA, CA 90405

PAPE'S MATERIAL HANDLING
355 GOODPASTURE ISLAND RD
STE 300
EUGENE, OR 97401

PAUL HER
1808 SAN JOSE DR
ANTIOCH, CA 94509

OVERTON SAFETY TRAINING INC
1623 SOUTHEAST ENTERPRISE CIR.
HILLSBORO, OR 97123

PARACHUTE TECHNOLOGY INC
2010 CROW CANYON PLACE
SUITE 260
SAN RAMON, CA 94583

PAUL HUELSKAMP
78 LOVELL AVE.
MILL VALLEY, CA 94941

OWEN TANUWIDJAJA
1988 MARTIN LUTHER KING JR WAY
UNIT 214
BERKELEY, CA 94704

PARKIT360 INC
130 INDUSTRIAL AVE
CARLETON PLACE, ON K7C 3T2

PAUL ISHAM
64 LAKESHORE CT
RICHMOND, CA 94804

OZEN ENGINEERING, INC.
1210 E. ARQUES AVE. SUITE: 207
SUNNYVALE, CA 94085

PARTICLE INDUSTRIES, INC.
325 9TH ST
SAN FRANCISCO, CA 94103

PAUL JEHLEN
2601 COLUMBIA BLVD.
RICHMOND, CA 94804

PACKAGING CONCEPTS
& DESIGN
234 EAST MAPLE ROAD
TROY, MI 48083

PATRICK BRADY
30480 HOYLAKE ST
HAYWARD, CA 94544

PAULO ESPERON
687 APGAR ST
OAKLAND, CA 94609

PACKAGINGSUPPLIES.COM
6230 COCHRAN ROAD
SOLON, OH 44139

PATRICK BURTON
135 SHARENE LANE
WALNUT CREEK, CA 94596

PELONIS TECHNOLOGIES, INC.
444 CREAMERY WAY
#500
EXTON, PA 19341

PACKIQ, LLC
1 AMERICAN WAY
ANDERSON, SC 29621

PATRICK FERNANDEZ
3640 PERK PL
SANTA ROSA, CA 95403

PENDULUM INSTRUMENTS, INC.
50 WOODSIDE PLAZA #642
REDWOOD CITY, CA 94061

PAGERDUTY, INC.
600 TOWNSEND ST.
SUITE 200
SAN FRANCISCO, CA 94103

PATRICK GALLAGHER
4916 EVERGLADE DR
SANTA ROSA, CA 95409

PEPE'S TOWING SERVICE
918 S BOYLE AVE
LOS ANGELES, CA 90023

PETER BARRON
1700 BAY STREET, UNIT 305
SAN FRANCISCO, CA 94123

PICKERING INTERFACES, INC
221 CHELMSFORD ST.
SUITE 6
CHELMSFORD, MA 01824

PPG INDUSTRIES, INC.
ONE PPG PLACE
PITTSBURGH, PA 15272-0001

PETER VILLA
1537 STAFFORD DR
TYLER, TX 75703

PICO TECHNOLOGY
320 N GLENWOOD BLVD.
TYLER, TX 75702

PRANGER LAW PC
88 GUY PLACE
SUITE 405
SAN FRANCISCO, CA 94105

PETERSON MECHANICAL, INC.
21819 8TH ST. E
SONOMA, CA 95476

PILOT TRUCKING SCHOOL
P.O. BOX 2895
RANCHO CUCAMONGA, CA 91729

PRASHANTH RAMIREDDY
828 JONES STREET, APT 56
SAN FRANCISCO, CA 94109

PG&E
PO BOX 997300
SACRAMENTO, CA 95899

PIRTEK
1997 BURROUGHS AVENUE
SAN LEANDRO, CA 94577

PRAXAIR DISTRIBUTION, INC.
215 SAN JOSE AVE
SAN JOSE, CA 95128

PHALCON INDUSTRIES LLC
1984 TROUSDALE PL
ESCONDIDO, CA 92029

PLEXIM GMBH
TECHNOPARKSTRASSE 1
8005 ZüRICH
SWITZERLAND

PRECISION PRODUCT SOLUTION
1635 OLD 41 HWY NW
STE 112-246
KENNESAW, GA 30152

PHETMANY THONESAVANH
3358 JONATHEN ST.
STOCKTON, CA 95206

POLY ENGINEERING LLC
701 JULIGA WOODS
RICHMOND, CA 94801

PRECISION/EXPEDITED
28482 AIROSO ST.
RANCHO MISSION VIEJO, CA 92694

PHIL LEE
1363 35TH AVENUE
SAN FRANCISCO, CA 94122

PORFIRIO LOPEZ SALVADOR
4781 HERSHEY CT.
RICHMOND, CA 94804

PREMIER FILTERS, INC.
952 N. ELM STREET
ORANGE, CA 92867

PHILIP BENNETT
11 GERMANIA STREET
SAN FRANCISCO, CA 94117

PORTER COE
874 BADEN AVENUE
SOUTH SAN FRANCISCO, CA 94080

PRIDENOW LLC
420 LEXINGTON AVE
30TH FLR
NEW YORK, NY 10170

PHOENIX THERMAL SUPPLY LLC
2144 HILLS AVE NW STE D2
ATLANTA, GA 30318-2805

POWER PRODUCTS LLC
23287 NETWORK PLACE
CHICAGO, IL 60673-1232

PRIMECOM TECHNOLOGIES, LLC
3303 HARBOR BLVD.
SUITE C11
COSTA MESA, CA 92626

PHYTOOLS, LLC
900 WINSLOW WAY EAST
SUITE 120
BAINBRIDGE ISLAND, WA 98110

POWER TRIP RENTALS
2501 ORANGE AVE
SIGNAL HILL, CA 90755

PRINCIPAL LIFE INSURANCE CO
PO BOX 77202
MINNEAPOLIS, MN 55480-7200

PRIYANK KUMAR
740 SAN LUIS RD
BERKELEY, CA 94707

PROMEVO
1032 MADISON AVE.
SUITE 109
COVINGTON, KY 41011

QUINCY RANDOLPH
540 CALLAN AVENUE, #206
SAN LEANDRO, CA 94577

PRIYANK KUMAR
920 EVANS AVE 503D
RENO, NV 89512

PROTO LABS, INC.
5540 PIONEER CREEK DR
MAPLE PLAIN, MN 55359

QUIXOTE STUDIOS LLC
11601 WILSHIRE BLVD.,
9TH FLOOR
LOS ANGELES, CA 90025

PROBE MASTER INC.
215 DENNY WAY
SUITE A
EL CAJON, CA 92020

PROTOCAFE INCORPORATED
8445 CENTRAL AVENUE
NEWARK, CA 94560

R&S ERECTION OF RICHMOND
1826 7TH STREET
RICHMOND, CA 94801

PRODUCTION PRODUCTS, INC.
30487 POTOMAC WAY
CHARLOTTE HALL, MD 20622

PRYSM FLOOD INC.
