**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re:<br><br>MOXION POWER CO.,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11835 (BLS)<br><br>**Hearing Date: August 30, 2024, at 9:00 a.m. (Eastern)**<br>**Objection Deadline: August 29, 2024, at 12:00 p.m. (Eastern)**<br><br>**Related Docket Nos. 12 and 14** |

**NOTICE OF MOTION AND HEARING**[1]

**PLEASE TAKE NOTICE** that on August 26, 2024, David W. Carickhoff, the chapter 7 trustee (the "**Trustee**") of the estates of the above-captioned debtor (the "**Debtor**") filed the *Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses* [Docket No. 12] (the "**Motion**") with the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").

**PLEASE TAKE FURTHER NOTICE** that on August 26, 2024, the Court entered the *Order Granting Motion to Shorten Time for Notice and Response to the Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses* [Docket No. 14] (the "**Order to Shorten**").

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Order to Shorten, Objections, if any, to the <u>**interim approval**</u> of the relief requested in the Motion must be made in writing and filed on or before **August 22, 2024, at 12:00 p.m. (Eastern Time)** (the "**Objection Deadline**") with the Bankruptcy Court. At the same time, you must also serve a copy of the response upon counsel to the Trustee listed below so that the response is received on or before the Objection Deadline.

PLEASE TAKE FURTHER NOTICE THAT, IF AN OBJETION IS TIMELY FILED BY THE OBJECTION DEADLINE, AN <u>**INTERIM**</u> HEARING ON THE MOTION WILL BE HELD ON **AUGUST 30, 2024, AT 9:00 A.M. (EASTERN TIME)** BEFORE THE HONORABLE BRENDAN L. SHANNON, IN THE UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF DELAWARE, 824 NORTH MARKET STREET, 6TH FLOOR, COURTROOM 1, WILMINGTON, DELAWARE 19801.

---

[1] Capitalized terms used but not otherwise defined herein shall have the meanings ascribed to them in the Motions.

- 2 -

**If no objection is timely raised in accordance with the procedures set forth above, the Bankruptcy Court may enter an order approving the Motion on an interim basis without further notice or hearing.**

Dated: August 26, 2024
       Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

/s/ Alan M. Root
_____
Alan M. Root (No. 5427)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:  root@chipmanbrown.com

*Proposed Counsel for the Chapter 7 Trustee*