IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOXION POWER CO.,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11835 (BLS) |

**NOTICE OF AGENDA OF MATTERS SCHEDULED FOR
HEARING ON AUGUST 30, 2024, AT 9:00 A.M. (EASTERN TIME)**

> **THIS PROCEEDING WILL BE CONDUCTED REMOTELY *VIA* ZOOM. PLEASE REFER TO JUDGE SHANNON'S CHAMBERS PROCEDURES AND THE COURT'S WEBSITE (HTTP://WWW.DEB.USCOURTS.GOV/ECOURT-APPEARANCES) FOR INFORMATION ON THE METHOD OF ALLOWED PARTICIPATION (VIDEO OR AUDIO), JUDGE SHANNON'S EXPECTATIONS OF REMOTE PARTICIPANTS, AND THE ADVANCE REGISTRATION REQUIREMENTS. REGISTRATION IS REQUIRED BY 4:00 P.M. (EASTERN TIME) THE BUSINESS DAY BEFORE THE HEARING UNLESS OTHERWISE NOTICED USING THE ECOURT APPEARANCES TOOL AVAILABLE ON THE COURT'S WEBSITE.**

**I.    UNCONTESTED MATTER(S) SCHEDULED TO GO FORWARD.**

1.  Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses, filed on August 26, 2024 [Docket No. 12].

    <u>Objection Deadline</u>:    August 29, 2024, at 12:00 p.m. (Eastern Time).

    <u>Responses Received</u>:    None to date.

    <u>Related Pleadings</u>:

    (a)  Motion to Shorten Time for Notice and Response to the Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses, filed on August 26, 2024 [Docket No. 13].

    (b)  Order Granting Motion to Shorten Time for Notice and Response to the Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses, entered on August 26, 2024 [Docket No. 14].

    (c)  Notice of Motion and Hearing, filed on August 26, 2024 [Docket No. 15].

- 2 -

<u>Status</u>: This matter will go forward only if an objection is filed by the objection deadline.

Dated: August 28, 2024
      Wilmington, Delaware

**CHIPMAN BROWN CICERO & COLE, LLP**

*/s/ Alan M. Root*
Alan M. Root (No. 5427)
Bryan J. Hall (No. 6285)
Hercules Plaza
1313 North Market Street, Suite 5400
Wilmington, Delaware 19801
Telephone: (302) 295-0192
Email:   root@chipmanbrown.com
           hall@chipmanbrown.com

*Proposed Counsel for the Chapter 7 Trustee*

- 2 -

4858-7977-0845, v. 2