IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re: | Chapter 7 |
| MOXION POWER CO., | Case No. 24-11835 (BLS) |
| Debtor. | |

**NOTICE OF *AMENDED*[1] AGENDA OF MATTERS SCHEDULED FOR HEARING ON AUGUST 30, 2024, AT 9:00 A.M. (EASTERN TIME)**

**THERE ARE NO MATTERS GOING FORWARD.**

**WITH PERMISSION OF THE COURT, THIS HEARING HAS BEEN CANCELLED.**

**I.    UNCONTESTED MATTER(S) SCHEDULED TO GO FORWARD.**

1. Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses, filed on August 26, 2024 [Docket No. 12].

    Objection Deadline:    August 29, 2024, at 12:00 p.m. (Eastern Time).

    Responses Received:    None to date.

    Related Pleadings:

    (a) Motion to Shorten Time for Notice and Response to the Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses, filed on August 26, 2024 [Docket No. 13].

    (b) Order Granting Motion to Shorten Time for Notice and Response to the Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses, entered on August 26, 2024 [Docket No. 14].

    (c) Notice of Motion and Hearing, filed on August 26, 2024 [Docket No. 15].

    (d) **Certificate of No Objection Regarding Motion for Entry of Interim and Final Orders Authorizing the Chapter 7 Trustee to (I) Retain and Compensate Independent Contractors and (II) Pay Certain Related Administrative Expenses, filed August 29, 2024 [Docket No. 20].**

---

[1] **Amended items in bold.**

<u>Status</u>: **A certificate of no objection has been filed.  Per the instructions of the Court, the interim hearing on the Motion is cancelled.**

| | |
|---|---|
| Dated:  August 29, 2024<br>Wilmington, Delaware | **CHIPMAN BROWN CICERO & COLE, LLP**<br><br>/s/ Alan M. Root<br>Alan M. Root (No. 5427)<br>Bryan J. Hall (No. 6285)<br>Hercules Plaza<br>1313 North Market Street, Suite 5400<br>Wilmington, Delaware 19801<br>Telephone: (302) 295-0192<br>Email:   root@chipmanbrown.com<br>            hall@chipmanbrown.com<br><br>*Proposed Counsel for the Chapter 7 Trustee* |

4859-0962-7870, v. 1