IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>MOXION POWER CO.,<br><br>Debtor. | Chapter 7<br><br>Case No. 24-11835 (BLS)<br><br>Related Docket No. 101 |

**ORDER PURSUANT TO FED. R. BANKR. P. 9019
APPROVING STIPULATION WITH THE AXIS PARTIES**

Upon the motion (the "**Motion**") of David W. Carickhoff, in his capacity as chapter 7 trustee (the "**Trustee**") for the bankruptcy estate of Moxion Power Co. (the "**Debtor**"), pursuant to section 105(a) of title 11 of the United States Code (the "**Bankruptcy Code**") and Rule 9019 of the Federal Rules of Bankruptcy Procedure (the "**Bankruptcy Rules**"), seeking the entry of an order authorizing and approving the *Stipulation* attached hereto as **Exhibit 1** (the "**Stipulation**") by and between the Trustee and Axis IOS LLC ("**Axis**") and 8579 San Fernando Road LLC ("**San Fernando**" and collectively with Axis, the "**Axis Parties**"); and upon consideration of the Motion and all filings related thereto; and the Court finding that (a) the Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334, (b) this matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2), and (c) notice of the Motion was due and proper under the circumstances and is hereby approved; and it appearing that the relief requested in the Motion is in the best interests of the Debtor's estate, creditors and other parties in interest; and after due deliberation, and good and sufficient cause appearing therefor,

**IT IS HEREBY ORDERED THAT:**

1. The Motion is GRANTED.

2. The Stipulation is hereby approved in its entirety as if fully set forth herein.

3. The Trustee and The Axis Parties are hereby authorized to take all actions necessary or desirable to effectuate the Stipulation.

4. The Court shall retain jurisdiction to (i) enforce and implement the terms and provisions of the Stipulation and (ii) resolve any disputes arising under or in connection with the Stipulation. Furthermore, the Court shall retain jurisdiction to interpret, implement, and enforce the provisions of this Order.

**Dated: December 4th, 2024**
**Wilmington, Delaware**

                                    **BRENDAN L. SHANNON**
                                    **UNITED STATES BANKRUPTCY JUDGE**

4898-3043-4051, v. 1