7660 W. CHEYENNE AVE
SUITE 114
LAS VEGAS, NV 89129

R.S. HUGHES COMPANY, INC.
2405 VERNA COURT
SAN LEANDRO, CA 94577

PRODUCTOS EL ROBLE
BREA 188, GRANJAS MEXICO
MEXICO CITY, MEX 08400-0000

PWC US TAX LLP
4040 W. BOY SCOUT BLVD
TAMPA, FL 33607

RABITA CHABROTRA
70 SHORELINE CT
RICHMOND, CA 94804

PROENSIS
869 AUDREY WAY
EL CAJON, CA 92019

Q&P MACHINING
4670 PACHECO PASS HWY
GILROY, CA 95020

RACHEL DIAZ
1723 NORTHSTAR DR
PETALUMA, CA 94954

PROFESSIONAL FINISHING INC.
770 MARKET AVE
RICHMOND, CA 94801

QPS EVALUATION SERVICES, INC.
81 KELFIELD STREET
UNIT 8
TORONTO, ON M9W 5A3

RACHEL PLEDGER
3721 HARBOR VIEW AVE
OAKLAND, CA 94619

PROGRESSIVE
DEPT 0561
CAROL STREAM, IL 60132-0561

QUALITY METALCRAFT /
EXPERI-METAL, INC.
28101 SCHOOLCRAFT
LIVONIA, MI 48150

RACK SYSTEMS INC.
215 SANATORIUM RD
HAMILTON, ON L9C 1Z4

PROJECT CLEAN AIR, INC.
4949 BUCKLEY WAY
STE 206
BAKERFIELD, CA 93309

QUALSAT, LLC
8837 SOUTH DESERT RAINBOW DRIVE
TUCSON, AZ 85747

RADBOT VIDEO
2201 E 46TH ST.
STE. 173
INDIANAPOLIS, IN 46205

PROMARK ELECTRONICS, INC.
6875 CHEM. DE LA CôTE DE LIESSE
CôTE DE LIESSE
SAINT-LAURENT, QC H4T 1E5
CANADA

QUICK CUT MANUFACTURING
341 S COLLEGE RD
SUITE 11 UNIT 3004
WILMINGTON, NC 28403

RADWELL INTERNATIONAL LLC
1 MILLENNIUM DRIVE
WILLINGBORO, NJ 08046

RAF ELECTRONIC HARDWARE
95 SILVERMINE ROAD
SEYMOUR, CT 06483

READYBIT CONSULTING LLC
11350 GILDAR LN NW
SILVERDALE, WA 98383

REMA USA LLC
385 SOUTH WOODS DRIVE
FOUNTAIN INN, SC 29644

RAFAEL ALMENDARES
1105 TULANE AVE
SAN LEANDRO, CA 94579

REBECCA WEST
240 PARK AVE,
SUITE 1313
MINNEAPOLIS, MN 55415-2262

RENY HEULSKAMP
78 LOVELL AVE
MILL VALLEY, CA 94941

RAINFOCUS, LLC
1633 W INNOVATION WAY
SUITE 100
LEHI, UT 84043

REBOUND ELECTRONICS (UK)
RIVERGATE HOUSE
NEWBURY BUSINESS PARK
NEWBURY, RG14 2PZ
ENGLAND

REPUBLIC SERVICES # 851
PO BOX 78829
PHOENIX, AZ 85062-8829

RAKSHITH UPADYA
675 N 5TH ST
SAN JOSE, CA 95112

RECRUITMILITARY
1545 CROSSWAYS BLVD
SUITE 200
CHESAPEAKE, VA 23320

RETRIEVER
222 W YAMATO RD SUITE 106-31
BOCA RATON, FL 33431

RAMIRO SOTO
4250 CENTRAL AVE, 12
FREMONT, CA 94536

REDWOOD MATERIALS, INC.
2801 LOCKHEED WAY
CARSON CITY, NV 89706

REXEL USA, INC.
5429 LYNDON B JOHNSON FWY
#600
DALLAS, TX 75240

RAMP CREDIT CARDS
28 WEST 23RD STREET
FLOOR 2
NEW YORK, NY 10010

REELL PRECISION MFG.
1256 WILLOW LAKE BLVD
SAINT PAUL, MN 55110

REYNALDO MARTIN
2031 27TH AVE
OAKLAND, CA 94601

RANDALL FLETCHER
2336 CASTRO STREET
SAN FRANCISCO, CA 94131

REGAN PARTNERS LLC
2007 WINDSOR RD
ALEXANDRIA, VA 22307

RF-SMART
PO BOX 638345
CINCINNATI, OH 45263-8345

RANILO MANANGAN
1912 FLORIDA AVENUE
RICHMOND, CA 94804

REGAN SCHEINER
1247 IDYLBERRY RD
SAN RAFAEL, CA 94903

RHOMBUS ENERGY SOLUTIONS
10915 TECHNOLOGY PLACE
SAN DIEGO, CA 92127

RAPHAEL KORANG
2901 CITYPLACE W BLVD
DALLAS, TX 75204

REGINALD WIGGINS
335 S 29TH ST
RICHMOND, CA 94804

RICARDO MARTINEZ
5314 D AVILLA WAY
UNIT F
EL SOBRANTE, CA 94803

RAYFAST
286A GASOLINE ALLEY
INDIANAPOLIS, IN 46222

REJOUICE, LLC
4375 30TH STREET
SAN DIEGO, CA 92104

RICARDO NAVARRO
2810 ANDRADE AVE
RICHMOND, CA 94804

RICARDO RIVERA
904 24TH ST
RICHMOND, CA 94804

RISE, LLC
1209 KINNEY AVE, UNIT D
AUSTIN, TX 78704

ROBERT HALF
P.O. BOX 743295
LOS ANGELES, CA 90074

RICH SIGONA
811 WASHINGTON AVE
ALBANY, CA 94706

RITA BENITEZ
828 13TH STREET
RICHMOND, CA 94801

ROBINSON INC.
1740 EISENHOWER ROAD
DE PERE, WI 54115

RICHARD DAWSON
413 MAPLE AVE
VALLEJO, CA 94591

RIVIAN, LLC
13250 NORTH HAGGERTY ROAD
PLYMOUTH, MI 48170

RODRIGO BUITRAGO
608 37TH ST
RICHMOND, CA 94805

RICHARD DEAN
1211 THAMES DRIVE
CONCORD, CA 94518

RK LOGISTICS GROUP
41707 CHRISTY STREET
FREMONT, CA 94538

ROGERS BV
NOORWEWGENSTRAAT 3
9940 EVERGEM
BELGIUM

RICHARD FABINI
844 E SEGO AVE
SALT LAKE CITY, UT 84102

RLH FIRE PROTECTION, INC.
PO BOX 42470
BAKERFIELD, CA 93384

ROHLIG USA LLC
1743 SOUTH LINNEMAN ROAD
MOUNT PROSPECT, IL 60056

RICHARD MUNOZ
25756 BARNARD ST
HAYWARD, CA 94545

ROANOKE TRADE SERVICES
1475 E WOODFIELD RD
SUITE 500
SCHAUMBURG, IL 60173

RON LIN
3921 NELSON DR
PALO ALTO, CA 94306

RICHARD SIMPSON
2574 CLINTON AVE.
RICHMOND, CA 94804

ROB WEST
3623 18TH ST, #3
SAN FRANCISCO, CA 94110

RONNIE JACKSON
1529 55TH AVE
OAKLAND, CA 94621

RICKY BOY ENCINAS JR
124 BOBOLINK WAY
HERCULES, CA 94547

ROB'S INDUSTRIAL SERVICES, INC
3325 MCMAUDE PLACE
SANTA ROSA, CA 95407

ROSS HAMILTON
5805 CHARLOTTE DRIVE
APT 594
SAN JOSE, CA 95123

RINCON POWER, LLC
6381 ROSE LANE
SUITE A
CARPINTERIA, CA 93013

ROBERT BOHRER
3715 CLINTON AVE
RICHMOND, CA 94805

ROVER TRAILERS
437 MADRIN ST.
452 S PARK AVE W
TWIN FALLS, ID 83301

RIPPLING
430 CALIFORNIA STREET
11TH FLOOR
SAN FRANCISCO, CA 94104

ROBERT BOHRER
10 CORDIA CT
HOMOSASSA, FL 34446

ROXANNE DEGILLO
3400 RICHMOND PKWY
APT 2011
SAN PABLO, CA 94806

RS
7151 JACK NEWELL BLVD. S
FORT WORTH, TX 76118-7037

RUBEN DE ALVA-GARCIA
928 FIRETHORN ST
SAN DIEGO, CA 92154

RUDY GARCIA
501 LUCAS AVE
RICHMOND, CA 94801

RUSLAN TITA
1800 LACASSIE AVENUE, APT 220
WALNUT CREEK, CA 94596

RUSSELL TOBIN & ASSOCIATES, LLC
420 LEXINGTON AVENUE
30TH FLOOR
NEW YORK, NY 10170

RUTA DESAI
3231 CADE DRIVE
FREMONT, CA 94536

RXO CAPACITY SOLUTIONS
11215 NORTH COMMUNITY HOUSE RD
CHARLOTTE, NC 28277

RYAN BROWN
608 LA CADENA ST
VALLEJO, CA 94590

RYAN CASTELLANO
915 SOUTH 11TH STREET
SAN JOSE, CA 95112

RYAN GILLESPIE
1308 HIDDEN PLATEAU COURT
EL CAJON, CA 92019

RYAN GILLESPIE
559 MOONLIGHT DRIVE
SAN MARCOS, CA 92069

RYAN LIU
4195 KANSAS STREET, #307
SAN DIEGO, CA 92104

RYAN MOHAMMED
UNIT C223 780 OAK GROVE RD
CONCORD, CA 94518

S&S TOOL & SUPPLY, INC.
2700 MAXWELL WAY
FAIRFIELD, CA 94534

SABRINA HEAD
2855 BROADWAY APT 513
OAKLAND, CA 94611

SAFE RACK LLC
219 SAFETY AVENUE
ANDREWS, SC 29510

SAFETY NEST LLC
2020 5TH STREET
# 783
DAVIS, CA 95616

SAGER ELECTRONICS
2674 N FIRST STREET
SAN JOSE, CA 95134

SAHITH DANDAMUDI
11600 SAN PABLO AVE, 610
EL CERRITO, CA 94530

SAI NANDYALA
3175 WREN LANE
ROCHESTER, MI 48309

SAI SANIGEPALLI
1231 FULTON STREET APT 4
SAN FRANCISCO, CA 94117

SALEAE, INC.
408 N CANAL STREET
SUITE A
SOUTH SAN FRANCISCO, CA 94080

SALESFORCE, INC.
415 MISSION STREET
3RD FLOOR
SAN FRANCISCO, CA 94105

SALOMON ZEPEDA
2200 NEVIN AVE UNIT 525
RICHMOND, CA 94801

SALVADOR ZENDEJAS
1103 CHALLA DR.
CEDAR PARK, TX 78613

SAM DEDECKER
1626 CLEO SPRINGS CT
SAN JOSE, CA 95131

SAM HOUSE
400 EAST SOUTH WATER ST
APT 3702
CHICAGO, IL 60601

SAM SEGALL
26 HILLCREST RD
UNIT A
MILL VALLEY, CA 94941

SAM SEVERIN
19 LAURA CT
BOZEMAN, MT 59718

SAMBA HOLDINGS INC.
DEPT LA 24536
PASADENA, CA 91185-4536

SAMUEL LE
12 NEWPORT LANDING DR
NOVATO, CA 94949

SAROEUTH SOM
5585 EAGLES LANE APT1
SAN JOSE, CA 95123

SEAN MACIAS
553 PALM AVE
MARTINEZ, CA 94553

SAMUEL VINESS
1615 26TH AVENUE
SAN FRANCISCO, CA 94122

SARVESH SATAM
36951 NEWARK BLVD
APT C
NEWARK, CA 94560

SEAN SENIOR
1820 CLEMENS RD.
OAKLAND, CA 94602

SAN DIMAS ELECTRIC VEHICLES, LLC
656 MINARET ROAD
JUNE LAKE, CA 93529

SAUL RAMIREZ
3400 RICHMOND PARKWAY
APT 2216
SAN PABLO, CA 94806

SEAN ZAK
2297 GREEN ST.
SAN FRANCISCO, CA 94123

SANN MEN
1648 BOWLING GREEN DR
SAN JOSE, CA 95121

SCAN GLOBAL LOGISTICS
219 SHAW ROAD
S. SAN FRANCISCO, CA 94080

SEBASTIAN SALAZAR DE GREIFF
201 HARRISON ST, UNIT 1118
SAN FRANCISCO, CA 94105

SANTOSH TATIPAMULA
2835 VAN NESS AVENUE, APT 8
SAN FRANCISCO, CA 94109

SCHMALZ INC.
5850 OAK FOREST DRIVE
RALEIGH, NC 27616

SECOND ORDER EFFECTS INC
711 HAWAII ST
EL SEGUNDO, CA 90245

SARA ANDERSON LLC
1401 21ST. ST SUITE R
SACRAMENTO,, CA 95811

SCOTT FORD
2000 MALLORY LANE
SUITE 290, 1135
FRANKLIN, TN 37067

SECRETARY OF STATE
DIVISION OF CORPORATIONS
FRANCHISE TAX
PO BOX 898
DOVER, DE 19903

SARA PROCHASSON
540 27TH STREET, APT 3
SAN FRANCISCO, CA 94131

SCOTT RICHARDSON
5597 ALLENDALE DR
RIVERSIDE, CA 92507

SECURITIES & EXCHANGE COMM
100 F STREET, NE
WASHINGTON, DC 20549

SARAH CHASE
84 ERVINE STREET
SAN FRANCISCO, CA 94134

SD MAYER & ASSOCIATES, LLP
235 MONTGOMERY STREET
FLOOR 30
SAN FRANCISCO, CA 94104

SECURITIES & EXCHANGE COMM
ANTONIA APPS, REGIONAL DIREC
100 PEARL ST.
SUITE 20-100
NEW YORK, NY 10004-2616

SARETH RIN JR
378 CARIBE WAY
SAN JOSE, CA 95133

SEAL METHODS INC
11915 SHOEMAKER AVE
SANTA FE SPRINGS, CA 90670

SEEKOUT
1110 112TH AVENUE NE
STE 400
BELLEVUE, WA 98004

SARMEN NAZARI
4431 BRIGGS AVENUE
MONTROSE, CA 91020

SEALING DEVICES
4400 WALDEN AVE
LANCASTER, NY 14086-9751

SEGGER MICROCONTROLLER
SYSTEMS, LLC
101 SUFFOLK LANE
GARDNER, MA 01440

SELAM SOLOMON
8916 BURR ST.
OAKLAND, CA 94605

SHANGHAI TOSUN TECHNOLOGY LTD.
TECHNOLOGY LTD.
ROOM904, NO.4801 CAOAN RD.
SHANGHAI, 201804
CHINA

SHREYASH POOJARI
2211 CARLETON ST, APT 24
BERKELEY, CA 94704

SEMCO CONSULTANTS, INC.
5231 SW 28TH PLACE
CAPE CORAL, FL 33914

SHANNA BROWNSTEIN
5716 SE CLINTON STREET
PORTLAND, OR 97206

SHRM
1800 DUKE ST
ALEXANDRIA, VA 22314

SENSATA TECHNOLOGIES, INC.
529 PLEASANT STREET
ATTLEBORO, MA 02703

SHARK-CO MFG., LLC
1231 INDIANAPOLIS AVE
LEBANON, IN 46052

SIDDHARTH BHUJLE
940 BAY ST., APT. #8
SAN FRANCISCO, CA 94109

SENTINEL INSURANCE CO., LTD
1 HARTFORD PLAZA
HARTFORD, CT 06155

SHARON ONA
2077 AL FONSECA LANE
MANTECA, CA 95337

SIDDHARTH CHAWLA
1273 GAINSVILLE AVE
SAN JOSE, CA 95122

SERGIO HERRERA
9389 DOMINICAN DR.
CUTLER BAY, FL 33189

SHAWN BROWN
5110 TELEGRAPH AVENUE
APT 428
OAKLAND, CA 94609

SIDNEY ATKINS
1830 10TH AVE APT. #4
OAKLAND, CA 94606

SETON
2491 WEHRLE DRIVE
WILLIAMSVILLE, NY 14221

SHAWN WATKINS
2513 HINKLEY AVE
RICHMOND, CA 94804

SIFTED LLC
659 AUBURN AVE NE SUITE 157
ATLANTA, GA 30312

SHACARRIA TAVARES
422 6TH STREET, 422C
RICHMOND, CA 94801

SHAY CHARLES
19837 CAMDEN AVE
HAYWARD, CA 94541

SILICON LEGAL STRATEGY, APC
201 MISSION STREET
SUITE 800
SAN FRANCISCO, CA 94105

SHAHYAR ZIAEI
23 MASON LN
LADERA RANCH, CA 92694

SHAY GLENN LLP
155 BOVET RD
SUITE 710
SAN MATEO, CA 94402

SILICON VALLEY BANK
DIVISION OF FIRST-CITIZENS BANK
3005 TASMAN DRIVE
SANTA CLARA, CA 95054

SHAININ LLC
41820 SIX MILE RD
SUITE 103
NORTHVILLE, MI 48168

SHENEKA WILLIAMS
2812 HILLTOP MALL RD
RICHMOND, CA 94806

SILICON VALLEY BANK
3003 TASMAN DRIVE
SANTA CLARA, CA 95054

SHAMANEAK JONES
2849 VALENCIA WAY
SAN PABLO, CA 94806

SHOGO NAKAMURA
2281 MAYWIND WAY
HACIENDA HEIGHTS, CA 91745

SILICON VALLEY BANK
ATTN: TOM GRAZIANI
387 PARK AVE SOUTH, 2ND FL
NEW YORK, NY 10016

SILICON VALLEY BANK
3003 TASMAN DRIVE
2ND FLOOR, MAIL SORT HF210
SANTA CLARA, CA 95054

SKYRC TECHNOLOGY CO.,
4/F,BUILDING NO.4, MEITAI INDST. PARK
GUANGUANG S. RD, LONGHUA DISTRICT
SHENZHEN, 518110
CHINA

SONAE LARSEN
244 WEBSTER ST
PALO ALTO, CA 94301

SILVERLINE COMMUNICATIONS
11160-C1 SOUTH LAKES DR
#719
RESTON, VA 20191

SLACK TECHNOLOGIES, LLC
500 HOWARD STREET
SAN FRANCISCO, CA 94105

SONIC MANUFACTURING TECHNIN
47951 WESTINGHOUSE DR.
FREMONT, CA 94539

SILVIO PEREZ
6047 JOAQUIN MURIETA AVE
APT E
NEWARK, CA 94560

SLCA ENTITIES, LLC
170 N. WOLFE RD
SUNNYVALE, CA 94086

SOPARITH MAO
16082 BERKSHIRE DR
SAN LEANDRO, CA 94578

SIMCO ELECTRONICS
3131 JAY ST.
SUITE 100
SANTA CLARA, CA 95054-3336

SMARTEQUIP INC.
501 MERRITT 7
5TH FLOOR
NORWALK, CT 06851

SOURCEDAY, INC.
9737 GREAT HILLS TRAIL
SUITE 100
AUSTIN, TX 78759

SIMMA SOFTWARE INC,
5940 S. ERNEST DRIVE
TERRE HAUTE, IN 47802

SMARTSHEET INC.
PO BOX 123421
DEPT 3421
DALLAS, TX 75312-3421

SOUTHLAND INDUSTRIES
33226 WESTERN AVENUE
UNION CITY, CA 94587

SIMON LYLE
C/O RUSSELL TOBIN & ASSOCIATES
420 LEXINGTON AVE, 30TH FLOOR
SUITE 2903
NEW YORK, NY 10170

SMASH MY TRASH EAST BAY
200 MASON CIRCLE
SUITE D
CONCORD, CA 94520

SOUTHWEST THERMAL TECHNOL
3251 CORTE MALPASO
SUITE #507
CAMARILLO, CA 93012

SIMPLEXITY PRODUCT DEVELOPMENT
11021 VIA FRONTERA
SUITE D
SAN DIEGO, CA 92127

SMM INFORMATION & TECHNOLOGY
9TH FL IN SOUTH SECTION, BLD. 9
LUJ PARK, NO. 20, LANE 91, E'SHAN RD
PUDONG NEW AREA
SHANGHAI, SHANGHAI 200127, CN

SPARKYS BALLOONS
584 CASTRO #110
SAN FRANCCISCO, CA 94114

SINOPRIDE SUPPLY CHAIN
UNIT 1506, 15/F GRAND MILLENNIUM PL
QUEENS ROAD CENTRAL
HONG KONG, HONG KONG

SNACK MAGIC
42-33 12TH ST
LONG ISLAND CITY, NY 11101

SPECIALIST ID, INC.
7760 NW 56TH ST.
DORAL, FL 33166

SIXT RENT A CAR
P.O. BOX 8188
FORT LAUDERDALE, FL 33310

SNOWFLAKE INC.
106 EAST BABCOCK STREET
STE 3A
BOZEMAN, MT 59715

SPENCE PETERSON
2963 CALIFORNIA STREET, APT 4
SAN FRANCISCO, CA 94115

SJF MATERIAL HANDLING, INC.
211 BAKER AVE W
WINSTED, MN 55395

SOL RISING CORPORATION
63 W DUBLIN, ST
GILBERT, AZ 85233

SPENCER SCHOBERT
10651 HENDERSON AVENUE
GARDEN GROVE, CA 92843

SPHERA SOLUTIONS, INC.
130 E RANDOLPH STREET
SUITE 2900
CHICAGO, IL 60601

SPRAY TECHNOLOGY
701 COMSTOCK STREET
SANTA CLARA, CA 95054

SPRINGER CONTROLS COMPANY
96074 CHESTER RD
YULEE, FL 32097

SPROUT SOCIAL, INC.
131 S DEARBORN ST.
SUITE 700
CHICAGO, IL 60603

SS CUSTOMS INC.
1500 INDUSTRIAL WY STE #200
REDWOOD CITY, CA 94063

STACY SYVILAI
1931 BUSH AVE
SAN PABLO, CA 94806

STAK INDUSTRIES & TH SOLUTIONS
3375 N SERVICE ROAD
UNIT D7
BURLINGTON, ON L7N 3G2

STAN REYES
6406 COLTON BLVD.
OAKLAND, CA 94611

STARR INDEMNITY & LIABILITY CO.
399 PARK AVENUE
3RD FLOOR
NEW YORK, NY 10022

STARSTONE SPECIALTY INSURANCE CO.
201 E. FIFTH STREET
SUITE 1200
CINCINNATI, OH 45202

STARTSURE INSURANCE
SERVICES, INC
63 FOREST AVENUE
LOCUST VALLEY, NY 11560

STATE OF DELAWARE
820 N. FRENCH ST.
10TH FLOOR
WILMINGTON, DE 19801

STATE OF MASSACHUSETTS
PO BOX 419540
BOSTON, MA 02241-9540

STATE OF SOUTH CAROLINA
SCDOR
PO BOX 100153
COLUMBIA, SC 29202

STEALTH EV LLC
3830 OCEANIC DR STE 401
OCEANSIDE, CA 92056

STEFAN GRANADO
1680 DALE AVE
SAN JOSE, CA 95125

STEPHANIE LAVASSEUR-KARPATI
259 BONNIE CLAIRE COURT
HENDERSON, NV 89074

STEPHEN BUSSCHER
GRAPHIC DESIGN
3735 65TH STREET
HOLLAND, MI 49423

STEPHEN HOLLAND
2367 HERMOSA CT
PINOLE, CA 94564

STEPHEN HOOKER
815A QUARRY RD.
SAN FRANCISCO, CA 94129

STERLING PERFORMANCE, INC.
54392 PONTIAC TRAIL
MILFORD, MI 48381

STEVE JUHASSZ
113 MOUNTAIN BROOK DR
CANTON, GA 30115

STEVE XIAO
3366 BEAUMONT RD
ANN ARBOR, MI 48105

STEVEN ENGINEERING, INC.
230 RYAN WAY
SOUTH SAN FRANCISCO, CA 94080

STEVEN FARIS
7578 N 37TH ST
TERRE HAUTE, IN 47805

STEVEN SELLERS
200 SAUSALITO BLVD.
SAUSALITO, CA 94965

STEVEN YANKOSKI
3385 SIMON DRIVE
WEST BRANCH, MI 48661

STICKY PAPER DESIGNS
849 US HIGHWAY 20E
NORWALK, OH 44851

STOW US INC.
101 N. PARAGON DRIVE
SUITE 101
ROMEOVILLE, IL 60446

STRATEGIC BUSINESS COMM.
1979 MARCUS AVENUE
SUITE 210
LAKE SUCCESS, NY 11042

STRATOSPHERE QUALITY, LLC
12024 EXIT FIVE PARKWAY
FISHERS, IN 46037

SUNBELT RENTALS
PO BOX 409211
ATLANTA, GA 30384-9211

SUSAN TRIPP
725 OCEAN AVE
RICHMOND, CA 94801

STRUCTURE EXHIBITS
3732 N LAS VEGAS BLVD
SUITE 100
LAS VEGAS, NV 89115

SUNGRID SOLAR
18271 W MCDURMOTT
STE E
IRVINE, CA 92614

SUSAN ZHAO
6400 CHRISTIE AVE
UNIT 2416
EMERYVILLE, CA 94608

STW TECHNIC, LP
1750 CORPORATE DRIVE
SUITE 750
NORCOSS, GA 30093

SUNPOWER CORPORATION
1414 HARBOUR WAY S
SUITE 1901
RICHMOND, CA 94804-3629

SUSAN ZHAO
20 HILLTOP RD
EDISON, NJ 08820

SUDHANSHU PAREEK
44762 OLD WARM SPRINGS BLVD
APT 2107
FREMONT, CA 94538

SUNRIDGE LEGAL, LLP
5322 SWEETWATER TRAIL
SAN DIEGO, CA 92130

SUZHOU RECODEAL
INTERCONNECT SYSTEM CO.
998 SONGJIA ROAD
WUZHONG DICTRICT SUZHOU
215124 CHINA

SUJAY GANAGE
403 MAIN STREET APT 803N
SAN FRANCISCO, CA 94105

SUNSHINE DESIGN
324 CAMPUS LANE
STE B
FAIRFIELD, CA 94534

SWAGELOK NORTHERN CALIFOR
3393 WEST WARREN AVENUE
FREMONT, CA 94538

SUMMER EQUIPMENT OUTLET, LLC
651 PATRIDGE CT.
MARCO ISLAND, FL 34145

SUPERHUMAN
555 MISSION STREET
SUITE 300
SAN FRANCISCO, CA 94105

SWAPNIL BAMBALE
100 EDDY STREET
APT 301
RICHMOND, CA 94801

SUMMIT BUILDING SERVICES, INC.
1128 WILLOW PASS COURT
CONCORD, CA 94520

SUPERIOR AWNING, INC.
14555 TITUS ST.
VAN NUYS, CA 91402

SWEEPSCRUB.COM, LLC
PO BOX 15788
LITTLE ROCK, AR 72231

SUMMIT JOE, INC.
326 N. CHIPMUNK CIRCLE
SILVERTHORNE, CO 80498

SUPPLINO INC.
245 SYLVAN WAY
BOULDER CREEK, CA 95006

SYNLAWN BAY AREA INC.
603 SOUTH 8TH STREET
RICHMOND, CA 94804

SUN MICROSTAMPING TECHNOLOGIES
14055 US HWY 19 N
CLEARWATER, FL 33764

SURUCHI BHURASE
190 HUNTINGTON LANE
MORGAN HILL, CA 95037

TAJJEEV NADARAJAN
1603 W PACIFIC COAST HIGHWA
#185
WILMINGTON, CA 90744

SUNAIR PRODUCTS, INC.
2329 SOLONA ST.
FORT WORTH, TX 78117

SUSAN LUONG
1353 E 26TH ST APT B
OAKLAND, CA 94606

TALENTFUL INC
750 BATTERY ST
SUITE 600
SAN FRANCISCO, CA 94111

TAM HO
2624 MONTANA ST
OAKLAND, CA 94602

TECO TECHNOLOGY
1069 SERPENTINE LANE
PLEASANTON, CA 94566

TEQUIPMENT
205 WESTWOOD AVE.
LONG BRANCH, NJ 07740-6564

TAMARA LEE
3010 PINE STREET
SAN FRANCISCO, CA 94115

TECRA INDUSTRIES INC
1500 KANSAS AVENUE
UNIT 1E
LONGMONT, CO 80501

TERESA PONCE
2581 CHARLES AVE
PINOLE, CA 94564

TANDEMLOC, INC.
824 FONTANA BLVD.
HAVELOCK, NC 28532

TECUMSEH COMPRESSOR CO.
5683 HINES DRIVE
ANN HARBOUR, MI 48108

TERREK HILL
2200 NEVIN AVE
UNIT 405
RICHMOND, CA 94801

TANGENT COMPUTER, INC.
191 AIRPORT BLVD
BURLINGAME, CA 94010

TEEMA INC.
114D N OLD LITCHFIELD RD
LITCHFIELD PARK, AZ 85340

TERRY PIERCE
228 AGUA WAY
BAY POINT, CA 94565

TAOGLAS LIMITED
UNIT 5, OLD DUBLIN ROAD
KILCANNON BUSINESS PARK
ENNISCORTHY, WX Y21 XW56
IRELAND

TEJA KALAVALA
140 EAGLE WOOD DR
GREENSVILLE, SC 29607

TEST EQUITY
6100 CONDOR DR
MOORPARK, CA 93021

TARA PUNZAL
1935 10TH #206
OAKLAND, CA 94606

TELIND BENCH
160 SAINT ELMO WAY
SAN FRANCISCO, CA 94127

TESTCO, LLC
1290 KIFER ROAD
SUITE 308
SUNNYVALE, CA 94086

TAYLOR RAINES
356 JAYNE AVE
UNIT 204
OAKLAND, CA 94610

TELIRITE TECHNICAL SERVICES
2857 LAKEVIEW COURT
FREMONT, CA 94538

TESTFORCE USA, INC.
4552 SUNBELT DRIVE
ADDISON, TX 75001

TC NU-STAR, INC.
1425 STAGECOACH ROAD
SHAKOPEE, MN 55379

TEN-E PACKAGING SERVICES
1666 COUNTY ROAD 74
NEWPORT, MN 55055-1765

TEXAS COMPTROLLER OF
PUBLIC ACCOUNTS
P.O. BOX 149348
AUSTIN, TX 78714-9348

TCI ALUMINUM NORTH, INC.
2353 DAVIS AVE
HAYWARD, CA 94545

TENNANT SALES AND SERVICE CO
10400 CLEAN STREET
EDEN PRAIRE, MN 55344-2650

TFORCE FREIGHT
1000 SEMMES AVE.
PO BOX 1216
RICHMOND, VA 23218-1216

TEAMVIEWER GERMANY GMBH
BAHNHOFSPLATZ 2
73033 GöPPINGEN
GERMANY

TENZIN NYIMA
520 SOUTH 37TH STREET
RICHMOND, CA 94804

THE BENCHMARK COLLECTIVE
2901 WEST COAST HWY.
SUITE 200
NEWPORT BEACH, CA 92663

THE CLEVELAND ELECTRIC LABS
1776 ENTERPRISE PKWY
TWINSBURG, OH 44087

THE TNT CO. USA LLC
5327 JACUZZI ST.
STE. 2-F
RICHMOND, CA 94804

TINA BRIGGS
3801 OSPREY DR
ANTIOCH, CA 94509

THE COPAN GROUP DRYWALL
AND PAINT
35 15TH ST
RICHMOND, CA 94801

THE TOOL HOUSE, LLC
5205 S. EMMER DRIVE
NEW BERLIN, WI 53151

TINA THONESAVANH
13740 PERIDOT ST
LATHROP, CA 95330

THE GLOBAL
COMPLIANCE PROFESSIONALS
101 RIDGE STREET, SUITE I
GLENS FALLS, NY 12801

THIAGO QUITERIO
1122 WHIPPLE AVENUE 14
REDWOOD CITY, CA 94062

TIRTHANKAR BHATTACHARJEE
18333 AVEBURY CIRCLE
WESTFIELD, IN 46062

THE GUARDIAN LIFE INS.
CO. OF AMERICA
10 HUDSON YARDS
NEW YORK, NY 10001

THOMAS BRUMBY
41 DULAMO BLF
SAINT HELENA ISLAND, SC 29920

TITAN INTERCONNECT LTD
7-MI KILOMETA
BLV. TSARIGRADSKO SHOSE 133
1784 SOFIA
BULGARIA

THE HARTFORD
LOS ANGELES BRANCH OFFICE
777 SOUTH FIGUEROA STREET
LOS ANGELES, CA 90017

TIM STALEY
1979 10TH AVENUE
SAN FRANCISCO, CA 94116

TODD BROWN
24220 BORDMAN RD
ARMADA, MI 48005

THE LINCOLN ELECTRIC CO.
22801 SAINT CLAIR AVENUE
CLEVELAND, OH 44117

TIMBREN INDUSTRIES
320 HOPKINS ST
WHITBY, ON L1N 2B9

TOM O'CONNOR
5574 SOUTHBROOK DR
CLAYTON, CA 94517

THE MATHWORKS INC.
3 APPLE HILL DRIVE
NATICK, MA 01760-2098

TIMOTHY DAILEY
10265 QUAIL CREEK RD
GRASS VALLEY, CA 95949

TOMAHAWK INTERNATIONAL
5677 HORTON STREET
EMERYVILLE, CA 94608

THE MODAL SHOP
10310 AEROHUB BLVD
CINCINNATI, OH 45215

TIMOTHY KHAMPHATHOUMA
3358 JONATHEN STREET
STOCKTON, CA 95206

TONY BANKS
545 BARRETT AVE
RICHMOND, CA 94801

THE POWER OF WE
132 BANCROFT ROAD
BURLINGAME, CA 94010

TIMOTHY RUFF
1134 NANTICOKE ST
BALTIMORE, MD 21230

TONY THONESAVANH
642 EVI COURT
STOCKTON, CA 95206

THE QT COMPANY
301 TISCH WAY
110 PLAZA WEST
SAN JOSE, CA 95128

TIMOTHY WILSON
2525 GEFFREY COURT
PINOLE, CA 94564

TOOLING U - SME
1000 TOWN CENTER
SUITE 1910
SOUTHFIELD, MI 48075

TOPTAL, LLC
2810 N. CHURCH STREET #36879
WILMINGTON, DE 19802-4447

TREVOR YASUTAKE
11600 SAN PABLO AVENUE, APT 631
EL CERRITO, CA 94530

TTI, INC.
PO DRAWER 99111
FORT WORTH, TX 76199-0111

TORMACK CUSTOM SCREEN
PRINTING, INC.
2001 CORNER CREEK, LN #6
JACKSON, WY 83001

TRICK-TOOLS
75 TRUMAN RD.
PELLA, IA 50219

TTM TECHNOLOGIES, INC.
200 E. SANDPOINTE AVE
SUITE 400
SANTA ANA, CA 92707

TOTAL INDUSTRIES
6999 SOUTHFRONT RD
LIVERMORE, CA 94551

TRILLIUM DRIVER SOLUTIONS
P.O. BOX 671854
DETROIT, MI 48264-1854

TWISTED PAIR AUTOMATION
1109 UPLANDS DR
EL DORADO HILLS, CA 95762

TOTAL QUALITY LOGISTICS, LLC
4289 IVY POINTE BOULEVARD
CINCINNATI, OH 45245

TRIM-LOK, INC.
6855 HERMOSA CIRCLE
BUENA PARK, CA 90620

TYLER CULLEN
2600 SOUTH 34TH STREET, APT.10
GRAND FORKS, ND 58201

TOWLIFT INC.
P O BOX 31001-3048
PASADENA, CA 91110-3048

TRIMARK
PO BOX 515621
LOS ANGELES, CA 90051-5604

TYLER KRAMER
PO BOX 102
FOSTORIA, IA 51340

TRAMPUS RICHMOND
213 GERMAINE AVE
SANTA CRUZ, CA 95065

TRIPACTIONS
3045 PARK BLVD
PALO ALTO, CA 94306

TYLER SCHUETZE
273 CENTURYPLANT RD
LEANDER, TX 78641

TRAN-TEC LLC
5120 26TH ST
WESTSIDE INDUSTRIAL PARK
COLUMBUS, NE 68601

TRITIUM TECHNOLOGIES LLC
20000 SOUTH VERMONT AVE
TORRANCE, CA 90502

U.S. CUSTOMS AND
BORDER PROTECTION
33 NEW MONTGOMERY ST
SAN FRANCISCO, CA 94105

TRAVELERS PROPERTY CASUALTY
 COMPANY OF AMERICA
ONE TOWER SQUARE
HARTFORD, CT 06183

TRUE CAPITAL PARTNERS LLC
56 N HADDON AVE, 1ST FLOOR
HADDONFIELD, NJ 08033

UBER FREIGHT HOLDING CORP.
555 MARKET STREET
SAN FRANCISCO, CA 94105

TRC CA LLC
10820 STATE ROUTE 347
EAST LIBERTY, OH 43319

TRUMBULL INSURANCE COMPANY
ONE HARTFORD PLAZA
HARTFORD, CT 06155-0001

UBER TECHNOLOGIES, INC.
1725 3RD STREET
SAN FRANCISCO, CA 94158

TRC ENVIRONMENTAL CORPORATION
21 GRIFFIN ROAD NORTH
WINDSOR, CT 06095

TRYSPARROW.COM, INC.
548 MARKET STREET, #73767
SAN FRANCISCO, CA 94105

UBIQUITI
685 THIRD AVENUE
NEW YORK, NY 10017

UKG
2250 N. COMMERCE PKWY
WESTON, FL 33326

UNIVERSAL WASTE SYSTEMS, INC.
P.O. BOX 3038
WHITTIER, CA 90605

VASOODA KUMAR
56 LANGTON STREET, UNIT A
SAN FRANCISCO, CA 94103


UKG KRONOS SYSTEMS, LLC
PO BOX 743208
ATLANTA, GA 30374-3208

UPLIFTED VISUALS LLC
3333 S LA CIENEGA BLVD
#6173
LOS ANGELES, CA 90016

VAUNIX TECHNOLOGY CORPORA
7 NEW PASTURE RD
NEWBURYPORT, MA 01950


UL LLC
333 PFINGSTEN ROAD
NORTHBROOK, IL 60062

UPS
P.O.BOX 650116
DALLAS, TX 75265-0116

VEASNA SAN
2835 REYES LANE
TRACY, CA 95376


ULB LLC
28200 LAKEVIEW DRIVE
WIXOM, MI 48393

UPS SUPPLY CHAIN SOLUTIONS
28013 NETWORK PLACE
CHICAGO, IL 60673-1200

VECTOR NORTH AMERICA, INC
39500 ORCHARD HILL PLACE
SUITE 500
NOVI, MI 48375


ULINE, INC.
PO BOX 88741
CHICAGO, IL 60680-1741

URSULA STER
1500 CURTIS AVE
MANHATTAN BEACH, CA 90266

VELA WOOD
5307 E. MOCKINGBIRD LANE
SUITE 802
DALLAS, TX 75206


ULTRA WHEEL COMPANY, INC.
MOXION POWER CO.
RK LOGI RECEIVING
LIVERMORE, CA 94588

US ASSURE INSURANCE
SERVICES OF FLORIDA
PO BOX 935597
ATLANTA, GA 31193-5597

VELOCITYEHS
222 MERCHANDISE MART PLAZA
SUITE 1750
CHICAGO, IL 60654


UNITED CALIFORNIA GLASS & DOOR
745 CESAR CHAVEZ
SAN FRANCTSCO, CA 94124

USSOCOM WARRIOR CARE
PROGRAM (CARE COALITION)
7701 TAMPA POINT BLVD
MACDILL AFB, FL 33621-5323

VENEGEEST
430 N CANAL ST.
STE. 7
SOUTH SAN FRANCISCO, CA 94080


UNITED RENTALS (NORTH AMERICA)
P.O. BOX 100711
ATLANTA, GA 30384-0711

UTAH STATE TAX COMMISSION
210 NORTH 1950 WEST
SALT LAKE CITY, UT 84134-0180

VENICIA MASSEY
161 BRIAN LANE
SANTA CLARA, CA 95051


UNITED STATES TREASURY
4241 NE 34TH ST
KANSAS CITY, MO 64117

UXHONEY LLC
805 EAST 7TH STREET UNIT 3
LONG BEACH, CA 90813

VEOLIA NORTH AMERICA, INC.
53 STATE STREET
14TH FLOOR
BOSTON, MA 02109


UNIVERSAL AIR FILTER COMPANY
29121 NETWORK PLACE
CHICAGO, IL 60673-1291

VARUN DESHPANDE
6363 CHRISTIE AVENUE
APT 1014
EMERYVILLE, CA 94608

VERA NEINKEN
3079 CALIFORNIA STREET
SAN FRANCISCO, CA 94115

VERDANTIX LTD
18 HATFIELDS
LONDON SE1 8DJ

VISHRANTH SIVA
2523 PACKARD ST
ANN ARBOR, MI 48104

W.W.GRAINGER, INC.
100 GRAINGER PARKWAY
LAKE FOREST, IL 60045

VERIFY MARKETS, LLC
13607 BLUFFCIRCLE
SAN ANTONIO, TX 78216

VISUAL WORKPLACE INC.
7381 ARDITH COURT
BYRON CENTER, MI 49315

WA STATE - LABOR & INDUSTR
PO BOX 24106
SEATTLE, WA 98124-6524

VESTIS SERVICES, LLC
SUITE 140
ROSEWELL, GA 30076

VITRICA SA DE CV
AV. DEL PARQUE NO. 5
LERMA DE VILLADA CENTRO LERMA
ESTADO DE MEXICO, 52000
MEXICO

WAKEFIELD THERMAL SOLUTION
120 NORTHWEST BOULEVARD
NASHUA, NH 03063

VEXOS
110 COMMERCE DRIVE
LAGRANGE, OH 44050

VIVIENNE GAO
1289 PAGE ST
SAN FRANCISCO, CA 94117

WARE MALCOMB
10 EDELMAN
IRVINE, CA 92618

VICTOR SALINAS
34513 SOMERSET TERRACE
FREMONT, CA 94555

VOLVO CONSTRUCTIONS
EQUIPMENT NORTH AMERICA
7900 NATIONAL SERVICE ROAD
GREENSBORO, NC 27409

WASHINGTON STATE
DEPT OF L&I
P.O. BOX 24106
SEATTLE, WA 98124-6524

VICTOR VARGAS
1035 32ND STREET
OAKLAND, CA 94608

VORTEX INDUSTRIES, LLC
 801 W. OLYMPIC BLVD.
PASADENA, CA 91199-1095

WAYTEK INC
2440 GALPIN COURT
CHANHASSEN, MN 55317

VICTORIA OLAOGUN
1480 EZRA CHURCH DR. NW
ATLANTA, GA 30314

VOXEL LABS INC.
425 2ND STREET
STE 300
SAN FRANCISCO, CA 94107

WEBASTO CHARGING SYSTEMS
1333 MAYFLOWER AVE
MONROVIA, CA 91016

VIRATH SIVILAY
2663 KAVANAGH RD
SAN PABLO, CA 94806

VTE INCORPORATED
5437 ROBINSON ROAD
PELLSTON, MI 49769

WEBASTO THERMO &
COMFORT NORTH AMERICA
15083 NORTH RD
FENTON, MI 48430

VIRI GONZALEZ
38800 HASTINGS ST, APT 119
FREMONT, CA 94536

VYOMIKA GUPTA
2927 LORINA ST, APT 2
BERKELEY, CA 94705

WELLS FARGO VENDOR FINANC
SERVICES LLC
PO BOX 030310
LOS ANGELES, CA 90030-0310

VISCOTEC AMERICA INC.
1955 VAUGHN ROAD NW
STE 209
KENNESAW, GA 30144

W.BRADLEY ELECTRIC, LLC
90 HILL ROAD
NOVATO, CA 94945

WES CISCO
633 FALLON AVE
SAN MATEO, CA 94401

WESCO DISTRIBUTION, INC.
2500 DEAN LESHER DR.
STE. C
CONCORD, CA 94520

WILLIAM WU
4691 LARWIN AVE
CYPRESS, CA 90630

WTF SERVICE MANAGEMENT
22124 VENTURA BLVD
STE 201
WOODLAND HILLS, CA 91364

WESGARDE COMPONENTS GROUP
2820 DRANE FIELD RD
LAKELAND, FL 33811

WILLOW SPRINGS INT'L RACEWAY
INT'L RACEWAY
3500 75TH ST. WEST
ROSAMOND, CA 93560

WURTH ELECTRONICS ICS, INC.
7496 WEBSTER STREET
DAYTON, OH 45414

WEST COAST FAB, INC.
700 SOUTH 32ND STREET
RICHMOND, CA 94804

WILLSCOT MOBILE MINI
4646 E VAN BUREN ST.
SUITE 400
PHOENIX, AZ 85008

WY LEADERSHIP LLC
7306 RECTORS LANE
MARSHALL, VA 20115

WESTERN TOOL & SUPPLY CO., LLC
1447 MARIANI CT
SUITE 102
TRACY, CA 95376

WIPAWA PHOONTHANANON
3157 BALANCE CIRCLE
FAIRFIELD, CA 94533

WYATT DUFFY
106 KENTFIELD CT
MARTINEZ, CA 94553

WEX BANK
P.O. BOX 4337
CAROL STREAM, IL 60197-4337

WIREFLOW AB
THERES SVENSSONS GATA 10
 417 55 GöTEBORG
SWEDEN

WYATT PERFORMANCE & FAB
74130 FULTON ST.
ARMADA, MI 48005

WICC SOLUTIONS S DE RL DE CV
C. QUINCE 471-B. CENTRO
ENSENADA, BC 22800

WITHUMSMITH BROWN, PC
506 CARNEGIE CENTER
SUITE 400
PRINCETON, NJ 08540

XPLM,SOLUTION, INC.
1900 WEST PARK DRIVE
SUITE 280D
WESTBOROUGH, MA 01581

WILD HORSE PRODUCTIONS
3113 CUNNINGHAM LAKE CT
SAN JOSE, CA 95148-1246

WOCO TECH USA INC.
28970 CABOT DRIVE
SUITE 300
NOVI, MI 48377

XPOLOGISTICS
13777 BALLANTYNE CORP. PL
CHARLOTTE, NC 28277

WILL SALISBURY
534 BAKER STREET
SAN FRANCISCO, CA 94117

WOODY'S GOLF &
INDUSTRIAL VEHICLES
PO BOX 1628
TURLOCK, CA 95381

XS POWER BATTERIES
2847 JOHN DEERE DR.
SUITE 102
KNOXVILLE, TN 37917

WILLIA MITCHELL
3430 E. SANTA CLARA LN
UNIT 2
ONTARIO, CA 91761

WORKRAMP, INC.
440 N BARRANCA AVE
3840
COVINA, CA 91723-1722

YAKSH PATEL
952 CARLSON BLVD
RICHMOND, CA 94804

WILLIAM J MCKENZIE
404 MORMON STREET
FOLSOM, CA 95630

WORLD PRODUCTS INC.
19654 EIGHTH STREET EAST
PO BOX 1608
SONOMA, CA 95476

YANKA INDUSTRIES INC
660 4TH ST #443
SAN FRANCISCO, CA 94107

YANNICK MAURICE
919 ENSENADA AVE
BERKELEY, CA 94707

YUGANDHAR BONDE
33 UNION SQUARE, 411
UNION CITY, CA 94587

ZIPRECRUITER, INC.
604 ARIZONA AVENUE
SANTA MONICA, CA 90401

YANXIA TECHNOLOGY CO., LIMITED
FLAT/RM 32 11/F LEE KA
INDUSTRIAL BUILDING 8
FONG STREET SAN PO KONG
HONG KONG

YUJU CHANG
2449 250TH ST. EAST
LOMITA, CA 90717

ZITARA TECHNOLOGIES, INC.
1062 FOLSOM ST
FL 2
SAN FRANCISCO, CA 94103

YASHAS HEGDE
582 MINNESOTA AVE
SAN JOSE, CA 95125

YUNA YI
577 FELL STREET
SAN FRANCISCO, CA 94102

ZOMPO SHEUPHEN
305 SHERIDAN AVE, A
PIEDMONT, CA 94611

YIWU SENTAI GLASSES CO., LTD
ROOM 403, UNIT 2
BUILDING 12, DISTRICT
DUANTOU VILLAGE, YIWU CITY
CHINA

YUSSER QAZWINI
8 ADMIRAL DR, UNIT 227
EMERYVILLE, CA 94608

ZOOM VIDEO COMMUNICATIONSIN
55 ALMADEN BOULEVARD
6TH FLOOR
SAN JOSE, CA 95113

YOGESH KARANDE
29614 RAWLINGS WAY
LAKE ELSINORE, CA 92530

YVONNE WALSH
1370 CIROLERO STREET
MILPITAS, CA 95035

ZORO
909 ASBURY DR.
BUFFALO GROVE, IL 60089

YOKOGAWA CORP. OF AMERICA
2 DART ROAD
NEWNAN, GA 30265

ZACHARY MAJUMDAR
150 VALLEY VIEW DRIVE
PETALUMA, CA 94952

YOLANDA WHITESIDE
128 COSMOS LANE
GREER, SC 29651

ZACHARY STANFIELD
2925 WINTERCREST WAY
ATLANTA, GA 30360

YOSEF ABERA
1643 DWIGHT WAY
BERKELEY, CA 94703

ZEROCATER, INC.
44 MONTGOMERY STREET
3RD FLOOR
SAN FRANCISCO, CA 94104

YRC FREIGHT
11500 OUTLOOK STREET
SUITE 400
OVERLAND PARK, KS 66211

ZHEJIANG RHI ELECTRIC CO.
400 SOUTH EL CAMINO REAL
SUITE 400
SAN MATEO, CA 94402

YS TECH USA INC.
17771 #A SAMPSON LN
HUNTINGTON BEACH, CA 92647

ZINGTREE, INC
700 LARKSPUR LANDING CIRCLE
SUITE 199
LAKSPUR, CA 94939